FILED

JUL 20 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
OAKLAND OF CALIFORNIA

ADR

1  GATES, O'DOHERTY, GONTERE GUIL LLP
   11545 West Bernardo Court, Suite 305
2  San Diego, California 92127
   Telephone: (858) 676-8600
3  Facsimile: (858) 676-8601

4  Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)

5  Attorneys for Defendant WESTERN RECREATIONAL VEHICLES, INC.

6

7

8            UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11  WILLIAM NEVILLE and BARBARA       ) CASE NO.  C07-03757
12  NEVILLE                           )
                                      ) NOTICE OF REMOVAL OF ACTION
13          Plaintiff(s),             ) PURSUANT TO 28 U.S.C. §§ 1331,
                                      ) 1441(b), AND 1446
14  v.                                )
                                      )
15  WESTERN RECREATIONAL VEHICLES     ) Judge:
16  INC. and DOES 1 through 20        ) Department:
    inclusive,                        )
17                                    ) Action Filed:
            Defendant(s).             )
18                                    )
                                      )
19                                    )          FILE BY FAX
                                      )
20                                    )

21      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

        PLEASE TAKE NOTICE that WESTERN RECREATIONAL VEHICLES, INC.,

    hereby removes to this Court the state court action described below.

                        JURISDICTION

        1.    This action is a civil action of which this Court has

    original jurisdiction pursuant to 28 U.S.C. §1331, and is one which

    may be removed to this Court pursuant to the provisions of 28 U.S.C.

    §1441(b).

                              1
    ─────────────────────────────────────────────
                NOTICE OF REMOVAL OF ACTION

1   2.   28 U.S.C. §1331 provides that "district courts shall have
2   original jurisdiction of all civil actions arising under the
3   Constitution, laws or treaties of the United States."

4   3.   28 U.S.C. §1441(a) provides that "any civil action brought
5   in the State court of which the district courts of the United States
6   have original jurisdiction, may be removed by the defendant or the
7   defendants, to the district court of the United States for the
8   district and division embracing the place where such action is
9   pending."

10   4.   28 U.S.C. § 1441(b) provides that "[a]ny civil action of
11   which the district courts have original jurisdiction founded on the
12   claim or right arising under the Constitution, treaties or laws of
13   the United States shall be removable without regard to the
14   citizenship or residence of the parties."

15   5.   28 U.S.C. § 1441(c)provides that "[w]henever a separate and
16   independent claim or cause of action with the jurisdiction conferred
17   by section 1331 of this title is joined with one or more otherwise
18   non-removable claims or causes of action, the entire case may be
19   removed and the district court may determine all issues therein."

20   6.   This action is a civil action over which this Court has
21   original jurisdiction under 28 U.S.C. § 1331, and is one which may be
22   removed to this Court pursuant to the provisions of 28 United States
23   Code section 1441(b) in that it states a claim expressly under
24   federal law. Specifically, plaintiffs allege violations of the
25   Magnuson-Moss Warranty-Federal Trade Commission Improvement Act, 15
26   U.S.C. §§ 2310 et seq.

27   7.   Any remaining claims or causes of action in the complaint
28   that are otherwise nonremovable are joined with separate and

2

NOTICE OF REMOVAL OF ACTION

1  independent claims or causes of action within the jurisdiction
2  conferred by 28 U.S.C. §1331, and the entire case is therefore
3  removable under 28 U.S.C. §1441(c).

4  8.   On or about May 25, 2007, an action was filed in the
5  Superior Court of California, Alameda County, entitled Neville v.
6  Western Recreational Vehicles, Inc., Case No. HG07327807.  A copy of
7  the complaint is attached hereto as Exhibit "A".

8  9.   Defendant WESTERN RECREATIONAL VEHICLES, INC. was served
9  with a copy of the Summons and Complaint from the state court action
10 on June 20, 2007. There are no other defendants.

11 10.   Defendant WESTERN RECREATIONAL VEHICLES, INC. attaches
12 copies of all state court pleadings, process and orders which have
13 been served as follows:

14        a.   Complaint for Damages (Exhibit "A")

15        b.   Defendant WESTERN RECREATIONAL VEHICLES, INC.'s Answer
16 to Complaint (Exhibit "B")

17 11.   This Notice of Removal is timely because it is brought
18 within thirty (30) days of the service of plaintiff's Complaint on
19 any defendant.

20 13.   A Notice of filing of this Notice of Removal will be filed
21 with the Orange County Superior Court of the State of California, and
22 served upon plaintiff.

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

NOTICE OF REMOVAL OF ACTION

```
1        WHEREAS, defendant WESTERN RECREATIONAL VEHICLES, INC. hereby
2   removes to this court the Superior Court, County of Alameda case
3   entitled Neville v. Western Recreational Vehicles, Inc., Case No.
4   HG07327807.
5
6   Dated:  July 18, 2007    GATES, O'DOHERTY, GONTER & GUY, LLP
7
8                            By: _____
                                 VINCENT J. AXELSON, ESQ.
9                                Attorneys for Defendant
                                 WESTERN RECREATIONAL VEHICLES, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

4

NOTICE OF REMOVAL OF ACTION

# EXHIBIT

# A

Jul.20. 2007 1:17PM DLSUSA-Diversified Legal Svc J SD    No. 858    08/38

Jul 01 2007 7:11PM    LASERJET FAX    P.2



SUM-100

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WESTERN RECREATIONAL VEHICLES, INC., and DOES 1 through
20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
WILLIAM NEVILLE and BARBARA NEVILLE

**FILED
ALAMEDA COUNTY**

MAY 2 5 2007

CLERK OF THE SUPERIOR COURT
By _____
Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/español/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/español/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Alameda
24405 Amador Street
Hayward, CA 94544

**CASE NUMBER:** HG07327807

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jennine M. Green (SBN 244072) 55 Public Square, Suite 650, Cleveland, OH 44113 (888) 536-6671
Jennine M. Green (SBN 244072) 16133 Ventura Blvd., Suite 700, Encino, CA 91436 (888) 536-6671

DATE: **MAY 2 5 2007**    PAT S. SWEETEN    Clerk, by _____, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

[✓] on behalf of *(specify):* WESTERN RECREATIONAL VEHICLES, INC.

under: [✓] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)    [✓] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465

Jul. 20. 2007  1:18PM  BBBB DLSUSA-Diversified Legal Svc   Ste          No.       P.

Jul 01 2007 7:11PM   I   LASERJET FAX                                        p. 3

```
1    JANNINE M. GREEN, ESQ. (SBN 244072)
     KAHN & ASSOCIATES, L.L.C.
2
     OHIO MAIN OFFICE:**
3    55 Public Square, Suite 650
     Cleveland, OH 44113
4    Phone: (216) 621-6101              F I L E D
     Fax: (888) 868-6671                ALAMEDA COUNTY
5
     CALIFORNIA OFFICE:**                  MAY 25 2007
6    16133 Ventura Blvd., Suite 700
     Encino, CA 91436                   CLERK OF THE SUPERIOR COURT
7    Phone: (888) 536-6671              By
     Fax: (888) 868-6671                                        Deputy
8    www.kahnandassociates.com
9
     **Please send copies of all items to both addresses.
10
11
     Attorney for Plaintiffs William Neville & Barbara Neville
12
13
           IN THE SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY
14
     WILLIAM NEVILLE and            )  CASE NO.  HG 07 827807
15                                  )
     BARBARA NEVILLE,               )  COMPLAINT FOR BREACHES OF
16                                  )  THE SONG-BEVERLY CONSUMER
           Plaintiffs,             )  WARRANTY ACT, MAGNUSON-MOSS
17                                  )  WARRANTY ACT, AND CALIFORNIA
     v.                             )  UNIFORM COMMERCIAL CODE.
18                                  )
     WESTERN RECREATIONAL           )
19                                  )
     VEHICLES, INC.,                )
20
           and DOES 1 through 20, inclusive,
21
           Defendants.
22   ─────────────────────────────
23
           Now come Plaintiffs, William Neville and Barbara Neville, by and through
24
     undersigned counsel and state as follows:
25
26
27
28
     ─────────────────────────────────────────────────────
     COMPLAINT                                                    Page 1
```

## A. GENERAL AVERMENTS

1. Plaintiffs, William Neville and Barbara Neville (hereinafter collectively referred to as "Plaintiff"), are adult individual citizens and legal residents of the State of California, residing at 12105 Waxwing Ct., Penn Valley, CA 95946.

2. Defendant, Western Recreational Vehicles, Inc., is a business corporation qualified to do and regularly conducting business in the State of California, with its principal place of business located in Washington and can be served at its principal place of business located at 3921 Southerland Drive, Union Gap, Washington 98903.

3. The true names or capacities, whether individual or otherwise, of defendants Does 1 through 20 are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend this complaint to show said defendants' true names and capacities when they have been ascertained. Plaintiff is informed and believes that all defendants sued herein as Does are in some manner responsible for the acts and occurrences alleged herein and caused damage to plaintiff as pleaded herein.

4. Plaintiff is informed and believes that each and all of the acts and omissions alleged herein was performed by and attributable to all defendants and Does 1 through 20, and each of them, each acting as the agent, employee, partner, joint venturer and associates and/or under the direction and control of each of the other defendants, and that said acts and failures to act were within the course and scope of said agency, employment, and/or direction and, in doing the things herein mentioned, the agents and employees of defendants were acting under color of that agency or employment with the knowledge, consent, permission, or authorization of each of the other defendants and each act committed under the direction or control of each of the other defendants was either expressly or implied ratified by each of the other Defendants.

Jul.20. 2007.; 1:18PM 1858 DLSUSA-Diversified Legal Svc W SD      No. 5742      PAGE 11/38
Jul 01 2007 7:11PM      LASERJET FAX                                                    P.5

5. On or about June 5, 2005, Plaintiff purchased a 2006 RV Western Alpine Light Tas 28RL, manufactured and warranted by Defendant, bearing the Vehicle Identification Number 1WS2ATN236Y050519 (hereinafter the "vehicle").

6. The vehicle was purchased in the State of California and is registered in California.

7. The price of the vehicle and/or the total of payments is approximately $34,438.00.

8. Plaintiff states that as a result of the ineffective repair attempts made by Defendant(s), through its authorized dealer(s), the vehicle cannot be utilized for the purposes intended by Plaintiff at the time of acquisition and hence, the vehicle is worthless and/or substantially impaired.

9. In consideration for the purchase of the above vehicle, Defendant issued to Plaintiff one or more written warranties on particular items.

10. Plaintiff notified the Defendant and/or its Authorized Dealer(s) on one or more occasions, and/or formally notified the Defendant by letter of Defendant's failure to timely repair the vehicle and requested the return of all funds paid toward the vehicle.

## B. CAUSES OF ACTION

## FIRST CAUSE OF ACTION
## BREACH OF SONG-BEVERLY CONSUMER WARRANTY ACT

11. Plaintiff realleges and incorporates the above statements and allegations by reference as if set forth fully herein.

12. Civil Code §1793.2, is embodied in the Song-Beverly Consumer Warranty Act, Civil Code §§1790 et seq.

13. Plaintiff is a "Buyer" as defined by Civ. Code § 1791(b).

COMPLAINT

14. Defendant is a "Manufacturer" as defined by Civ. Code § 1791(j).

15. The vehicle is a "New Motor Vehicle" as defined by Civ. Code § 1793.22(e)(2) and/or is a "consumer good" as defined by Civ. Code §1791(a).

16. Defendant provided an "Express Warranty" and/or a "Service Contract" as defined by Civ. Code § 1791(o) and 1791.2.

17. Plaintiff purchased the vehicle from, and/or had it serviced at Defendant's authorized "service and repair facility[(ies)]," as that term is defined in Civ. Code §§ 1791 *et. seq.*

18. Plaintiff reported one or more defects, conditions and/or "nonconformities," as defined Civ. Code §§ 1791 *et. seq.* to the manufacturer, through its service facilities.

19. Defendant, through its authorized service and repair facility[(ies)], has been unable, unwilling and/or has refused to conform the motor vehicle to the express warranty by repairing one or more nonconformities within a reasonable number of attempts pursuant to Civ. Code §1791(d)(1) and/or Civ. Code § 1793.2(d)(2).

20. Defendant's actions have been willful.

WHEREFORE, Plaintiff respectfully requests the following relief:

    a. The "full purchase price" of the vehicle, collateral charges, finance charges, incidental and consequential damages;

    b. Two times the amount of actual damages pursuant to Civ. Code §1794;

    b. Costs, including expert witness fees and reasonable attorney's fees; and

    c. For such other relief as this court deems just and proper.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT

21. Plaintiff realleges and incorporates the above statements and allegations by reference as if set forth fully herein.

Jul.20. 2007 1:19PM 1858 DLSUSA-Diversified Legal Svc W SD                No. 0792        PAGE 13/38

JUL 01 2007 7:12PM    ? LASERJET FAX                                              P. 7

22. The Magnuson-Moss Warranty – Federal Trade Commission Improvement Act is codified at 15 U.S.C. §§ 2300 *et. seq.* and is commonly known as, and will hereinafter be referred to as, the "Magnuson-Moss Warranty Act."

23. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

24. Defendant is a "Supplier" and a "Warrantor" as defined by 15 U.S.C. §2301(4)-(5).

25. The vehicle is a "Consumer Product" as defined by 15 U.S.C. §2301(1).

26. One or more of the warranties given to Plaintiff by Defendant was a "Written Warranty" as defined by 15 U.S.C. § 2301(6) and/or a "Service Contract" as defined by 15 U.S.C. § 2301(8).

27. Defendant, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the written warranty and/or service contract by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

28. Defendant has been afforded a reasonable opportunity to cure the vehicle's nonconformities pursuant to 15 U.S.C. §2310 (e).

29. 15 U.S.C. §2310 (d) (1) provides:

"...Subject to subsections (a)(3) and (e) of this section, a consumer who is damaged by the failure of a supplier, warrantor, or service contractor to comply with any obligation under this chapter, or under a written warranty, implied warranty, or service contract, may bring suit for damages and other legal and equitable relief...."

30. As direct and proximate result of Defendant's failure to comply with Defendant's express written and implied warranties and/or service contract, Plaintiff has and continues to suffer to suffer damages.

31. If Defendant maintains a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has

1    pursued that process to its completion, as required by 15 U.S.C. § 2310(a) and rules

2    promulgated thereunder.

3    32.    Defendant's actions have been willful.

4    33.    Pursuant to 15 U.S.C. §2310 (d)(2), plaintiff seeks all Costs, including attorney's fees

5        and expert witness fees.

6        WHEREFORE, Plaintiff respectfully requests the following relief:

7            a.    The full purchase price of the vehicle, collateral charges, finance

8                charges, incidental and consequential damages;

9            b.    Two times the amount of actual damages pursuant to Civ. Code §1794.

10           c,    Costs, including expert witness fees and reasonable attorney's fees; and

11           d.    For such other relief as this court deems just and proper.

12

13                        **THIRD CAUSE OF ACTION**

14            **BREACH OF CALIFORNIA UNIFORM COMMERCIAL CODE**

15    34.    Plaintiff realleges and incorporates the above statements and allegations by reference

16        as if set forth fully herein.

17    35.    The Uniform Commercial Code is codified at Civ. Code §§ 1100 et. seq. and also

18        governs the purchase and sale of the vehicle at issue in this case.

19    36.    The defects and nonconformities exhibited by the vehicle constitute Defendant's

20        breach of contractual and statutory obligations to Plaintiff, including, but not limited

21        to, the following:

22

23        a.    Express Warranty;

24        b.    Implied Warranty of Merchantability; and

25        c.    Implied Warranty of Fitness for a Particular Purpose.

26

27

28

37.  At the time of acquisition of the vehicle by Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

38.  At the time of acquisition of the vehicle by Plaintiff and at all times subsequent thereto, Defendant was aware that Plaintiff was relying on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

39.  Plaintiff has incurred damages as a direct and proximate result of the Defendant's breach and failure to honor its express and implied warranties, obligations and representations with regard to the vehicle.

40.  Plaintiff has incurred damage as a direct and proximate result of the failure of essential purpose of Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

41.  Defendant's actions have been willful.

WHEREFORE, Plaintiff respectfully requests the following relief:

a.  The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

b.  Two times the amount of actual damages pursuant to Civ. Code §1794;

c.  Costs, including expert witness fees and reasonable attorney's fees; and

d.  For such other relief as this court deems just and proper.

## C. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

a.  The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

b.  Two times the amount of actual damages pursuant to Civ. Code §1794;

c.  Costs, including expert witness fees and reasonable attorney's fees; and

Jul.20. 2007.: 1:20PM 1858DLSUSA-Diversified Legal Svc _____ W SD           No.3112       PAGE 16/38

 JUl 01 2007 7:12PM        LASERJET FAX                                              P.10



1         d.      For such other relief as this court deems just and proper.

2

3                              KAHN & ASSOCIATES, L.L.C.

4

5                              Jannine M. Green (SBN 244072)

6                              Attorney for Plaintiff

7

8    Dated: May 21, 2007

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

Jul. 20. 2007 1:20PM 1858 DLSUSA-Diversified Legal Svc    No.3772    PAGE 17/38

Jul 01 2007 7:12PM    LASERJET FAX    p.11

Kahn & Associates, LLC
Attn: Green, Jannine M
16133 Ventura Blvd., Ste 700
Encino, CA  91436

## Superior Court of California, County of Alameda

| | |
|---|---|
| Neville | No. HG07327807 |
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT** |
| | **CONFERENCE AND ORDER** |
| Western Recreational Vehicles, Inc. | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 10/09/2007 | Department: 18 | Judge: Cecilia P. Castellanos |
|---|---|---|
| Time: 08:45 AM | Location: Administration Building | Clerk: May Chao |
| | Third Floor | Clerk telephone: (510) 272-6128 |
| | 1221 Oak Street, Oakland CA 94612 | E-mail: |
| | | Dept.18@alameda.courts.ca.gov |
| | Internet: http://www.alameda.courts.ca.gov | Fax: (510) 267-1506 |

### ORDERS

1. You must:
   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. Give notice of this conference to any party not included in this notice and file proof of service;
   c. Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. File and serve a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 05/30/2007.

By _____
                        Deputy Clerk

Jul.20. 2007 1:21PM1858DLSUSA-Diversified Legal Svc _W SD          No.3172    PAGE 18/38
Jul. 01 2007 7:13PM   7 LASERJET FAX                                      P.12

## Superior Court of California, County of Alameda



### Notice of Judicial Assignment for All Purposes
### Effective July 1, 2007

Case Number: HG07327807
Case Title:   Neville VS Western Recreational Vehicles, Inc.
Date of Filing: 05/25/2007

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On July 1, 2007 this case will be assigned for all purposes to:

Judge:          Cecilia P. Castellanos
Department:     18
Address:        Administration Building
                1221 Oak Street
                Oakland CA 94612
Phone Number:   (510) 272-6128
Fax Number:     (510) 267-1505
Email Address:  Dept.18@alameda.courts.ca.gov

Under direct calendaring, this case will be assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.) Because this notice is effective July 1, 2007, the parties are advised that the earliest possible deadline for a challenge pursuant to Code of Civil Procedure §170.6 is July 16, 2007.**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents filed after July 1, 2007, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Cecilia P. Castellanos
DEPARTMENT 18

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

## Schedule for Department 18

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Wednesdays and Thursdays from 9:30 a.m. to 4:30 p.m.

- Case Management Conferences are held: Initial Case Management Conferences: Tuesdays through Fridays at 8:45 a.m.

- Case Management Conference Continuances: Mondays, Wednesdays, Thursdays and Fridays at 9:00 a.m.

- Law and Motion matters are heard: Tuesdays at 2:00 p.m. and Fridays at 1:30 p.m.

- Settlement Conferences are heard: Fridays at 9:30 a.m.

- Ex Parte matters are heard: Tuesdays and Thursdays at 9:00 a.m.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact Department 31 for hearing dates before July 1, 2007 and the Direct Calendar Judge's department as follows for hearing dates after July 1, 2007:

- Motion Reservations for hearing dates after July 1, 2007
       Email:       Dept.18@alameda.courts.ca.gov

       For all Law & Motion reservations, email Department 18 at the email address provided or fax the request to (510) 893-5830.

- Ex Parte Matters for hearing dates after July 1, 2007
       Email:       Dept.18@alameda.courts.ca.gov

       FAX:        (510) 883-5830

## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 18
- Tentative Ruling Line after July 1, 2007: 1-866-223-2244

Dated: 05/29/2007                    Executive Officer / Clerk of the Superior Court

                                By _____
                                            Deputy Clerk

---

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct. I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

        Executed on 05/30/2007

                                By _____
                                            Deputy Clerk

From: Kahn & Associates, L.L.C.    To: 150846/B184    Page: 1/2    Date: 5/22/2007 6:18:26 PM

## KAHN & ASSOCIATES L.L.C.

**CALIFORNIA OFFICES**
NORTH - San Ancelus
CENTRAL - Los Angeles
SOUTH - San Diego

**CONNECTICUT**
Hamden

**FLORIDA OFFICES**
NORTH - Tallahassee
CENTRAL - Tampa
SOUTH - Miami

**INDIANA OFFICE**
Indianapolis

**MARYLAND OFFICE**
Baltimore

**MASSACHUSETTS OFFICE**
Burlington

**MICHIGAN OFFICE**
Northville

**MISSOURI OFFICE**
St. Louis

**NEW JERSEY OFFICE**
Scott T. Okamus, Esq.
Parsippany
*Licensed in New Jersey

**NORTH CAROLINA OFFICE**
Raleigh

**PENNSYLVANIA OFFICES**
EAST - King of Prussa
WEST - North Versailles

**TENNESSEE OFFICE**
Nashville

**VIRGINIA OFFICE**
Richmond

1-888-LEMONS-1
(1-888-536-6671)
Fax 1-888-868-6671
www.kahnandassociates.com

**CORPORATE HEADQUARTERS**
55 Public Square, Suite 650
Cleveland, OH 44113
P (216) 621-6101
F (216) 621-8986

PLEASE REMIT ALL CORRESPONDENCE TO CORPORATE HEADQUARTERS

# FACSIMILE TRANSMITTAL COVER PAGE

If there is a problem with transmission or if all pages are not received,
please call 1-888-536-6671 for retransmission.

ATTN: Phil Matoon
FROM: Jannine Green
RE: Neville
DATE: May 22, 2007

Phil,

I had an opportunity to speak with my clients' and present both of WRV's offers.

First, regarding the offer to sell on consignment, my clients' are not willing to bear the liability of a sale of a sub-standard trailer to a third party. If WRV would like to repurchase the trailer and sell it on its own accord, my clients' are more than willing to do so and negotiate a reasonable usage fee/deduction.

Secondly, regarding the offer to replace the chassis to increase the height of the trailer. Again, my clients' decline. The trailer is already at its weight capacity, thus there are concerns about overloading the chassis. Also, although not engineers, there is relevant concern that the structural integrity of the trailer may be compromised and present problems in the future. Finally, this "hybrid" trailer may present a re-sale issue to my client as again they would have concerns about selling the trailer.

I need to proceed with filing the complaint and will do so this week. However, we will continue in good faith to attempt to resolve this as soon as possible with WRV. Please advise if WRV is willing to make an offer of repurchase at this time. Thank you in advance for your ongoing efforts at resolution.

Best regards,

Jannine M. Green, Esq.
Kahn & Associates, L.L.C.
Phone: 1-888-536-6671
Fax: 1-888-868-6671
www.kahnandassociates.com

> **Stuck Driving a Lemon? We can help! "The Complete Lemon Solution™"**
> For more information visit us at www.kahnandassociates.com

Jul.20.2007 1:22PM 1858 DLSUSA-Diversified Legal Svc  W SD          No.3172     PAGE  22/38

JUL 01 2007 7:13PM      LASERJET FAX          p.16

From: Kahn & Associates, L.L.C.     To: 15084578184     Page: 1/13     Date: 5/17/2007 8:46:10 PM

RECEIVED MAY 17 2007

**KAHN & ASSOCIATES**
L.L.C.

CALIFORNIA OFFICES
NORTH - San Antonio
CENTRAL - Los Angeles
SOUTH - San Diego

CONNECTICUT
Meriden

FLORIDA OFFICES
NORTH - Tallahassee
CENTRAL - Tampa
SOUTH - Miami

INDIANA OFFICE
Indianapolis

MARYLAND OFFICE
Baltimore

MASSACHUSETTS OFFICE
Burlington

MICHIGAN OFFICE
Northville

MISSOURI OFFICE
St. Louis

NEW JERSEY OFFICE
Scott T. Gleason, Esq*
Parsippany
*Licensed in New Jersey

NORTH CAROLINA OFFICE
Raleigh

PENNSYLVANIA OFFICES
EAST - King of Prussia
WEST - North Versailles

TENNESSEE OFFICE
Nashville

VIRGINIA OFFICE
Richmond

1-888-LEMONS-1
(1-888-536-6671)
Fax 1-888-868-6671
www.kahnandassociates.com

CORPORATE HEADQUARTERS
35 Public Square, Suite 650
Cleveland, OH 44113
P (216) 621-6101
F (216) 621-6006

PLEASE REMIT ALL CORRESPONDENCE TO CORPORATE HEADQUARTERS

## FACSIMILE TRANSMITTAL COVER PAGE

If there is a problem with transmission or if all pages are not received,
please call 1-888-536-6871 for retransmission.

**From:** Jannine Green
**Sent:** Thursday, May 17, 2007 8:36 PM
**To:** 'pmattoon@wrv.com'
**Cc:** Jannine Green
**Subject:** Neville v. WRV

Phil,

Here is the sales agreement and repair orders I will present WRV's offer to my clients and advise.

Please also note the latest problem my clients' have discovered (in addition to the 53 other defects causing 89 days out of service) is that the propane line is pinched where it comes out of the bottom of the trailer to connect to the valve for the bar-b-que. A substantial safety hazard and one that is causing my clients' to be hesitant to use the propane tanks.

I urge WRV to consider a repurchase/replacement per the Song-Beverly Consumer Warranty Act. Neither party wants to litigate this matter, however, the defects in the trailer are so substantial that as stated in Song-Beverly, the safety, use and value has been greatly affected. Moreover, if a jury trial is necessary, and my clients' prevail, pursuant to law, WRV will be held responsible to pay my clients' attorney fees and costs. And, if the jury determines the failure to conform the trailer to warranty was willful, WRV opens themselves up to two times the amount of actual damages. That being said, it is clearly in the best interest of WRV to simply offer to repurchase/replace a defective trailer.

Best regards,

Jannine M. Green, Esq.
Kahn & Associates, L.L.C.
Phone: 1-888-536-6671
Fax: 1-888-868-6671
www.kahnandassociates.com

# EXHIBIT
# B

GATES, O'DOHERTY, GONTER & GUY. LLP
11945 West Bernardo Court, Suite 305
San Diego, California 92127
Telephone: (858) 676-8600
Facsimile: (858) 676-8601

Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)
Email: vaxelson@gogglaw.com

ENDORSED
FILED
ALAMEDA COUNTY

JUL 1 9 2007

CLERK OF THE SUPERIOR COUR
B)  SUSAN ERICKSON

Attorney for Defendant WESTERN RECREATIONAL VEHICLES. INC.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

COUNTY ADMINISTRATION BUILDING

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE | CASE NO. HG07327807 |
| Plaintiff(s), | ANSWER TO COMPLAINT |
| | FILE BY FAX |
| v. | Assigned to: Hon. Cecilia F. Castellanos |
| WESTERN RECREATIONAL VEHICLES INC. and DOES 1 through 20 inclusive, | Department: 18 |
| Defendant(s). | Action Filed: May 25, 2007 |

Defendant WESTERN RECREATIONAL VEHICLES, INC. ("Answering Defendant") answers the Complaint filed by WILLIAM NEVILLE and BARBARA NEVILLE ("Plaintiffs") as follows:

## GENERAL DENIAL

1.   Inasmuch as the Complaint is not verified, and under the provisions of *Code of Civil Procedure* §431.30, Answering Defendant denies generally and specifically each and everyallegation in such Complaint and the whole thereof, including a denial of all sums and

1

ANSWER TO COMPLAINT

1

2 amounts alleged to be owed or otherwise.

3    2.    Further answering such Complaint and the whole thereof,
4 including each and every cause of action therein, Answering Defendant
5 denies that Plaintiffs have sustained, or will sustain, any damage or
6 loss by reason of any act, omission, breach of contract, either
7 express or implied or both, or any other conduct or absence thereof
8 on the part of Answering Defendant or any agent, servant, or employee
9 of Answering Defendant, and denies that Answering Defendant committed
10 of any wrongful act or omission whatsoever.

11                        **FIRST AFFIRMATIVE DEFENSE**

12                           (Comparative Fault)

13    3.    If Plaintiffs sustained any damages as alleged in the
14 complaint, that damage was proximately caused and contributed to by
15 Plaintiffs in failing to conduct themselves in a manner ordinarily
16 expected of reasonably prudent persons in the conduct of their
17 affairs and business.    The contributory negligence and fault of
18 Plaintiffs diminish any recovery herein.

19                        **SECOND AFFIRMATIVE DEFENSE**

20                   (Contributory Negligence of Third Parties)

21    4.    If the Plaintiffs sustained any damages as alleged in the
22 complaint, that damage was proximately caused and contributed to by
23 persons and/or parties other than Answering Defendant in failing to
24 conduct themselves in a manner ordinarily expected of reasonably
25 prudent persons in the conduct of their affairs and business.
26 Contributory negligence and fault of persons and/or parties other
27 than Answering Defendant diminishes any recovery from this Answering
28 Defendant.

                                      2

                              **ANSWER TO COMPLAINT**

1        **THIRD AFFIRMATIVE DEFENSE**

2        (Failure To State A Cause Of Action)

3        5.   Plaintiffs' complaint, and each cause of action and count

4   thereof, fails to state sufficient facts to constitute a cause of

5   action against the Answering Defendant.

6        **FOURTH AFFIRMATIVE DEFENSE**

7        (Disclaimer of Warranties/Damages)

8        6.   Plaintiffs' causes of action for breach of express and

9   implied warranties and incidental and consequential damages are

10  barred or limited by the express disclaimers and limitations of

11  liability contained in the alleged express warranties or other

12  agreements made by Answering Defendant.  These disclaimers bar or

13  limit Plaintiffs' recovery herein.

14       **FIFTH AFFIRMATIVE DEFENSE**

15       (Statute of Limitations)

16       7.   Any cause of action alleged in the complaint is barred by

17  the statute of limitations, whether contained in Code of Civil

18  Procedure, sections 337, 338, 339, 340, 343, *Commercial Code* section

19  2725, Answering Defendant's warranty, or otherwise.

20       **SIXTH AFFIRMATIVE DEFENSE**

21       (Failure to Mitigate Damages)

22       8.   If Plaintiffs sustained any damage as alleged in the

23  complaint, that damage was proximately caused and contributed to by

24  Plaintiffs in failing to mitigate damages.  Plaintiffs' failure to

25  mitigate damages diminishes any recovery herein.

26  ///

27  ///

28  ///

                              3

                   **ANSWER TO COMPLAINT**

1                              **SEVENTH AFFIRMATIVE DEFENSE**

2                                         (Estoppel)

3          9.    Answering Defendant is informed and believes and based

4    thereon alleges that Plaintiffs have engaged in conduct and activity

5    sufficient to estop them from asserting all or any part of any claim

6    set forth in their complaint.

7                              **EIGHTH AFFIRMATIVE DEFENSE**

8                                      (Unclean Hands)

9          10.   Answering Defendant is informed and believes and based

10   thereon alleges that the claims and relief sought by Plaintiffs are

11   barred by reason of the doctrine of unclean hands.

12                             **NINTH AFFIRMATIVE DEFENSE**

13                                        (Waiver)

14         11.   Answering Defendant is informed and believes and based

15   thereon alleges that Plaintiffs have engaged in conduct and

16   activities sufficient to constitute a waiver of any alleged breach of

17   contract, breach of warranty, negligence or any other conduct as set

18   forth in the complaint.

19                             **TENTH AFFIRMATIVE DEFENSE**

20                                        (Laches)

21         12.   Answering Defendant is informed and believes and based

22   thereon alleges that plaintiffs waited an unreasonable period of time

23   to complain of the alleged acts or omissions at issue in the

24   complaint so as to prejudice this Answering Defendant.  Plaintiffs

25   are therefore guilty of laches and barred from recovery.

26   ///

27   ///

28   ///

                                         4

                              **ANSWER TO COMPLAINT**

## ELEVENTH AFFIRMATIVE DEFENSE

### (Failure of Performance)

13. Answering Defendant is informed and believes and based thereon alleges that any failure to perform the obligations as described in the complaint resulted from Plaintiffs' failure to perform as required by the contract and/or warranty. Performance on Plaintiffs' part of their obligations was a condition precedent to the performance of Answering Defendant's obligations.

## TWELFTH AFFIRMATIVE DEFENSE

### (Alteration of Product)

14. The vehicle was not defective or in an unmerchantable condition at any time when it left the possession, custody and control of these Answering Defendant. Any damage to the subject vehicle was caused and created by changes and alterations made to the vehicle, subsequent to the time of the vehicle's manufacture and/or sale, by persons other than Answering Defendant or any of its agents, servants, or employees, thereby barring Plaintiffs' recovery herein.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Failure to State Facts Sufficient for Recovery of a Civil Penalty)

15. The complaint fails to state sufficient facts to warrant the imposition of a civil penalty.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Consent)

16. The repair process to Plaintiffs' vehicle was appropriate and proper and is believed to have been done with the Plaintiffs' consent.

///

///

5

ANSWER TO COMPLAINT

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Abuse or Failure to Maintain)

17.   The Plaintiffs are barred from recovery by virtue of Civil Code section 1794.3, and other law, since the claimed defects or nonconformities were caused by the unauthorized or unreasonable use of the vehicle following sale.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Waiver of Right to Restitution/Rescission-Type Damages)

18.   Plaintiffs have waived their right to seek restitution or rescission-type damages against Answering Defendant as a matter of law, or, as an alternative, Answering Defendant is entitled to an equitable setoff for use of the vehicle.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Privity)

19.   There is no contractual vertical privity between the Plaintiffs and Answering Defendant therefore barring any claim for breach of implied warranty. The lack of privity also precludes plaintiffs from revocation type damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### [Failure to Properly Revoke Acceptance]

20.   The Plaintiffs failed to properly revoke acceptance by either failing to notify within a reasonable amount of time and/or before substantially altering or changing the product.

## NINETEENTH AFFIRMATIVE DEFENSE

### [Failure to Provide Notice or Give Opportunity to Cure]

21.   The Plaintiffs' Complaint fails as a matter of law due to their failure to provide notice and give Answering Defendant an opportunity to cure.

6

ANSWER TO COMPLAINT

1          **TWENTIETH AFFIRMATIVE DEFENSE**

2               [Business Use of the Motor home]

3          22.  The Plaintiffs' Complaint fails as a matter of law due to

4     their use of the motor home for business purposes.

5               **TWENTIFIRST AFFIRMATIVE DEFENSE**

6               [Failure to Submit Claims to Dispute Resolution]

7          23.  The Plaintiffs failed to submit their claims to Answering

8     Defendant's Alternative Dispute Resolution Program as set forth in

9     Answering Defendant's warranty, and by law, thus precluding any claim

10    set forth in the Complaint.

11

12         **WHEREFORE**, ANSWERING DEFENDANT, prays as follows:

13         1.   That Plaintiffs take nothing by way of their complaint on

14    file herein;

15         2.   That judgment be entered in favor of defendant, including

16    costs of suit; and,

17         3.   For such other and further relief as the Court may deem

18    just and proper.

19

20

21    Dated:  July 18, 2007          GATES, O'DOHERTY, GONTER & GUY, LLP
22
23                            By: _____
                                   VINCENT J. AXELSON
24                                 Attorneys for Defendant WESTERN
                                   RECREATIONAL VEHICLES, INC.
25

26

27

28

                                   7

                       **ANSWER TO COMPLAINT**

1           PROOF OF SERVICE - CCP §1013a(3)

2          I am employed in the County of San Diego, State of California.
     I am over the age of 18 and not a party to the within action; my
3    business address is 11545 West Bernardo Court, Suite 305, San Diego,
     California 92127.
4
           On July 19, 2007, I served the foregoing document described as
5    **ANSWER TO COMPLAINT** on the interested parties in this action as set
     forth on the attached service list in the following manner:
6

7    (X)    **BY MAIL.** I am familiar with this firm's practice of
            collection and processing correspondence for mailing with
8           the United States Postal Service, and that the
            correspondence shall be deposited with the United States
9           Postal Service on the same day in the ordinary course of
            business pursuant to Code of Civil Procedure section 1013a.
10          I am aware that on a motion of party served, service is
            presumed invalid if postal cancellation date or postage
11          meter date is more than one day after date of deposit for
            mailing affidavit.

12   ( )    **BY FACSIMILE.** In addition to service by mail as set forth
            above, a copy of said document(s) was also delivered by
13          facsimile transmission to the addressee(s) pursuant to Code
            of Civil Procedure section 1013(e).
14

15   ( )    **BY PERSONAL SERVICE.** I caused a true copy of said
            document(s) to be hand-delivered to the addressee(s) via a
16          California registered process server pursuant to Code of
            Civil Procedure section 1011. If required, said registered
17          process server's original proof of personal service will be
            filed with the court immediately upon its receipt.

18   ( )    **BY EXPRESS MAIL.** I caused a true copy of said document(s)
            to be deposited in a box or other facility regularly
19          maintained by the express service carrier providing
            overnight delivery pursuant to Code of Civil Procedure
20          section 1013(c).

21         I declare under penalty of perjury under the laws of the State
     of California that the foregoing is true and correct and that this
22   declaration was executed on July 19, 2007, at San Diego, California.

23

24                          ANTOINETTE M. COX

25

26

27

28

                                    8

                         **ANSWER TO COMPLAINT**

1  NEVILLE v. WESTERN RECREATIONAL VEHICLES, INC.
   Alameda County Superior Court Case No.: HG07327807
2

3

4                           SERVICE LIST

5
   Jannine M. Green, Esq.              Attorneys for Plaintiffs
6  KAHN & ASSOCIATES, LLC             WILLIAM NEVILLE and BARBARA
   16133 Ventura Blvd.                NEVILLE
7  Suite 700
   Encino, CA 91436
8  Telephone: (888) 536-6671
   Facsimile: (888) 868-6671
9

10 **COUNSEL/PARTY SERVING THIS DOCUMENT:**
   Vincent J. Axelson, Esq.           Attorneys for Defendant
11 GATES, O'DOHERTY, GONTER & GUY, LLP WESTERN RECREATIONAL
   11545 West Bernardo Court, Suite 305 VEHICLES, INC.
12 San Diego, CA  92127
   (858) 676-8600, Fax (858) 676-8601
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              9

1                    PROOF OF SERVICE - CCP §1013a(3)

2          I am employed in the County of San Diego, State of California.
     I am over the age of 18 and not a party to the within action; my
3    business address is 11545 West Bernardo Court, Suite 305, San Diego,
     California 92127.
4
           On July 20, 2007, I served the foregoing document described as
5    **NOTICE OF REMOVAL OF ACTION** on the interested parties in this action
     as set forth on the attached service list in the following manner:
6

7    (X)       **BY MAIL.** I am familiar with this firm's practice of
               collection and processing correspondence for mailing with
8              the United States Postal Service, and that the
               correspondence shall be deposited with the United States
9              Postal Service on the same day in the ordinary course of
               business pursuant to Code of Civil Procedure section 1013a.
10             I am aware that on a motion of party served, service is
               presumed invalid if postal cancellation date or postage
11             meter date is more than one day after date of deposit for
               mailing affidavit.

12   ( )       **BY FACSIMILE.** In addition to service by mail as set forth
               above, a copy of said document(s) was also delivered by
13             facsimile transmission to the addressee(s) pursuant to Code
               of Civil Procedure section 1013(e).
14

15   ( )       **BY PERSONAL SERVICE.** I caused a true copy of said
               document(s) to be hand-delivered to the addressee(s) via a
16             California registered process server pursuant to Code of
               Civil Procedure section 1011. If required, said registered
17             process server's original proof of personal service will be
               filed with the court immediately upon its receipt.

18   ( )       **BY EXPRESS MAIL.** I caused a true copy of said document(s)
               to be deposited in a box or other facility regularly
19             maintained by the express service carrier providing
               overnight delivery pursuant to Code of Civil Procedure
20             section 1013(c).

21         I declare under penalty of perjury under the laws of the State
     of California that the foregoing is true and correct and that this
22   declaration was executed on July 20, 2007, at San Diego, California.

23

24                             ANTOINETTE M. COX

25

26

27

28

                                     5

                       NOTICE OF REMOVAL OF ACTION

1   JONES v. WESTERN RECREATIONAL VEHICLES, INC.
    Orange County Superior Court Case No.: 07CC03758
2

3

4                                SERVICE LIST

5

    Jannine M. Green, Esq.              Attorneys for Plaintiffs
6   KAHN & ASSOCIATES, LLC              WILLIAM NEVILLE and BARBARA
    16133 Ventura Blvd.                 NEVILLE
7   Suite 700
    Encino, CA 91436
8   Telephone: (888) 536-6671
    Facsimile: (888) 868-6671
9

10
    COUNSEL/PARTY SERVING THIS DOCUMENT:
11  Vincent J. Axelson, Esq.            Attorneys for Defendant
    GATES, O'DOHERTY, GONTER & GUY, LLP  WESTERN RECREATIONAL
12  11545 West Bernardo Court, Suite 305 VEHICLES, INC.
    San Diego, CA  92127
13  (858) 676-8600, Fax (858) 676-8601

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    6

                        NOTICE OF REMOVAL OF ACTION

1   GATES, O'DOHERTY, GONTER & GUY, LLP
    11545 West Bernardo Court, Suite 305
2   San Diego, California 92127
    Telephone: (858) 676-8600
3   Facsimile: (858) 676-8601

4   Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)

5   Attorneys for Defendant WESTERN RECREATIONAL VEHICLES, INC.

6

7

8                   UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11   WILLIAM NEVILLE and BARBARA   ) CASE NO.
     NEVILLE                        )
12                                  )
                                    )
             Plaintiff(s),          ) **DEFENDANT WESTERN RECREATIONAL**
13                                  ) **VEHICLES, INC.'S, NOTICE OF RELATED**
     v.                             ) **ACTIONS**
14                                  )
                                    )
15   WESTERN RECREATIONAL VEHICLES  ) Assigned to:
     INC. and DOES 1 through 20     )
16   inclusive,                     ) Dept.:
                                    )
17           Defendant(s).          )
                                    )
18                                  )
                                    )
19                                  ) Action Filed:
                                    )
20                                  )
                                    )
21   _____)

22       TO THE COURT AND ALL PARTIES APPEARING ON RECORD:

23       Defendant WESTEN RECREATIONAL VEHICLES, INC. hereby notifies all

24   parties to this action that it is not aware of any action filed or

25   currently pending in the Northern District and the action being filed

26   which appear:

27       (a)   To arise from the same or substantially identical

28   transactions, happenings or events, or

                                    1

     **DEFENDANT'S NOTICE OF RELATED ACTIONS**

1    (b)  To involve the same patent, trademark or copyright, except

2 where in one or both actions the same patent, trademark or copyright

3 is joined with other patents, trademarks or copyrights which do not

4 cover the same or substantially identical subject matter, or

5    (c)  To call for determination of the same or substantially

6 identical questions of law and fact, or

7    (d)  Likely for other reasons to entail substantial duplication

8 of labor if heard by different judges.

9

10 Dated:  July 18, 2007          GATES, O'DOHERTY, GONTER & GUY, LLP

11

12

13                              By: _____
                                    VINCENT L. AXELSON
14                              Attorneys for Defendant
                                WESTERN RECREATIONAL VEHICLES, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2
                    DEFENDANT'S NOTICE OF RELATED ACTIONS

1                     PROOF OF SERVICE — CCP §1013a(3)

2          I am employed in the County of San Diego, State of California.
   I am over the age of 18 and not a party to the within action; my
3  business address is 11545 West Bernardo Court, Suite 305, San Diego,
   California 92127.

4
           On July 20, 2007, I served the foregoing document described as
5  **DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.'S, NOTICE OF RELATED**
   **ACTIONS** on the interested parties in this action as set forth on the
6  attached service list in the following manner:

7      (X)        **BY MAIL.**  I am familiar with this firm's practice of
                  collection and processing correspondence for mailing with
8                 the United States Postal Service, and that the
                  correspondence shall be deposited with the United States
9                 Postal Service on the same day in the ordinary course of
                  business pursuant to Code of Civil Procedure section 1013a.
10                I am aware that on a motion of party served, service is
                  presumed invalid if postal cancellation date or postage
11                meter date is more than one day after date of deposit for
                  mailing affidavit.
12

13     ( )        **BY FACSIMILE.**  In addition to service by mail as set forth
                  above, a copy of said document(s) was also delivered by
14                facsimile transmission to the addressee(s) pursuant to Code
                  of Civil Procedure section 1013(e).

15
       ( )        **BY PERSONAL SERVICE.**  I caused a true copy of said
16                document(s) to be hand-delivered to the addressee(s) via a
                  California registered process server pursuant to Code of
17                Civil Procedure section 1011.  If required, said registered
                  process server's original proof of personal service will be
18                filed with the court immediately upon its receipt.

19     ( )        **BY EXPRESS MAIL.**  I caused a true copy of said document(s)
                  to be deposited in a box or other facility regularly
20                maintained by the express service carrier providing
                  overnight delivery pursuant to Code of Civil Procedure
21                section 1013(c).

22         I declare under penalty of perjury under the laws of the State
   of California that the foregoing is true and correct and that this
23 declaration was executed on July 20, 2007, at San Diego, California.

24

25                                ANTOINETTE M. COX

26

27

28
                                        3

                     **DEFENDANT'S NOTICE OF RELATED ACTIONS**

1  NEVILLE v. WESTERN RECREATIONAL VEHICLES, INC.
   US District Court Case No.:
2

3                            SERVICE LIST

4

5  Jannine M. Green, Esq.                Attorneys for Plaintiffs
   KAHN & ASSOCIATES, LLC                WILLIAM NEVILLE and BARBARA
6  16133 Ventura Blvd.                   NEVILLE
   Suite 700
7  Encino, CA 91436
   Telephone: (888) 536-6671
8  Facsimile: (888) 868-6671

9
   **COUNSEL/PARTY SERVING THIS DOCUMENT:**
10 Vincent J. Axelson, Esq.              Attorneys for Defendant
   GATES, O'DOHERTY, GONTER & GUY, LLP   WESTERN RECREATIONAL
11 11545 West Bernardo Court, Suite 305  VEHICLES, INC.
   San Diego, CA  92127
12 (858) 676-8600, Fax (858) 676-8601

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                 4

                 **DEFENDANT'S NOTICE OF RELATED ACTIONS**