08/20/2007 Case 3:07-cv-03757-MMC  Document 3  Filed 08/22/2007  Page 1 of 1  PAGE 04/04
From: Kahn & Associ. L.L.C.  To: 18586768601  Page: 4/4  Da: /20/2007 3:05:24 PM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE<br><br>Defendants. | CASE NO. 07-cv-03757-BZ<br><br>**ORDER**  E-Filing<br><br>MAGISTRATE JUDGE BERNARD ZIMMERMAN |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that Plaintiff be given an extension of 30 days up to and including September 18, 2007 in which to file a motion to remand.

_____

MAGISTRATE JUDGE BERNARD ZIMMERMAN

Stipulation for extension of time