

JANNINE M. GREEN, ESQ. (SBN 244179)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

Attorneys for Plaintiffs William and Barbara Neville

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, | CASE NO. 07-cv-03757-BZ |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE | MAGISTRATE JUDGE BERNARD ZIMMERMAN |
| Defendants. | |

Now come Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant Western Recreation Vehicles ("Defendant"), by and through the undersigned counselors, and hereby stipulate to a 30 day extension on the time frame within which Plaintiffs may file a motion to remand. The normal time frame within which Plaintiffs may file a motion to remand expires today but Plaintiffs' Counsel has been unable to file a motion to remand as she is currently not admitted to this Court. Plaintiffs' Counsel has attempted gaining admission to this Court but is waiting on a certificate of good standing to be delivered. Furthermore, Plaintiffs' Counsel has attempted to obtain of counsel that is admitted to this Court to no avail. Plaintiff

Stipulation for extension of time

ORIGINAL

1  and Defendant, therefore, stipulate to a 30 day extension on the time frame within which to file a
2  motion to remand so that Plaintiffs' Counsel can be admitted to this Court and file said Motion.

Respectfully submitted,

_____
Vincent J. Axelson
Gates, O'Doherty, Gonter & Guy, LLP
11545 West Bernardo Court, Suite 305
San Diego, California 92127
Phone: 858-676-8600
Attorneys for Defendant Western
Recreational Vehicles

and

*[signature]*
JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
Attorneys for Plaintiff William Neville
and Barbara Neville

1  and Defendant, therefore, stipulate to a 30 day extension on the time frame within which to file a
2  motion to remand so that Plaintiffs' Counsel can be admitted to this Court and file said Motion.
3
4
5                                              Respectfully submitted,
6                                              /s/ Vincent J. Axelson
7                                              Vincent J. Axelson
                                               Gates, O'Doherty, Gonter & Guy, LLP
8                                              11545 West Bernardo Court, Suite 305
                                               San Diego, California 92127
9                                              Phone: 858-676-8600
                                               Attorneys for Defendant Western
10                                             Recreational Vehicles
11
                                               and
12
13                                             /s/ Jannine M. Green
                                               JANNINE M. GREEN, ESQ. (SBN
14                                             244072)
                                               KAHN & ASSOCIATES, L.L.C.
15                                             16133 Ventura Blvd., Suite 700
                                               Encino, CA 91436
16                                             Phone: (888) 536-6671
                                               Fax: (888) 868-6671
17                                             Attorneys for Plaintiff William Neville
                                               and Barbara Neville
18
19
20
21
22
23
24
25
26
27
28

Stipulation for extension of time

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, | CASE NO. 07-cv-03757-BZ |
| Plaintiff, | **ORDER** |
| v. | |
| WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE | MAGISTRATE JUDGE BERNARD ZIMMERMAN |
| Defendants. | |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that Plaintiff be given an extension of 30 days up to and including September 18, 2007 in which to file a motion to remand.

_____

MAGISTRATE JUDGE BERNARD ZIMMERMAN

Stipulation for extension of time

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA** )
)
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within-entitled action: my business address is: 16133 Ventura Boulevard, 7th Floor, Encino, California 91436.

On **AUGUST 20, 2007**, I served the foregoing document described as:

**STIPULATION AND PROPOSED ORDER**

to all interested parties in this action as follows:

UNITED STATES DISTRICT COURT – NORTHERN
Magistrate Judge Bernard Zimmerman
Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Vicent Axelson, Esq.
GATES, O'DOHERTY, GONTER & GUY, LLP
11545 West Bernardo Court, Suite #305
San Diego, California 92127

___ **BY FACSIMILE TO:**

_X_ **BY MAIL**

___ I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

_X_ I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

___ **BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

_X_ **STATE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
Executed on **AUGUST 20, 2007** at Encino, California.

ROY S. LOPEZ

STIPULATION AND PROPOSED ORDER