08/20/2007 14:12  18586768601           GOGGLAW SD                              PAGE  04/04
From Kahn & Associates L.L.C    To: 18586768601    Page: 4/4    Date 8/20/2007 3 05 24 PM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, | CASE NO. 07-cv-03757-BZ |
| Plaintiff, | **ORDER** |
| v. | |
| WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE | MAGISTRATE JUDGE BERNARD ZIMMERMAN |
| Defendants. | |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that Plaintiff be given an extension of 30 days up to and including September 18, 2007 in which to file a motion to remand.

*/s/ Bernard Zimmerman*

MAGISTRATE JUDGE BERNARD ZIMMERMAN

Stipulation for extension of time