# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

September 19, 2007

To:   Jannine Maria Green
      Kahn & Associates, LLC
      16133 Ventura Boulevard
      Suite 700
      Encino, CA 91436

      Vincent J. Axelson
      Gates O'Doherty Gonter & Guy, LLP
      11545 West Bernardo Court, Suite 305
      San Diego, CA 92127

      Re: William Neville, et al. v. Western Recreational Vehicles Inc., et al.

Dear Sir or Madam:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for October 31, 2007 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

                        Sincerely,

                        Richard W. Wieking, Clerk
                        United States District Court

                        /s/ Lashanda Scott
                        By:   Lashanda Scott
                              Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd