1
2
3
4
5
6                 UNITED STATES DISTRICT COURT
7                 NORTHERN DISTRICT OF CALIFORNIA
8
9 William Neville and Barbara Neville       No. C 3:07 -cv-03757-BZ
10        Plaintiff(s),                 **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
11        v.
12 Western Recreational Vehicles, et al.
13        Defendant(s).
14 _____/

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21 Dated: September 27, 2007                _____
                                                   Signature
22
                                                  Counsel for Plaintiff
23                                              (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28