UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al.<br><br>      Plaintiff(s),<br><br>  v.<br><br><br>WESTERN RECREATIONAL<br>VEHICLES, INC., et al.,<br><br>      Defendant(s). | No. C 07-3757 BZ<br><br><br><br>**CLERK'S NOTICE REGARDING<br>TENTATIVE RULING** |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on the motion to remand by plaintiffs. If the parties wish to forego oral argument, and to accept this tentative ruling as the Court's Order, they shall file a joint writing to that effect no later than **noon, Monday, October 29, 2007**. In that event, the October 31, 2007 hearing date will be vacated. If any party wishes to go forward with the scheduled hearing, that party shall file a writing to that effect no later than **noon, Monday, October 29, 2007** and the Court will hear argument on **Wednesday, October 31, 2007 at 10:00 a.m.**

Dated: October 25, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Neville\CLERKS TENTATIVE RULING NOTICE.wpd

1