1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM NEVILLE and BARBARA
NEVILLE,

        Plaintiff(s),

        v.

WESTERN RECREATIONAL VEHICLES
INC. AND DOES 1 THROUGH 20
INCLUSIVE

        Defendant(s).

No. C  03757-BZ

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: 10\25\07

Signature _____ for Vincent J. Axelson

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

