```
 1  GATES, O'DOHERTY, GONTER & GUY, LLP
    15373 Innovation Drive, Suite 170
 2  San Diego, California 92128
    Telephone: (858) 676-8600
 3  Facsimile: (858) 676-8601

 4  Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)
    E-mail:   vaxelson@gogglaw.com
 5

 6  Attorneys for Defendant WESTERN RECREATIONAL VEHICLES, INC.

 7

 8                    UNITED STATES DISTRICT COURT

 9         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11
    WILLIAM NEVILLE and BARBARA    ) CASE NO. C 07-03757-BZ
12  NEVILLE                        )
                                   ) NOTICE OF ACCEPTANCE OF COURT'S
13            Plaintiff(s),        ) TENTATIVE RULING AS TO MOTION TO
                                   ) REMAND AND WAIVER OF ORAL ARGUMENT
14  v.                             )
                                   )
15                                 ) Assigned to:
    WESTERN RECREATIONAL VEHICLES  ) Magistrate Bernard Zimmerman
16  INC. and DOES 1 through 20     )
    inclusive,                     )
17                                 )
              Defendant(s).        )
18                                 )
                                   )
19                                 )
                                   )
20  _____    )

21        Plaintiffs WILLIAM NEVILLE and BARBARA NEVILLE and Defendant

22  WESTERN RECREATIONAL VEHICLES, INC. hereby accept the court's

23  tentative ruling with respect to Plaintiff's motion to remand, waive

24  oral argument, and agree to vacate the October 31, 2007 hearing date

25  for the motion.

26  ///

27  ///

28  ///                                    1
                    NOTICE OF ACCEPTANCE OF COURT'S TENTATIVE RULING
                  AS TO MOTION TO REMAND AND WAIVER OF ORAL ARGUMENT
```

```
1  Dated: October 26, 2007        KAHN & ASSOCIATES, LLC
2
3                                  By: /s/ Jannine M. Green
                                      JANNINE M. GREEN, ESQ.
4                                     Attorney for Plaintiffs
                                      WILLIAM NEVILLE and BARBARA NEVILLE
5
6  Dated: October 26, 2007        GATES, O'DOHERTY, GONTER & GUY, LLP
7
8                                  By: /s/ Vincent J. Axelson
                                      VINCENT J. AXELSON, ESQ.
9                                     Attorneys for Defendant
                                      WESTERN RECREATIONAL VEHICLES, INC.
10
```

2

NOTICE OF ACCEPTANCE OF COURT'S TENTATIVE RULING
AS TO MOTION TO REMAND AND WAIVER OF ORAL ARGUMENT

PROOF OF SERVICE -- CCP §1013a(3)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 15373 Innovation Drive, Suite 170, San Diego, CA 92128.

On October 26, 2007, I served the foregoing document described as **NOTICE OF ACCEPTANCE OF COURT'S TENTATIVE RULING AS TO MOTION TO REMAND AND WAIVER OF ORAL ARGUMENT** on the interested parties in this action as set forth on the attached service list in the following manner:

(X) **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure section 1013a. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( ) **BY FACSIMILE.** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure section 1013(e).

( ) **BY PERSONAL SERVICE.** I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure section 1011. If required, said registered process server's original proof of personal service will be filed with the court immediately upon its receipt.

( ) **BY EXPRESS MAIL.** I caused a true copy of said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure section 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 26, 2007, at San Diego, California.

_____
JENNIFER LYNN SMITH

3

NOTICE OF ACCEPTANCE OF COURT'S TENTATIVE RULING
AS TO MOTION TO REMAND AND WAIVER OF ORAL ARGUMENT

<u>NEVILLE v. WESTERN RECREATIONAL VEHICLES, INC.</u>
US District Court Case No.: 07-CV-03757-BZ

<u>SERVICE LIST</u>

Jannine M. Green, Esq.
KAHN & ASSOCIATES, LLC
16133 Ventura Blvd.
Suite 700
Encino, CA 91436
Telephone: (888) 536-6671
Facsimile: (888) 868-6671

Attorneys for Plaintiffs
WILLIAM NEVILLE and
BARBARA NEVILLE

**COUNSEL/PARTY SERVING THIS DOCUMENT:**

Vincent J. Axelson, Esq.
GATES, O'DOHERTY, GONTER & GUY, LLP
15373 Innovation Drive, Suite 170
San Diego, CA 92128
(858) 676-8600, Fax (858) 676-8601

Attorneys for Defendant
WESTERN RECREATIONAL
VEHICLES, INC.

4

NOTICE OF ACCEPTANCE OF COURT'S TENTATIVE RULING
AS TO MOTION TO REMAND AND WAIVER OF ORAL ARGUMENT