**GATES, O'DOHERTY, GONTER & GUY, LLP**
15373 Innovation Drive, Suite 170
San Diego, California 92128
Telephone: (858) 676-8600
Facsimile: (858) 676-8601

Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)
       Email: vaxelson@gogglaw.com

Attorney for Defendant WESTERN RECREATIONAL VEHICLES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, <br><br> Plaintiff(s), <br><br> v. <br><br> WESTERN RECREATIONAL VEHICLES INC. and DOES 1 through 20 inclusive, <br><br> Defendant(s). | CASE NO. C07-03757 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR PARTIES TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** <br><br> Assigned to: <br> Hon. Maxine M. Chesney <br><br> Courtroom: 7 <br><br> Action Filed: May 25, 2007 |

Pursuant to Local Rule 7.12 Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant Western Recreational Vehicles, Inc., by and through their counsel of record, agree to the following:

1. The parties may appear telephonically for the Case Management Conference set for November 30, 2007 at 10:30 a.m. before this court. Good cause exists to do so.

1

**STIPULATION TO APPEAR TELEPHONICALLY**

2. Plaintiffs' counsel, Jannine Green, Esq. lives and works in Encino, California. Defendant's counsel, Vincent J. Axelson, Esq., lives and works in San Diego, California.

3. The parties have met and conferred with respect to all of the requirements set forth by the Local Rules in preparation for the Case Management Conference, and have timely filed their Case Management Conference Report.

4. The parties are in the middle of settlement discussions. Plaintiffs' claims in this case pursuant to the Song-Beverly Consumer Warranty Act, Civil Code Section 1790, et. seq. and the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2301, et. seq. ("Mag-Moss") include a statutory attorney's fee provision. Thus, traveling to San Francisco for the Case Management Conference to appear in person, when counsel could do so telephonically, would be an additional expense that could possibly be a detterent to settlement.

5. For these reasons, the parties stipulate to permit their counsel to appear telephonically at the Case Management Conference on November 30, 2007.

Dated: November 20, 2007        GATES, O'DOHERTY, GONTER & GUY, LLP

By: _____
    VINCENT J. AXELSON
    Attorneys for Defendant WESTERN
    RECREATIONAL VEHICLES, INC.

Dated: November 20, 2007        KAHN & ASSOCIATES, LLC

By: _____
    JANNINE M. GREEN
    Attorneys for Plaintiffs WILLIAM AND
    BARBARA NEVILLE

2

**STIPULATION TO APPEAR TELEPHONICALLY**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

3

STIPULATION TO APPEAR TELEPHONICALLY

PROOF OF SERVICE – CCP §1013a(3)

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 15373 Innovation Drive, Suite 170, San Diego, California 92128.

On November 21, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER FOR PARTIES TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** on the interested parties in this action as set forth on the attached service list in the following manner:

(X)  **BY MAIL.** I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service on the same day in the ordinary course of business pursuant to Code of Civil Procedure section 1013a. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( )  **BY FACSIMILE.** In addition to service by mail as set forth above, a copy of said document(s) was also delivered by facsimile transmission to the addressee(s) pursuant to Code of Civil Procedure section 1013(e).

( )  **BY PERSONAL SERVICE.** I caused a true copy of said document(s) to be hand-delivered to the addressee(s) via a California registered process server pursuant to Code of Civil Procedure section 1011. If required, said registered process server's original proof of personal service will be filed with the court immediately upon its receipt.

( )  **BY EXPRESS MAIL.** I caused a true copy of said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure section 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 21, 2007, at San Diego, California.

JENNIFER LYNN SMITH

4

STIPULATION TO APPEAR TELEPHONICALLY

NEVILLE v. WESTERN RECREATIONAL VEHICLES, INC.
US District Court Case No.: 3:07-cv-03757-MMC

## SERVICE LIST

Jannine M. Green, Esq.  
KAHN & ASSOCIATES, LLC  
16133 Ventura Blvd.  
Suite 700  
Encino, CA 91436  
Telephone: (888) 536-6671  
Facsimile: (888) 868-6671  

Attorneys for Plaintiffs  
WILLIAM NEVILLE and  
BARBARA NEVILLE

**COUNSEL/PARTY SERVING THIS DOCUMENT:**

Vincent J. Axelson, Esq.  
GATES, O'DOHERTY, GONTER & GUY, LLP  
15373 Innovation Drive, Suite 170  
San Diego, CA 92128  
(858) 676-8600, Fax (858) 676-8601  

Attorneys for Defendant  
WESTERN RECREATIONAL VEHICLES, INC.

5

STIPULATION TO APPEAR TELEPHONICALLY