**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM NEVILLE, et al.,

    Plaintiffs,

  v.

WESTERN RECREATIONAL VEHICLES,
INC., et al.,

    Defendants

_____/

No. C-07-3757 MMC

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND
RECOMMENDATION; DENYING
MOTION TO REMAND**

    Before the Court is Magistrate Judge Bernard Zimmerman's Report and

Recommendation, filed November 1, 2007, by which said Magistrate Judge recommends

that plaintiff's Motion to Remand, filed September 18, 2007, be denied. As plaintiff was

electronically served with the Report and Recommendation on November 1, 2007, any

objections thereto were required to be filed no later than November 16, 2007. See 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a). To date, no objection has been filed.

    Having read and considered the papers filed in support of and in opposition to the

motion, the Court hereby ADOPTS the Report and Recommendation in its entirety for the

reasons expressed therein, and, accordingly, the Motion to Remand is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: November 21, 2007

_____
MAXINE M. CHESNEY
United States District Judge