1  **GATES, O'DOHERTY, GONTER & GUY, LLP**
2  15373 Innovation Drive, Suite 170
   San Diego, California 92128
3  Telephone: (858) 676-8600
   Facsimile: (858) 676-8601
4
   Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)
5          Email: vaxelson@gogglaw.com
6
7  Attorney for Defendant WESTERN RECREATIONAL VEHICLES, INC.
8
9                  UNITED STATES DISTRICT COURT
10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, | CASE NO. C07-03757 MMC |
| Plaintiff(s), | **STIPULATION AND [PROPOSED] ORDER FOR PARTIES TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| WESTERN RECREATIONAL VEHICLES INC. and DOES 1 through 20 inclusive, | Assigned to: Hon. Maxine M. Chesney |
| Defendant(s). | Courtroom: 7 |
| | Action Filed: May 25, 2007 |

    Pursuant to Local Rule 7.12 Plaintiffs William Neville and
Barbara Neville ("Plaintiffs") and Defendant Western Recreational
Vehicles, Inc., by and through their counsel of record, agree to the
following:
  1. The parties may appear telephonically for the Case Management
     Conference set for November 30, 2007 at 10:30 a.m. before this
     court.  Good cause exists to do so.

                                1

**STIPULATION TO APPEAR TELEPHONICALLY**

2. Plaintiffs' counsel, Jannine Green, Esq. lives and works in Encino, California. Defendant's counsel, Vincent J. Axelson, Esq., lives and works in San Diego, California.

3. The parties have met and conferred with respect to all of the requirements set forth by the Local Rules in preparation for the Case Management Conference, and have timely filed their Case Management Conference Report.

4. The parties are in the middle of settlement discussions. Plaintiffs' claims in this case pursuant to the Song-Beverly Consumer Warranty Act, Civil Code Section 1790, et. seq. and the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2301, et. seq. ("Mag-Moss") include a statutory attorney's fee provision. Thus, traveling to San Francisco for the Case Management Conference to appear in person, when counsel could do so telephonically, would be an additional expense that could possibly be a detterent to settlement.

5. For these reasons, the parties stipulate to permit their counsel to appear telephonically at the Case Management Conference on November 30, 2007.

Dated: November 20, 2007    GATES, O'DOHERTY, GONTER & GUY, LLP

By: _____
VINCENT J. AXELSON
Attorneys for Defendant WESTERN
RECREATIONAL VEHICLES, INC.

Dated: November 20, 2007    KAHN & ASSOCIATES, LLC

By: _____
JANNINE M. GREEN
Attorneys for Plaintiffs WILLIAM AND
BARBARA NEVILLE

2

**STIPULATION TO APPEAR TELEPHONICALLY**

```
 1        PURSUANT TO STIPULATION, IT IS SO ORDERED.
 2
 3   Dated: November 26, 2007            [signature]
 4                                   HON. MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE
```

3

STIPULATION TO APPEAR TELEPHONICALLY