UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


*HON.  MAXINE CHESNEY*

CIVIL MINUTE ORDER

**DATE:** November 30, 2007
**TITLE:** Neville -v-Western Rec. Vehicles                              **CASE #:** C-07-3757 MMC

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Jannine Green | Nadine Sayegh |

**Deputy Clerk:** Brenda Tolbert                                **Reporter:**

**PROCEEDINGS:**

- **X**   Initial Case Management
- ___   Further Case Management
- ___   Further Status Conference -Telephonic
- ___   Pretrial Conference
- ___   Settlement Conference (Length:  Hr/s.)
- ___   Evidentiary Hearing
- ___   Examination of Judgment Debtor
- ___   Motions
- ___   Other:

**ORDER/RESULTS:**

Initial Case Management Conference Held Telephonically.  Jury Trial: 5 days: 11/3/08; Non-Expert Discovery Cut-off: 5/23/08; Expert Disclosure: 6/13/08; Rebuttal Expert Disclosure: 6/27/08; Expert Discovery Cut-off: 7/18/08; Dispositive Motion Filing Cut-off: 8/1/08; Pretrial Conf: 10/21/08. Meet and Confer Deadline: 9/15/08;  Cut-off to amend pleadings: 2/29/08;  Parties previously agreed to private mediation. Joint Status Conference Statements Due: 8/1/08.

**Case Continued To:**   8/8/08 at 10:30 a.m.          **For:**   Status Conference
**Case Referred To:**                                                  **For:**


**ORDER TO BE PREPARED BY:**

**cc:  Brenda, Tracy**