1  JANNINE M. GREEN, ESQ. (SBN 244072)
   KAHN & ASSOCIATES, L.L.C.
2  16133 Ventura Blvd., Suite 700
   Encino, CA 91436
3  Phone: (888) 536-6671
   Fax: (888) 868-6671
4  www.kahnandassociates.com

5

6  Attorneys for Plaintiffs William and Barbara Neville

7

8                    UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, | CASE NO.: 07-03757 MMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE | JUDGE MAXINE M. CHESNEY |
| Defendants. | |

   Now come Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant Western Recreation Vehicles ("Defendant"), by and through the undersigned counselors, and hereby stipulate to a 90 day extension on the time frame within which the parties may complete Court ordered mediation. The Court has ordered the parties to complete the mediation no later than the presumptive deadline of February 15, 2008. However, the parties are in good faith attempting to settle the matter and have not reached an impasse where the assistance of a mediator is necessary. Should the parties reach such an impasse in the next 30 days, the parties agree to move forward with the mediation by a stipulated date of May 15, 2008. Plaintiff and

1  Defendant, therefore, stipulate to a 90 day extension on the time frame within which to complete
2  Court ordered mediation.
3
4
5                                          Respectfully submitted,
6                                          _____
                                           Vincent J. Axelson
7                                          Gates, O'Doherty, Gonter & Guy, LLP
                                           11545 West Bernardo Court, Suite 305
8                                          San Diego, California 92127
9                                          Phone: 858-676-8600
                                           Attorneys for Defendant Western
10                                         Recreational Vehicles
11                                         and
12
13                                         _____
                                           JANNINE M. GREEN, ESQ. (SBN
14                                         244072)
                                           KAHN & ASSOCIATES, L.L.C.
15                                         16133 Ventura Blvd., Suite 700
                                           Encino, CA 91436
16                                         Phone: (888) 536-6671
                                           Fax: (888) 868-6671
17                                         Attorneys for Plaintiff William Neville
                                           and Barbara Neville
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, ) ) ) | CASE NO.: 07-03757 MMC |
| ) Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| WESTERN RECREATIONAL VEHICLES ) INC. AND DOES 1 THROUGH 20 ) INCLUSIVE ) ) Defendants. ) | JUDGE MAXINE M. CHESNEY |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that Plaintiff and Defendant be given an extension of 90 days up to and including May 15, 2008 in which to complete Court ordered mediation.

_____

JUDGE MAXINE M. CHESNEY

Stipulation for extension of time