JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

Attorneys for Plaintiffs William and Barbara Neville

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE <br><br> Defendants. | CASE NO.: 07-03757 MMC <br><br> **STIPULATION** <br> **AND** ~~**PROPOSED**~~ **ORDER** <br><br><br> JUDGE MAXINE M. CHESNEY |

Now come Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant Western Recreation Vehicles ("Defendant"), by and through the undersigned counselors, and hereby stipulate to a 90 day extension on the time frame within which the parties may complete Court ordered mediation. The Court has ordered the parties to complete the mediation no later than the presumptive deadline of February 15, 2008. However, the parties are in good faith attempting to settle the matter and have not reached an impasse where the assistance of a mediator is necessary. Should the parties reach such an impasse in the next 30 days, the parties agree to move forward with the mediation by a stipulated date of May 15, 2008. Plaintiff and

Stipulation for extension of time

1 | Defendant, therefore, stipulate to a 90 day extension on the time frame within which to complete
2 | Court ordered mediation.

Respectfully submitted,

*/s/ Vincent J. Axelson*
Vincent J. Axelson
Gates, O'Doherty, Gonter & Guy, LLP
11545 West Bernardo Court, Suite 305
San Diego, California 92127
Phone: 858-676-8600
Attorneys for Defendant Western
Recreational Vehicles

and

*/s/ Jannine M. Green*
JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
Attorneys for Plaintiff William Neville
and Barbara Neville

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE <br><br> Defendants. | CASE NO.: 07-03757 MMC <br><br> **ORDER** <br><br><br> JUDGE MAXINE M. CHESNEY |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that Plaintiff and Defendant be given an extension of 90 days up to and including May 15, 2008 in which to complete Court ordered mediation.

Dated: January 24, 2008

_____
JUDGE MAXINE M. CHESNEY