JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

Attorneys for Plaintiffs William and Barbara Neville

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE <br><br> Defendants. | CASE NO.: 07-03757 MMC <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND CUT OFF TO AMEND PLEADINGS** <br><br> JUDGE MAXINE M. CHESNEY |

Now come Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant Western Recreation Vehicles, Inc., a Delaware Corporation ("Defendant"), by and through the undersigned counselors, and hereby stipulate to a 30 day extension on the time frame within which the parties may amend the pleadings. The Court has ordered the parties to amend all pleadings no later than February 29, 2008. However, an offer of settlement has been made by the Defendant and the parties are in good faith attempting to settle the matter. Should the parties reach an impasse in the next 30 days, an amended pleading may be required. Plaintiff and Defendant, therefore, stipulate to a 30 day extension up to March 29, 2008, within which to file any necessary pleadings.

1
2
3  Date: February 28, 2008
4
5
6
7
8
9
10
11 Date: 2/28/08
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

*/s/ Vincent J. Axelson*

Vincent J. Axelson
Gates, O'Doherty, Gonter & Guy, LLP
11545 West Bernardo Court, Suite 305
San Diego, California 92127
Phone: 858-676-8600
Attorneys for Defendant Western
Recreational Vehicles, a
Delaware Corporation

and

*/s/ Jannine M. Green*

JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
Attorneys for Plaintiff William Neville
and Barbara Neville

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE,<br><br>            Plaintiff,<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE<br><br>            Defendants. | CASE NO.: 07-03757 MMC<br><br>**ORDER**<br><br><br>JUDGE MAXINE M. CHESNEY |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that Plaintiff and Defendant be given an extension of 30 days up to and including March 29, 2008 in which to file any necessary amended pleadings.

_____

JUDGE MAXINE M. CHESNEY