1  JANNINE M. GREEN, ESQ. (SBN 244072)
   KAHN & ASSOCIATES, L.L.C.
2
   OHIO MAIN OFFICE:**
3  55 Public Square, Suite 650
   Cleveland, OH 44113
4  Phone: (216) 621-6101
   Fax: (888) 868-6671
5
   CALIFORNIA OFFICE:**
6  16133 Ventura Blvd., Suite 700
   Encino, CA 91436
7  Phone: (888) 536-6671
   Fax: (888) 868-6671
8  www.kahnandassociates.com

9
   **Please send copies of all items to both addresses.
10

11
   Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE
12

13              IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16

17  WILLIAM NEVILLE and            ) CASE NO.   07-03757 MMC
    BARBARA NEVILLE,               )
18        Plaintiffs,              ) Judge: Maxine M. Chesney
                                   )
19  v.                             )
                                   ) DECLARATION OF JANNINE M.
20  WESTERN RECREATIONAL           ) GREEN ATTESTING TO FAULT IN
    VEHICLES, INC.; WILDERNESS     ) INCORRECT FILING OF PLAINTIFFS'
21  WESTERN HOLDINGS, INC. and DOES) FIRST AMENDED COMPLAINT
    1 through 20, inclusive,       )
22        Defendants.              )
                                   )
23                                 )
                                   )
24  _____    )

25
    ///
26
    ///
27

28
    _____
    DECLARATION OF JANNINE M. GREEN ATTESTING TO FAULT IN INCORRECT
    FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT          Page 1

I, Jannine M. Green, declare:

1.    I am an attorney admitted to practice in the State of California and in the United States District Court for the Northern District.

2.    I am an associate attorney of Kahn & Associates, L.L.C., attorney of record for Plaintiffs, William and Barbara Neville ("Plaintiffs").

3.    On February 29, 2008, the Court signed an Order allowing an extension up to and including March 29, 3008 in which the parties could file any necessary pleadings (See Order attached as *Exhibit A*).

4.    On March 27, 2008, I prepared a First Amended Complaint for filing with the Court.

5.    I erroneously believed the correct procedure was to manually file the First Amended Complaint with the Court.

6.    I mailed via DHL overnight the First Amended Complaint and Summons, with Chambers Copy and copies to be returned to my office (See Filing attached as *Exhibit B*).

7.    The DHL package was delivered to the Court on March 28, 2008 and prior to the filing deadline of March 29, 2008 (See Delivery Confirmation attached as *Exhibit C*).

8.    On March 31, 2008 my office was advised by Judge Chesney's Clerk, the First Amended Complaint was incorrectly filed and required filing via Electronic transmission not manual filing.

9.    On March 31, 2008, I prepared and filed the First Amended Complaint and Amended Summons via Electronic submission.

KAHN & ASSOCIATES, L.L.C.

Jannine M. Green (SBN 244072)
Attorneys for Plaintiff

Dated: March 31, 2008

**DECLARATION OF JANNINE M. GREEN ATTESTING TO FAULT IN INCORRECT FILING OF PLAINTIFFS' FIRST AMENDED COMPLAINT**                    **Page 2**

# EXHIBIT "A"

1   JANNINE M. GREEN, ESQ. (SBN 244072)
    KAHN & ASSOCIATES, L.L.C.
2   16133 Ventura Blvd., Suite 700
    Encino, CA 91436
3   Phone: (888) 536-6671
    Fax: (888) 868-6671
4   www.kahnandassociates.com

5

6   Attorneys for Plaintiffs William and Barbara Neville

7

8                    UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  WILLIAM NEVILLE and BARBARA        )    CASE NO.: 07-03757 MMC
    NEVILLE,                           )
12                                     )    STIPULATION
                                       )    AND ~~PROPOSED~~ ORDER TO EXTEND
13              Plaintiff,             )    CUT OFF TO AMEND PLEADINGS
                                       )
14  v.                                 )
                                       )
15  WESTERN RECREATIONAL VEHICLES )        JUDGE MAXINE M. CHESNEY
    INC. AND DOES 1 THROUGH 20         )
16  INCLUSIVE                          )
                                       )
17              Defendants.            )

18      Now come Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant

19  Western Recreation Vehicles, Inc., a Delaware Corporation ("Defendant"), by and through the

20  undersigned counselors, and hereby stipulate to a 30 day extension on the time frame within

21  which the parties may amend the pleadings. The Court has ordered the parties to amend all

22  pleadings no later than February 29, 2008. However, an offer of settlement has been made by

23  the Defendant and the parties are in good faith attempting to settle the matter. Should the parties

24  reach an impasse in the next 30 days, an amended pleading may be required. Plaintiff and

25  Defendant, therefore, stipulate to a 30 day extension up to March 29, 2008, within which to file

26  any necessary pleadings.

27

28

Stipulation for extension of time

1
2
3
4    Date: February 28, 2008
5
6
7
8
9
10
11    Date: 2/28/08
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

Vincent J. Axelson
Gates, O'Doherty, Gonter & Guy, LLP
11545 West Bernardo Court, Suite 305
San Diego, California 92127
Phone: 858-676-8600
Attorneys for Defendant Western
Recreational Vehicles, a
Delaware Corporation

and

JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
Attorneys for Plaintiff William Neville
and Barbara Neville

Stipulation for extension of time

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, | ) )  ) | CASE NO.: 07-03757 MMC |
| | ) | **ORDER** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE | ) ) ) | JUDGE MAXINE M. CHESNEY |
| | ) ) | |
| Defendants. | ) | |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby

ORDERED that Plaintiff and Defendant be given an extension of 30 days up to and including

March 29, 2008 in which to file any necessary amended pleadings.

Dated: February 29, 2008

_Maxine M. Chesney_

JUDGE MAXINE M. CHESNEY

Stipulation for extension of time

# EXHIBIT "B"

CALIFORNIA OFFICES
NORTH – San Francisco
CENTRAL – Los Angeles
SOUTH – San Diego

CONNECTICUT OFFICE
Hartford

FLORIDA OFFICES
NORTH – Jacksonville - *Satellite Office*
CENTRAL – Tampa
SOUTH – Miami - *Satellite Office*

INDIANA OFFICE
Indianapolis

MARYLAND OFFICE
Baltimore

MASSACHUSETTS OFFICE
Boston

MICHIGAN OFFICE
Detroit

MISSOURI OFFICE
St. Louis

NEW JERSEY OFFICE
Kenneth C. Ho, Esq.*
Newark
*Licensed in New Jersey*

NORTH CAROLINA OFFICE
Raleigh

PENNSYLVANIA OFFICES
EAST – Philadelphia
WEST – Pittsburgh

TENNESSEE OFFICE
Nashville

VIRGINIA OFFICE
Richmond

# KAHN & ASSOCIATES
## L.L.C.

1-888-LEMONS-1
(1-888-536-6671)
Fax 1-888-868-6671
www.kahnandassociates.com

**CORPORATE HEADQUARTERS**
55 Public Square, Suite 650
Cleveland, OH 44113
P (216) 621-6101
F (216) 621-6006

**PLEASE REMIT ALL CORRESPONDENCE TO CORPORATE HEADQUARTERS**

March 27, 2008

**VIA DHL OVERNIGHT**

U.S. District Court
Northern District of California
San Francisco Division – Clerk's Office, 16th Floor
450 Golden Avenue
San Francisco, California 94102

*FILE COPY*

**ATTN: COURT FILING CLERK**

> **Re:**   **Neville v. Western Recreational Vehicles, Inc. , et al.**
> Case No.: 07-03757-MMC

Dear Sir or Madam:

Enclosed please find the following with regard to the above-captioned matter:

1.   1 Original and 1 Copy of the Amended Complaint & Summons for filing
2.   1 Copy of the Amended Complaint & Summons marked "Chambers Copy"
3.   1 Copy of the Amended Complaint & 2 copies of Summons to be returned via SASE.

Upon receipt, please file same with your court and return a filed stamped copy to this office in the enclosed self-addressed stamped envelope.

If you have any questions, please feel free to contact the undersigned.

Thank you for your prompt attention to this matter.

Sincerely,

**KAHN & ASSOCIATES, L.L.C.**

Jannine M. Green

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

<table>
<tr><td></td><td><i>FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)</i></td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WESTERN RECREATIONAL VEHICLES, INC.; WILDERNESS
WESTERN HOLDINGS, INC. and DOES 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
WILLIAM NEVILLE and BARBARA NEVILLE

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for  your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
  United States District Court - Northern District - San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

| CASE NUMBER:<br>*(Número del Caso):* |
|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

*FILE COPY*

Kahn & Associates, LLC - Jannine M. Green, Esq. (SBN 244072)
16133 Ventura Blvd., Ste. 700, Encino, CA 91436, (888)536-6671

DATE:                                              Clerk, by _____ , Deputy
*(Fecha)*                                            *(Secretario)*                                        *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

<table>
<tr><td>Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004]</td><td><b>SUMMONS</b></td><td>Code of Civil Procedure §§ 412.20, 465<br>American LegalNet, Inc. | www.USCourtForms.com</td></tr>
</table>

1  JANNINE M. GREEN, ESQ. (SBN 244072)
   KAHN & ASSOCIATES, L.L.C.
2
   OHIO MAIN OFFICE:**
3  55 Public Square, Suite 650
   Cleveland, OH 44113
4  Phone: (216) 621-6101
   Fax: (888) 868-6671
5
   CALIFORNIA OFFICE:**
6  16133 Ventura Blvd., Suite 700
   Encino, CA 91436
7  Phone: (888) 536-6671
   Fax: (888) 868-6671
8  www.kahnandassociates.com

9
   **Please send copies of all items to both addresses.
10

11 Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE
12

13          IN THE UNITED STATES DISTRICT COURT
14
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16

17 WILLIAM NEVILLE and                  ) CASE NO.   07-03757 MMC
   BARBARA NEVILLE,                     )
18          Plaintiffs,                 ) Judge: Maxine M. Chesney
                                        )
19 v.                                   )
                                        ) FIRST AMENDED COMPLAINT FOR
20 WESTERN RECREATIONAL               ) BREACHES OF THE SONG-BEVERLY
   VEHICLES, INC.; WILDERNESS          ) CONSUMER WARRANTY ACT,
21 WESTERN HOLDINGS, INC. and DOES    ) MAGNUSON-MOSS WARRANTY ACT,
                                        ) AND CALIFORNIA UNIFORM
   1 through 20, inclusive,            ) COMMERCIAL CODE.
22          Defendants.                 )
                                        )
23                                      )
                                        )
24                                      )

25

       Now comes Plaintiffs, William Neville and Barbara Neville, by and through
26

27 undersigned counsel and states as follows:

28

FIRST AMENDED COMPLAINT                                              Page 1

FILE COPY

## A. GENERAL AVERMENTS

1. Plaintiffs, William Neville and Barbara Neville (hereinafter collectively referred to as "Plaintiff"), are adult individual citizens and legal residents of the State of California, residing at 12105 Waxwing Ct., Penn Valley, CA 95946.

2. Defendant, Western Recreational Vehicles, Inc., a Delaware Corporation, is a business corporation qualified to do and regularly conducting business in the State of California, with its principal place of business located in Washington and can be served at its principal place of business located at 3921 Southerland Drive, Union Gap, Washington 98903.

3. Defendant, Wilderness Western Holdings, Inc. is a business corporation qualified to do and regularly conducting business in the State of California, with its principal place of business located in Washington and can be served at its registered agent Ronald A. Doyle, located at 208 So. 78th Avenue, Yakima, Washington 98908.

4. The true names or capacities, whether individual or otherwise, of defendants Does 1 through 20 are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend this complaint to show said defendants' true names and capacities when they have been ascertained. Plaintiff is informed and believes that all defendants sued herein as Does are in some manner responsible for the acts and occurrences alleged herein and caused damage to plaintiff as pleaded herein.

5. Plaintiff is informed and believes that each and all of the acts and omissions alleged herein was performed by and attributable to all defendants and Does 1 through 20, and each of them, each acting as the agent, employee, partner, joint venturer and associates and/or under the direction and control of each of the other defendants, and that said acts and failures to act were within the course and scope of said agency, employment,

**FIRST AMENDED COMPLAINT**                                                                 Page 2

1   and/or direction and, in doing the things herein mentioned, the agents and employees

2   of defendants were acting under color of that agency or employment with the

3   knowledge, consent, permission, or authorization of each of the other defendants and

4   each act committed under the direction or control of each of the other defendants was

5   either expressly or implied ratified by each of the other Defendants.

6   6.  On or about June 5, 2005, Plaintiff purchased a 2006 RV Western Alpine Light Tas

7       28RL, manufactured and warranted by Defendant, bearing the Vehicle Identification

8       Number 1W52ATN236Y050519 (hereinafter the "vehicle").

9

10  7.  The vehicle was purchased in the State of California and is registered in California.

11  8.  The price of the vehicle and/or the total of payments is approximately $34,438.00.

12  9.  Plaintiff states that as a result of the ineffective repair attempts made by Defendant(s),

13      through its authorized dealer(s), the vehicle cannot be utilized for the purposes

14      intended by Plaintiff at the time of acquisition and hence, the vehicle is worthless

15      and/or substantially impaired.

16

17  10. In consideration for the purchase of the above vehicle, Defendant issued to Plaintiff

18      one or more written warranties on particular items.

19  11. Plaintiff notified the Defendant and/or its Authorized Dealer(s) on one or more

20      occasions, and/or formally notified the Defendant by letter of Defendant's failure to

21      timely repair the vehicle and requested the return of all funds paid toward the vehicle.

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

---

**FIRST AMENDED COMPLAINT**                                    Page 3

## B. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## BREACH OF SONG-BEVERLY CONSUMER WARRANTY ACT

12. Plaintiff realleges and incorporates the above statements and allegations by reference as if set forth fully herein.

13. Civil Code §1793.2, is embodied in the Song-Beverly Consumer Warranty Act, Civil Code §§1790 et seq.

14. Plaintiff is a "Buyer" as defined by Civ. Code § 1791(b).

15. Defendant is a "Manufacturer" as defined by Civ. Code § 1791(j).

16. The vehicle is a "New Motor Vehicle" as defined by Civ. Code § 1793.22(e)(2) and/or is a "consumer good" as defined by Civ. Code §1791(a).

17. Defendant provided an "Express Warranty" and/or a "Service Contract" as defined by Civ. Code § 1791(o) and 1791.2.

18. Plaintiff purchased the vehicle from, and/or had it serviced at Defendant's authorized "service and repair facility[(ies)]," as that term is defined in Civ. Code §§ 1791 *et. seq.*

19. Plaintiff reported one or more defects, conditions and/or "nonconformities," as defined Civ. Code §§ 1791 *et. seq.* to the manufacturer, through its service facilities,

20. Defendant, through its authorized service and repair facility[(ies)], has been unable, unwilling and/or has refused to conform the motor vehicle to the express warranty by repairing one or more nonconformities within a reasonable number of attempts pursuant to Civ. Code §1791(d)(1) and/or Civ. Code § 1793.2(d)(2).

21. Defendant's actions have been willful.

///

///

---

**FIRST AMENDED COMPLAINT**

WHEREFORE, Plaintiff respectfully requests the following relief:

    a.    The "full purchase price" of the vehicle, collateral charges, finance charges, incidental and consequential damages;

    b.    Two times the amount of actual damages pursuant to Civ. Code §1794;

    b.    Costs, including expert witness fees and reasonable attorney's fees; and

    c.    For such other relief as this court deems just and proper.

## SECOND CAUSE OF ACTION

## VIOLATION OF THE MAGNUSON-MOSS WARRANTY ACT

22. Plaintiff realleges and incorporates the above statements and allegations by reference as if set forth fully herein.

23. The Magnuson-Moss Warranty – Federal Trade Commission Improvement Act is codified at 15 U.S.C. §§ 2300 *et. seq.* and is commonly known as, and will hereinafter be referred to as, the "Magnuson-Moss Warranty Act."

24. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

25. Defendant is a "Supplier" and a "Warrantor" as defined by 15 U.S.C. §2301(4)-(5).

26. The vehicle is a "Consumer Product" as defined by 15 U.S.C. §2301(1).

27. One or more of the warranties given to Plaintiff by Defendant was a "Written Warranty" as defined by 15 U.S.C. § 2301(6) and/or a "Service Contract" as defined by 15 U.S.C. § 2301(8).

28. Defendant, through its authorized dealer(s), has been unable, unwilling and/or has refused to conform the motor vehicle to the written warranty and/or service contract by repairing one or more nonconformities within a reasonable number of attempts or a reasonable amount of time.

29. Defendant has been afforded a reasonable opportunity to cure the vehicle's nonconformities pursuant to 15 U.S.C. §2310 (e).

30. 15 U.S.C. §2310 (d) (1) provides:

"...Subject to subsections (a)(3) and (e) of this section, a consumer who is damaged by the failure of a supplier, warrantor, or service contractor to comply with any obligation under this chapter, or under a written warranty, implied warranty, or service contract, may bring suit for damages and other legal and equitable relief...."

31. As direct and proximate result of Defendant's failure to comply with Defendant's express written and implied warranties and/or service contract, Plaintiff has and continues to suffer to suffer damages.

32. If Defendant maintains a qualified Informal Dispute Resolution Mechanism, Plaintiff has resorted to it at least forty (40) days prior to filing this Complaint and/or has pursued that process to its completion, as required by 15 U.S.C. § 2310(a) and rules promulgated thereunder.

33. Defendant's actions have been willful.

34. Pursuant to 15 U.S.C. §2310 (d)(2), plaintiff seeks all Costs, including attorney's fees and expert witness fees.

WHEREFORE, Plaintiff respectfully requests the following relief:

    a.    The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

    b.    Two times the amount of actual damages pursuant to Civ. Code §1794.

    c.    Costs, including expert witness fees and reasonable attorney's fees; and

    d.    For such other relief as this court deems just and proper.

## THIRD CAUSE OF ACTION

## BREACH OF CALIFORNIA UNIFORM COMMERCIAL CODE

35. Plaintiff realleges and incorporates the above statements and allegations by reference as if set forth fully herein.

36. The Uniform Commercial Code is codified at Civ. Code §§ 1100 et. seq. and also

governs the purchase and sale of the vehicle at issue in this case.

37. The defects and nonconformities exhibited by the vehicle constitute Defendant's breach of contractual and statutory obligations to Plaintiff, including, but not limited to, the following:

    a.   Express Warranty;

    b.   Implied Warranty of Merchantability; and

    c.   Implied Warranty of Fitness for a Particular Purpose.

38. At the time of acquisition of the vehicle by Plaintiff and at all times subsequent thereto, Plaintiff has justifiably relied on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

39. At the time of acquisition of the vehicle by Plaintiff and at all times subsequent thereto, Defendant was aware that Plaintiff was relying on Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

40. Plaintiff has incurred damages as a direct and proximate result of the Defendant's breach and failure to honor its express and implied warranties, obligations and representations with regard to the vehicle.

41. Plaintiff has incurred damage as a direct and proximate result of the failure of essential purpose of Defendant's express and implied warranties, obligations and representations with regard to the vehicle.

42. Defendant's actions have been willful.


WHEREFORE, Plaintiff respectfully requests the following relief:

    a.   The full purchase price of the vehicle, collateral charges, finance charges, incidental and consequential damages;

    b.   Two times the amount of actual damages pursuant to Civ. Code §1794;

    c.   Costs, including expert witness fees and reasonable attorney's fees; and

1    d.    For such other relief as this court deems just and proper.

2

3    ## C. PRAYER FOR RELIEF

4    WHEREFORE, Plaintiff respectfully requests the following relief:

5    a.    The full purchase price of the vehicle, collateral charges, finance

6    charges, incidental and consequential damages;

7    b.    Two times the amount of actual damages pursuant to Civ. Code §1794;

8    c.    Costs, including expert witness fees and reasonable attorney's fees; and

9    d.    For such other relief as this court deems just and proper.

10

11    KAHN & ASSOCIATES, L.L.C.

12

13    Jannine M. Green (SBN 244072)
     Attorneys for Plaintiff

14

15

16    Dated: March 27, 2008

17

18

19

20

21

22

23

24

25

26

27

28

---

**FIRST AMENDED COMPLAINT**                                    Page 8

# EXHIBIT "C"



# Track results detail

▶ Print this page

## Tracking results detail for 38467260742

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 3/28/2008  10:06 am |
| Delivered to | Receptionist |
| Signed for by | **BUCKLEY** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 3/28/2008 | 10:06 am | Shipment delivered. | San Francisco, CA |
| | 9:07 am | With delivery courier. | San Francisco, CA |
| | 6:45 am | Arrived at DHL facility. | San Francisco, CA |
| | 4:45 am | Depart Facility | San Francisco Gateway, CA |
| | 3:54 am | Transit through DHL facility | San Francisco Gateway, CA |
| | 3:11 am | Depart Facility | Riverside County Regional Hub, CA |
| | 12:45 am | Processed at DHL Location. | Riverside County Regional Hub, CA |
| | 12:45 am | In transit. | Riverside County Regional Hub, CA |
| 3/27/2008 | 10:50 pm | Transit through DHL facility | Riverside County Regional Hub, CA |
| | 9:11 pm | Depart Facility | Van Nuys, CA |
| | 6:27 pm | Processed at DHL Location. | Van Nuys, CA |
| | 4:55 pm | Shipment picked up | Van Nuys, CA |

**Ship From:**
Van Nuys, CA
United States

**Ship To:**

**Shipment Information:**
Ship date: 3/27/2008
Pieces: 1
Total weight:  *
Ship Type:
Shipment Reference:
Service:
Special Service:
Description:

Tracking detail provided by DHL: 3/31/2008, 2:43:59 pm pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.