AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on April 2, 2008, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is VINCENT J. AXELSON GATES, O'DOHERTY, GONTER, + GUY, LLP ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: April 2, 2008

Jannine M. Green
Server's signature

Jannine M. Green, Attorney
Printed name and title

KAHN & ASSOCIATES, LLC
Server's address

16133 Ventura Blvd. Ste. 700
Encino, CA 91436