AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on April 2, 2008, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Ronald A. Doyle, 208 So. 18th Ave., Yakima, Washington 98908 ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: April 2, 2008

Jannine M Green
Server's signature

Jannine M. Green
Printed name and title

Kahn & Associates, LLC
Server's address

16133 Ventura Blvd. Ste. 700
Encino, Ca 91436