JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

Attorneys for Plaintiffs William and Barbara Neville

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, <br><br> Plaintiff, <br><br> vs. <br><br> WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE <br><br> Defendants. | CASE NO.: 07-03757 MMC <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND CUT OFF TO COURT ORDERED DEADLINES** <br><br> JUDGE MAXINE M. CHESNEY |

Now come Plaintiffs William Neville and Barbara Neville ("Plaintiffs") and Defendant Western Recreation Vehicles ("Defendant"), by and through the undersigned counselors, and hereby stipulate to a 90 day extension on the time frame within which to complete necessary proceedings.

Plaintiffs request an enlargement of time to the following Court ordered deadlines:

1. Mediation Cut-off date from 5/15/08 to 7/15/08;

2. Non – Expert Discovery Cut-off from 5/23/08 to 7/23/08;

3. Expert Disclosure Cut-off from 6/13/08 to 8/13/08;

4. Expert Discovery Cut-off from 7/18/08 to 9/18/08;

5. Dispositive Motion Cut-Off from 8/1/08 to 10/1/08;

6. Pre-Trial Conference: 11/21/08;

7. Meet and Confer Deadline: 10/15/08;

8. Jury Trial: 12/3/08.

The Plaintiffs request the Court enlarge time to complete because Defendant, Wilderness Western Holdings, Inc. was added to the matter on March 31, 2008. Defendant Wilderness Western Holdings, Inc. was served with the First Amended Complaint and Summons via Certified Mail return receipt on April 7, 2008. As of May 12, 2008, the Plaintiff has not received an Answer from the defendant, Wilderness Western Holdings, Inc.

Plaintiff and Defendant, Western Recreational Vehicles, Inc. agree that client resources are best used to mediate and complete discovery after Wilderness Western Holdings, Inc. has appeared in the matter and all parties can attempt to bring forth a joint resolution.

The court has previously granted two extensions in this matter. The first was to extend by 30 days the filing of an amended pleading which the Plaintiff did file on March 31, 2008. The second extension was for 90 days to complete mediation. Again, the parties would like to mediate the matter when all parties have appeared.

The proposed effect of the requested extension of time will cause a delay of all court ordered dates by two months. However, the parties agree that to proceed with mediation and other discovery without all parties having appeared in the lawsuit would not benefit the parties as it would essentially cause double work and expenses to Plaintiffs and Western Recreational Vehicles. Thus, in the interest of economy, the parties therefore request the Court grant the Order to extend time and Plaintiff and Defendant, therefore, stipulate to the above stated dates within which to complete.

|   |   |
|---|---|
| Date: _____ | Respectfully submitted,<br><br>_____<br>Vincent J. Axelson<br>Gates, O'Doherty, Gonter & Guy, LLP<br>11545 West Bernardo Court, Suite 305<br>San Diego, California 92127<br>Phone: 858-676-8600<br>Attorneys for Defendant Western Recreational Vehicles<br><br>and |
| Date: 5/13/08 | *[signature]*<br>JANNINE M. GREEN, ESQ. (SBN 244072)<br>KAHN & ASSOCIATES, L.L.C.<br>16133 Ventura Blvd., Suite 700<br>Encino, CA 91436<br>Phone: (888) 536-6671<br>Fax: (888) 868-6671<br>Attorneys for Plaintiff William Neville and Barbara Neville |

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | */s/ Vincent J. Axelson* |
| 4 | Date: May 13, 2008 |
|   | Vincent J. Axelson |
| 5 | Gates, O'Doherty, Gonter & Guy, LLP |
|   | 11545 West Bernardo Court, Suite 305 |
| 6 | San Diego, California 92127 |
|   | Phone: 858-676-8600 |
| 7 | Attorneys for Defendant Western Recreational Vehicles |
| 8 | |
| 9 | and |
| 10 | Date: _____ |
| 11 | JANNINE M. GREEN, ESQ. (SBN 244072) |
| 12 | KAHN & ASSOCIATES, L.L.C. |
|   | 16133 Ventura Blvd., Suite 700 |
| 13 | Encino, CA 91436 |
|   | Phone: (888) 536-6671 |
| 14 | Fax: (888) 868-6671 |
|   | Attorneys for Plaintiff William Neville and Barbara Neville |

Stipulation for extension of time

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE<br><br>Defendants. | CASE NO.: 07-03757 MMC<br><br>**ORDER**<br><br>JUDGE MAXINE M. CHESNEY |

Upon consideration of the parties' Stipulation and upon other good cause it is hereby ORDERED that an enlargement of time to the following court ordered deadlines be granted.

1. Mediation Cut-off date from 5/15/08 to 7/15/08;

2. Non – Expert Discovery Cut-off from 5/23/08 to 7/23/08;

3. Expert Disclosure Cut-off from 6/13/08 to 8/13/08;

4. Expert Discovery Cut-off from 7/18/08 to 9/18/08;

5. Dispositive Motion Cut-Off from 8/1/08 to 10/1/08;

6. Pre-Trial Conference: 11/21/08;

7. Meet and Confer Deadline: 10/15/08;

8. Jury Trial: 12/3/08.

_____

JUDGE MAXINE M. CHESNEY

Stipulation for extension of time