United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART STIPULATION TO EXTEND COURT ORDERED DEADLINES; VACATING PRETRIAL CONFERENCE AND TRIAL DATES; ADVANCING STATUS CONFERENCE** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants | |

  The Court is in receipt of the Stipulation, filed May 13, 2008 on behalf of plaintiffs and defendant Western Recreational Vehicles (hereafter, "Stipulating Parties"), wherein said parties request that the Court (1) extend by two months the cut-off dates for mediation, non-expert discovery, expert disclosures, expert discovery, and dispositive motions, and (2) continue by one month the pre-trial conference date, meet and confer deadline, and trial date, on the ground that Defendant Wilderness Western Holdings, Inc., recently was served by mail and, to date, has not appeared in the action.

  Although the Stipulating Parties have shown good cause exists for extension of the mediation, discovery, and dispositive motion deadlines, the Court will not set a new trial date in the absence of defendant Wilderness Western Holdings, Inc., which, as noted, has not made an appearance.

//

Accordingly:

1. The stipulated request is hereby GRANTED to the extent it seeks extensions of the mediation, discovery, and dispositive motion deadlines, and those deadlines are hereby EXTENDED to the dates proposed in the Stipulation.

2. The pretrial conference date and trial date are hereby VACATED.

3. The Status Conference previously scheduled for August 8, 2008 is hereby ADVANCED to June 27, 2008; a joint status statement shall be filed no later than June 20, 2008.

4. Plaintiff shall serve forthwith a copy of this order on defendant Wilderness Western Holdings, Inc.

**IT IS SO ORDERED.**

Dated: May 20, 2008

MAXINE M. CHESNEY
United States District Judge