UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE<br><br>        Plaintiff(s),<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES INC. and DOES 1 through 20 inclusive,<br><br>        Defendant(s). | CASE NO. 07-CV-03757-MMC<br><br>**ORDER REGARDING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT AND CROSS-DEFENDANT WESTERN RECREATIONAL VEHICLES, INC. dba WESTERN RECREATIONAL VEHICLES DELAWARE, INC.**<br><br>Date:    July 11, 2008<br>Time:    9:00 a.m.<br><br>Assigned to: Hon. Maxine M. Chesney<br><br>Action Filed: May 25, 2007 |

On July 11, 2008, the above-captioned matter came on for hearing at the above – referenced court at 450 Golden Gate Avenue, San Francisco, CA 94102.

The court has considered the motion, supporting papers, arguments by counsel, and the parties, if any, and all other pertinent documents on file or deemed to be on file in this matter.

1

ORDER

Based on the foregoing, and for good cause shown, the law firm of Gates, O'Doherty, Gonter and Guy, LLP, and the attorneys of record of the firm, Douglas D. Guy, Vincent J. Axelson, and Nadine M. Sayegh, are relieved as counsel of record for Defendant Western Recreational Vehicles, Inc. dba Western Recreational Vehicles Delaware, Inc.

IT IS SO ORDERED.

Dated: _____          _____
                                  MAXINE M. CHESNEY
                                  UNITED STATES DISTRICT JUDGE