1  **GATES, O'DOHERTY, GONTER & GUY, LLP**
   15373 Innovation Drive, Suite 170
2  San Diego, California 92128
   Telephone: (858) 676-8600
3  Facsimile: (858) 676-8601

4
   Attorney: VINCENT J. AXELSON, ESQ. (SBN 159549)
5          Email: vaxelson@gogglaw.com

6
   Attorney for Defendant WESTERN RECREATIONAL VEHICLES, INC.
7

8

9                  UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11
   WILLIAM NEVILLE and BARBARA    ) CASE NO. C07-03757 MMC
12 NEVILLE                        )
                                  ) **STIPULATION AND [PROPOSED] ORDER**
13          Plaintiff(s),         ) **FOR PARTIES TO APPEAR**
                                  ) **TELEPHONICALLY AT STATUS CONFERENCE**
14 v.                             )
                                  )
15                                )
   WESTERN RECREATIONAL VEHICLES  ) Assigned to:
16 INC. and DOES 1 through 20     ) Hon. Maxine M. Chesney
   inclusive,                     )
17                                ) Courtroom: 7
18          Defendant(s).         )
                                  ) Action Filed: May 25, 2007
19                                )
                                  )
20 _____   )

21
        Pursuant to Local Rule 7.12 Plaintiffs William Neville and
22
   Barbara Neville ("Plaintiffs") and Defendant Western Recreational
23
   Vehicles, Inc., by and through their counsel of record, agree to the
24
   following:
25
      1. The parties may appear telephonically for the Status Conference
26
         set for June 27, 2008 at 10:30 a.m. before this court.  Good
27
         cause exists to do so.
28

                                   1

   ─────────────────────────────────────────────────────────
          **STIPULATION TO APPEAR TELEPHONICALLY**

2. Plaintiffs' counsel, Jannine Green, Esq. lives and works in Encino, California. Defendant's counsel, Vincent J. Axelson, Esq., lives and works in San Diego, California.

3. The parties have met and conferred with respect to all of the requirements set forth by the Local Rules in preparation for the Status Conference, and have timely filed their Status Conference Report.

4. Plaintiffs' claims in this case pursuant to the Song-Beverly Consumer Warranty Act, Civil Code Section 1790, et. seq. and the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2301, et. seq. ("Mag-Moss") include a statutory attorney's fee provision. Thus, traveling to San Francisco for the Case Management Conference to appear in person, when counsel could do so telephonically, would be an additional expense that could possibly be a deterrent to settlement.

5. For these reasons, the parties stipulate to permit their counsel to appear telephonically at the Status Conference on June 27, 2008.

Dated: June 23, 2007          GATES, O'DOHERTY, GONTER & GUY, LLP

By: _Nadine M. Sazegh for_
VINCENT J. AXELSON
Attorneys for Defendant WESTERN
RECREATIONAL VEHICLES, INC.

Dated: June 20, 2007          KAHN & ASSOCIATES, LLC

By: _Jannine M. Green_
JANNINE M. GREEN
Attorneys for Plaintiffs WILLIAM AND
BARBARA NEVILLE

2

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated:

                                    _____
4                                   HON. MAXINE M. CHESNEY
                                    UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3