IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
|     Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.; NOTICE TO DEFENDANT; ORDER SETTING DEADLINE FOR APPEARANCE BY NEW COUNSEL** |
|   v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
|     Defendants. | |

Before the Court is the motion, filed June 3, 2008 by counsel for defendant Western Recreational Vehicles, Inc. ("WRV"), to withdraw as attorney of record for said party. Counsel represents that WRV consents to such withdrawal, and, to date, no opposition has been filed.

The Court having considered the motion, and good cause appearing, the motion is hereby GRANTED, and the law firm of Gates, O'Doherty, Gonter and Guy, LLP, and the attorneys of record of the firm, Douglas D. Guy, Vincent J. Axelson, and Nadine M. Sayegh, are relieved as counsel of record for defendant WRV.

Defendant WRV is hereby NOTIFIED that the law firm of Gates, O'Doherty, Gonter and Guy, LLP, and the attorneys of record of the firm, Douglas D. Guy, Vincent J. Axelson,

and Nadine M. Sayegh, are no longer representing WRV, and that, as a corporation, WRV may not represent itself. Consequently, WRV should immediately seek substitute legal representation. WRV is further NOTIFIED that its failure to retain an attorney may lead to an order striking its answer and to the entry of a default judgment against WRV.

Accordingly, defendant WRV is hereby ORDERED to retain new counsel; such counsel shall file a notice of appearance no later than July 24, 2008.

Pending the appearance of new counsel, all filings, correspondence, and other documents shall be directed to WRV at the following address: 3401 West Washington Avenue, Yakima, Washington 98903.

**IT IS SO ORDERED.**

Dated: June 24, 2008

MAXINE M. CHESNEY
United States District Judge