IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER CONTINUING STATUS CONFERENCE; SETTING DEADLINE FOR PLAINTIFF TO SEEK ENTRY OF DEFAULT** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court, by order issued concurrently herewith, having granted counsel for defendant Western Recreational Vehicles, Inc.'s ("WRV") motion to withdraw, and defendant Wilderness Western Holdings, Inc. ("WWH") not having appeared, the status conference previously scheduled for June 27, 2008 is hereby CONTINUED to August 29, 2008. A Joint Status Statement shall be filed no later than August 22, 2008.[1]

Further, in light of WWH's failure to respond to the complaint or otherwise appear in the action, (see Proof of Service filed April 3, 2008), plaintiff is hereby DIRECTED to file,

//

---

[1] The parties' stipulation, filed June 23, 2008, to appear telephonically at the June 27, 2008 status conference is hereby DENIED as moot.

no later than July 24, 2008, a request for entry of default with respect to WWH.

**IT IS SO ORDERED.**

Dated: June 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge