JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.

OHIO MAIN OFFICE:**
55 Public Square, Suite 650
Cleveland, OH 44113
Phone: (216) 621-6101
Fax: (888) 868-6671

CALIFORNIA OFFICE:**
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

**Please send copies of all items to both addresses.

Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE,<br>　　　Plaintiffs,<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES, INC.; WILDERNESS WESTERN HOLDINGS, INC. and DOES 1 through 20, inclusive,<br>　　　Defendants. | ) CASE NO.   07-03757 MMC<br>)<br>) Judge: Maxine M. Chesney<br>)<br>)<br>) MOTION FOR AN ENTRY OF<br>) DEFAULT, A DEFAULT JUDGMENT,<br>) AND REQUEST FOR A HEARING ON<br>) THE ISSUE OF DAMAGES<br>)<br>)<br>)<br>)<br>)<br>) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiffs William and Barbara Neville (Plaintiffs) by and through his undersigned counsel, hereby move this Court for an Entry of Default against Defendant Wilderness Western

---

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND REQUEST FOR A HEARING FOR A DEFAULT JUDGMENT

Page 1

1  Holdings, Inc. pursuant to Federal Rule of Civil Procedure § 55 (a) and this Court's Order of
2  June 24, 2008. Plaintiffs also request that this Court set a hearing for a Default Judgment and on
3  the issue of damages pursuant to federal Rule of Civil Procedure § 55 (b) (2). In support of their
4  Motion, Plaintiffs rely on the facts and arguments in the attached Brief in Support incorporated
5  herein and attached hereto.

July 24, 2008

                                                Respectfully Submitted,

                                                KAHN & ASSOCIATES, L.L.C

                                                _____
                                                JANNINE M. GREEN (SBN 244072)
                                                Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND REQUEST FOR A HEARING FOR A DEFAULT JUDGMENT

# BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND REQUEST FOR A HEARING FOR A DEFAULT JUDGEMENT

The Amended Complaint in the above-captioned matter was filed on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."* Defendant WWH has failed to file a responsive pleading or otherwise appear in this action. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit B."*

Federal Rule of Civil Procedure § 55 provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment:

(2) *By the Court.* In all other cases, the party must apply for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 3 days before the hearing. The court may conduct hearings or make referrals--preserving any federal statutory right to a jury trial--when, to enter or effectuate judgment, it needs to:
    (A) conduct an accounting;
    (B) determine the amount of damages;
    (C) establish the truth of any allegation by evidence; or
    (D) investigate any other matter.

Fed Rules Civ. Proc. § 55 (2008).

Defendant, Wilderness Western Holdings, Inc., has failed to take action in response to Plaintiffs' Complaint and has not shown, to date, any reason for such delay. Therefore, this Court should find that Defendant Wilderness Western Holdings, Inc.'s failure to take action entitles Plaintiffs to an Entry of Default against Defendant in accordance with Fed Rule Civ. Pro § 55 (a).

Subsequent to the Court's Entry of Default against Defendant Wilderness Western Holdings, Inc., Plaintiffs request that this Court enter Default Judgment against Defendant Wilderness Western Holdings, Inc. pursuant to Fed Rule Civ. Pro § 55 (b) (2) and conduct a hearing to determine the amount of damages owed to Plaintiffs.

July 24, 2008

                                Respectfully Submitted,

                                **KAHN & ASSOCIATES, L.L.C**

                                */s/ Jannine M. Green*
                                JANNINE M. GREEN (SBN 244072)
                                Attorneys for Plaintiffs

# EXHIBIT "A"

[x] CM/ECF   [x] ?

- Query
- Reports
- Utilities
- Logout

ADRMOP, E-Filing, PRVADR, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03757-MMC

Neville et al v. Western Recreational Vehicles, Inc.  
Assigned to: Hon. Maxine M. Chesney  
Cause: 28:1441 Petition For Removal--Other Contract

Date Filed: 07/20/2007  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question

**Plaintiff**  
**William Neville**     represented by **Jannine Maria Green**  
Kahn & Associates, LLC  
16133 Ventura Boulevard  
Suite 700  
Encino, CA 91436  
888-536-6671 x228  
Fax: 818-995-9169  
Email: jgreen@kahnandassociates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**  
**Barbara Neville**     represented by **Jannine Maria Green**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**  
**Western Recreational Vehicles, Inc.**     represented by **Western Recreational Vehicles, Inc.**  
3401 West Washington Avenue  
Yakima, WA 98903  
PRO SE

**Vincent J. Axelson**  
Gates, O'Doherty, Gonter & Guy, LLP  
15373 Innovation Drive

Suite 170
San Diego, CA 92128
858-676-8600
Fax: 858-676-8601
Email: vaxelson@gogglaw.com
*TERMINATED: 06/24/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilderness Western Holdings, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2007 | 1 | NOTICE OF REMOVAL - [No Process] from Alameda County Superior Court. Their Case Number is HG-07-327807 - [Filing Fee: $350.00, Receipt Number 44611001006]. Filed by Defendant Western Recreational Vehicles, Inc.. (tn, COURT STAFF) (Filed on 7/20/2007) (Entered: 07/25/2007) |
| 07/20/2007 |  | ANSWER to Complaint Submitted by Defendant Western Recreational Vehicles, Inc..(tn, COURT STAFF) (Entered: 07/25/2007) |
| 07/20/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 11/13/2007 & Initial Case Management Conference set for 11/19/2007 at 4:00 PM.. (Attachments: #(1) BZ Standing Order). (tn, COURT STAFF) (Filed on 7/20/2007) Additional attachment(s) added on 7/25/2007 (tn, COURT STAFF). (Entered: 07/25/2007) |
| 07/20/2007 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/25/2007) |
| 08/22/2007 | 3 | ORDER. Signed by Magistrate Judge Bernard Zimmerman on 8/22/2007. (ls, COURT STAFF) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | 4 | STIPULATION & [Proposed] Order Submitted by Parties William Neville, Barbara Neville & Western Recreational Vehicles Inc.. (tn, COURT STAFF) (Filed on 8/22/2007) Additional attachment(s) added on 8/24/2007 (tn, COURT STAFF). (Entered: 08/24/2007) |
| 09/17/2007 | 5 | STIPULATION AND ORDER EXTENDING TIME OF 30 DAYS UP TO AND INCLUDING SEPTEMBER 18, 2007 IN WHICH TO FILE A MOTION TO REMAND. Signed by Magistrate Judge Bernard Zimmerman on 9/17/2007. (ls, COURT STAFF) (Filed on 9/17/2007) (Entered: 09/17/2007) |
| 09/18/2007 | 6 | MOTION to Remand *back to State Court* filed by William Neville, Barbara Neville. Motion Hearing set for 10/31/2007 10:00 AM in Courtroom G, 15th Floor, San Francisco. (Green, Jannine) (Filed on 9/18/2007) (Entered: 09/18/2007) |
| 09/19/2007 | 7 | Letter re consent from Lashanda Scott. (ls, COURT STAFF) (Filed on 9/19/2007) (Entered: 09/19/2007) |

| | | |
|---|---|---|
| 09/27/2007 | 8 | CONSENT to Proceed Before a US Magistrate Judge by William Neville, Barbara Neville.. (Green, Jannine) (Filed on 9/27/2007) (Entered: 09/27/2007) |
| 10/16/2007 | 9 | Memorandum in Opposition *to re 6 Plaintiffs' Motion to Remand* Filed by Defendant Western Recreational Vehicles, Inc.. (Axelson, Vincent) (Filed on 10/16/2007) (Entered: 10/16/2007) |
| 10/25/2007 | 10 | CLERK'S NOTICE RE TENTATIVE RULING. (Attachments: # 1) (bzsec, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/25/2007 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Western Recreational Vehicles, Inc. /s/. (Axelson, Vincent) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/26/2007 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ls, COURT STAFF) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/26/2007 | 13 | NOTICE by Western Recreational Vehicles, Inc. /s/ (Axelson, Vincent) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/30/2007 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Maxine M. Chesney for all further proceedings. Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 10/29/07. (mab, COURT STAFF) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 11/01/2007 | 15 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 11/21/2007. Case Management Conference set for 11/30/2007 10:30 AM.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Standing Orders)(tl, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/01/2007 | 16 | REPORT AND RECOMMENDATIONS re 6 MOTION to Remand *back to State Court* filed by Barbara Neville, William Neville Objections to R&R due by 11/16/2007. Signed by Judge Bernard Zimmerman on 11/1/2007. (bzsec, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/14/2007 | 17 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 11/16/2007 | 18 | STIPULATION and Proposed Order selecting Mediation by Barbara Neville (Green, Jannine) (Filed on 11/16/2007) (Entered: 11/16/2007) |
| 11/21/2007 | 19 | STIPULATION AND [PROPOSED] ORDER to Appear by Telephone *at Case Management Conference* filed by Western Recreational Vehicles, Inc.. Motion Hearing set for 11/30/2007 10:30 AM in Courtroom 7, 19th Floor, San Francisco. (Axelson, Vincent) (Filed on 11/21/2007) Modified on 12/3/2007 (aaa, Court Staff). (Entered: 11/21/2007) |
| 11/21/2007 | 20 | STIPULATION AND ORDER Selecting ADR Process. Pursuant to stipulation, the matter is referred to private mediation through JAMS no later than 90 days from the date of this order. Signed by Judge Maxine M. Chesney on November 20, 2007. (mmclc2, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/21/2007) |

| Date | Doc # | Description |
|---|---|---|
| 11/21/2007 | 21 | JOINT CASE MANAGEMENT STATEMENT filed by William Neville, Barbara Neville. (Green, Jannine) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 22 | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING MOTION TO REMAND. Signed by Judge Maxine M. Chesney on November 21, 2007. (mmclc2, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/26/2007 | 23 | STIPULATION AND ORDER. The parties may appear telephonically at the Case Management Conference on November 30, 2007 at 10:30 a.m. Signed by Judge Maxine M. Chesney on November 26, 2007. (mmclc2, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/30/2007 | 24 | Minute Entry: Initial Case Management Conference (Telephonic) held on 11/30/2007 before HON. MAXINE C. CHESNEY (Date Filed: 11/30/2007). Status Conference set for 8/8/2008 10:30 AM in Courtroom 7, 19th Floor, San Francisco. () (bjt, COURT STAFF) (Date Filed: 11/30/2007) (Entered: 11/30/2007) |
| 12/06/2007 | 25 | PRETRIAL PREPARATION ORDER. Signed by Judge Maxine M. Chesney on 12/6/2007. (tl, COURT STAFF) (Filed on 12/6/2007) (Entered: 12/06/2007) |
| 01/23/2008 | 26 | STIPULATION AND [PROPOSED] ORDER *for extension to mediation* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 1/23/2008) Modified on 1/24/2008 (aaa, Court Staff). (Entered: 01/23/2008) |
| 01/24/2008 | 27 | STIPULATION AND ORDER extending through May 15, 2008, the time in which to complete Court-ordered mediation. Signed by Judge Maxine M. Chesney on January 24, 2008. (mmclc2, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 02/28/2008 | 28 | STIPULATION AND [PROPOSED] ORDER *to Continue deadline to amend pleadings* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 2/28/2008) Modified on 2/29/2008 (aaa, Court Staff). (Entered: 02/28/2008) |
| 02/29/2008 | 29 | STIPULATION AND ORDER extending deadline for amending pleadings through March 29, 2008. Signed by Judge Maxine M. Chesney on February 29, 2008. (mmclc2, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/31/2008 | 30 | **DUPLICATIVE OF DOCKET NUMBER 32** AMENDED COMPLAINT against all defendants. Filed by William Neville, Barbara Neville. (Green, Jannine) (Filed on 3/31/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: 03/31/2008) |
| 03/31/2008 | 31 | **DUPLICATIVE OF DOCKET NUMBER 32 PART 2** Declaration of Jannine M. Green in Support of 30 Amended Complaint filed by William Neville, Barbara Neville. (Related document(s) 30 ) (Green, Jannine) (Filed on 3/31/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: 03/31/2008) |
| 03/31/2008 | 32 | AMENDED COMPLAINT against Wilderness Western Holdings, Inc., Western Recreational Vehicles, Inc.. Filed by William Neville, Barbara Neville. (Attachments: # 1 Supplement Amended Summons, # 2 Signature Page (Declarations/Stipulations) Declaration)(Green, Jannine) (Filed on 3/31/2008) (Entered: 03/31/2008) |

| | | |
|---|---|---|
| 04/01/2008 | 33 | Amended Summons Issued as to Western Recreational Vehicles, Inc., Wilderness Western Holdings, Inc. (aaa, Court Staff) (Filed on 4/1/2008) (Additional attachment(s) added on 4/1/2008: # 1 Summons Western Rec) (aaa, Court Staff). (Entered: 04/01/2008) |
| 04/03/2008 | 34 | CERTIFICATE OF SERVICE by William Neville, Barbara Neville (Green, Jannine) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 35 | CERTIFICATE OF SERVICE by William Neville, Barbara Neville (Green, Jannine) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 05/13/2008 | 36 | STIPULATION AND [PROPOSED] ORDER *To extend time* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 5/13/2008) Modified on 5/14/2008 (aaa, Court Staff). (Entered: 05/13/2008) |
| 05/20/2008 | 37 | ORDER GRANTING IN PART STIPULATION TO EXTEND COURT ORDERED DEADLINES; VACATING PRETRIAL CONFERENCE AND TRIAL DATES; ADVANCING STATUS CONFERENCE. Signed by Judge Maxine M. Chesney on May 20, 2008. (mmclc2, COURT STAFF) (Filed on 5/20/2008) (Entered: 05/20/2008) |
| 05/20/2008 | | Set Deadlines/Hearings: Joint Status Statement due by 6/20/2008. Status Conference Advanced for 6/27/2008 10:30 AM. Re 37 Order (aaa, Court Staff) (Filed on 5/20/2008) (Entered: 05/21/2008) |
| 06/03/2008 | 38 | MOTION to Withdraw as Attorney *of Record for Defendant Western Recreational Vehicles* filed by Western Recreational Vehicles, Inc.. Motion Hearing set for 7/11/2008 09:00 AM. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Axelson, Vincent) (Filed on 6/3/2008) (Entered: 06/03/2008) |
| 06/20/2008 | 39 | STATUS REPORT by William Neville, Barbara Neville. (Green, Jannine) (Filed on 6/20/2008) (Entered: 06/20/2008) |
| 06/23/2008 | 40 | STIPULATION *AND [PROPOSED] ORDER FOR PARTIES TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE* by Western Recreational Vehicles, Inc.. (Axelson, Vincent) (Filed on 6/23/2008) (Entered: 06/23/2008) |
| 06/24/2008 | 41 | ORDER granting 38 Motion to Withdraw as Attorney of Record for Defendant Western Recreational Vehicles, Inc; Notice to Defendant; Order Setting Deadline for Appearance by New Counsel. Signed by Judge Maxine M. Chesney on June 24, 2008. (mmclc2, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | 42 | ORDER continuing June 27, 2008 Status Conference to August 29, 2008; Setting Deadline for Plaintiff to Seek Entry of Default. Signed by Judge Maxine M. Chesney on June 24, 2008. (mmclc2, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | | Set Deadlines/Hearings: Status Conference Continued for 8/29/2008 10:30 AM. Re 42 Order (aaa, Court Staff) (Filed on 6/24/2008) (Entered: 06/25/2008) |

| PACER Service Center |
|---|

| Transaction Receipt | | | |
|---|---|---|---|
| 07/24/2008 13:31:28 | | | |
| PACER Login: | ka0388 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-03757-MMC |
| Billable Pages: | 3 | Cost: | 0.24 |

**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
|---|---|
| Plaintiffs, | **ORDER CONTINUING STATUS CONFERENCE; SETTING DEADLINE FOR PLAINTIFF TO SEEK ENTRY OF DEFAULT** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

    The Court, by order issued concurrently herewith, having granted counsel for defendant Western Recreational Vehicles, Inc.'s ("WRV") motion to withdraw, and defendant Wilderness Western Holdings, Inc. ("WWH") not having appeared, the status conference previously scheduled for June 27, 2008 is hereby CONTINUED to August 29, 2008. A Joint Status Statement shall be filed no later than August 22, 2008.[1]

    Further, in light of WWH's failure to respond to the complaint or otherwise appear in the action, (see Proof of Service filed April 3, 2008), plaintiff is hereby DIRECTED to file,

//

---

[1] The parties' stipulation, filed June 23, 2008, to appear telephonically at the June 27, 2008 status conference is hereby DENIED as moot.

1 | no later than July 24, 2008, a request for entry of default with respect to WWH.
2 | **IT IS SO ORDERED.**
3 | Dated: June 24, 2008

MAXINE M. CHESNEY
United States District Judge

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within-entitled action; my business address is: 16133 Ventura Boulevard, 7th Floor, Encino, California 91436.

On **July 24, 2008**, I served the foregoing document described as:

**MOTION FOR AN ENTRY OF DEFAULT, A DEFAULT JUDGMENT, AND REQUEST FOR A HEARING ON THE ISSUE OF DAMAGES**

to all interested parties in this action as follows:

**WILDERNESS WESTERN HOLDINGS, INC.** c/o Authorized Agent Ronald A. Doyle
208 S. 78th Avenue, Yakima, WA 98908

___ **BY FACSIMILE TO:**

_X_ **BY MAIL** USPS Certified Return Receipt

I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

_X_ I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

___ **BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

_X_ **STATE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **July 24, 2008** at Bluffton, South Carolina.

_____
JANNINE M. GREEN