**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER REFERRING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT, DEFAULT JUDGMENT AND REQUEST FOR HEARING** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court is in receipt of plaintiffs' "Motion for an Entry of Default, a Default Judgment, and Request for a Hearing on the Issue of Damages," filed July 24, 2008.

To the extent plaintiffs seek, by said motion, entry of default against defendant Wilderness Western Holdings, Inc., such request is hereby REFERRED to the Clerk of the Court. See Fed.R.Civ.P. 55(a) (providing, where party "has failed to plead or otherwise defend, . . . the clerk must enter the party's default"). With respect to the remaining relief requested, specifically, a default judgment, the motion is premature for the reason that a default has not been entered, and, accordingly, to such extent, the motion is hereby DENIED without prejudice. Further, any future motion for default judgment must, if required by Rule 55(b), be properly noticed and, as the Court likely will not order an

1  evidentiary hearing thereon, such motion shall be accompanied by declarations or other
2  evidentiary support for the amount of damages claimed.
3  **IT IS SO ORDERED.**
4  Dated: July 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge