IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WESTERN RECREATIONAL VEHICLES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-07-3757 MMC<br><br>**ORDER DIRECTING PLAINTIFFS TO FILE REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.** |

    By order filed June 24, 2008, the Court permitted counsel for defendant Western Recreational Vehicles, Inc. ("WRV") to withdraw as counsel of record for said defendant, ordered WRV to retain new counsel, and ordered WRV's new counsel to file a notice of appearance no later than July 24, 2008. In the same order, the Court notified WRV that, as a corporation, it may not represent itself, and its failure to retain an attorney could lead to an order striking its answer and to the entry of a default judgment against WRV.

    To date, no notice of appearance by counsel for WRV has been filed, nor has any other document been filed on behalf of WRV. Because WRV is no longer appearing through counsel, and because WRV may not appear in the action without representation, plaintiffs are hereby ORDERED to file, no later than August 15, 2008, a request for entry of

a Clerk's default with respect to WRV. If, by the date provided, plaintiffs fail to file such request or otherwise show cause why their claims against WRV should not be dismissed, the action against said defendant will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 31, 2008

MAXINE M. CHESNEY
United States District Judge