FILED

JUL 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#46

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO FILE REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

By order filed June 24, 2008, the Court permitted counsel for defendant Western Recreational Vehicles, Inc. ("WRV") to withdraw as counsel of record for said defendant, ordered WRV to retain new counsel, and ordered WRV's new counsel to file a notice of appearance no later than July 24, 2008. In the same order, the Court notified WRV that, as a corporation, it may not represent itself, and its failure to retain an attorney could lead to an order striking its answer and to the entry of a default judgment against WRV.

To date, no notice of appearance by counsel for WRV has been filed, nor has any other document been filed on behalf of WRV. Because WRV is no longer appearing through counsel, and because WRV may not appear in the action without representation, plaintiffs are hereby ORDERED to file, no later than August 15, 2008, a request for entry of

1  a Clerk's default with respect to WRV. If, by the date provided, plaintiffs fail to file such
2  request or otherwise show cause why their claims against WRV should not be dismissed,
3  the action against said defendant will be dismissed pursuant to Rule 41(b) of the Federal
4  Rules of Civil Procedure, for failure to prosecute.

5  **IT IS SO ORDERED.**

6  Dated: July 31, 2008

MAXINE M. CHESNEY
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM NEVILLE et al,

        Plaintiff,

v.

WESTERN RECREATIONAL VEHICLES
INC. et al,

        Defendant.
        _____/

Case Number: CV07-03757 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Western Recreational Vehicles, Inc.
3401 West Washington Avenue
Yakima, WA 98903

Dated: August 1, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED

08 AUG 12 PM 3: 26

RICHARD W. ~~~~~~
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

SAN FRANCISCO CA
01 AUG 2008

$ 00.42°
AUG 01 2008
MAILED FROM ZIP CODE 94102
02 1A
0004329882

Western Recreational Vehicles, Inc.
3401 West Washington Avenue
Yakima, WA 98903

WEST401  X 992 NCE 1 307C  72 08/05/08
FORWARD TIME EXP RTN TO SEND
:WESTERN RECREATIONAL VEHICLES
1740 BROADWAY #C7300-21
DENVER CO 80274-0001

RETURN TO SENDER