JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.

**OHIO MAIN OFFICE:\*\***
55 Public Square, Suite 650
Cleveland, OH 44113
Phone: (216) 621-6101
Fax: (888) 868-6671

**CALIFORNIA OFFICE:\*\***
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

\*\*Please send copies of all items to both addresses.

Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE, <br> Plaintiffs, <br><br> v. <br><br> WESTERN RECREATIONAL VEHICLES, INC.; WILDERNESS WESTERN HOLDINGS, INC. and DOES 1 through 20, inclusive, <br> Defendants. | ) CASE NO.  07-03757 MMC <br> ) <br> ) Judge: Maxine M. Chesney <br> ) <br> ) <br> ) **MOTION FOR ENTRY OF DEFAULT** <br> ) **AND DEFAULT JUDGMENT AGAINST** <br> ) **WESTERN RECREATIONAL** <br> ) **VEHICLES, INC.; DECLARATION OF** <br> ) **JANNINE M. GREEN IN SUPPORT OF** <br> ) **MOTION FOR ENTRY OF DEFAULT** <br> ) **AND DEFAULT JUDGMENT** <br> ) <br> ) <br> ) |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**:

Plaintiffs William and Barbara Neville (Plaintiffs) by and through his undersigned

counsel, hereby move this Court for an Entry of Default and Default Judgment against Defendant

1  Western Recreational Vehicles, Inc. pursuant to Federal Rule of Civil Procedure § 55 (a) and (b)

2  and this Court's Order of June 24, 2008.  In support of their Motion, Plaintiffs rely on the facts

3  and arguments in the attached Brief in Support and Declaration of Jannine M. Green

4  incorporated herein and attached hereto.

5

6

7                                    Respectfully Submitted,

8                                    **KAHN & ASSOCIATES, L.L.C**

9

10                                   JANNINE M. GREEN (SBN 244072)
                                     Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BRIEF IN SUPPORT**

**Service of Amended Complaint**

The First Amended Complaint in the above-captioned matter was filed on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."* Defendant Western Recreational Vehicles, Inc.'s counsel filed a Motion to Withdraw on June 3, 2008 and this court granted the motion. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit B."* In the same Order, this Court notified Defendant Western Recreational Vehicles, Inc. that, as a corporation, it may not represent itself. *See id.* This Court further ordered Western Recreational Vehicles, Inc. to retain new counsel, and that such counsel must file a notice of appearance no later than July 24, 2008. *See id.* To date, Defendant Western Recreational Vehicles, Inc. has filed no notice of appearance. *See July 31, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit C."* This Court notified Defendant Western Recreational Vehicles, Inc. that its failure to retain an attorney may lead to an order striking its answer and to an entry of a default judgment against Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit B.* Accordingly, this Court ordered Plaintiff to file a request for entry of default and default judgment with respect to Defendant Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit C.*

Federal Rule of Civil Procedure § 55 provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment. (1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk — on the plaintiff's request, with an affidavit showing the amount due — must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

1 | Fed Rules Civ. Proc. § 55 (2008).

2 | **Support for Claimed Damages**

3 |      Plaintiffs' purchased the subject trailer on June 5, 2005. The purchase amount was

4 | $36,535.53. The total amount of damages requested is $48,725.57 and is based on the

5 | previous demand made in the matter, supporting documents, and includes the following:

6 |

| | |
|---|---|
| Refund of Purchase Cost (including down payment) | $36,535.53 |
| Refund of Service Contract | $2,315.00 |
| Reimbursement of Incidental Costs Related to Repairs | $2,797.84 |
|     Storage Fees:                $1,530.00 | |
|     Registration (pro-rated for 2008):   $311.60 | |
|     Locksmith Fee:              $59.00 | |
|     Out of Pocket Repairs:      $416.04 | |
|     Insurance (pro-rated for 2008):   $481.20 | |
| Less Usage Offset (8% of total cost) | -$2,922.80 |
| Attorney Fees and Costs | $10,000.00 |
| Total Due to Firm and Clients | $48,725.57 |

    *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

**Conclusion**

    Defendant, Western Recreational Vehicles, Inc. has failed to retain counsel and otherwise defend against Plaintiffs' Complaint and has not shown, to date, any reason for such delay. Therefore, this Court should strike Defendant Western Recreational Vehicles, Inc.'s Answer and find that Defendant Western Recreational Vehicles, Inc.'s failure to take action entitles Plaintiffs to an Entry of Default against Defendant in accordance with Fed Rule Civ. Pro § 55 (a) and (b).

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

**KAHN & ASSOCIATES, L.L.C**

JANNINE M. GREEN (SBN 244072)
Attorneys for Plaintiffs

# DECLARATION OF JANNINE M. GREEN IN SUPPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST WESTERN RECREATIONAL VEHICLES, INC.

I, Jannine M. Green, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1. I represent plaintiffs, William and Barbara Neville, in the matter of *Neville v. Western Recreational Vehicles, Inc. et al.* United States District Court, Northern District, Case number 07-03757 MMC.

2. I filed a First Amended Complaint in the above-captioned matter on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."*

3. Defendant Western Recreational Vehicles, Inc.'s counsel properly filed an Answer. *See id.*

4. On June 3, 2008 and this court granted the motion. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit B."*

5. In the same Order, this Court notified Defendant Western Recreational Vehicles, Inc. that, as a corporation, it may not represent itself. *See id.*

6. This Court further ordered Western Recreational Vehicles, Inc. to retain new counsel, and that such counsel must file a notice of appearance no later than July 24, 2008. *See id.*

7. To date, Defendant Western Recreational Vehicles, Inc. has filed no notice of appearance. *See July 31, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit C."*

8. This Court notified Defendant Western Recreational Vehicles, Inc. that its failure to retain an attorney may lead to an order striking its answer and to an entry of a default judgment against Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit B.*

9. Accordingly, this Court ordered Plaintiff to file a request for entry of default with respect to Defendant Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit C.*

10. Plaintiffs purchase the subject trailer on June 5, 2005. The purchase amount was $36,535.53. *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

11. The total amount of damages requested is $48,725.57 and is based on the previous demand made in the matter and includes the purchase price, incidental costs and attorney fees. *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

12. On August 15, 2008 a copy of this Motion was mailed via United States Postal Service of to the new authorized agent pursuant to the Washington Secretary of State's website. The address is: Western Recreational Vehicles, Inc., C/O Auth. Agent Corporation Service Company, 6500 Harbour Heights Pkwy, Mukilteo, WA 98275. *See printout of Washington Secretary of State's website attached hereto and incorporated herein as "Plaintiffs' Exhibit E."*

///

Dated: 8/15/08

**JANNINE M. GREEN**

1

## PROOF OF SERVICE BY MAIL

2    **STATE OF CALIFORNIA**          )
                                       )
3    **COUNTY OF LOS ANGELES**        )

4          I am employed in the County of Los Angeles, State of California; I am over the age of

5    Eighteen years and not a party to the within-entitled action: my business address is: 16133

6    Ventura Boulevard, 7th Floor, Encino, California 91436.

7
           On **August 15, 2008**, I served the foregoing document described as:

8    **MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST
     WESTERN RECREATIONAL VEHICLES, INC.; DECLARATION OF JANNINE
9    M. GREEN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND
     DEFAULT JUDGMENT**
10

____    **BY FACSIMILE TO:**
11
  X     **BY MAIL**
12
____     I deposited such envelope in the mail at Encino, California. The envelope was mailed
13       with postage thereon fully prepaid.

14   X   I caused such envelope to be deposited in the mail at Encino, California. The envelope
         was mailed with postage thereon fully prepaid.
15
         I am readily familiar with the firm's practice of collection and processing correspondence
16       for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary
         course of business. I am aware that on motion of party served, service is presumed
17       invalid if postal cancellation date or postage meter date is more than 1 day after the date
         of deposit for mailing in affidavit.
18
____    **BY PERSONAL SERVICE**
19
         I delivered such envelope by hand to the offices of the addressee.
20
  X     **STATE**
21
         I declare under penalty of perjury under the laws of the State of California that the above
22   is true and correct.

23         Executed on **August 15, 2008** at Encino, California.

24

25         _____
           **JANNINE M. GREEN**
26

27

28
_____
PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN
IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT                    Page 8

1

NEVILLE V. WESTERN RECREATIONAL VEHICLES, INC.

2

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
OAKLAND DIVISION - CASE NO. 07-03757-MMC

3

4

### SERVICE LIST

5

6

Western Recreational Vehicles, Inc.
C/O: Auth. Agent

7

Corporation Service Company
6500 Harbour Heights Pkwy

8

Mukilteo, WA 98275

WESTERN RECREATIONAL
VEHICLES, INC.

9

10

### COUNSEL/PARTY SERVING THIS DOCUMENT:

11

Jannine M. Green, Esq.
Kahn & Associates, L.L.C.

12

16133 Ventura Blvd., Suite 700
Encino, CA 91436

Attorneys for Plaintiffs
WILLIAM and BARBARA
NEVILLE

13

(888) 536-6671, Fax (818) 995-9169

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28