1  JANNINE M. GREEN, ESQ. (SBN 244072)
   KAHN & ASSOCIATES, L.L.C.
2
   OHIO MAIN OFFICE:**
3  55 Public Square, Suite 650
   Cleveland, OH 44113
4  Phone: (216) 621-6101
   Fax: (888) 868-6671
5
   CALIFORNIA OFFICE:**
6  16133 Ventura Blvd., Suite 700
   Encino, CA 91436
7  Phone: (888) 536-6671
   Fax: (888) 868-6671
8  www.kahnandassociates.com

9  **Please send copies of all items to both addresses.

10
   Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE
11

12
                      IN THE UNITED STATES DISTRICT COURT
13
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15

16  WILLIAM NEVILLE and            ) CASE NO.   07-03757 MMC
    BARBARA NEVILLE,               )
17        Plaintiffs,              ) Judge: Maxine M. Chesney
                                   )
18  v.                             )
                                   ) MOTION FOR ENTRY OF DEFAULT
19  WESTERN RECREATIONAL           ) AND DEFAULT JUDGMENT AGAINST
    VEHICLES, INC.; WILDERNESS     ) WESTERN RECREATIONAL
20  WESTERN HOLDINGS, INC. and DOES) VEHICLES, INC.; DECLARATION OF
    1 through 20, inclusive,       ) JANNINE M. GREEN IN SUPPORT OF
21                                 ) MOTION FOR ENTRY OF DEFAULT
          Defendants.              ) AND DEFAULT JUDGMENT
22                                 )
                                   )
23                                 )

24
    TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:
25
        Plaintiffs William and Barbara Neville (Plaintiffs) by and through his undersigned
26
    counsel, hereby move this Court for an Entry of Default and Default Judgment against Defendant
27

28
    ─────────────────────────────────────────────
    PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN
    IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT               Page 1

1  Western Recreational Vehicles, Inc. pursuant to Federal Rule of Civil Procedure § 55 (a) and (b)
2  and this Court's Order of June 24, 2008. In support of their Motion, Plaintiffs rely on the facts
3  and arguments in the attached Brief in Support and Declaration of Jannine M. Green
4  incorporated herein and attached hereto.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C

JANNINE M. GREEN (SBN 244072)
Attorneys for Plaintiffs

# BRIEF IN SUPPORT

## Service of Amended Complaint

The First Amended Complaint in the above-captioned matter was filed on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."* Defendant Western Recreational Vehicles, Inc.'s counsel filed a Motion to Withdraw on June 3, 2008 and this court granted the motion. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit B."* In the same Order, this Court notified Defendant Western Recreational Vehicles, Inc. that, as a corporation, it may not represent itself. *See id.* This Court further ordered Western Recreational Vehicles, Inc. to retain new counsel, and that such counsel must file a notice of appearance no later than July 24, 2008. *See id.* To date, Defendant Western Recreational Vehicles, Inc. has filed no notice of appearance. *See July 31, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit C."* This Court notified Defendant Western Recreational Vehicles, Inc. that its failure to retain an attorney may lead to an order striking its answer and to an entry of a default judgment against Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit B.* Accordingly, this Court ordered Plaintiff to file a request for entry of default and default judgment with respect to Defendant Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit C.*

Federal Rule of Civil Procedure § 55 provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment. (1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk — on the plaintiff's request, with an affidavit showing the amount due — must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

Fed Rules Civ. Proc. § 55 (2008).

**Support for Claimed Damages**

Plaintiffs' purchased the subject trailer on June 5, 2005. The purchase amount was $36,535.53. The total amount of damages requested is $48,725.57 and is based on the previous demand made in the matter, supporting documents, and includes the following:

| | |
|---|---|
| Refund of Purchase Cost (including down payment) | $36,535.53 |
| Refund of Service Contract | $2,315.00 |
| Reimbursement of Incidental Costs Related to Repairs | $2,797.84 |
|     Storage Fees: $1,530.00 | |
|     Registration (pro-rated for 2008): $311.60 | |
|     Locksmith Fee: $59.00 | |
|     Out of Pocket Repairs: $416.04 | |
|     Insurance (pro-rated for 2008): $481.20 | |
| Less Usage Offset (8% of total cost) | -$2,922.80 |
| <u>Attorney Fees and Costs</u> | <u>$10,000.00</u> |
| Total Due to Firm and Clients | $48,725.57 |

See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit D."

**Conclusion**

Defendant, Western Recreational Vehicles, Inc. has failed to retain counsel and otherwise defend against Plaintiffs' Complaint and has not shown, to date, any reason for such delay. Therefore, this Court should strike Defendant Western Recreational Vehicles, Inc.'s Answer and find that Defendant Western Recreational Vehicles, Inc.'s failure to take action entitles Plaintiffs to an Entry of Default against Defendant in accordance with Fed Rule Civ. Pro § 55 (a) and (b).

///

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C

*/s/ Jannine M. Green*
JANNINE M. GREEN (SBN 244072)
Attorneys for Plaintiffs

**DECLARATION OF JANNINE M. GREEN IN SUPPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST WESTERN RECREATIONAL VEHICLES, INC.**

I, Jannine M. Green, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1. I represent plaintiffs, William and Barbara Neville, in the matter of *Neville v. Western Recreational Vehicles, Inc. et al.* United States District Court, Northern District, Case number 07-03757 MMC.
2. I filed a First Amended Complaint in the above-captioned matter on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."*
3. Defendant Western Recreational Vehicles, Inc.'s counsel properly filed an Answer. *See id.*
4. On June 3, 2008 and this court granted the motion. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit B."*
5. In the same Order, this Court notified Defendant Western Recreational Vehicles, Inc. that, as a corporation, it may not represent itself. *See id.*
6. This Court further ordered Western Recreational Vehicles, Inc. to retain new counsel, and that such counsel must file a notice of appearance no later than July 24, 2008. *See id.*
7. To date, Defendant Western Recreational Vehicles, Inc. has filed no notice of appearance. *See July 31, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit C."*
8. This Court notified Defendant Western Recreational Vehicles, Inc. that its failure to retain an attorney may lead to an order striking its answer and to an entry of a default judgment against Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit B.*
9. Accordingly, this Court ordered Plaintiff to file a request for entry of default with respect to Defendant Western Recreational Vehicles, Inc. *See Plaintiffs' Exhibit C.*
10. Plaintiffs purchase the subject trailer on June 5, 2005. The purchase amount was $36,535.53. *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

11. The total amount of damages requested is $48,725.57 and is based on the previous demand made in the matter and includes the purchase price, incidental costs and attorney fees. *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

12. On August 15, 2008 a copy of this Motion was mailed via United States Postal Service of to the new authorized agent pursuant to the Washington Secretary of State's website. The address is: Western Recreational Vehicles, Inc., C/O Auth. Agent Corporation Service Company, 6500 Harbour Heights Pkwy, Mukilteo, WA 98275. *See printout of Washington Secretary of State's website attached hereto and incorporated herein as "Plaintiffs' Exhibit E."*

///

Dated: 8/15/08

JANNINE M. GREEN

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California; I am over the age of Eighteen years and not a party to the within-entitled action: my business address is: 16133 Ventura Boulevard, 7th Floor, Encino, California 91436.

On **August 15, 2008**, I served the foregoing document described as:

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST WESTERN RECREATIONAL VEHICLES, INC.; DECLARATION OF JANNINE M. GREEN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

___ **BY FACSIMILE TO:**

_X_ **BY MAIL**

___ I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

_X_ I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

___ **BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

_X_ **STATE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 15, 2008** at Encino, California.



JANNINE M. GREEN

---

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

NEVILLE V. WESTERN RECREATIONAL VEHICLES, INC.
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION - CASE NO. 07-03757-MMC

## SERVICE LIST

| | |
|---|---|
| Western Recreational Vehicles, Inc.<br>C/O: Auth. Agent<br>Corporation Service Company<br>6500 Harbour Heights Pkwy<br>Mukilteo, WA 98275 | WESTERN RECREATIONAL VEHICLES, INC. |

**COUNSEL/PARTY SERVING THIS DOCUMENT:**

| | |
|---|---|
| Jannine M. Green, Esq.<br>Kahn & Associates, L.L.C.<br>16133 Ventura Blvd., Suite 700<br>Encino, CA 91436<br>(888) 536-6671, Fax (818) 995-9169 | Attorneys for Plaintiffs<br>WILLIAM and BARBARA NEVILLE |