# EXHIBIT "A"

CAND-ECF                  file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC     Document 49-2     Filed 08/25/2008     Page 2 of 16

CM/ECF ?

- Query
- Reports
- Utilities
- Logout

ADRMOP, E-Filing, PRVADR, ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:07-cv-03757-MMC

| | |
|---|---|
| Neville et al v. Western Recreational Vehicles, Inc. | Date Filed: 07/20/2007 |
| Assigned to: Hon. Maxine M. Chesney | Jury Demand: Both |
| Cause: 28:1441 Petition For Removal--Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**William Neville**        represented by   **Jannine Maria Green**
Kahn & Associates, LLC
16133 Ventura Boulevard
Suite 700
Encino, CA 91436
888-536-6671 x228
Fax: 818-995-9169
Email: jgreen@kahnandassociates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Neville**        represented by   **Jannine Maria Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Western Recreational Vehicles, Inc.**        represented by   **Western Recreational Vehicles, Inc.**
3401 West Washington Avenue
Yakima, WA 98903
PRO SE

CAND-ECF                                               file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC    Document 49-2    Filed 08/25/2008    Page 3 of 16

**Vincent J. Axelson**
Gates, O'Doherty, Gonter & Guy, LLP
15373 Innovation Drive
Suite 170
San Diego, CA 92128
858-676-8600
Fax: 858-676-8601
Email: vaxelson@gogglaw.com
*TERMINATED: 06/24/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilderness Western Holdings, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2007 | 1 | NOTICE OF REMOVAL - [No Process] from Alameda County Superior Court. Their Case Number is HG-07-327807 - [Filing Fee: $350.00, Receipt Number 44611001006]. Filed by Defendant Western Recreational Vehicles, Inc.. (tn, COURT STAFF) (Filed on 7/20/2007) (Entered: 07/25/2007) |
| 07/20/2007 | | ANSWER to Complaint Submitted by Defendant Western Recreational Vehicles, Inc..(tn, COURT STAFF) (Entered: 07/25/2007) |
| 07/20/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 11/13/2007 & Initial Case Management Conference set for 11/19/2007 at 4:00 PM.. (Attachments: #(1) BZ Standing Order). (tn, COURT STAFF) (Filed on 7/20/2007) Additional attachment(s) added on 7/25/2007 (tn, COURT STAFF). (Entered: 07/25/2007) |
| 07/20/2007 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/25/2007) |
| 08/22/2007 | 3 | ORDER. Signed by Magistrate Judge Bernard Zimmerman on 8/22/2007. (ls, COURT STAFF) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | 4 | STIPULATION & [Proposed] Order Submitted by Parties William Neville, Barbara Neville & Western Recreational Vehicles Inc.. (tn, COURT STAFF) (Filed on 8/22/2007) Additional attachment(s) added on 8/24/2007 (tn, COURT STAFF). (Entered: 08/24/2007) |
| 09/17/2007 | 5 | STIPULATION AND ORDER EXTENDING TIME OF 30 DAYS UP TO AND INCLUDING SEPTEMBER 18, 2007 IN WHICH TO FILE A MOTION TO REMAND. Signed by Magistrate Judge Bernard Zimmerman on 9/17/2007. (ls, COURT STAFF) (Filed on 9/17/2007) (Entered: 09/17/2007) |

| 09/18/2007 | 6 | MOTION to Remand *back to State Court* filed by William Neville, Barbara Neville. Motion Hearing set for 10/31/2007 10:00 AM in Courtroom G, 15th Floor, San Francisco. (Green, Jannine) (Filed on 9/18/2007) (Entered: 09/18/2007) |
|---|---|---|
| 09/19/2007 | 7 | Letter re consent from Lashanda Scott. (ls, COURT STAFF) (Filed on 9/19/2007) (Entered: 09/19/2007) |
| 09/27/2007 | 8 | CONSENT to Proceed Before a US Magistrate Judge by William Neville, Barbara Neville.. (Green, Jannine) (Filed on 9/27/2007) (Entered: 09/27/2007) |
| 10/16/2007 | 9 | Memorandum in Opposition *to re 6 Plaintiffs' Motion to Remand* Filed by Defendant Western Recreational Vehicles, Inc.. (Axelson, Vincent) (Filed on 10/16/2007) (Entered: 10/16/2007) |
| 10/25/2007 | 10 | CLERK'S NOTICE RE TENTATIVE RULING. (Attachments: # 1) (bzsec, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/25/2007 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Western Recreational Vehicles, Inc. */s/*. (Axelson, Vincent) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/26/2007 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ls, COURT STAFF) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/26/2007 | 13 | NOTICE by Western Recreational Vehicles, Inc. */s/* (Axelson, Vincent) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/30/2007 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Maxine M. Chesney for all further proceedings. Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 10/29/07. (mab, COURT STAFF) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 11/01/2007 | 15 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 11/21/2007. Case Management Conference set for 11/30/2007 10:30 AM.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Standing Orders)(tl, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/01/2007 | 16 | REPORT AND RECOMMENDATIONS re 6 MOTION to Remand *back to State Court* filed by Barbara Neville, William Neville Objections to R&R due by 11/16/2007. Signed by Judge Bernard Zimmerman on 11/1/2007. (bzsec, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/14/2007 | 17 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 11/16/2007 | 18 | STIPULATION and Proposed Order selecting Mediation by Barbara Neville (Green, Jannine) (Filed on 11/16/2007) (Entered: 11/16/2007) |

CAND-ECF                                                      file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC     Document 49-2     Filed 08/25/2008     Page 5 of 16

| 11/21/2007 | 19 | STIPULATION AND [PROPOSED] ORDER to Appear by Telephone *at Case Management Conference* filed by Western Recreational Vehicles, Inc.. Motion Hearing set for 11/30/2007 10:30 AM in Courtroom 7, 19th Floor, San Francisco. (Axelson, Vincent) (Filed on 11/21/2007) Modified on 12/3/2007 (aaa, Court Staff). (Entered: 11/21/2007) |
| --- | --- | --- |
| 11/21/2007 | 20 | STIPULATION AND ORDER Selecting ADR Process. Pursuant to stipulation, the matter is referred to private mediation through JAMS no later than 90 days from the date of this order. Signed by Judge Maxine M. Chesney on November 20, 2007. (mmclc2, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 21 | JOINT CASE MANAGEMENT STATEMENT filed by William Neville, Barbara Neville. (Green, Jannine) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 22 | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING MOTION TO REMAND. Signed by Judge Maxine M. Chesney on November 21, 2007. (mmclc2, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/26/2007 | 23 | STIPULATION AND ORDER. The parties may appear telephonically at the Case Management Conference on November 30, 2007 at 10:30 a.m. Signed by Judge Maxine M. Chesney on November 26, 2007. (mmclc2, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/30/2007 | 24 | Minute Entry: Initial Case Management Conference (Telephonic) held on 11/30/2007 before HON. MAXINE C. CHESNEY (Date Filed: 11/30/2007). Status Conference set for 8/8/2008 10:30 AM in Courtroom 7, 19th Floor, San Francisco. () (bjt, COURT STAFF) (Date Filed: 11/30/2007) (Entered: 11/30/2007) |
| 12/06/2007 | 25 | PRETRIAL PREPARATION ORDER. Signed by Judge Maxine M. Chesney on 12/6/2007. (tl, COURT STAFF) (Filed on 12/6/2007) (Entered: 12/06/2007) |
| 01/23/2008 | 26 | STIPULATION AND [PROPOSED] ORDER *for extension to mediation* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 1/23/2008) Modified on 1/24/2008 (aaa, Court Staff). (Entered: 01/23/2008) |
| 01/24/2008 | 27 | STIPULATION AND ORDER extending through May 15, 2008, the time in which to complete Court-ordered mediation. Signed by Judge Maxine M. Chesney on January 24, 2008. (mmclc2, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 02/28/2008 | 28 | STIPULATION AND [PROPOSED] ORDER *to Continue deadline to amend pleadings* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 2/28/2008) Modified on 2/29/2008 (aaa, Court Staff). (Entered: 02/28/2008) |
| 02/29/2008 | 29 | STIPULATION AND ORDER extending deadline for amending pleadings through March 29, 2008. Signed by Judge Maxine M. Chesney on February |

CAND-ECF                                           file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC     Document 49-2     Filed 08/25/2008     Page 6 of 16

| | | |
|---|---|---|
| | | 29, 2008. (mmclc2, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/31/2008 | 30 | **DUPLICATIVE OF DOCKET NUMBER 32** AMENDED COMPLAINT against all defendants. Filed byWilliam Neville, Barbara Neville. (Green, Jannine) (Filed on 3/31/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: 03/31/2008) |
| 03/31/2008 | 31 | **DUPLICATIVE OF DOCKET NUMBER 32 PART 2** Declaration of Jannine M. Green in Support of 30 Amended Complaint filed byWilliam Neville, Barbara Neville. (Related document(s) 30 ) (Green, Jannine) (Filed on 3/31/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: 03/31/2008) |
| 03/31/2008 | 32 | AMENDED COMPLAINT against Wilderness Western Holdings, Inc., Western Recreational Vehicles, Inc.. Filed byWilliam Neville, Barbara Neville. (Attachments: # 1 Supplement Amended Summons, # 2 Signature Page (Declarations/Stipulations) Declaration)(Green, Jannine) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 04/01/2008 | 33 | Amended Summons Issued as to Western Recreational Vehicles, Inc., Wilderness Western Holdings, Inc. (aaa, Court Staff) (Filed on 4/1/2008) (Additional attachment(s) added on 4/1/2008: # 1 Summons Western Rec) (aaa, Court Staff). (Entered: 04/01/2008) |
| 04/03/2008 | 34 | CERTIFICATE OF SERVICE by William Neville, Barbara Neville (Green, Jannine) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 35 | CERTIFICATE OF SERVICE by William Neville, Barbara Neville (Green, Jannine) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 05/13/2008 | 36 | STIPULATION AND [PROPOSED] ORDER *To extend time* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 5/13/2008) Modified on 5/14/2008 (aaa, Court Staff). (Entered: 05/13/2008) |
| 05/20/2008 | 37 | ORDER GRANTING IN PART STIPULATION TO EXTEND COURT ORDERED DEADLINES; VACATING PRETRIAL CONFERENCE AND TRIAL DATES; ADVANCING STATUS CONFERENCE. Signed by Judge Maxine M. Chesney on May 20, 2008. (mmclc2, COURT STAFF) (Filed on 5/20/2008) (Entered: 05/20/2008) |
| 05/20/2008 | | Set Deadlines/Hearings: Joint Status Statement due by 6/20/2008. Status Conference Advanced for 6/27/2008 10:30 AM. Re 37 Order (aaa, Court Staff) (Filed on 5/20/2008) (Entered: 05/21/2008) |
| 06/03/2008 | 38 | MOTION to Withdraw as Attorney *of Record for Defendant Western Recreational Vehicles* filed by Western Recreational Vehicles, Inc.. Motion Hearing set for 7/11/2008 09:00 AM. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Axelson, Vincent) (Filed on 6/3/2008) (Entered: 06/03/2008) |
| 06/20/2008 | 39 | STATUS REPORT by William Neville, Barbara Neville. (Green, Jannine) (Filed on 6/20/2008) (Entered: 06/20/2008) |

| 06/23/2008 | 40 | STIPULATION *AND [PROPOSED] ORDER FOR PARTIES TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE* by Western Recreational Vehicles, Inc.. (Axelson, Vincent) (Filed on 6/23/2008) (Entered: 06/23/2008) |
|---|---|---|
| 06/24/2008 | 41 | ORDER granting 38 Motion to Withdraw as Attorney of Record for Defendant Western Recreational Vehicles, Inc; Notice to Defendant; Order Setting Deadline for Appearance by New Counsel. Signed by Judge Maxine M. Chesney on June 24, 2008. (mmclc2, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | 42 | ORDER continuing June 27, 2008 Status Conference to August 29, 2008; Setting Deadline for Plaintiff to Seek Entry of Default. Signed by Judge Maxine M. Chesney on June 24, 2008. (mmclc2, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | | Set Deadlines/Hearings: Status Conference Continued for 8/29/2008 10:30 AM. Re 42 Order (aaa, Court Staff) (Filed on 6/24/2008) (Entered: 06/25/2008) |

## PACER Service Center

### Transaction Receipt

07/24/2008 13:31:28

| PACER Login: | ka0388 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:07-cv-03757-MMC |
| Billable Pages: | 3 | Cost: | 0.24 |

# EXHIBIT "B"

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM NEVILLE, et al., | No. C-07-3757 MMC

12 | Plaintiffs, | **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF**

13 | v. | **RECORD FOR DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.;**

14 | | **NOTICE TO DEFENDANT; ORDER**

WESTERN RECREATIONAL VEHICLES, | **SETTING DEADLINE FOR**

15 | INC., et al., | **APPEARANCE BY NEW COUNSEL**

16 | Defendants.

17 _____/

18

19    Before the Court is the motion, filed June 3, 2008 by counsel for defendant Western

20 Recreational Vehicles, Inc. ("WRV"), to withdraw as attorney of record for said party.

21 Counsel represents that WRV consents to such withdrawal, and, to date, no opposition has

22 been filed.

23    The Court having considered the motion, and good cause appearing, the motion is

24 hereby GRANTED, and the law firm of Gates, O'Doherty, Gonter and Guy, LLP, and the

25 attorneys of record of the firm, Douglas D. Guy, Vincent J. Axelson, and Nadine M.

26 Sayegh, are relieved as counsel of record for defendant WRV.

27    Defendant WRV is hereby NOTIFIED that the law firm of Gates, O'Doherty, Gonter

28 and Guy, LLP, and the attorneys of record of the firm, Douglas D. Guy, Vincent J. Axelson,

1 | and Nadine M. Sayegh, are no longer representing WRV, and that, as a corporation, WRV

2 | may not represent itself.  Consequently, WRV should immediately seek substitute legal

3 | representation.  WRV is further NOTIFIED that its failure to retain an attorney may lead to

4 | an order striking its answer and to the entry of a default judgment against WRV.

5 | Accordingly, defendant WRV is hereby ORDERED to retain new counsel; such

6 | counsel shall file a notice of appearance no later than July 24, 2008.

7 | Pending the appearance of new counsel, all filings, correspondence, and other

8 | documents shall be directed to WRV at the following address: 3401 West Washington

9 | Avenue, Yakima, Washington 98903.

10 | **IT IS SO ORDERED.**

11 | Dated: June 24, 2008

12 | MAXINE M. CHESNEY
United States District Judge

2

# EXHIBIT "C"

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM NEVILLE, et al.,                         No. C-07-3757 MMC

12              Plaintiffs,                          **ORDER DIRECTING PLAINTIFFS TO
                                                     FILE REQUEST FOR ENTRY OF
13     v.                                            DEFAULT AS TO DEFENDANT
                                                     WESTERN RECREATIONAL VEHICLES,
14                                                   INC.**
   WESTERN RECREATIONAL VEHICLES,
15  INC., et al.,

16              Defendants.

17  _____/

18

19          By order filed June 24, 2008, the Court permitted counsel for defendant Western

20  Recreational Vehicles, Inc. ("WRV") to withdraw as counsel of record for said defendant,

21  ordered WRV to retain new counsel, and ordered WRV's new counsel to file a notice of

22  appearance no later than July 24, 2008.  In the same order, the Court notified WRV that, as

23  a corporation, it may not represent itself, and its failure to retain an attorney could lead to

24  an order striking its answer and to the entry of a default judgment against WRV.

25          To date, no notice of appearance by counsel for WRV has been filed, nor has any

26  other document been filed on behalf of WRV.  Because WRV is no longer appearing

27  through counsel, and because WRV may not appear in the action without representation,

28  plaintiffs are hereby ORDERED to file, no later than August 15, 2008, a request for entry of

1  a Clerk's default with respect to WRV.  If, by the date provided, plaintiffs fail to file such

2  request or otherwise show cause why their claims against WRV should not be dismissed,

3  the action against said defendant will be dismissed pursuant to Rule 41(b) of the Federal

4  Rules of Civil Procedure, for failure to prosecute.

5          **IT IS SO ORDERED.**

6  Dated: July 31, 2008

7                                          MAXINE M. CHESNEY
                                           United States District Judge

EXHIBIT "D"

CALIFORNIA OFFICES
NORTH – San Francisco
CENTRAL – Los Angeles
SOUTH – San Diego

CONNECTICUT OFFICE
Hartford

FLORIDA OFFICES
NORTH – Jacksonville - *Satellite Office*
CENTRAL – Tampa
SOUTH – Miami - *Satellite Office*

INDIANA OFFICE
Indianapolis

MARYLAND OFFICE
Baltimore

MASSACHUSETTS OFFICE
Boston

MICHIGAN OFFICE
Detroit

MISSOURI OFFICE
St. Louis

NEW JERSEY OFFICE
Kenneth C. Ho, Esq.*
Newark
*Licensed in New Jersey*

NORTH CAROLINA OFFICE
Raleigh

PENNSYLVANIA OFFICES
EAST – Philadelphia
WEST – Pittsburgh

TENNESSEE OFFICE
Nashville

VIRGINIA OFFICE
Richmond

# KAHN & ASSOCIATES
L.L.C.

1-888-LEMONS-1
(1-888-536-6671)
Fax 1-888-868-6671
www.kahnandassociates.com

**CORPORATE HEADQUARTERS**
55 Public Square, Suite 650
Cleveland, OH 44113
P (216) 621-6101
F (216) 621-6006

**PLEASE REMIT ALL CORRESPONDENCE TO CORPORATE HEADQUARTERS**

December 18, 2007

Mr. Vincent J. Axelson, Esq.
GATES, O'DOHERTY, GONTER & GUY, LLP
15373 Innovation Drive, Suite 170
San Diego, CA 92126

*VIA Electronic Mail and USPS*

Re:    **Neville v. Western Recreational Vehicles, Inc.**

Dear Mr. Axelson:

Pursuant to conversations with my clients, I am authorized to make the following demand of $46,225.57 inclusive of all attorney fees and costs. Mr. and Mrs. Neville will turn over possession of the trailer. The demand is based on statutorily recoverable costs under the Song-Beverly Consumer Warranty Act (CCC 1790 et seq.) and is detailed below.

My clients' use of the trailer has been substantially impaired. Indeed, my clients' will testify that of the 910 days they have owned the trailer, they had planned on using it for approximately 314 days. In actuality, they have been able to use the trailer a mere 77 days (8% of ownership). This is due to all the defects but primarily due to the extremely low clearance on the trailer which only allows them to take the trailer on perfectly flat surfaces and prevents them from using it on uneven surfaces of any kind, including almost all campsites.

**Repurchase Demand**

| | | |
|---|---|---|
| Refund of Purchase Cost (including down payment) | | $36,535.53 |
| | | |
| Refund of Service Contract | | $2,315.00 |
| | | |
| Reimbursement of Incidental Costs Related to Repairs | | $2,797.84 |
| Storage Fees: | $1,530.00 | |
| Registration (pro-rated for 2008): | $311.60 | |
| Locksmith Fee: | $59.00 | |
| Out of Pocket Repairs: | $416.04 | |
| Insurance (pro-rated for 2008): | $481.20 | |
| | | |
| Less Usage Offset (8% of total cost) | | -$2,922.80 |
| | | |
| Attorney Fees and Costs | | $7,500.00 |
| Total Due to Firm and Clients | | $46,225.57 |

I have also enclosed all repair orders and my clients' contemporaneous notes for your review.

Please convey this demand to your clients and advise at your earliest convenience. I look forward to successful resolution of this matter.

Best regards,

*Jannine M. Green*

Jannine M. Green