# DEMAND - SUPPORTING DOCUMENTS

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE INTEREST FINANCE CHARGE

Dealer Number  53478    Contract Number _____    R.O.S. Number _____    Stock Number ___1604___

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| WILLIAM NEVILLE<br>BARBARA BROWN-NEVILLE<br>12105 MAXWING COURT<br>PENN VALLEY, CA 95946 | RV BROKERS INC<br>1841 EL CAMINO AVE<br>SACRAMENTO CA 95815 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2006 | ALPENLITE 28RL | | SPECIAL ORDER | [x] personal, family or household<br>[ ] business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (e) | $ 33535.53 (e) | $ N/A (e) | $ 3000.00 is<br>$ 3000.00 (e) |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | | |
| One Payment of | | |
| -1  Payments | 33535.53 | Monthly, Beginning |
| One Final Payment | 33535.53 | Monthly, Beginning |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED

1. Total Cash Price

   A. Cash Price of Motor Vehicle and Accessories        $ 33799.00 (A)
      1. Cash Price Vehicle        $ 32874.00
      2. Cash Price Accessories        $ 925.00
      3. Other (Nontaxable)
         Describe _____        $ N/A
         Describe _____        $ N/A

   B. Document Preparation Fee (not a governmental fee)        $ 45.00 (B)

   C. Smog Fee Paid to Seller        $ N/A (C)

   D. Sales Tax (on taxable items in A+B+C)        $ 2427.78 (D)

   E. Optional DMV Electronic Filing Fee*        $ NONE (E)

   F. (Optional) Service Contract*        $ N/A (F)

   G. (Optional) Service Contract*        $ NONE (G)

   H. Prior Credit or Lease Balance paid by Seller to

      _____        $ N/A (H)

      (see downpayment and trade-in calculation)

   I. (Optional) Gap Contract (to whom paid)*        $ NONE (I)

   J. Other (to whom paid)* _____        $ N/A (J)
      For _____

   Total Cash Price (A through J)        $ 36271.78 (1)

2. Amounts Paid to Public Officials  Estimated

   A. License Fees  Estimated        $ 255.00 (A)

   B. Registration/Transfer/Titling Fees        $ N/A (B)

   C. California Tire Fees*        $ 8.75 (C)

   D. Other        $ NONE (D)

   E. Other        $ _____

### STATEMENT OF INSURANCE

**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

## Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | ___ Mos. | $ N/A |
| $ N/A Ded. Collision | ___ Mos. | $ N/A |
| Bodily Injury  $ N/A Limits | ___ Mos. | $ N/A |
| Property Damage  $ N/A Limits | ___ Mos. | $ N/A |
| Medical | ___ Mos. | $ N/A |
| | ___ Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____

Co-Buyer X _____

Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

## Application for Optional Credit Insurance

[ ] Credit Life:    [ ] Buyer  [ ] Co-Buyer  [ ] Both
[ ] Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | ___ Mos. | ___ | $ N/A |
| Credit Disability | ___ Mos. | ___ | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A (b) |

Insurance Company Name _____

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages

| | | | |
|---|---|---|---|
| 3. Amount Paid to Insurance Companies | | | |
| (Total premiums from Statement of Insurance column a + b) | $ | | (3) |
| 4. Smog Certification or Exemption Fee Paid to State | $ | N/A | (4) |
| 5. Subtotal (1 through 4) | $ | 36535.53 | (5) |
| 6. Total Downpayment | | | |
| A. Agreed Trade-In Value  Yr ____  Make ____ | $ | N/A | (A) |
| Model ____ Odom ____ | | | |
| VIN ____ | | | |
| B. Less Prior Credit or Lease Balance | $ | | (B) |
| C. Net Trade-In (A less B) (indicate if a negative number) | $ | N/A | (C) |
| D. Deferred Downpayment | $ | NONE | (D) |
| E. Manufacturer's Rebate | $ | N/A | (E) |
| F. Other | $ | NONE | (F) |
| G. Cash | $ | 3000.00 | (G) |
| Total Downpayment (C through E) | $ | 3000.00 | (6) |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number in 1H above) | | | |
| 7. Amount Financed (5 less 6) | $ | 33535.53 | (7) |
| *Seller may keep part of these amounts. | | | |

Total Official Fees (A through E)    263.75    (2)

disability insurance. DISABILITY INSURANCE MAY
NOT COVER CONDITIONS FOR WHICH YOU HAVE
SEEN A DOCTOR OR CHIROPRACTOR IN THE
LAST 6 MONTHS (Refer to "Total Disabilities Not
Covered" in your policy for details).
You want to buy the credit insurance.

Date _____ X _____
Buyer Signature              Age

_____ X _____
Date    Co-Buyer Signature              Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1.F. See your gap contract for details on the protection it provides. It is a part of this contract.

Term N/A    Mos N/A    _____
                           Name of Gap Contract

You want to buy a gap contract.

Buyer X _____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1.F and/or 1.G above.

1.F Company NOT INCLUDED

Term _____ Mos. or _____ Miles

1.G Company _____

Term _____ Mos. or _____ Miles

Buyer X _____

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND
WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS
RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: _____ N/A
Amount $ N/A    Finance Charge $ N/A
Total $ N/A    Payable in N/A
installments of $ N/A    $ N/A
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ **Name of autobroker receiving fee, if applicable:**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

X _W.M. Russell_ (signature)
Buyer Signs

X _B.L. Brown-Neville_ (signature)
Co-Buyer Signs

## NOTICE OF RESCISSION RIGHTS

If Buyer and Co-Buyer sign here, the provisions of the Rescission Rights section on the back giving the Seller the right to rescind if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _____    Co-Buyer X _____

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before
_____ , Year ____ SELLER'S INITIALS _____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____    X _____

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-In Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in item 6.B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in item 6.B as "Prior Credit or Lease Balance," Seller will refund the difference to you.

Buyer X _____    Co-Buyer X _____

**Notice to buyer:**
(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _W.M. Russell_ (signature)    Co-Buyer Signature X _B.L. Brown-Neville_ (signature)

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

## THERE IS NO COOLING OFF PERIOD
California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION

**THERE IS NO COOLING OFF PERIOD**

California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X [signature] Date 6/11/05 Co-Buyer Signature X [signature] Date 6/11/05

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X ______ Address ______

**GUARANTY**

To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X ______ Date ______ Guarantor X ______ Date ______

Address ______ Address ______

Seller Signs RV BROKERS INC Date ______ By X [signature] Title MANAGER

LAW FORM NO. 553-CA-ARB (REV. 1/05) U.S. PATENT NO. D460,782
©2005 Reynolds and Reynolds TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH-IN-LENDING COPY

damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.

Default means:

- You do not pay any payment on time;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- The vehicle is lost, damaged or destroyed.
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them

... CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOS[E] UPON OR REPOSSESS ANY COLLATERAL UNTIL THRE[E] CALENDAR MONTHS AFTER your first missed payment is due until the insurance company pays or rejects your claim, whichev[er] comes first. We can, however, try to collect, foreclose, or repossess [if] you have any money due and owing us or are otherwise in defa[ult] when your disability claim is made or if a senior mortgage or lien hold[er] is foreclosing.

If the insurance company pays the claim within the three calend[ar] months, we must accept the money as though you paid on time. If th[e] insurance company rejects the claim within the three calendar month[s] or accepts the claim within the three calendar months on a parti[al] disability and pays less than for a total disability, you will have 35 day[s] from the date that the rejection or the acceptance of the parti[al] disability claim is sent to pay past due payments, or the differenc[e] between the past due payments and what the insurance compan[y] pays for the partial disability, plus late charges. You can contact us, an[d] we will tell you how much you owe. After that time, we can take actio[n] to collect or foreclose or repossess any collateral you may have giver[n].

If the insurance company accepts your claim but requires that yo[u] send in additional forms to remain eligible for continued payments, yo[u] should send in these completed additional forms no later tha[n] required. If you do not send in these forms on time, the insuranc[e] company may stop paying, and we will then be able to take action t[o] collect or foreclose or repossess any collateral you may have given.

**Rescission Rights**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may rescind (cancel) the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to rescind. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss

**Work Sheet For Proposed Purchase Contract**

Stock No. _____
Date _6/3/3_
Source _____

NAME: _WILLIAM & BARBARA NEVILLE_

ADDRESS: _PENN 12105 WAXW WAXWING CT_

CITY: _GRASS VALLEY_  STATE: _CA._  ZIP: _95946_  PHONE: _(530) 432-950_

| NEW ☑ | USED ☐ | COLOR | GAS ☐ | DIESEL ☐ | OTHER ☐ | TRIM | Approx. Del Date | V.I.N. | R.O.S. No. |
|---|---|---|---|---|---|---|---|---|---|

| YEAR | CYL | MAKE _ALPENLIT_ | MODEL _Aspen 28 RL_ | TYPE | V.I.N. | | |
|---|---|---|---|---|---|---|---|
| _06_ | | ODOMETER | KEY NO. | TAB NO. | LIC. NO. | | |

## A    SALE PRICE    MSRP 34,438

ACCESSORIES

_Aftermarket Needed_

_No Trade_
_Special,_

| | | |
|---|---|---|
| MOTOR VEHICLE & ACCESSORIES | $ | |
| DOCUMENTARY FEE (NOT A GOVERNMENTAL FEE) | $ | |
| SALES TAX | $ | |
| SMOG CERT. | $ | |
| LIC. FEE | $ | _$32,195_ |
| TOTAL | $ | _+ T&L_ |

_$GAS_  _22,243_
_X_  _Discount._

## B    TRADE-IN

| NEW ☐ | USED ☐ | COLOR | GAS ☐ | DIESEL ☐ | OTHER ☐ | TRIM | Approx. Del Date | R.O.S. No. |
|---|---|---|---|---|---|---|---|---|

| YEAR | CYL | MAKE | MODEL | TYPE | V.I.N. | |
|---|---|---|---|---|---|---|
| | | ODOMETER | KEY NO. | TAB NO. | LIC. NO. | |

| PAYOFF | $ | SPOKE TO | |
|---|---|---|---|
| PAYOFF TO | | GOOD TILL | |
| ADDRESS | | HOW PAID | |

Trade-in Allowance $ _____

## C    CASH

$ _____ DEPOSIT    $ _500_ DOWN PAYMENT

_Cash down_

## D    PAYMENTS

$ _278 x 15 years_
_6.99%_

SALESPERSON: _JOHN PIERCE_
Print Name

SALES MANAGER: _PHIL CRUMROW_    (X) _____

# WESTERN RECREATIONAL VEHICLES, INC.
# CUSTOMER ACCEPTANCE FORM - NON-MOTORIZED

FILL OUT THIS FORM COMPLETELY BY DEALER OR AUTHORIZED REPRESENTATIVE
(Please print or type)

BRAND NAME __ALPENLITE__          MODEL __TARTBRD__          SERIAL NO. __30519__

DEALER'S NAME __R.V. BROKERS__          PURCHASE DATE __9-13-05__

SALESPERSON _____          OWNER'S NAME __ROLAND NEVRUE__

ADDRESS _____          ADDRESS __PORTOLA ORIGN VENTURE__

CITY & STATE _____          CITY & STATE __BIG VALLEY CA__

ZIP CODE _____          ZIP CODE __96104__     PHONE # _____

### ALL ITEMS MUST BE CHECKED BY DEALER TO INDICATE WORK COMPLETED

**1. WATER & PLUMBING SYSTEMS**
- ☑ WATER TANK
- ☑ WATER PUMP
- ☑ WATER LINES
- ☑ ALL FAUCETS
- ☑ WATER INTAKE
- ☑ WATER HEATER
- ☑ HOLDING TANKS
- ☑ ALL WATER TRAPS
- ☑ TUB & LAVATORY
- ☑ SINKS
- ☑ HOLDING TANK VALVES
- ☑ OUTSIDE SHOWER DRAINS

**2. ELECTRICAL SYSTEM**
- ☑ 110 V SYSTEM
- ☑ 12 V SYSTEM
- ☑ ALL INTERIOR LIGHTS
- ☑ ALL EXTERIOR LIGHTS
- ☐ CONVERTER/INVERTER OPERATION
- ☑ STEREO SYSTEM
- ☑ RV BATTERY
  - RV battery hooked up
  - Charge level of the RV battery was at least .265 specific gravity
  - RV battery mounting secure
  - Brand name of RV battery

**3. LP GAS SYSTEM**
- ☑ GAS LINE
- ☑ GAS BOTTLE
- ☑ GAS REGULATOR
- ☑ REFRIGERATOR VENTS

**4. RUNNING GEAR**
- ☑ WHEEL BEARING & PLAY
- ☑ BRAKE ADJUSTMENT
- ☑ BRAKE WIRE CONNECTIONS
- ☑ BREAK AWAY SWITCH
- ☑ CRANKS & JACKS OPERATE OK

**5. GENERAL APPEARANCE ITEMS**
- ☑ INTERIOR/EXTERIOR TRIM MOLDING
- ☑ EXTERIOR FINISH (Spot paint, steps, bumper, pin box, frame touch up & rub out as necessary)
- ☑ ACCESS DOOR(S)
- ☑ ACCESS LOCK(S)
- ☑ WINDOWS' PROPER ADJUSTMENT
- ☑ SLIDE-OUT OPERATION

**6. FACTORY INSTALLED OPTIONS**
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐

**DEALER INSTALLED OPTIONS**
- ☐
- ☐
- ☐
- ☐
- ☐

Please make sure to contact directly the Western Recreational Vehicles at

**SAFETY PROCEDURES**
- ☑ LP GAS TEST
  - Manometer was hooked up to LP Gas system at propane fitting location.
  - Initial reading was __10.5__
  - With control at __15__ minutes
  - Line size was then adjusted to __H__ inches water column
- ☑ FURNACE AND THERMOSTAT LIGHTING AND MAINTENANCE
- ☑ RANGE AND OVEN LIGHTING AND
- ☑ WATER HEATER OPERATIONS LIGHTING AND MAINTENANCE
- ☑ OPERATION OF GAS REGULATOR
- ☑ REFRIGERATOR OPERATION LIGHTING AND MAINTENANCE
- ☑ TORQUE WHEEL LUGS TO CORRECT FOOT LBS
- ☑ TRAILER BRAKE TEST SATISFACTORY
- ☑ TIRE PRESSURE (see tire for correct inflation)
- ☑ ENTRANCE DOOR LOCK(S)
- ☑ COMPLETE REVIEW OF OWNER'S MANUAL WARRANTY CARDS COMPLETION

---

The purchaser must initial the appropriate spaces to indicate each item has been performed in his/her presence and/or explained to his/her complete satisfaction.

__RN__ WATER & PLUMBING SYSTEM     __RB__ 3. LP GAS SYSTEM     __5. GENERAL APPEARANCE     _____ DEALER OPTIONS

__RN__ ELECTRICAL SYSTEM     __N/A__ 4. CHASSIS/RUNNING GEAR     __60.26__ FACTORY OPTIONS     __RB__ SAFETY PROCEDURES

### WARNING: The customer is expected to read this document before it is signed

The purchaser should not sign this statement until all of the items indicated above have either been performed or explained to his/her satisfaction. The dealer is not authorized to deliver this recreational vehicle unless the above items have been performed and this form has been properly completed and signed by both the seller and the purchaser.

The undersigned parties attest to the fact the above representations are, to the best of their knowledge, true and that the purchaser has received a copy of this Customer Acceptance Form.

__R.V. Brokers__          __9-12-05__          __B.L. Brown/Neville__          __9-12-05__
Dealer Signature          Date          Purchaser's Signature          Date

Revised 09/98  ROUTING:     ORIGINAL - Returned to WRV     CANARY - Returned to WRV     PINK - DEALER     GOLDEN - CUSTOMER     WRV Part No. 25667

**WESTERN RECREATIONAL VEHICLES, INC.**
P.O. Box 9547, Yakima, WA 98909-0547
509-457-4133

ORDER CONFIRMATION NO. 60120499

| Sold to: | Financed by: |
|---|---|
| R.V. BROKERS<br>1841 EL CAMINO AVENUE<br>SACRAMENTO, CA 95815 | G.E. COMMERCIAL<br>DIST. FINANCE |

| DEALER CODE | SALES | PO NUMBER | ORDER DATE | APPROX. DEL. | SERIAL NUMBER |
|---|---|---|---|---|---|
| U354700 | 4 | 1405 | 06/07/05 | 07/26/05 | 1W52ATN236Y050519 |

| QTY | ITEM NUMBER | DESCRIPTION |
|---|---|---|
| 1.00 | ATN056 | TAS 28RL ASPEN TRAVEL TRAILER |
| 1.00 | 504006 | CONVENIENCE PACKAGE |
| 1.00 | 501560 | GO RVING SEAL |
| 1.00 | 504022 | ENTERTAINMENT PACKAGE |
| 1.00 | 504010 | COLEMAN 13.5 BTU HI-EFF. A/C |
| 1.00 | 504045 | A&E SUNCHASER PATIO AWNING |
| 1.00 | 504012 | EXTERIOR BARBECUE W/ BRACKET |
| 1.00 | 504013 | DUAL LOCKING BIKE RACK |
| 1.00 | 504011 | MICROWAVE OVEN |
| 1.00 | 504007 | ROOF LADDER |
| 1.00 | 502480 | 100 WATT SOLAR PANEL |
| 1.00 | 504014 | WINEGARD AMPLIFIED TV ANT. |
| 1.00 | 504095 | THERMAL PANE WINDOWS |
| 1.00 | 504018 | ELECTRIC TONGUE JACK |
| 1.00 | 504102 | AUTO-IGNIT.DSI WATER HEATER-110V |
| 1.00 | 599999 | TWO BATTERIES & 1,000W INVERTER |
| 1.00 | 599999 | CUSTOM LAMINATE HARDWOOD FLOOR |
| 1.00 | 504120 | CINNABARK INTERIOR DECOR |
| 1.00 | 504121 | DUAL BARREL CHAIR OPTION |

SPECIAL INSTRUCTION ORDER:  6-28-05  CO #13651
  CUSTOMER:  NEVILLE
  ECR #31886

*Hi!*
*Please review your order, sign below & fax it back to me at (916)927-5135*
*Thanks!*
*Phil*

*B.L. Brown - Neville*

07/26/05



**RV Brokers** — New & Used RV's · Service · Rentals

**Phil Gummow**
Sales Manager

916-929-9999
fax: 916-927-5135

www.rvbrokers.com
email: phil@rvbroker.com

*Quality products, factory direct pricing!*

1 - ORIGINAL

*returned by FAX  7.18.05*

EFFECTIVE: 6/1/2005

*Alpenlite*
**ASPEN**

916 927 5135

**2006 SUGGESTED *RETAIL* PRICE LIST**

DEALER: RV Brokers
CUSTOMER: Bill + Barbara Neville

ORDER DATE: 6/8/05
VIN: _____

## TRAVEL TRAILERS

| | | |
|---|---|---|
| ☐ | 26RB | 26,847 |
| ☒ | 28RL | 27,594 |
| ☐ | 28RB | 27,537 |

## FIFTH WHEELS

| | | |
|---|---|---|
| ☐ | 27RL | 35,286 |
| ☐ | 27RB | 34,218 |

| | | |
|---|---|---|
| ☒ | **CONVENIENCE PACKAGE** | 1,237 |

FIBERGLASS FRONT CAP
FIBERGLASS REAR CAP
SPARE TIRE & CARRIER
STABILIZER JACKS
BLACK FOLDING STOVE TOP COVER
WELD-A-FLUSH TANK FLUSH SYSTEM
INTEGRATED SYSTEMS MONITOR PANEL
KENWOOD AM/FM CD PLAYER (4) SPKRS
FAN-TASTIC CREATE-A-BREEZE ROOF VENT
CLOTH SHOWER CURTAIN (28RL Only)
BI-FOLD SHOWER DOOR (26RB, 27RB, & 28RB)
AUTOMOTIVE STYLE WHEEL COVERS
TONGUE JACK CASTOR (N/A FIFTH'S)
MOLDED STORAGE TRAY (N/A FIFTH'S)
DRIVER SIDE SECURITY LIGHT
LARGE PASS. SIDE SECURITY "SCARE" LIGHT
OUTSIDE SHOWER
PORCELAIN TOILET

| | | |
|---|---|---|
| ☒ | 1000 Watt inverter /1000 Watt Solar Panel | 523 |
| ☐ | **ENTERTAINMENT PACKAGE** | |

*N/A  MMC 6/8* (handwritten)
*w/ 2 batterys* (handwritten)

19" RCA COLOR TV WITH REMOTE
DVD PLAYER WITH REMOTE
KENWOOD OUTDOOR MARINE SPEAKERS

## OPTIONS

| | | |
|---|---|---|
| ☒ | AIR CONDITIONER, 13.5K BTU HIGH-EFF. | 730 |
| ☐ | AWNING, PATIO (ELECTRIC) w/ Remote | 1,858 |
| ☒ | AWNING, PATIO (MANUAL) | 468 |

*All prices F.O.B. Yakima, Wa. Prices and specifications are subject to change without notice.
Individual parts prices may not be same as option prices.*

## INTERIOR CHOICES

| | | |
|---|---|---|
| ☐ | CINNABARK (EARTHTONES) | |
| ☐ | MEADOWLANDS (SAGE/GREEN) | |
| ☐ | PLATINUM (SILVER/GREY) | |
| ☒ | Woodlands (if possible) | |

## OPTIONS (Cont)

| | | |
|---|---|---|
| ☒ | BARBECUE (EXTERIOR w/ BRACKET) | 216 |
| ☒ | BIKE RACK (DUAL, LOCKING) | 351 |
| ☐ | CSA APPROVAL (CANADA ONLY) | 329 |
| ☐ | DINETTE (FREE-STANDING) | 295 |
| ☒ | DUAL CHAIR OPTION (28RL only) | 224 |
| ☐ | FACTORY PICK UP BY CUSTOMER | 359 |
| ☐ | GENERATOR READY, 2500W LPG | 294 |
| | (FIFTH WHEEL ONLY) | |
| ☐ | GENERATOR, 2500W LPG (FIFTH ONLY) | 3,194 |
| ☐ | HIDE-A-BED (FIFTH ONLY) | 252 |
| ☒ | MICROWAVE OVEN | 232 |
| ☐ | REAR DINETTE OPTION (28RL only) | 306 |
| ☒ | ROOF LADDER | 141 |
| ☐ | SATELLITE DISH w/o RECEIVER | 324 |
| ☐ | SOLAR PANEL (100 WATT) | 970 |
| ☒ | TELEVISION (FLAT SCREEN) | 94 |
| ☐ | TELEVISION ANTENNA | 158 |
| ☒ | THERMAL PANE WINDOWS | 773 |
| ☒ | TONGUE JACK - ELECTRIC | 179 |
| | (TRAILER ONLY) | |
| ☒ | WATER HEATER, GAS/110V DSI AUTO IGN. | 167 |
| ☒ | Upgrade flooring in entry/galley & bathroom | |

BASE PRICE _____

OPTIONS _____

FREIGHT _____

STATE CODE TAG _____

GO RVING SEAL 5_ (handwritten)

TOTAL _____

*WMNeville*  6-11-05

# FEATURES & OPTIONS — 2005 *Alpenlite* ASPEN

## BODY AND CHASSIS CONSTRUCTION

5-Year Limited Structural Warranty

45 degree MIG welded 6005 T-5 aircraft quality aluminum tube structure

Lampro® high gloss gelcoated fiberglass exterior w/luan reinforcement

2lb. density polystyrene closed cell block foam insulation

Vacubond laminated ceiling, sidewalls and floor w/block foam insulation

Weyerhaeuser Structurwood® flooring - Limited 25-year Warranty

Drip rails, both sidewalls, w/down spouts at front and rear to minimize "black streaking"

Dicor Brite-Tek® one-piece thermal polyolefin (TPO) roofing membrane w/12-year Limited Warranty

Crowned roof with molded, high-efficiency "straight line" A/C ducting

Custom BAL® Huck® bolted steel chassis w/outriggers and shear plates (Travel Trailers)

1000 lb. capacity BAL® Tongue Jack (Travel Trailers)

Dexter Tor-Flex® tandem 3500 lb. axles w/independent suspension (Travel Trailers)

Custom designed Lippert® I-beam steel chassis (Fifth-Wheels)

Lippert® electric front landing jacks (Fifth-Wheels)

Dexter® tandem 4000 lb. axles (Fifth-Wheels)

Leaf spring suspension with adjustable ride height (Fifth-Wheels)

Extended pin box (Fifth-Wheels)

15" radial tires

Lippert® electric living area slide-out w/blade and bulb seals

Fully sealed, insulated, heated underbelly and storage tanks

## SAFETY AND CONVENIENCE

Atwood® Protector LPG leak detector and alarm

Integrated back-up lights

10" x 2 1/4" electric drum brakes on all wheels

Hickory Springs® mounted pull-out entry steps (Travel Trailers)

Folding 3-tier entry step (Fifth-Wheels)

Smoke detector and alarm

First Alert® fire extinguisher

White framed radius safety glass windows

Dead bolt entry lock

24" powder coated entry grab bar, through bolted to sidewall (Travel Trailers)

Lend-A-Hand® entry folding assist handle (Fifth-Wheels)

Awning and entry door light with interior switch

Rear exterior hi-mount halogen spot lamps w/interior switch

## BATH FEATURES

Karadon® one-piece solid surface vanity countertop w/backsplash

Undermounted stainless steel vanity sink

Shower pan with floor reinforcement

Thetford® fresh water flush toilet

Dual control vanity sink faucet w/pop-up stopper

Satin nickel finish towel bar, towel ring & toilet paper holder

Ducted heat into bath area

Duplex ceiling light fixture for increased brightness and better light control

Telephone style showerhead w/water saving on/off feature

GFCI protected 110V electric receptacle

Large under sink storage area

Residential medicine cabinet w/Maple hardwood framed mirrored door

Mildew resistant vinyl shower curtain w/tie back (n/a 27RL Fifth-Wheel)

Screened ceiling vent w/ power exhaust fan

Armstrong® vinyl floor covering

## PLUMBING & ELECTRICAL SYSTEMS

30 amp service with 25' service cord

Suburban® 6 gallon water heater

Shurflo® water pump w/in-line filter

Enclosed, insulated and heated holding tanks

Liquid waste hose carrier

Enclosed, insulated and heated dump valve system

Insulated fresh water tank

Low point fresh water drains

Water heater by-pass

Manchester® dual LPG tanks

Marshall® 2-stage LPG regulator

Iota® 30 amp converter w/automatic battery charger

Pre-plumbed for exterior LPG connection

Dual battery area

Pre-wired for roof air conditioner

Pre-wired for cable TV/satellite dish/TV antenna

Pre-wired for solar panel

110V GFCI protected patio receptacle

110V GFCI convenience outlets

7-way molded 12V trailer light connector

## GALLEY

Dometic® 6-cubic ft. refrigerator / freezer

Amana® sealed 3-burner black high-output range

Range hood w/exhaust fan & light

Amana® oven w/igniter and black glass front

Karadon® custom one-piece solid surface countertop

Karadon® Solid Surface split sink covers

Huntington Brass® satin nickel single control residential sink faucet

Easy clean vinyl covered Euro Drawers w/residential grade metal roller guides

Large lightweight laminate dinette table top

Large under sink storage area

Undermounted dual bowl stainless steel sink

Armstrong® vinyl floor covering

## EXTERIOR

Torque and slider windows for maximum air flow

Grey 20% Solar Privacy Glass windows w/sliding screens

Sanitation Station with fresh fill and city water connection

Lockable pass-through storage access

Fiberglass rear brow

Marker lights, front, side and rear

Rear license plate holder w/ light

White framed radius top entry door

Dent resistant automotive style skirting

Molded LPG tank access cover with thumb latches (Travel Trailers)

Integrated sewer hose carrier and door

Insulated storage access doors

Color coordinated graphics

Common keyed exterior compartments

## INTERIOR COMFORTS

Suburban® 31,000 BTU auto-ignition ducted furnace

Solid Maple hardwood cabinet doors

Solid Maple hardwood drawer fronts

Screwed, glued and stapled wood face frame cabinetry w/added steel strip attachment points

Satin nickel residential cabinet hardware

Flexsteel® residential style premium upholstery fabric & foam

Flexsteel® Jack-Knife Sleeper Sofa

Reversible dinette cushions with removable zippered covers

Deluxe upholstered valances & lambrequins

Full 60" x 76" queen size bed

Custom fit designer bedspread

Bodyrest® custom innerspring mattress

Designer bedroom pillows w/shams

## INTERIOR COMFORTS (cont.)

Upholstered designer headboard in bedroom

Cedar lined main wardrobe

Screened roof vents

Designer Interior Choices -
    Autumn Woods (Natural/Beige)
    Sherwood (Green)
    Woodlands (Earthtones)

Pleated shades in galley, dinette & sleeper area

Carriage® deluxe residential stain resistant carpet

6 lb. rebond carpet pad

Reading wall lamps in bedroom

Designer wall paper border in bedroom

Removable pull-out storage bins under bed

Convenience shelf in bedroom area

## OPTIONS

A&E® Sunchaser Manual Patio Awning

A&E® Weather Pro Electric Awning w/weather shield, wind sensor and remote control

Coleman® Power Saver Hi-Efficiency Roof Air Conditioner - 13,500 BTU w/ Chill Grill feature & digital wall thermostat

RVQ® Exterior BBQ w/mounting bracket

Rear Mount Bike Rack-lockable & removable, for 2 bikes

Electric Tongue Jack (Travel Trailers)

Roof Ladder

Dometic® over the range microwave oven w/carousel, hood fan and light

Winegard® Mounted Satellite Dish w/out receiver

Winegard® Amplified Directional TV Antenna

Auto-Ignition DSI Water Heater Feature

Dual Barrel Chair Option (28RL Travel Trailer only)

Rear Dinette Option (28RL Travel Trailer only)

Onan® Microlite XL 2500W LPG Generator-factory installed (Fifth-Wheels only)

Generator Ready (Fifth-Wheels only)

Flexsteel® Hide-A-Bed (Fifth-Wheels only)

## OPTION PACKAGES

**Convenience Package**

Mounted spare tire, wheel and carrier

BAL® stabilizer jacks w/crank handle

Exterior Trim Package -
    Custom molded aerodynamic fiberglass front cap
    Custom molded fiberglass rear cap

Kenwood® AM/FM CD player w/4 speakers

Outside Shower w/residential dual control located in Sanitation Station

Molded sliding tray in pass-through storage (Travel Trailers)

Large passenger side security "scare" light

Driver side security light

Weld-A-Flush® waste tank flush system located in Sanitation Station

Integrated systems monitor panel w/batt. cond., fluid level and "water pump on" indicator

Porcelain toilet

Residential cloth & vinyl shower curtain (Travel Trailers & 27RB Fifth-Wheel)

Automotive style full wheel covers (Travel Trailers)

Tongue jack castor wheel (Travel Trailers)

Fan-tastic® Create-A- Breeze roof vent

Black enamel folding stove top cover

**Entertainment Package**

19" stereo television w/remote & audio/visual jacks

2 - Kenwood® marine outdoor entertainment speakers w/interior cut off switch

DVD/CD Home Theater Sound System with remote control

**Power Package**

1000W Xantrex® inverter w/2 Interstate® 12V deep cycle batteries

100 Watt Solar Panel

**easy care**

# RECREATIONAL VEHICLE
# APPLICATION FOR
# RV SERVICE CONTRACT

1031423 CA (7/04) | RVX **5123369**

## CUSTOMER INFORMATION

| CONTRACT HOLDER'S NAME (LAST) | (FIRST) | (MIDDLE INITIAL) |
|---|---|---|
| NEVILLE | WILLIAM | M |

| CONTRACT HOLDER'S ADDRESS (STREET) | (CITY) |
|---|---|
| 12105 WAXWING COURT | PENN VALLEY |

| (STATE) | (ZIP CODE) | CONTRACT HOLDER'S PHONE NUMBER (HOME) | CONTRACT HOLDER'S PHONE NUMBER (WORK) |
|---|---|---|---|
| CA | 95946 | 530-432-9584 | |

| VEHICLE IN-SERVICE DATE | VEHICLE SALE DATE | ODOMETER MILES ON SALE DATE | VEHICLE PURCHASE PRICE | SERVICE CONTRACT PRICE |
|---|---|---|---|---|
| 9.12.05 | 09/12/05 | | 32874.00 | 2315.00 |

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | VEHICLE MODEL |
|---|---|---|---|
| 1W32ATN236Y050519 | 2006 | WESTERN RV | ZBR |

| COVERAGE TYPE | VEHICLE TYPE | COVERAGE SELECTED |
|---|---|---|
| NEW ☒   USED ☐ | MOTOR HOME ☐   TRAVEL TRAILER ☐   5TH WHEEL ☒   POP-UP/TRUCK CAMPER ☐ | MOTOR HOME COVERAGE (Items 1-27) ☐   TOWABLE/BOX (Items 13-27) ☐ |

| MANUFACTURER'S WARRANTY | | SERVICE CONTRACT PERIOD (See Section II) | |
|---|---|---|---|
| Month(s) 12 | Mile (If Applicable) | Month(s) 84 | Miles (If Applicable) |

| OPTIONS SELECTED | DELUXE APPLIANCE COVERAGE ☐ | SLIDE OUT ROOM ☒ | LEVELING JACKS ☐ | COMMERCIAL USE ☐ |
|---|---|---|---|---|

| PROVIDER (if different from SELLING DEALER) | SELLING DEALER |
|---|---|
| | RV BROKERS INC |

| SELLING DEALER'S ADDRESS (STREET) | (CITY) |
|---|---|
| 1841 ELCAMINO AVE | SACRAMENTO |

| (STATE) | (ZIP CODE) | SELLING DEALER'S PHONE NUMBER | SELLING DEALER'S FAX NUMBER |
|---|---|---|---|
| CA | 95815 | 916-929-9999 | 916-927-1553 |

| DEDUCTIBLE OPTION | $50 ☒   $100 ☐   $250 ☐   $500 ☐ | LIENHOLDER (NAME) CASH DEAL |
|---|---|---|

| CONTRACT HOLDER'S EMAIL ADDRESS |
|---|

## WHAT IS COVERED

### NEW AND USED RECREATIONAL VEHICLES

☒ **YES!** YOU (CONTRACT Holder) whose signature appears below, acknowledge that the information contained above is, to the best of YOUR knowledge, true. YOU have read the Terms and Conditions of the CONTRACT and understand and accept all of the provisions herein; YOU AGREE TO MAINTAIN THE COVERED VEHICLE IN ACCORDANCE WITH THE MANUFACTURER'S AND THE CONTRACT'S STATED PERIODIC MAINTENANCE REQUIREMENTS AND KEEP ALL RECEIPTS OF SUCH SERVICE; YOU understand that authorization from the ADMINISTRATOR must be received before any repairs are performed under this CONTRACT; Coverage is not afforded to the optional items listed in the Customer Information section above unless the corresponding box(es) is marked. All components/parts listed in the coverage section of the CONTRACT must be factory installed, or if dealer installed, must meet all manufacturer installation specifications in order for coverage to be applied. In addition, all components/parts must be installed in the covered VEHICLE at the time of the purchase of this Service Contract. Any additional components/parts added to the VEHICLE after the original date of purchase are excluded from coverage.

| _W M Neville_ | 09/12/05 | _signature_ |
|---|---|---|
| CONTRACT Holder's Signature | CONTRACT Purchase/Effective Date | ISSUING DEALER'S Authorized Representative's Signature |

In approximately 60 days from the date YOU sign this application, YOU will receive YOUR actual CONTRACT and an identification Card confirming the acceptance and validity of the CONTRACT. If YOUR application is not accepted, YOU will receive a full refund for the cost of the CONTRACT from the SELLING DEALER.

Purchase of this coverage is not required to obtain financing or to register a motor vehicle. This is not an automobile liability insurance contract. WE do not disclose information about our customers to anyone, except as permitted by law.

## MOTOR HOME COVERAGE (1-27)



**Andi Dove**
Finance Manager


*Quality products,
factory direct pricing!*

📞 916-927-6537
fax: 916-927-1553

🌐 www.rvbrokers.com
email: andi@rvbrokers.com

6. **SUSPENSION:** Strut bar and bushing, upper and lower control arms, shafts, and bushings; upper and lower ball joints; steering knuckles; wheel bearings; stabilizer shaft, linkage, and bushings; kingpin and bushing.

8. **BRAKING/AIR-HYDRAULIC-ABS:** Master cylinder; power assist booster; wheel cylinders; combination valves; hydraulic lines and fittings; power brake cylinder; backing plates; springs, clips and actuators. Air brake compressor, tank, auto bleeder valve; diaphragm, treadle, disc caliper, compensating valve and slack adjusters; ABS control unit, actuator and wheel speed sensors, parking brake assembly.

9. **ELECTRICAL:** Starter; alternator; voltage regulator; distributor; solenoids, relays, manually operated switches, wiper motors, gauges; window motors and regulators; window defrosters, window motors and controls; power antenna and motors; seat motors; power door lock actuators; cruise control transducer, servo and engagement switch; turn signal switch; dashboard clock; dual battery paralleling switch, back up alarm.

10. **ELECTRONIC IGNITION:** Electronic ignition control module and all related sensors; electronic engine timing control unit and sensors, electronic spark detonation sensors and controller; coil(s).

11. **HEATING/COOLING:** Water pump, including impeller shaft, bearings and bushings; radiator; heater core; thermostat; fan; fan clutch; fan motor and controller module; coolant recovery unit; fan shroud; electric block heater.

12. **FUEL DELIVERY:** Fuel pump; fuel pressure regulator, fuel tank; metal fuel lines; fuel distributor; fuel injection pump; fuel heater; fuel injectors (excluding contamination); auxiliary tank switch; electronic fuel mixture control unit and sensors.



ADMINISTERED BY
AUTOMOBILE PROTECTION CORPORATION
BOX 88230, ATLANTA, GA 30356-8230

RECREATIONAL VEHICLE

Recreational
Vehicle
**EasyCare**
Extended Service
Contracts

3 3 531 **********AUTO**MIXED AADC 300
WILLIAM M NEVILLE
12105 WAXWING CT
PENN VALLEY, CA 95946-9675

Thank you for choosing the **EasyCare Recreational Vehicle Service Contract**. We're sure that you will enjoy years of worry free travel with your new RV and **EasyCare**. Please review the information contained in the enclosed document to be sure that everything is correct. If you have any questions please contact the administrator at **1-800-538-4181**.

REMOVE CARD CAREFULLY
AND KEEP WITH YOUR VEHICLE


RV BROKERS

CONTRACT HOLDER
**WILLIAM M NEVILLE**

VEHICLE(YEAR/MAKE/MODEL/VIN)
**06 WEST  1W52ATN236Y050519**

CONTRACT NUMBER          DEDUCTIBLE (PER VISIT)
**RVX5123369**            **$50**

COVERAGE
**TOWABLE/BOX (ITEMS 13-27)**

PHONE NUMBER        EXPIRATION DATE        EXPIRATION MILEAGE
**800-538-4181**    **09/11/2012**         **999,999**

ADMINISTERED BY
AUTOMOBILE PROTECTION CORPORATION
P.O. BOX 88230, ATLANTA, GA 30356-8230
LICENSE #0711915
800-538-4181

# RECREATIONAL VEHICLE
# SERVICE CONTRACT

## CUSTOMER INFORMATION

CONTRACT HOLDER
**WILLIAM M NEVILLE**

| CONTRACT NUMBER | CONTRACT TERM | SALE DATE | CONTRACT EXPIRATION DATE |
|---|---|---|---|
| RVX5123369 | 84 MONTHS or 999,999 MILES | 09/12/2005 | 09/11/2012 |

| ODOMETER READING ON CONTRACT SALE DATE | CONTRACT EXPIRATION MILEAGE | COVERAGE | PLAN TYPE (SEE SECTION E.) | OPTIONAL COVERAGE |
|---|---|---|---|---|
| 0 | 999,999 | TOWABLE/BOX (ITEMS 13-27) | NEW | SLIDEOUT |

| VEHICLE IDENTIFICATION | CONTRACT PURCHASE PRICE | MAKE | MODEL | YEAR |
|---|---|---|---|---|
| 1W52ATN236Y050519 | $2315.00 | WEST | 28RL | 2006 |

DEDUCTIBLE
**$50 PER VISIT. See your contract for more details.
Tires are $50 for each repair or replacement**

SELLING DEALER
RV BROKERS, INC.
1841 EL CAMINO AVE
SACRAMENTO, CA  95815
916-927-6537

ISSUING PROVIDER (IF DIFFERENT FROM SELLING DEALER)
WARRANTY SUPPORT SERVICES LLC
P.O. BOX 88230
ATLANTA, GA  30356
800-538-4181

LIENHOLDER

---

**PURCHASE OF THIS COVERAGE IS NOT REQUIRED TO OBTAIN FINANCING OR TO REGISTER A MOTOR VEHICLE.
THIS IS NOT AN AUTOMOBILE LIABILITY INSURANCE CONTRACT.
WE DO NOT DISCLOSE INFORMATION ABOUT OUR CUSTOMERS TO ANYONE, EXCEPT AS PERMITTED BY LAW.**

## WHAT IS COVERED

### NEW OR USED VEHICLES

### MOTOR HOME COVERAGE (1-27)

1. **ENGINE:** Cylinder head(s), cylinder block, cylinder sleeves/liners. All internally-lubricated parts. Timing belt and tensioners, eccentric shaft; oil pump; oil pan; exhaust manifold(s); intake manifold, engine mounts and cushions; timing cover; valve covers; harmonic balancer; ring gear; flexplate; diesel engine vacuum pump; turbocharger, wastegate, oil cooler.
2. **TRANSMISSION:** Transmission case; torque converter and all internally-lubricated parts thereof; vacuum modulator; internal linkage; mounts; oil pan; cooler and cooler lines, transmission control pad, control module.
3. **DRIVE AXLE/TAG AXLE:** Differential housing; final drive housing; and all internally lubricated parts thereof; axle shafts, constant velocity joints; universal joints; drive shafts, hub bearings; center support bearing; bearings.
4. **STEERING:** Gear housing and all internally-lubricated parts of the steering gear box; rack and pinion gear; power steering pump; main and intermediate steering column shafts and couplings; cooler; power cylinder; Pitman arm; idler arm; tie rod and tie rod ends; drag link; control valve and cylinder.
5. **PNEUMATIC SUSPENSION:** Compressor assembly; air dryer; solenoids; relays; height sensors; air-adjustable shock absorbers, air bags; wiring; controller.
6. **SUSPENSION:** Strut bar and bushing; upper and lower control arms, shafts, and bushings; upper and lower ball joints; steering knuckles; wheel bearings; stabilizer shaft, linkage, and bushings; kingpin and bushing; spindle and spindle supports; coil and leaf springs.
7. **AIR CONDITIONING:** Compressor; clutch and coil; condenser. evaporator; POA valve; accumulator; orifice tube; temperature control programmer; idler pulley and bearing; receiver-dryer; blower motor; high/low/cutoff switches, and pressure cycling switch; expansion valve.
8. **BRAKING/AIR-HYDRAULIC-ABS:** Master cylinder; power assist booster; wheel cylinders; combination valves; hydraulic lines and fittings; power brake cylinder; backing plates; springs, clips and actuators. Air brake compressor, tank, auto bleeder valve, diaphragm, treadle, disc caliper, compensating valve and slack adjusters; ABS control unit, actuator and wheel speed sensors, parking brake assembly.
9. **ELECTRICAL:** Starter; alternator; voltage regulator; distributor; solenoids, relays; manually operated switches, wiper motors; gauges; window motors and regulators; window defrosters, mirror motors and controls; power antenna and motors; seat motors; power door lock actuators; cruise control transducer, servo and engagement switch; turn signal switch; dashboard clock; dual battery paralleling switch, back up alarm.
10. **ELECTRONIC IGNITION:** Electronic ignition control module and all related sensors; electronic engine timing control unit and sensors, electronic spark detonation sensors and controller; coil(s).
11. **HEATING/COOLING:** Water pump, including impeller shaft, bearings and bushings; radiator; heater core; thermostat; fan; fan clutch; fan motor and controller module; coolant recovery unit; fan shroud; electric block heater.
12. **FUEL DELIVERY:** Fuel pump; fuel pressure regulator, fuel tanks; metal fuel lines; fuel distributor; fuel injection pump; fuel heater; fuel injectors (excluding contamination); auxiliary tank switch; electronic fuel mixture control unit and sensors.

**SEALS AND GASKETS ON ALL COVERED COMPONENTS LISTED ABOVE.**

---

**NO PAYMENT FOR REPAIRS WILL BE MADE WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR, SEE SECTION C.2.
Call (800)538-4181 for CLAIMS SERVICE and CUSTOMER SERVICE
ADMINISTRATIVE OFFICES: P.O. Box 88230 • Atlanta, GA 30356-8230**

## WHAT IS COVERED

NEW OR USED VEHICLES

### TOWABLE/BOX COVERAGE (13-27)

13. **HOT WATER HEATER:** Burner assembly; tank; thermostat; thermocouple; gas valve; electronic ignition assembly; PC board; fittings and connections; heating element, hydromic heating system.
14. **WASTE SYSTEM:** Toilet; holding tanks; gate valves and connections.
15. **FRESH WATER SYSTEM:** Water pump; compressor; water lines; fittings; faucets; water tank; fittings and connections, shower head.
16. **AIR CONDITIONER (ROOF/CENTRAL):** Compressor; evaporator; relays; thermostat; condenser; condenser fan; accumulator, expansion valve; receiver dryer; blower motor; high/low cut off swch, pressure cycling switch; PC board.
17. **RANGE AND OVEN:** Microwave; PC board; ignition assembly; burner assembly; thermostat; thermocouple; burner valves; power hood fan motor(s).
18. **L.P. GAS SYSTEM:** Regulators; valves; gauge; pigtails; L.P. lines; fittings and connections.
19. **HEATING SYSTEM:** Furnace; ignitor; burner assembly;  thermocouple: gas valve; thermostat; blower motor; PC board; fittings and connections.

20. **REFRIGERATOR:** Thermostat; thermocouple; cooling unit; burner assembly; ignitor, control panel; PC board.
21. **ELECTRICAL:** Ventilation fan(s), battery isolator, power step motor and control module, limit switch, converter/charger, inverter, power control panel.
22. **SUSPENSION:** Leaf springs; torsion bar suspension; wheel bearings.
23. **BRAKES:** Wheel cylinder; hydraulic or electric brake actuator; lines, fittings and connections.
24. **AWNINGS:** Mechanical only (excluding canvas or fabrics).
25. **LIFT CRANK SYSTEM:** (Factory-installed electric or manual): Cables and pulleys, motor(s), switches; tongue jack.
26. **TAXES, FLUIDS AND FREON ON REPAIRS AS REQUIRED.**
27. **AUXILIARY POWERPLANT/GENERATOR** (Factory or Factory Authorized Only): All internally-lubricated parts of the powerplant engine; starter; switches; regulator; generator assembly, power converter; inverter; cylinder head and block, seals and gaskets; PC board, fuel pump.

**SEALS AND GASKETS ON ALL COVERED COMPONENTS LISTED ABOVE.**

## OPTIONAL COVERAGE

- **DELUXE APPLIANCE COVERAGE:** Dishwasher; in-sink disposal unit; stand-alone freezer; ice maker; trash compactor; central vacuum cleaner system; under-counter coffee maker; convection oven; washer/dryer motor, gearbox and heater unit; rear camera monitor system, VCR, television(s), tape deck(s), C.D. player(s). AM/FM radio, TV antenna, satellite dish motor and receiver, carbon monoxide detector, alarm sensors, controller and activation panel.
- **HYDRAULIC/ELECTRIC LEVELING JACKS:** Motor; pump/jack assembly, control unit, actuators and sensors, lines; fittings; and cylinders; motor, worm gear, tracks, limiting switches and wiring harness; fittings and connections.

- **SLIDE OUT ROOM UNITS:** Pump assembly, control unit, actuators and sensors, lines; fittings; and cylinders; motor, worm gear, tracks, limiting switches and wiring harness; fittings and connections.
- **COMMERCIAL VEHICLE (ONLY AVAILABLE ON NEW VEHICLE COVERAGE):** "Commercial" must be identified in the Customer Information section of this CONTRACT if YOUR VEHICLE is to be used for Commercial purposes, which includes but is not limited to: pick-up and delivery service, company pool use or business travel when the VEHICLE is used by more than one driver. Commercial Coverage **does not include** use of the VEHICLE for livery, snow plow, emergency, taxi or police usage. Any VEHICLE which has any of the following features is **not eligible** for Commercial Coverage: Four-Wheel Steering; 4X4 Truck; AWD Passenger Vehicle.

## ADDITIONAL BENEFITS

- **MANUFACTURER'S DEDUCTIBLE REIMBURSEMENT: (ONLY AVAILABLE ON NEW VEHICLE COVERAGE, NOT AVAILABLE ON POP-UP TRAILER UNITS)**. In the event a part is repaired/replaced under the manufacturer's warranty and not otherwise excluded by this CONTRACT, YOU will be reimbursed for any required manufacturer's warranty deductible up to $100, less YOUR DEDUCTIBLE.
- **SUBSTITUTE TRANSPORTATION REIMBURSEMENT:** If YOU must rent substitute transportation due to the FAILURE of a COVERED PART in component groups 1-12 of this CONTRACT, and YOU are more than 100 miles from YOUR street address while repairs are completed, YOU will be reimbursed for actual expenses incurred (excluding fuel, collision damage waiver and optional insurance charges) for substitute transportation up to the maximum daily rate of $35 per day. The total number of days of reimbursement for each occurrence cannot exceed six (6). Reimbursement is only applicable when the substitute transportation has been rented through a licensed rental agency. Substitute transportation reimbursement is not subject to a DEDUCTIBLE. Substitute transportation reimbursement will be made for FAILURES of COVERED ITEMS listed in component groups 1-12 covered by the manufacturer's warranty and not otherwise excluded by this CONTRACT.
- **TOWING REIMBURSEMENT:** If YOUR VEHICLE must be towed due to the FAILURE of a COVERED PART, YOU will be reimbursed for reasonable towing charges not to exceed $300 per occurrence. Any reimbursement shall be for actual towing charges which exceed any payment that YOU receive from a manufacturer, insurance company or motor club. Reimbursement is only applicable when the VEHICLE has been towed by a licensed towing service. Towing reimbursement is not subject to a DEDUCTIBLE.

- **TRIP INTERRUPTION REIMBURSEMENT:** If a BREAKDOWN to a COVERED PART, or if a FAILURE which is covered under a manufacturer's warranty and is not otherwise excluded by this CONTRACT, disables YOUR VEHICLE and YOU are required to remain overnight more than 100 miles from YOUR street address while repairs are completed, WE will reimburse YOU up to $500, not to exceed $100 per day, for the first five (5) consecutive days, for costs incurred by YOU for meals and lodging between the date of BREAKDOWN and the date repairs are completed. YOU must provide US with valid lodging and meal receipts in order to be reimbursed.
- **TIRES FOR MOTORHOME, TRAVEL TRAILER, FIFTH WHEEL UNITS AND POP UP UNITS. (ONLY AVAILABLE ON NEW VEHICLE COVERAGE):** WE will reimburse YOU for the cost of repair or, if non-repairable, to replace YOUR original factory-installed tire(s) if damaged from glass, metal punctures or other road hazard on a public roadway. If YOU have a covered flat, WE will reimburse YOU up to $75 for road service. YOU must provide receipts. YOUR tire(s) must have at least 3/32" of tread depth at time of blow out or flat for this coverage to apply. Reimbursement for replacement of any tire shall not exceed $200. YOU must pay a DEDUCTIBLE of $50 for each repair or replacement.
- **SERVICE CALLS:** In the event of a BREAKDOWN of a COVERED ITEM, or a FAILURE which is covered under a manufacturer's warranty and is not otherwise excluded by this CONTRACT, WE will reimburse YOU for actual expenses for a service call, not to exceed $75 per occurrence for covered repairs. A service call is when an authorized repair facility sends a licensed technician to make an on-site covered repair. This service call benefit does not apply to tire coverage.

## TERMS AND CONDITIONS

THIS CONTRACT IS SUBJECT TO THE FOLLOWING TERMS, CONDITIONS, LIMITATIONS, EXTENSIONS, EXCEPTIONS AND DEFINITIONS. NO PERSON HAS THE AUTHORITY TO CHANGE THIS CONTRACT OR TO WAIVE ANY OF ITS PROVISIONS. THIS CONTRACT IS FOR THE SOLE BENEFIT OF THE PURCHASER NAMED HEREIN AND APPLIES ONLY TO THE VEHICLE DESCRIBED IN THE CUSTOMER INFORMATION SECTION OF THIS CONTRACT.

## DEFINITIONS

- **ADMINISTRATOR:** means the company appointed by US to administer this CONTRACT. Automobile Protection Corporation (APCO). License #0711915.
- **CONTRACT:** means this recreational vehicle service contract. It is a contract between YOU and US.
- **COVERED PART, COMPONENT OR ITEM:** means the items listed in the "WHAT IS COVERED" section of this CONTRACT.

- **DEDUCTIBLE:** means the portion that YOU must pay for a covered repair, as indicated in the Customer Information section of this CONTRACT.
- **IN-SERVICE DATE:** means the date the VEHICLE was first put into service, not the date YOU purchased YOUR VEHICLE. THE IN-SERVICE DATE DOES NOT APPLY TO USED VEHICLE COVERAGE.



TRLR REGISTRATION VALID FROM 09/30/2006 TO 09/30/2007 TYPE 40 LICENSE NUMBER 1LD6906

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER 1W52ATN236Y050519 | CYLS | | | MAKE ALPEN | |
| BODY TYPE MODEL CCH | | DATE FIRST SOLD 00/00/2005 | CLASS JS | YR | Yr. Model 2006 |
| DATE ISSUED 09/19/2006 | TYPE VEH 42T | MP / AX / WC / UNLADEN/GVW | | TOTAL FEES PAID $239 | |
| | | | | | 2900 |

REGISTERED OWNER

NEVILLE WILLIAM
ORBROWNNEVILLE BARBARA
12105 WAXWING CT
PENN VALLEY CA 95946-9675

LIENHOLDER

0

R0040
L0197

142090820063172

STATE OF CALIFORNIA
DEPARTMENT OF MOTOR VEHICLES
VALIDATED REGISTRATION CARD
READ REVERSE SIDE - IMPORTANT INSTRUCTIONS

K 2907015

READ REVERSE SIDE - IMPORTANT INSTRUCTIONS
VALIDATED REGISTRATION CARD
DEPARTMENT OF MOTOR VEHICLES
STATE OF CALIFORNIA

O3150302

1410912200073029

0

R0041
L0175

LIENHOLDER

REGISTERED OWNER

NEVILLE WILLIAM
ORBROWNNEVILLE BARBARA
12105 WAXWING CT
PENN VALLEY CA 95946-9675

| | | | | | |
|---|---|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER 1W52ATN236Y050519 | CYLS | | | MAKE ALPEN | |
| BODY TYPE MODEL CCH | | DATE FIRST SOLD 00/00/2005 | CLASS JS | YR | Yr. Model 2006 |
| DATE ISSUED 09/20/2007 | TYPE VEH 42T | MP / AX / WC / UNLADEN/GVW | | TOTAL FEES PAID $218 | |
| | | | | | 2900 |

TRLR REGISTRATION VALID FROM 09/30/2007 TO 09/30/2008 TYPE 40 LICENSE NUMBER 1LD6906

*Pd CC/MasterCard*

# AGREEMENT FOR RENTAL OF STORAGE SPACE

Date: _8-3-05_     Storage Space: # _Z-X12_     Size: _27 ft Travel Trailer_

Rent: $ _30_     Security Deposit: $ _30_     Return Check Charge: $15.00 _Alpen Lite_

**Month Late Charge: $10.00@10 days     Pre-Lien $25.00@20 days     Lien Sale $25.00@30 days**

☒ **PENN VALLEY MINI STORAGE**
P.O. Box 296, 17714 Penn Valley Dr.
Penn Valley, CA 95946 • 477-8464

☐ **COLFAX MINI STORAGE**
P.O. Box 1647, 1255 S. Auburn St.
Colfax, CA 95713 • 346-7676

**Gate Hours:**
7:00 a.m. to 7:00 p.m. Daily
Office Hours.
Tues.-Sat. 9.00 5:30

**APPLICATION:** (please print)

Name: _William & Barbara Neville_     Phone: ( _530_ ) _432-9584_

Mailing Address: _13165 Waxwing Ct_     City: _Penn Valley_     State: _CA_     Zip: _95946_

Driver's Lic #: _B0538014_     State: _CA_     Expiration Date: _8-11-09_

Social Security No.: _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_     Emergency Phone: ( _530_ ) _432-2584_

Employer: _Self_     Phone: ( _____ )

RV/Auto Make: _Alpen Lite Toyota Tundra_     RV/Auto Lic. #: _____     State: _CA_

**ALTERNATE NAME AND ADDRESS:**

Name: _Bob Plant_     Phone: ( _530_ ) _432-1857_

Address: _Lake Wildwood Dr_     City: _PV_     State: _CA_     Zip: _95946_

## NO RENT REFUNDS

_30_

**DEPOSIT:** On execution of this Rental Agreement Lessee shall pay to Lessor a security deposit of $ _30_ . This deposit is to secure Lessee's performance pursuant to the provisions of this Rental Agreement and does not constitute prepaid rent. All or part of this deposit will be refunded to Lessee by mail within fourteen (14) days after Lessee has vacated the unit, providing the following conditions have been satisfied:

A) Lessee has given Lessor ten (10) days written notice to vacate and Lessee has vacated the unit on or before the noticed vacate date; and
B) The Unit is left in an empty, clean and undamaged condition, excepting ordinary wear and tear; and
C) After deduction of any and all charges for, but not limited to damage, cleaning, late charges, other charges, and rents due.

No interest shall be paid on any deposits, and Lessor may maintain such deposits along with other funds in Lessor's general accounts.

**FEE:** on execution of this Agreement Lessee shall pay a nonrefundable new account administrative fee of $ _10.00_ .

**RENTAL OF SPACE:**
In consideration of the covenants, conditions, and agreements, hereinafter contained to be kept and performed by Occupant, Owner does hereby lease to Occupant and Occupant hereby leases from Owner storage space at the Self Service Storage Facility at the above described Site.

**PERIOD OF OCCUPANCY:**
The Period of Occupancy created by this Rental Agreement shall begin as of the date of this Rental Agreement and shall continue from month to month. Occupant or Owner may terminate the Occupancy created by this Rental Agreement by delivering written notice to the other party of its intention to do so at least ten (10) days prior to the last day of the calendar month in which occupancy will terminate. ANY PROPERTY LEFT IN THE STORAGE SPACE AFTER THE DATE FOR WHICH OCCUPANT HAS GIVEN NOTICE OF INTENT TO VACATE WILL BE DEEMED ABANDONED BY THE OCCUPANT, AFTER SAID DATE OWNER MAY DISPOSE OF THE CONTENTS OF THE STORAGE SPACE IN ACCORDANCE WITH CALIFORNIA CIVIL BUSINESS & PROFESSIONS CODE 21700-21716.

**RENT:**
OCCUPANT SHALL PAY TO OWNER, IN ADVANCE OF THE RENTED DAY OF EACH MONTH, AND WITHOUT DEMAND, THE RENT FOR THE NEXT MONTH AT THE SITE IN LAWFUL MONEY OF THE UNITED STATES. If rent is not paid by the close of the business day of the tenth (10th) day of each month due, Occupant agrees to pay a LATE CHARGE for each month in the amount set forth in this Agreement. ALL RENTAL CHARGES PAID BY OCCUPANT UNDER THIS AGREEMENT ARE NON-REFUNDABLE. Notwithstanding the above, Owner may accept correctly drawn checks for payment of rent. If the check is returned uncollected, payment, represented by it shall be considered delinquent on the date originally due and shall be subject to the above stated RETURNED CHECK CHARGE. Owner may increase the rent by notifying Occupant in writing at least thirty (30) days prior to the rented day of the month for which the increased rent is due. Occupant shall pay the increased rent from the date it becomes effective. An Occupant unwilling to pay the increased rent may terminate this Rental Agreement as provided in the paragraph Period of Occupancy

TENANT agrees in property use automated gate as follows:

A) Only one vehicle to pass through gate at a time; no tailgating.
B) Vehicle travel shall not be allowed within 10 feet of gate unless gate is opening or open.
C) Parking or stopping with any part of vehicle or trailer within ten (10) feet of gate is prohibited.
D) Children travel through automated gate is prohibited, unless with an adult.
E) Children shall not be allowed near gate or gate mechanism.

OCCUPANT HAS READ THE FOREGOING RENTAL AGREEMENT, INCLUDING
THE TERMS ON THE REVERSE SIDE HEREOF. OCCUPANT HAS RECEIVED A FULLY
COMPLETED AND SIGNED COPY OF THIS RENT AGREEMENT.

MANAGER _____     TENANT _____

FROM:   Penn Valley Mini-Storage
        17714 Penn Valley Drive                    **TRANSFER RECEIPT**
        Mail to: P.O. Box 296
        Penn Valley, CA 95946                      Friday, April 07, 2006


FWD. AND ADDRESS SERVICE REQUESTED

TO:     William Neville                            Home Phone
        12105 Waxwing Ct.                          Work Phone
        Penn Valley, CA 95946


|  | **OLD UNIT** | **NEW UNIT** |
|---|---|---|
| Unit: | Z17 | Z2 |
| Paid-To: | 5/2/2006 | 5/2/2006 |
| Balance Due: | $0.00 | $0.00 |
| Sec. Dep : | $30.00 | $30.00 |
| Rent: | $50.00 | $50.00 |
| Amt. Due Mo.: | $50.00 | $50.00 |
| Width by Length. | 8'x40 | 8'x40 |
| Height: | 1' | 1' |
| Type: | Parking | Parking |
| Door: | None | None |
| In/Out? | Outside | Outside |

Your next rent is now due on Tuesday, May 02, 2006. A late charge of $10.00 is
imposed if you are 10 days late.


There are no monies outstanding.

Rent for 5/2/2006 to 6/2/2006

                                                   50.00


X  _____                 _____

   Tenant


X  _____                 _____

   Manager                                  Printed 4/7/2006 at 5:14:07 PM
   530-477-6464

FROM.     Penn Valley Mini-Storage
          17714 Penn Valley Drive
          Mail to: P.O. Box 296
          Penn Valley,CA 95946


FWD. AND ADDRESS SERVICE REQUESTED

TO:       William Neville                          Home Phone     530-432-9584
          12105 Waxwing Ct.                        Work Phone
          Penn Valley, CA 95946


Thursday, June 22, 2006

To William Neville and to all others in possession of the premises commonly known as
Unit Z2 at

          Penn Valley Mini-Storage
          17714 Penn Valley Drive
          Penn Valley,CA 95946
          530-477-6464

You are hereby notified that on Wednesday, August 02, 2006 your monthly rent will
change. Your new rent, including any monthly charges, will be as indicated below. Your
next rent is due on 7/2/2006, and is always payable on the 2nd of the month.

Except as provided above, all other terms of your tenancy shall remain in full force and
effect.


          New Rent Breakdown:

          Rent:                                              55.00

By: _____
          Doc and Candie Springer

FROM:   Penn Valley Mini-Storage
        17714 Penn Valley Drive
        Mail to: P.O. Box 296
        Penn Valley, CA 95946


FWD  AND ADDRESS SERVICE REQUESTED

TO:     William Neville                          Home Phone     530-432-9584
        12105 Waxwing Ct.                        Work Phone         -  -
        Penn Valley, CA 95946



Tuesday, November 20, 2007

To William Neville and to all others in possession of the premises commonly known as
Unit Z2 at

        Penn Valley Mini-Storage
        17714 Penn Valley Drive
        Penn Valley, CA 95946
        530-477-6464

You are hereby notified that on Friday, January 04, 2008 your monthly rent will change.
Your new rent, including any monthly charges, will be as indicated below.  Your next rent
is due on 12/4/2007, and is always payable on the 4th of the month.

Except as provided above, all other terms of your tenancy shall remain in full force and
effect.

        New Rent Breakdown:

        Rent:                                            60.00

By: _____
    Doc and Candie Springer





2672 ALBATROSS WAY
SACRAMENTO, CA
95825
916-927-2900

Work Order : 2767
Stock No   : 1604
License    :
Author     : A&C

Job#    Description

R/R DEFECTIVE ENTRY DOOR LOCK-FOUND ; THAT DOOR LOCK D
C/S THAT RIGHT TURN SIGNAL IS NON-OP. ; FOUND LEFT FU
RETAIL PARTS

Customer : 3257 - WILLIAM NEVILLE
Description : 2006 A.PENLITE SRL
Date In  : 24 MAY 2006
Date Out :

Signature _____

I agree to pay above amount according to card issuer agreement

Payments: 24MAY06 MASTERCAR                82.54

SACRAMENTO DISTRICT

                    Subtotal :      76.60
                    CALIFORNIA :     4.60
                    COUNTY :         0.19
                    LOCAL :          0.77
                    DISTRICT :       0.38
                    Total :         82.54

16:58:25 24 MAY 2006

* WORK ORDER IS NOT COMPLETED - TOTALS MAY CHANGE *

RV BROKERS INC
6710 ALBATROSS WAY
SACRAMENTO, CA
US
95815
916-927-2900

Work Order : 1880
  Stock No : 1604
  License :
  Author : AVERYC

Customer : 3257 - WILLIAM NEVILLE
Description : 2006 TT WESTERN RV ALPENLITE 28RL
  Date In : 22 AUG 2005    Mileage :
 Date Out :

```
*******************************************************************
ob#     Description                                          Type
*******************************************************************
        PDI ,CLEAN & WALKTHRU                                 I
        WIRE WITH CHARGE LINE                                 I
        PRODIGY BRAKE CONTROL                                 I
        WEIGHT DIST. SYSTEM                                   I
        SWAY CONTROL                                          I
        R/R AWNING FABRIC-DAMAGED DURING TRANSIT; REQUEST AUTH W
IORMPDI  CAMPER AND REGULAR TT PDI                            I
/WC     WIRE W/ CHARGE                                        I
:00WD   800 LB WEIGHT DISTRIBUTION                            I
:WAY    SWAY CONTROL                                          I
:       INSTALL REAR LADDER: AUTH# 210-689 FOR .5 HRS         W
)       CUSTOMER TO PURCHASE A COUPLER LOCK, ; AND TOWING MIRR E
```

|  |  |
|---|---|
| Subtotal : | 75.03 |
| CALIFORNIA 6% : | 4.50 |
| COUNTY .25% : | 0.19 |
| LOCAL 1% : | 0.75 |
| SACRAMENTO DISTRICT .5% : | 0.37 |
| Total : | 80.84 |

Payments:  12SEP05 MASTERCAR      80.84

I agree to pay above amount according to card issuer agreement

Signature _____      12:00:07 12 SEP 2005

* WORK ORDER IS NOT COMPLETED - TOTALS MAY CHANGE *

RV BROKERS
1841 EL CAMINO AVE
SACRAMENTO    CA 95815

DATE: 09/16/05                TIME: 11:52
MERA: 000000112667            TERM: 0002
          S-A-L-E-S  D-R-A-F-T

REF: 0003    BCH: 246
CD TYPE: MC
TR TYPE: PR
AMOUNT:              $24.25

ACCT: ************7774    EXP: ****
AP:    261336

     CARDMEMBER ACKNOWLEDGES RECEIPT OF
  GOODS AND/OR SERVICES IN THE AMOUNT OF
   THE TOTAL SHOWN HEREON AND AGREES TO
 PERFORM THE OBLIGATIONS SET FORTH BY THE
  CARDMEMBER'S AGREEMENT WITH THE ISSUER

X _____
 TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER

2670 ALBATROSS WAY
SACRAMENTO, CA
US
95815
916-927-2900


PARTS RECEIPT


3257 - WILLIAM NEVILLE                          Invoice: 002971
12105 WAXWING COURT                                Date: 16 SEP 2005
PENN VALLEY, CA 95946                               Tax: CHARGE
                                                   Code: CND
530-432-9584                                       P.O.#:
                                              Discount%: 10
*****************************************************************
         Description            Locn    Qty     Price       Extn
*****************************************************************
5        2 5/16" BALL                    1.00    25.00      25.00
         MINUS DISCOUNT                                     -2.50


                                        Subtotal:           22.50
                                             Tax:            1.75
                                           Total:          24.25
ents:  MASTERCARD              24.25

ree to pay above amount according to card issuer agreement

ature _____       11:47:01  16 SEP 2005


                        !!!!!



# D&D TIRE, INC.

**THE TIRE AND AUTOMOTIVE PROFESSIONALS**

- Complete Automotive Service
- Brakes • Shocks

SOLD
TO

SHIP
TO

New tire due to
blowout

CASH SALES

X _____

From: Bobbi Dee Sinclair <bobbi.d.sinclair.c8go@statefarm.com>
Subject: **06 Western Alpen-Lite Travel Trailer, VIN 1W52ATN236Y050519**
Date: December 11, 2007 12:43:11 PM PST
To: bbneville@mac.com

Barbara-

Regarding policy 1246617 C12-55 you have paid the following premiums:

September 12, 2005 to September 12, 2006: $204.60
September 12, 2006 to September 12, 2007: $204.60
September 12, 2007 to September 12, 2008: $216.00

Please let me know if you need help with anything.

Bobbi

*Bobbi Dee Sinclair*, c8go, LSA5
for Mike Bratton, 2615