9-15-05

```
                              SHOP WORK ORDER # 1966
 Completed :                         Customer  : 3257 - NEVILLE, WILLIAM
 Licence # :                         Invoice # :
 Stock No  : 1604                    Description: 2006 ALPENLITE 28RL
     Tag   : 8AM                     Date In   : 15 SEP 05     Mileage :
   Author  : AAC                     Promised  : 15 SEP 05
 Location  : IN HOUSE                Date Sched: 15 SEP 05
   Serial# :                         Chassis#  : 1W92ATN836Y050519
 Warr. Date: 12 SEP 05
 Print Date:

 ******************************************************************
 Job #    Description              WORK REQUIRED              Type
 ******************************************************************
       1 UNDER BELLY COVER HAS A PIECE OF METAL           W - 0.00
         PROTRUDING FROM IT-NEAR THE TERMINATION
         VALVE
         f OUND BOLT LOOSE AND THERE WAS NO
         LOCKING WASHER. INSTALLED LOCKING
         WASHER AND TIGHTENED BOLT. RETAPED
         ACCESS PANEL.
```

Customer Signature: _____      Date: _____

I hereby authorize the repair work hereinafter set forth to be done along with t
he necessary material
and agree that you are not responsible for loss or damage to the vehicle or arti
cles left in vehicle
in case of fire, theft or any other cause beyond your control or for any delays
caused by unavailability
of parts or delays in parts shipments by the supplier or transporter.  I hereby
grant you and/or your
employees permission to operate the vehicle herein described on streets, highway
s or elsewhere for the
purpose of testing and/or inspection.  An express mechanic's lien is hereby ackn
owledged on above vehicle
to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 day
s will be assessed a
$20.00 per day storage fee.

The seller, hereby expressly disclaims all warranties either expressed or implie
d, including any implied
warranty of merchantability or fitness for a particular purpose, and neither ass
umes nor authorizes any
person to assume for it any liability in connection with the sales of said produ
cts.

RV BROKERS INC
2070 ALBATROSS WAY
SACRAMENTO CA
US
95815
916-927-2900

10-03-05

SHOP WORK ORDER # 2035

Completed :
Licence # :
Stock No : 1604
Tag : 730AM
Author : AAC
Location : IN HOUSE
Serial# :
Warr. Date : 12 SEP 05
Print Date :

Customer : 3257 - NEVILLE, WILLIAM - 530-432-9
Invoice # : 003338
Description : 2006 TT WESTERN RV ALPENLITE 28RL
Date In : 03 OCT 05    Mileage :
Promised : 21 OCT 05
Date Sched : 21 OCT 05
Chassis# : 1W52ATN236Y050519

```
*********************************************************************
Job #      Description              WORK REQUIRED              Type
*********************************************************************
```

1  INSPECT COUPLER ON TRAILER, AND REPLACE            W - 0.00
   BALL IF NEEDED

2  NO ELECTRICAL PLUGS EXCEPT THE ONE NEXT            E - 0.00
   TO THE WASH BASIN, WORK ON THE BATTERY
   MICROWAVE/ REFER/ TV SET UP ARE ALL ON
   CONVERTER.
   WIRED COACH SO OUTLETS HAVE POWER FROM
   INVERTER. OK'D PER GARY @ WRV CUSTOMER
   INFORMED NOT TO OVERLOAD INVERTER. RV
   BROKERS IS NOT LIABLE FOR AN OVER
   LOADED/ DAMAGED INVERTER.

3  LESS THAN 4" OF CLEARANCE UNDER THE                W - 0.00
   BLACK WATER PIPE AND ANOTHER SMALL
   WHITE PIPE HANGING DOWN. NO REPAIR.
   SPOKE TO THE FACTORY ABOUT IT, AND THE
   CUSTOMER IS GOING TO DEAL W/THEM
   DIRECTLY

4  PARTS OF UNDERBELLY MATERIAL ARE                   W - 0.00
   HANGING DOWN. CUT MATERIAL TO COVER
   INSPECTION PLATES. SCREWED COVER IN
   PLACE & SEALED W/ BLACK SILICONE.

5  BALL SHOWS SIGNS OF DEEP GOUGING. LOUD             W - 0.00
   NOISES WHEN TURNING. CUSTOMER FOUND
   METAL SHAVINGS WERE INSIDE THE HITCH
   AND ON THE BALL. R/R BALL

ontinued on page 2

```
Work Order : 2035
```

***********************************************************************

```
 6  C/S GAS CONNECTION @ THE REAR IS              W - 0.00
    EXPOSED TO DAMAGE.
    GAS FITTING CAN NOT HIT DUE TO SKID
    PLATE.


 7  CUSTOMER STATES THAT FRONT AND SIDE           W - 0.00
    ACCESS DOORS ARE EITHER SLOPPY OR TOO
    TIGHT.
    ADJUSTED DOORS


 8  CUSTOMER STATES THAT CEILING PANELS @         W - 0.00
    EACH END OF THE TRAILER DO NOT MATCH
    THE REST OF THE PANELS. 3 EMPLOYEES
    INSPECTED AND ALL CEILING PANELS ARE
    THE SAME.


 9  NO OWNERS MANUAL FOR RANGE                    W - 0.00
    WILL ORDER


10  BICYCLE RACK CLAMP WILL NOT FUNCTION          W - 0.00
    DID NOT HAVE KEY TO UNLOCK.
    CUSTOMER ARRIVED W/KEY, AND AVERY
    SHOWED CUSTOMER HOW TO OPERATE THE LOCK


11  WOOD FLOORING HAS TO BE ORDERED.              W - 0.00
    PICTURES OF FLOOR WERE ALREADY SENT TO
    GARY @ WRV. WILL CALL CUSTOMER WHEN
    PARTS ARRIVE
```

***********************************************************************
```
ob #   Lab Code  Description         LABOR                    Hours
```
***********************************************************************

istomer Signature:_____    Date: _____
ontinued on page 3

Work Order : 2035

*****************************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a $20.00 per day storage fee.

The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sales of said products.

*handwritten: 10-24-05*

*handwritten: GARY @ WRV*
*handwritten: 866-567-4133*

```
RV BROKERS INC
2670 ALBATROSS WAY
SACRAMENTO CA
        US
      95815
  916-927-2900

                    SHOP WORK ORDER # 2098
Completed  :               Customer : 3257 - NEVILLE, WILLIAM - 530-432-9
Licence #  :               Invoice #:
Stock No   : 1604          Description : 2006 TT WESTERN RV ALPENLITE 28RL
     Tag   : CND           Date In  : 24 OCT 05   Mileage :
  Author   : CND           Promised :
Location   : IN HOUSE      Date Sched :
 Serial#   :               Chassis# : 1W52ATN236Y050519
Warr. Date : 12 SEP 05
Print Date :
*******************************************************************************
Job #     Description          WORK REQUIRED                   Type
*******************************************************************************
  1  FLOORING IS DAMAGED. R/R FLOOR IN                          W -   0.00
     ENTIRE COACH.
     AUTH# 210-855 FOR 8.0 HRS.

  2  CUSTOMER CAME IN ON 1-24-06 CLEARANCE                      E -   0.00
     LIGHTS INOP. FOUND PROBLEM TO BE
     PINCHED CORD THAT BURNED OUT MME.
     HAD TO REPLACE THE MME, AND REPLACE
     FUSES

  3  CUSTOMER COULD NOT CHANGE OUT SPARE                        W -   0.00
     TIRE DUE TO STUDS ON SPARE TIRE HOLDER
     (UNDER COACH) WERE BENT. CUSTOMER WOULD
     LIKE SPARE TIRE HOLDER MOUNTED ON REAR
     OF COACH
     REMOVE TIRE CARRIER ASSEMBLY
     COULD NOT RAISE COACH-DUE TO
     MANUFACTURING OF COACH

  4  BLACK WATER TANK DRAIN IS TOO LOW TO                       W -   0.00
     GROUND CUSTOMER KEEPS KNOCKING OFF CAP.
     IT ALSO CREATS A PROBLEM WHEN DRAINING
     TANKS BECAUSE IT IS LOWER THEN MOST RV
     PARK SEWER CONNECTIONS
     COULD NOT RAISE COACH-CONSULTED
     FACTORY-THEY CONFIRMED THAT THE
     VERTICAL CLEARANCE IS WITHIN NORMAL
     SPECS.

  5  DEAD BOLT LOCK JAMMED WHILE CUSTOMER                       W -   0.00
     WAS ON VACATION. CUSTOMER HAD TO CALL
```

ontinued on page 2

Work Order : 2098

PAGE 2

```
************************************************************************
```

LOCK SMITH AND DEAD BOLT IS STILL INOP.
ENGAGED AND DISENGAGED LOCK 20+ TIMES,
COULD NOT GET LOCK TO JAM

6  BLACK AND GRAY WATER VALVES ARE HARD TO                      W - 0.00
   OPEN. CUSTOMER HAS TRIED TO LUBE THE
   VALVES AND THIS HAS NOT SOLVED THE
   PROBLEM.
   CAN'T LUBE VALVES BECAUSE OF THEIR
   LOCATION-

7  COUPLER LOCK IS HARD TO LOCK AND UNLOCK.                     W - 0.00
   HAD TO ADJUST COUPLER-OPERATION OK @
   THIS TIME

8  UNDERBELLY KEEPS COMING LOOSE AND                             W - 0.00
   FALLING DOWN.
   CUSTOMER ALSO STATED HE NOTICED WATER
   DRIPPING FROM UNDERBELLY.
   RE-SECURED, AND SEALED UNDERBELLY no
   water leak DETECTED

9  IF STANDING IN FRONT OF BED LEFT                              W - 0.00
   CABINET IS WARPED OR OUT OF ALIGNMENT.
   FOUND BENT HINGE-STRUT WAS MOUNTED IN
   WRONG LOCATION, AND BENT THE HINGE-.25

10 TWO RECEPTICALS ABOVE BED NOT WIRED TO                        W - 0.00
   INVERTER. RV BROKERS ATTEMPTED TO
   RESOLVE PROBLEM BUT ADVISED CUSTOMER
   THE TWO RECEPTICALS COULD NOT BE WIRED
   TO INVERTER.

11 INVERTER REMOTE PANEL WENT TO                                 W - 0.00
   FAULT.(WHILE PLUGGED INTO 30AMPS)
   CUSTOMER ALSO HAD THIS PROBLEM HAPPEN
   WHEN USING INVERTER POWER
   AND HAD NO OUT SIDE A/C CONNECTION
   CAN'T RUN INVERTER WHILE PLUGGED INTO
   SHORE POWER

12 CUSTOMER STATES HE DOES NOT GET GOOD                          W - 0.00
   SERVICE W/ RADIO EVEN WHEN IN
   SACRAMENTO. PLEASE CK ANTENNA.
   CHECKED SEVERAL FM CHANNELS-OK @ THIS

continued on page 3

```
Work Order : 2098                                                                    PAGE  4
********************************************************************************
21 WARDROBE CLOSET DRAWERS NEED TO BE                                          W - 0.00
   ADJUSTED.
   ADJUSTED DRAWER GUIDES, AND TABS FOR
   PROPER OPERATION
22 POWER JACK INOP. CUSTOMER STATED HE WAS                                     W - 0.00
   RAISING TRAILER UP AND MOTOR HEAD DID A
   45 DEGREE TURN AND HE LOST ALL POWER TO
   JACK AFTER THAT.
   RESET BREAKER, AND TESTED JACK
   OPERATION-OK @ THIS TIME
23 CUSTOMER STATES THAT WHILE TRAVELING                                        W - 0.00
   THE RIGHT REAR TIRE ON TRAILER SUDDENLY
   FAILED.
   CUSTOMER IS GOING TO HAVE TO GO TO TIRE
   VENDOR TO WARRANTY
24 BATHROOM DOOR IS OUT OF ALIGNMENT-HAD                                       W - 0.00
   TO SHAVE SOME OF THE DOOR OFF, AND
   RE-INSTALL-.75
********************************************************************************
                                      PARTS
Job  Part No  Description                                               Qty
 1   24126    HRDWD VERSALOCK FLOOR, FAWN MAPLE                          60
 2   17-0365  BRITE-LITE TAIL LIGHT CNV                                   1
********************************************************************************
                                      LABOR
Job  Lab Code Description                                               Hours
********************************************************************************
```

Customer Signature: _____   Date: _____

Continued on page 5

Work Order : 2098                                                                                                          PAGE 5

*********************************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a $20. per day storage fee.

The Seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sales of said products.

Work Order : 2098

PAGE 3

*********************************************************

| # | Description | | |
|---|---|---|---|
| | TIME | | |
| 13 | CUSTOMER STATES THAT SEWER HOSE WILL NOT HOLD SEWER HOSE WITH REQUIRED CONNECTIONS. IT WILL HOLD A STRAIGHT TERMINATION VALVE CONNECTION | W - | 0.00 |
| 14 | SLIDING STORAGE TRAY RIPPED D/S: WILL HAVE TO ORDER A NEW SLIDING TRAY | W - | 0.00 |
| 15 | WATER PUMP RUNS FOR SEVERAL MINUTES AFTER ALL FAUCETS HAVE BEEN CLOSED AND STARTS TO RUN W/ NO FAUCETS BEING TURNED ON. TIGHTENED ALL FITTING, AND RE-SECURED ALL OF THE WATER LINES UNDER THE BATHROOM SINK-.50 | W - | 0.00 |
| 16 | CUSTOMER STATES THAT PANELING THROUGH OUT COACH SEEMS TO BE LOOSENIN IF YOU LOOK @ SEAM TAPE YOU CAN SEE IT BUBBLED HAD TO RE-SECURE PIECES OF MOULDING, AND SEAM TAPE | W - | 0.00 |
| 17 | TRIM AROUND BOTTOM OF SHOWER IS COMING LOOSE. RE-GLUED BOTTOM TRIM PIECE-.15 | W - | 0.00 |
| 18 | SHOWER FAUCET VALVES LEAK. TIGHTENED FITTINGS-LEAK TESTED-OK@ THIS TIME | W - | 0.00 |
| 19 | CUSTOMER WOULD LIKE TO KNOW IF WE COULD PUT UP SOMETHING TO BLOCK WATER FROM DRIPPING ON FLOOR. INSTALLED TEFLON PLATE, AND RE-SEALED SHOWER-BUILT UP A SILICONE DAM-.50 | W - | 0.00 |
| 20 | 7 WAY CORD NEEDS TO BE REPLACED ALSO CUST WOOD LIKE FOR US TO CK 7 WAY PLUG ON TRUCK WHEN HE PICKS UP. R/R 7-WAY CORD | | |

ontinued on page 4



```
2670 ALBATROSS WAY
SACRAMENTO, CA
       US
       95815
   916-927-2900

Work Order : 2767
Stock No   : 1604
License    :
Author     : AAC
                      Customer : 3257 - WILLIAM
*******************   Description : 2006 ALPENLITE
  Job#                 Date In : 24 MAY 2006
*******************   Mileage :
  Description                                       Type
R/R DEFECTIVE ENTRY DOOR LOCKS FOUND FIRST LOCK
C/S DEAD AND RETURN LOCK                                    76.60
RETAIL PARTS                                                 4.60
                                                             0.19
                              Sub                            0.77
                              CALIFORNIA                    0.38
                              COUNTY                       82.54
                              SACRAMENTO DISTRICT

Payments:
    24/2006 MASTERCARD            82.54

I agree to pay above amount according to establishment agreement
Signature _____

WORK ORDER IS NOT COMPLETED
```

5-24-06

```
RV BROKERS INC
2670 ALBATROSS WAY
SACRAMENTO CA
        95815
          US
    916-927-2900

SHOP WORK ORDER # 3186
Customer    : 3257 - NEVILLE, WILLIAM - 530-432-9
Invoice #   :
Description : 2006 TT WESTERN RV ALPENLITE 28RL
Date In     : 30 AUG 06        Mileage :
Promised    : 06 NOV 06
Date Sched  : 06 NOV 06
Chassis#    : 1W52ATN236Y050519
```

```
Completed  :
Licence #  :
Stock No   : 1604
Tag        : 9:00
Author     : CMB
Location   : IN HOUSE
Serial#    :
Warr. Date :
Print Date : 12 SEP 05
```

```
*******************************************************
Job #  Description                                  Type
*******************************************************
         WORK REQUIRED
*******************************************************
  1  CS THAT HE HAS BEEN EXPERIENCING                W - 0.00
     SCRAPING ON THE AREA WERE THE SPARE
     TIRE SITS AND WHEN HE TRIED TO REMOVE
     SPARE TIRE THE BOLTS HAD BEEN BENT UP
     PREVENTING HIM FROM REMOVING THE SPARE
     TIRE. CUSTOMER STATES THAT HE THINKS
     THIS IS A DESIGN ERROR AND THAT HE
     WANTS TO PLACE SPARE TIRE ELSE WERE. RV
     REPS STATED THAT THERE IS NO WAY TO
     MOUNT A TIRE.

     MANUFACT. STATED THAT ALERTATIONS AND
     MODIFICATIONS ARE NOT COVERED UNDER
     WARRANTY.

  2  CS MEASUREMENT OF BLACK WATER TANK              W - 0.00
     OUTLET TO BE 4.5 INCHES AND STATES WITH
     PICTURES PROVIDED THAT OUTLET KEEPS
     SCRAPING GROUND. CS THAT GREY TANK
     OUTLET SCRAPES AS WELL. CS AS WELL THAT
     BECUASE THERE IS A INADEQUATE GROUND
     CLEARANCE THAT THE OUTLET IS OFTEN
     LOWER THEN THE DRAIN SO HE IS UNABLE TO
     COMPLETLY DRAIN TANKS. CS ALREADY
     INFORMED BY RV BROKERS THAT THIS
     SITUATION CAN NOT BE ALTERED.

     MS THIS TYPE OF SUSPENSION DOES NOT
     ALLOW FOR RAISING THE UNIT. DRAINLINES
     ARE DESIGNED WITH AS MINIMAL A
     DOWNLOAD SLOPE AS POSSIBLE BUT MUST
     HAVE THIS SLOPE FOR PROPER FUNCTION.
     PICTURES STATE 6 INCHES.
```

8-30-06

```
Work Order : 3186                                                    PAGE 2
***********************************************************************

   CANT FABRICATE SHIEL TO WITH STAND
   FORCE FROM IMPACT

 3 CS THAT BLACK AN GREY WATER DISCHARGE                          W - 0.00
   VALVES ARE EXTREMELY HARD TO OPERATE.
   THE HANDLES ARE VERY CLOSE TO THE
   COMPARTMENT INTERIOR SIDE AND REQUIRE
   SIGNIFICANT EFFORT TO OPEN AND CLOSE.
   CS THAT RVB STATES THAT IT IS NOT
   POSSIBLE TO CHANGE THIS.
   WRV HAS REVIEWED NO ESTIMATE OR AUTH.
   REQUEST FOR ADDRESSING THIS.
   NOT COVERED UNDER WARRANTY.

 4 CS THAT DEAD BOLT JAMMED IN THE CLOSED                         W - 0.00
   POSITION AND HAD TO HAVE LOCK SMITH
   OPEN IT. CS STATES THAT WHEN BRUGHT TO
   RVB RVBS THAT THERE WAS NO PROBLEM WITH
   THE LOCK AND WHEN THE OWNERS TOOK UNIT
   OUT THE LOCK JAMMED AGAIN. CS AFTER
   REPORTING SECOND FAILURE RVB SERVICE
   REPLACED LOCK. CS THAT THERE IS
   PROBLEMS WITH NEW LOCK. CS NO
   COMPENSATION FOR LOCK SMITHS SERVICES.
   CS THAT NEW LOCK HAS PROBLEMS WERE IT
   JAMS STILL AND HAS PROBLEMS OPENING.
   NOT COVERED.

 5 CUSTOMER BRAUGHT UNIT IN TO RVB FOR A                          W - 0.00
   OVER BED CABINET DOOR, DRIVERS SIDE,
   THAT WOULD NOT STAY IN THE OPEN
   POSITION DUE TO SIDE BEING WARPED CS.
   CS PROBLEM APPEARED TO. BE FIXED UNTIL
   RECENT TRIP, BELIEVES THAT DOOR IS
   INSTALLED IMPROPERLY.
   IT IS MOUNTED PROPERLY BUT HAS ONLY ONE
   STRUT.
   INSTALLED NEW STRUT, WILL NO STAY OPEN
   PER CUSTOMER.

 6 CS THAT THE HARDWOOD FLOORING HAD                              W - 0.00
   SEVERAL DAMAGED ARES NOTED BY RVB REPS.
   UPON DELIVERY FROM FACTORY TO THEM. CS
   THAT RVB REPLACED FLOOR AND NEW FLOOR
   HAS BUBBLE WHERE FLOORING MEETS BEDROOM
   CARPET AND STATES THAT THERE IS
   NOTICABLE GLUE ON THE SURFACE OF
```

```
Work Order : 3186                                    PAGE 3
****************************************************************

   NOT COVERED.

 7 CS THAT NOT ALL RECEPTACLES ARE                              W - 0.00
   CONNECTED PROPERLY TO THE INVERTER.
   ESP. THE ONE ABOVE THE BED. WANTS TO
   CONNECT BUT WRVS THAT CANT DO BECAUSE
   SAME CIRCUIT GOES TO REFER.

 8 CS THAT PLASTIC BIN IN THE PASS THROUGH                      W - 0.00
   STORAGE BIN RIPPED AFTER VERY LITTLE
   USE. CS THAT RVB ADVISED HIM THAT THEY
   WOULD ORDER A REPLACEMENT AND CALL WHEN
   IT CAM IN. CS NO CALL BACK YET.
   RE-EMAILED TAWNEY

 9 CS THAT THE JOINT TAPING ON BEDROOM                          W - 0.00
   CEILING IS ROUGH AND APPEARS TO BE
   LOOSENING, AS WELL STATES THERE IS
   MARKS ON THE CEILING WERE PRESENT WHEN
   THEY TOOK DELIVERY.
   CLEANED.

10 CS THAT THE SHOWER VALVES WERE LEAKING,                      W - 0.00
   AFTER RVB SOLVED THE PROBLEM NOW CS
   THAT WATER PUMP WILL NOT DELIVER HOT OR
   COLD WATER TO THE SHOWER HEAD. NO WATER
   FLOW.
   CUSTOMER CAME BY AND WE SOLVED HIS
   PROBLEM, DID NOT REPAIR ANYTHING.

11 CS THAT THE SHOWER CURTAIN HAS                               W - 0.00
   REPEATEDLY FALLEN FROM ITS TRACK,
   THINKS THERE NEEDS TO BE SOME KIND OF
   STOP AT THE END OF THE TRACK.

12 CS THAT SOLAR CHARGING SYSTEM DOES NOT                       W - 0.00
   APPEAR TO FUNCTION, RV. WAS LEFT IN
   STORAGE OUTSIDE WITH BATTERIES
   INDICATING FULL CHARGE. WITH ALL POWER
   OFF FOR 6 WEEKS, CS THAT ALL BATTERIES
   LOST CHARGE.
   SOLAR 15. VOLTS TO BATTERY OK

13 CS THAT AWNING LIGHT DOES NOT WORK
```

```
Work Order : 3186                                    PAGE 4
*********************************************************************
              MAYBE A BAD CIRCUIT

    14  CS THAT THE DRAWER UNDER AND TO THE                    W - 0.00
        LEFT OF THE KITCHEN SIK HAS BECOME
        DIFFICULT TO OPEN.
        ADJUSTED COUTER PINS

    15  CS THAT THE OUTER EDGE OF THE TOILET IS                W - 0.00
        SANDED AND ROUGH, WANTS EDGE TO BE
        REFINISHED TO LOOK GOOD.

    16  CS THE LAVATORY FAUCET COLD WATER VALVE                W - 0.00
        COMES OFF WHEN TRAVELING.

    17  CS THAT MONITER PANEL(BLACK WATER, GREY                W - 0.00
        WATER, FRESH WATER AND BATTERY
        CONDITION) APPEARS TO BE GROSSLY
        INA CURATE AND INCONSISTENT.
        NEED TO USE RV TRINE.

    18  BATHROOM SINK COLD WATER HANDLE CAME                   W - 0.00
        OFF. REATTACHED HANDLE

    19  INTERIOR CORNER TRIM ABOVE ENTRY DOOR                  W - 0.00
        CAME LOOSE AS WELL DIRECTLY ACCROSS
        ABOVE SLIDE.
        REATTACHED TRIM


Customer Signature: _____          Date: _____
Continued on page 5
```

Work Order : 3186

PAGE 5

********************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a $20.00 per day storage fee.

The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sales of said products.

# CLIENT AND MANUFACTURER NOTES

ALPENLITE CONCERNS
2006 RL - 27' Aspen Travel Trailer
Vehicle #50519
William & Barbara Neville
530-432-9584

1. Ground Clearance:
a) After experiencing a blowout, I found I could not dislodge the spare tire (located under the trailer) as the studs securing the tire had been bent by ground strikes. I was forced to secure assistance from a tow truck operator (after a 2 hour wait) to remove the spare. From this experience it is obvious that carrying the spare under the trailer is not practical. THIS IS STILL A PROBLEM. WE HAVE NO WAY TO CARRY THE SPARE TIRE.

2. Black Water Holding Tank Drain Outlet
The black water (sewer) pipe discharge is approximately 4.5" from the ground. The sewer cap had been dislodged several times through ground strikes. In choosing a fueling station we have to examine the driveways to determine that we will not scrape the pipe as has happened several times. This is not always possible and we continue to dislodge the cap. This not only creates a clearance hazard but makes it difficult to completely drain the tank as the out is usually lower than the RV Park sewer connection. We are often unable to drain the tank below the 1/3 level. It is also noted that the freshwater tank drain in the same general location as the sewer pipe, also shows damage from ground contact. THIS IS STILL A PROBLEM.

3. Door Lock
While on vacation, the door lock "dead bolt" jammed in the closed position. It was impossible to insert the key more than 20% of the way into the lock. A locksmith was called to allow entry into the coach at a cost of $80.00. He advised that no repair was possible and suggested we call Alpenlite for advice. Upon calling Alpenlite Customer Service (Gary or Gerry), I was advised to contact the local dealer. He advised that Beaudry RV (Mesa, AZ) was the closest dealer. On contacting Beaudry RV we were told they were no longer an Alpenlite dealer. The "dead bolt" continues to be inoperable. THE NEW DEAD BOLT DOOR LOCK JAMED AT ABOUT 1/3 OF ITS TRAVEL. WE WERE ABLE TO "CLEAR IT" AFTER SEVERAL MINUTES.

[Comment: Bill Neville 7/9/06 7:24 PM — Deleted:]

4. Black and Grey Water Valves
These valves are extremely difficult to operate. The "T handles" are located very close to the compartment interior side and are in a difficult position to operate. Repeated applications of lubricants has had no effect.
THIS IS STILL A PROBLEM.

5. Trailer Hitch
The hitch is difficult to both release from, and make contact with, the ball. Repeated applications of lubricants has no effect. The most successful practice is to strike the release bar with a rubber mallet. On some occasions we have had to disengage the trailer from the truck and start the hitching process again.

THIS IS STILL A PROBLEM.

### 6. Under-Trailer Enclosure
The matting drops down in several places despite several attempts by RV Brokers to reseal them.
WE NEED TO CHECK THIS.

### 7. Warped Cabinet Door
The above-bed cabinet door on the left (drivers) side of the coach has warped so as to prevent securing the door.
WE NEED TO CHECK THIS. IT STILL APPEARS THAT THE HINGE IS INCORRECLTY ATTACHED.

### 8. Hardwood Flooring
The hardwood flooring has several damaged areas, previously noted by RV Brokers upon arrival from the factory. The flooring near the shower is lifting, apparently from water leakage, source unknown but suspected as being the shower faucet.
THE NEW FLOORING IS LIFTING NEAR THE SHOWER. THIS OCCURRED BEFORE THE SHOWER WAS USED.

### 9. Inverter Wiring
a) Not all electric receptacles are connected to the inverter. Specifically, the receptacles above the bed are not powered by the inverter. These are critical to use of the coach as I require a CPAP machine while sleeping. RV Brokers has attempted to resolve this but advise that the receptacles in question can not be wired to the inverter. This is not acceptable.
NO SOLUTION ON THIS EITHER.

b) Twice while on vacation, the inverter remote panel went to "fault". On the first occasion while connected to "park power" (30 amps), all lights on the panel were blinking at a rapid rate and there was no AC power available. Examination of the park "breaker switches", indicated they were in the fault position. When "park power" was restored, the remote panel lights continued to blink. I was directed by the inverter technical support line to disconnect the remote panel wait 60 seconds and reconnect. This appeared to solve the problem. However two days later, when on "inverter power" (no outside AC connection), the panel again went to fault and AC power was lost. After turning off the inverter for several minutes, the power was restored, but the batteries were almost completely drained (after indicating "full" shortly before).
THIS APPEARS TO BE OK.

### 10. AM/FM Radio Receiver
The AM/FM radio exhibits poor reception of even local radio stations (ones which are received well by the towing vehicle's radio).
STILL A PROBLEM.

<!-- margin comment: Bill Neville 7/9/06 7:30 PM / Deleted: -->

11. Sewer Hose Storage
The area identified as sewer hose storage is unable to store sewer hose with required connections. What is the designed purpose for this compartment?
THIS IS A USELESS STORAGE AREA.

12. Front Compartment Storage Bin
The plastic bin provided in the "pass through" front storage bin has ripped after very little use.
THIS IS STILL A PROBLEM. NO REPLACEMENT WAS MADE. A HEAVIER PLASTIC IS NEEDED FOR THE BIN.

13. Water Pump
At times the internal water pump continues to run for several minutes after all faucets have been closed and starts to run with no faucets being opened.
THIS APPEARS OK.

14. Bedroom Ceiling
Taping on bedroom ceiling is rough and appears to be loosening.
NO CHANGE IS APPARENT.

> Bill Neville 7/9/06 7:32 PM
> Deleted: e

15. Shower Trim
Plastic trim at base of shower enclosure has separated.
WE NEED TO CHECK THIS.

16. Shower Faucet
The shower valves are leaking.
THIS APPEARS OK.

17. Shower Drain
Run-off from shower "lip" at bottom of shower runs to wood floor outside the enclosure.
IS THIS STILL A PROBLEM?

> Bill Neville 7/9/06 7:34 PM
> Formatted: No underline

18. Trailer Electrical Connection
The connection between the truck and trailer does not seat properly. On several occasions the male plug (from the trailer) had to be manipulated before all vehicle lights would function.
THIS IS STILL TRUE.

19. Wardrobe Closet Drawers
The wardrobe closet drawers do not completely close.
IS THIS OK?

20. Under coach water leakage
On several occasions, upon setting up after transit, water was seen leaking from the under coach netting. Source undetermined.
THIS IS STILL TRUE.

21. Truck to Trailer Electric Connection
The power cord was damaged by an undetermined cause and repaired by RV Brokers.
The technician advised that the cord should be replaced.
THIS WAS REPAIRED (AT OUR COST)

• THE BATTERY FLUID IS EXTREMELY DIFFICULT TO CHECK.

• THE BATTERIES ONLY LAST A FEW HOURS. THE SOLAR PANEL DOES NOT APPEAR TO HAVE MUCH EFFECT.

---

WILLIAM M. NEVILLE, JR
Feb. 13, 2006