ALPENLITE CONCERNS
2006 RL - 27' Aspen Travel Trailer
Vehicle #50519
William & Barbara Neville
530-432-9584

1. Ground Clearance:
After experiencing a blowout (see # 22), I found I could not dislodge the spare tire (located under the trailer) as the studs securing the tire had been bent by ground strikes. I was forced to secure assistance from a tow truck operator (after a 2 hour wait) to remove the spare. From this experience it is obvious that carrying the spare under the trailer is not practical.

2. Black Water Holding Tank Drain Outlet
The black water (sewer) pipe discharge is approximately 4.5" from the ground. The sewer cap had been dislodged several times through ground strikes. In choosing a fueling station we have to examine the driveways to determine that we will not scrape the pipe as has happened several times. This is not always possible and we continue to dislodge the cap. This not only creates a clearance hazard but makes it difficult to completely drain the tank as the out is usually lower than the RV Park sewer connection. We are often unable to drain the tank below the 1/3 level. It is also noted that the freshwater tank drain in the same general location as the sewer pipe, also shows damage from ground contact.

3. Door Lock
While on vacation, the door lock "dead bolt" jammed in the closed position. It was impossible to insert the key more than 20% of the way into the lock. A locksmith was called to allow entry into the coach at a cost of $80.00. He advised that no repair was possible and suggested we call Alpenlite for advice. Upon calling Alpenlite Customer Service (Gary or Gerry), I was advised to contact the local dealer. He advised that Beaudry RV (Mesa, AZ) was the closest dealer. On contacting Beaudry RV we were told they were no longer an Alpenlite dealer. The "dead bolt" continues to be inoperable

4. Black and Grey Water Valves
These valves are extremely difficult to operate. The "T handles" are located very close to the compartment interior side and are in a difficult position to operate. Repeated applications of lubricants has had no effect.

5. Trailer Hitch
The hitch is difficult to both release from, and make contact with. the ball. Repeated applications of lubricants has no effect. The most successful practice is to strike the release bar with a rubber mallet. On some occasions we have had to disengage the trailer from the truck and start the hitching process again.

6. Under-Trailer Enclosure
The matting drops down in several places despite several attempts by RV Brokers to reseal them.

7. Warped Cabinet Door
The above-bed cabinet door on the left (drivers) side of the coach has warped so as to prevent securing the door.

8. Hardwood Flooring
The hardwood flooring has several damaged areas, previously noted by RV Brokers upon arrival from the factory. The flooring near the shower is lifting, apparently from water leakage, source unknown but suspected as being the shower faucet.

9. Inverter Wiring
a) Not all electric receptacles are connected to the inverter. Specifically, the receptacles above the bed are not powered by the inverter. These are critical to use of the coach as I require a CPAP machine while sleeping. RV Brokers has attempted to resolve this but advise that the receptacles in question can not be wired to the inverter. This is not acceptable.

b) Twice while on vacation, the inverter remote panel went to "fault". On the first occasion while connected to "park power" (30 amps), all lights on the panel were blinking at a rapid rate and there was no AC power available. Examination of the park "breaker switches", indicated they were in the fault position. When "park power" was restored, the remote panel lights continued to blink. I was directed by the inverter technical support line to disconnect the remote panel wait 60 seconds and reconnect. This appeared to solve the problem. However two days later, when on "inverter power" (no outside AC connection), the panel again went to fault and AC power was lost. After turning off the inverter for several minutes, the power was restored, but the batteries were almost completely drained (after indicating "full" shortly before).

10. AM/FM Radio Receiver
The AM/FM radio exhibits poor reception of even local radio stations (ones which are received well by the towing vehicle's radio).

11. Sewer Hose Storage
The area identified as sewer hose storage is unable to store sewer hose with required connections. What is the designed purpose for this compartment?

12. Front Compartment Storage Bin
The plastic bin provided in the "pass through" front storage bin has ripped after very little use.

13. Water Pump
At times the internal water pump continues to run for several minutes after all faucets have been closed and starts to run with no faucets being opened.

14. Bedroom Ceiling
Taping on bedroom ceileing is rough and appears to be loosening.

15. Shower Trim
Plastic trim at base of shower enclosure has separated.

16. Shower Faucet
The shower valves are leaking.

17. Shower Drain
Run-off from shower "lip" at bottom of shower runs to wood floor outside the enclosure.

18. Trailer-Truck Electrical Connection
The connection between the truck and trailer does not seat properly. On several occasions the male plug (from the trailer) had to be manipulated before all vehicle lights would function. The power cord was damaged by an undetermined cause and repaired by RV Brokers. The technician advised that the cord should be replaced.

19. Wardrobe Closet Drawers
The wardrobe closet drawers do not completely close.

20. Under coach water leakage
On several occasions, upon setting up after transit, water was seen leaking from the under coach netting. Source undetermined.

21. Hitch Jack
The power hitch jack no longer functions. While retracting the jack stem, the power post suddenly twisted about 45 degrees and power to the post was lost.

22. Tire failure
While traveling, the right rear tire on the trailer suddenly failed, causing extreme shaking of the trailer and truck (see #1 for tire changing problems). This occurred on Nevada Highway 95. The total mileage on this tire would have been less than 3000 miles. Is there a warranty on the trailer tires?

_____
WILLIAM M. NEVILLE, JR
March 1, 2006

ALPENLITE CONCERNS
2006 RL - 27' Aspen Travel Trailer
Vehicle #50519
William & Barbara Neville
530-432-9584

July 29, 2006

*Handwritten Notes by either WRV Service Center and/or RV Brokers. Not Customer. JG 12/13/07*

## CONTINUING PROBLEMS

### 1. Spare Tire

After experiencing a blowout, I found I could not dislodge the spare tire (located under the trailer). I found that the studs securing the tire had been bent by ground strikes making it impossible to loosen the nuts holding the spare in place. I was forced to secure assistance from a tow truck operator (after a 2 hour wait) to remove the spare. From this experience, it is obvious that carrying the spare under the trailer as designed by Alpenlite is not practical due to the very limited ground clearance.

The Service representatives at RV Brokers have advised me that there is no way to mount a tire carrier. Carrying the spare inside the trailer risks damage to the trailer interior, carrying it in the truck reduces capacity needed for other camping items and prohibits use of security cover over truck bed. — *NO OTHER WAY TO MOUNT TIRE*
— *ALTERATIONS AND MODIFICATIONS ARE NOT COVERED BY WARRANTY*

### 2. Black/Grey Water Holding Tanks Discharge

The black/grey water (sewer) pipe outlet is approximately 4.5" from the ground. *(PICTURES SHOW 6" CLEARANCE)* The sewer cap had been dislodged several times through ground strikes. In choosing a fueling station, we try to examine (when we have a choice) the driveways to determine that we will not scrape the pipe as has happened several times. This is not always possible and we continue to dislodge the cap on driveways.

This inadequate ground clearance not only creates a clearance hazard, but makes it difficult and unsanitary to completely drain the black/grey water tanks because the outlet is often lower than the RV Park sewer connection. In these cases, we are unable to drain the black water tank below the 1/3 level. It is also noted that the freshwater tank drain in the same general location as the sewer pipe, also shows damage from ground contact.

The Service representatives at RV Brokers have advised me that it is not possible to alter this situation. Given the difficulty in operating the black/grey water tanks drain valve (see below), I am concerned that this might lead to leaking the contents of the black water tank onto a public sidewalk and/or street. I am advised that this would be a serious violation of the California Vehicle Code. — *Can't raise the trailer! TERMINATION VALVE*

— *THIS TYPE OF SUSPENSION DOES NOT ALLOW FOR RAISING THE UNIT*
— *DRAINLINES ARE DESIGNED WITH AS MINIMAL A DOWNWARD SLOPE AS POSSIBLE BUT MUST HAVE THIS SLOPE FOR PROPER*

1

### 3. Black and Grey Water Discharge Valves

I have advised the Service representatives at RV Brokers that these valves are extremely difficult to operate. The "T handles" are located very close to the compartment interior side and require significant effort to open/close. In short, these valves are very difficult to operate. Repeated applications of lubricants has had no effect.

The Service representatives at RV Brokers have advised me that it is not possible to alter this situation. I am concerned that I will be unable to totally close either the black water or grey water tank and in combination with the inadequate ground clearance of the black/grey water discharge (see above), I may cause an accidental discharge of sewage on a public sidewalk or street.

— WRV HAS RECEIVED NO ESTIMATE OR AUTH REQUEST FOR ADDRESSING THESE

I have contacted other RV service facilities regarding this and they assure me that the valve handles can be modified to make them more "user friendly:".

WHICH OTHER FACILITIES HAVE BEEN CONTACTED, ARE THEY FAMILIAR W/ MFG DESIGN.

### 4. Door Lock

The door lock "dead bolt" jammed in the closed position, locking us out of our trailer while on vacation in Arizona. It was impossible to insert the key more than 20% of the way into the lock. A locksmith was called to allow entry into the coach at a cost of $80.00. This was not only expensive, it was very inconvenient as we were forced to wait for several hours until the arrival of the locksmith. While the locksmith was successful in opening the door, he advised that no repair was possible and that he did not carry a lock suitable for our trailer. He suggested we call Alpenlite for advice. He also recommended that we not use the "dead bolt" until the lock was replaced.

— THERE IS NO REQUIREMENT TO HAVE WARRANTY WORK DONE AT AN ALPENLITE DEALER

Upon calling Alpenlite Customer Service (Gary or Gerry), I was advised to contact the local dealer. He recommended Beaudry RV (Mesa, AZ) as the closest Alpenlite dealer. On contacting Beaudry RV, we were told they were no longer an Alpenlite dealer. This resulted in our being forced to use only the "latch lock" for the remainder of the trip. This is not a suitable security device when used as the sole locking device.

— WRV WAS NOT AWARE BEAUDRY HAD REFUSED TO ADDRESS PROBLEM

I reported that situation to the Service representatives at RV Brokers when I returned the trailer for service. I was advised that there was no problem with the lock and no repairs were made. Subsequent to RV Brokers erroneous evaluation, the lock again jammed at 10 p.m. when there was NO locksmith services available. We were forced to seek lodging elsewhere. The next morning I crawled through a window (which had been left partially open for ventilation) to gain entry as the contents of the trailer were needed for the organization with which we were camping. I was unable to open the door from either the inside or outside. Should there have been a life threatening situation requiring exiting we would have had to resort to the emergency exit. Not an easy thing for two 72 year-olds.

— WRV WAS NOT CONTACTED REGARDING LOCATING AN ALTERNATE SHOP

— EMERGENCY EXITS EXIST FOR THIS EXACT REASON — MAJOR EMERGENCY SITUATIONS PREVENTING EXIT VIA DOOR.

It was 10 a.m. the following morning before a locksmith could arrive and his charge was $59.

2

On reporting this 2nd failure, the Service representatives at RV Brokers replaced the lock. However, we continue to have problems with the lock. — *[handwritten: broken]*

I have not received any compensation for the locksmiths' services required by the failures of the "dead bolt". Further, this new lock "catches" and on occasion has had to be tried several times before responding to the key. — *[handwritten: Do we have / Have the invoices / What / Carriage / Handle / on / Knob]*

### 5. Warped Cabinet Door

I previously reported to the Service representatives at RV Brokers that the over-bed cabinet door on the left (drivers) side of the coach was warped so as to prevent securing the door in the open position. The Service representatives at RV Brokers advised me that they had completed a "fix" for this situation and indeed until our most recent trip it appeared "fixed".

However, during our recent trip, it became obvious that the door is not mounted properly and will not remain in the wide open position for loading as is the case with the door on the right side of the coach. Close inspection indicates that the hinge may be improperly installed. — *[handwritten: It is mounted properly, but only has 1-strut. — Is door warped? — What exactly is problem?]*

### 6. Hardwood Flooring

The hardwood flooring had several damaged areas noted by The Service representatives at RV Brokers upon arrival from the factory and before delivery to us.

The Service representatives at RV Brokers installed a new floor, but we find that work unacceptable for the following reasons:

5.a) There is a "bubble" in the flooring where it meets the bedroom carpet (indicating I suspect that the glue is not holding). — *[handwritten: Need pic of bubble]*

5.b) Glue is present on the surface of the floor in several places. We were unable to remove this. — *[handwritten: We can remove glue]*

### 7. Inverter Wiring

Not all electric receptacles are connected to the inverter. Specifically, the receptacles above the bed are not powered by the inverter. These are critical to my use of the coach as I require a CPAP machine while sleeping and was the driving force for spending considerable funds for its proper installation.

In order to use my CPAP machine I am forced to run a 6 foot + extension cord to an electrical outlet at the foot of the bed which is connected to the inverter. This has created a "trip and fall" hazard on the right side of the bed.
— *[handwritten: Alterations and modifications are not covered by warranty]*
The Service representatives at RV Brokers have advised me that the receptacles in question cannot be wired to the inverter. I have sought advice from other automotive electrical shops and was advised that such a wiring modification would be feasible
*[handwritten: Can't do it — wrj wires it that way because there is no same circuit.]*

### 8. Front Compartment Storage Bin

The plastic bin provided in the "pass through" front storage bin ripped after very little use. The Service representatives at RV Brokers advised me that they would order a replacement and call when it came in. I have not been called. — *RE-EMAILED Townley*

### 9. Bedroom Ceiling

I previously reported to the Service representatives at RV Brokers that the joint taping on bedroom ceiling is rough and appears to be loosening. There are also marks on the ceiling that were present when we took delivery. This situation has not been addressed.

## ADDITIONAL CONCERNS

### 9. Shower Faucet/Water Pump

I had previously reported to the Service representatives at RV Brokers that the shower valves were leaking. That situation was apparently solved. However, now the water pump will not deliver any water (hot or cold) to the shower head. This was a condition that developed suddenly while taking a shower. The water flow stopped without warning. — *SHOWER WORKS ON CITY WATER?*
— *OTHER FAUCETS WORK ON PUMP?*

### 10. Shower Curtain

The shower curtain has repeatedly fallen from its track. It appears that a "stop" of some type is needed on the wall end of the track.

### 11. Solar Charging

The solar charging system does not appear to function. The trailer was in storage (outside), with batteries indicating fully charged position. With all power off for a period of 6 weeks, the batteries lost their charge completely.
— *WAS INTERIOR POWER KILL SWITCH LEFT ON?*

### 12. Awning Light

The "awning light" does not function. It had worked previously. The light been used for a total of less than 1 hour. — *Have NOT ADDRESSED THAT*

### 13. Kitchen Drawer

The drawer, under and to the left of the kitchen sink has become increasingly more difficult to open. — *TABS NEED TO BE ADJUSTED*

—*BEYOND 90 DAYS FROM DATE OF SALE ADJUSTMENTS ARE OWNER'S RESPONSIBILITY*

### 14. Toilet Door
The outer edge of the toilet door has been sanded/planed, apparently to mitigate a "sticking door" problem. The edge has not been refinished and looks terrible. will refinish

### 15. Lavatory Faucet
The cold water faucet handle is not secured to the valve and dislodges from the faucet during travel. — ADJUSTMENT NEEDED?

### 16. Monitor Panel
The monitor panel (black water, grey water, fresh water & battery condition) appears to be grossly inaccurate and inconsistent. — How is it inconsistent
— EXPLAIN "GROSSLY INACCURATE AND INCONSISTENT"

5

January 18, 2007

Kahn & Associates, L.L.C.
936-B Seventh Street, #580
Novato, CA 94945-2000

Attn: Kristen Crane

Dear Ms. Crane:

SUMMARY

The problems with our Alpenlite trailer appear to be from poor engineering as well as workmanship. It may be relevant that Western RV (the manufacturers) no longer manufacture this product after only a three year production.

A brief summary of the more significant issues follows:

Sewer & Fresh Water Drain Ground Clearance
Within a few weeks after taking delivery of the vehicle we realized that the clearance between certain plumbing components and the ground was inadequate. On several occasions the cap on the sewer drain-pipe was dislodged by a ground strike. The freshwater tank drain also showed signs of damage from ground strikes. This typically occurred while pulling into service stations for refueling, but was also a problem when pulling into camping sites and parking the trailer in our storage lot.

After being told by the selling party (RV Brokers) that they would do nothing about the ground clearance problem we, at the suggestion of the RV Broker representative, contacted customer relations personnel at Western RV. In short, we were told by Western RV personnel that the 4.5" ground clearance was within the factory's specifications and there was nothing that could be done to increase ground clearance. At another time we were advised that the ground clearance was actually 6". This is measurably untrue.

This issue is further complicated by the fact that the black water tank does not fully drain. We had reported that the tank monitoring light indicated this condition previously but ignored. After the trailer was brought to RV Brokers for repairs, the representative complained that the black water tank had not been completely drained. I pointed out that this was indeed part of the problem. The suggested "fix" by RV Brokers was to run one side of the trailer up on planks so that the trailer would "lean" in such a way as to allow the full drainage of the tank. This would make the trailer floor slanted and difficult to live in.

Spare Tire Mounting
After suffering a tire blowout, we later realized that the inadequate ground clearance also would preclude us from using the spare tire. We experienced the blowout on Highway 95 in Nevada in an area far from any

services. When trying to remove the spare from its factory installed location under the trailer I found that bolts supporting the spare were bent rearward, obviously from ground strikes. This made it impossible for me to free the tire. We thankfully had cellphone service in the area and were able to call the Auto Club and request service. Several hours later a tow truck arrived and the operater with the use of pry-tools and a heavy foot was able to free the tire.

Upon requesting that the tire be alternatively mounted on the trailer we were told by both RV Broker and Western RV representatives that it would be considered an alteration and the neither RV Brokers or Western RV would be for an alternative mounting. When we asked what the cost would be for alternative remounting we were told it was not possible to mount the spare tire on the trailer. When traveling we are currently forced to carry the trailer spare tire in the towing vehicle which limits our storage capacity in that vehicle.

Bottom Cover
Another problem apparently due to the inadequate ground clearance is the repetitive tearing of the under-trailer material. RV Brokers has repaired this on two or more occasions but we can detect additional tearing.

LPG Line
Another concern connected to the inadequate ground clearance is the exposure of a liquid petroleum gas line to damage. RV Brokers advise that it is protected by a "skid plate". In fact, this would only be true when the trailer is backing.

Ceiling Panel
The ceiling panel located above the bed appears to have a different finish that the panel in front of it. Further the panel appears to be dropping. The RV Broker representatives stated they could see no problems. In fact, the dropping appearance is worsening and the seam tape is wrinkled.

Flooring
The wood flooring was scared upon delivery of the trailer to us. After several weeks we were advised that replacement material was available. The floor was replaced however it now appears to be separating from the sub-floor. RV Brokers advises they will do nothing to mitigate the problem, stating that standing water was the problem. In fact, we do not allow water to remain on the floor. It would seem reasonable since the floor is installed immediately adjacent to the shower that the dealer and manufacturer would expect some water to accumulate for at least a short period of time.

Cabinet Hinge
The left cabinet door, over the bed, will not hold the door open. RV Brokers and Western RV "fix" for this was to mail a part for me to install.

Door Lock

While on vacation, the door lock on the exterior door jammed, locking us out of the trailer. Upon return we took the trailer to RV Brokers for repair/replacement. They advised us nothing was wrong with the lock. The lock failed again on the next trip. On both occasions we were forced to have a locksmith respond to make access to our trailer. Although after the second incident they did replace the lock, neither RV Brokers or Western RV have offered to pay for the locksmith service.

Sewer Valves

The valves controlling the sewer discharge are very difficult to operate due to the placement of the handles. I have suffered skinned knuckles using these valves. I now have to use a crow bar to open the valves. RV Brokers and Western RV have declined to address this problem.

Sewer Hose Connection

The compartment for storing the sewer connection hose is inadequate to hold an appropriate hose. RV Brokers answer was that it would hold a hose that would not connect to the sewer drain line.

Storage Tray

The large plastic storage tray located under the front of the trailer ripped during first trip. RV Brokers stated they had ordered the tray. Our further requests have been ignored.


ENCLOSURES

• Repair Invoices

• Sales Contract - Although this document indicates we bought the trailer on credit, in fact we paid cash. I believe we have lost the cash contract.

• Motor Vehicle Registration - Original registration from DMV-CA

• 2006 Suggested Retail Price List - This docuent indicates the details of the trailer we purchased. Note that we bought the "Convenience Package" which includes "spare tire and carrier".

• Features and Options - This document is included to show that the trailer we bought, with the "Convenience Package", includes "Mounted spare tire".

• WRV Letter - A letter from the manufacturer indicating their commitment to our complete satisfaction.

• Western RV Guarantee of Warranty Protection - This is a photocopy of a wallet sized card mailed to us from Western RV (the manufacturer) which was included in the above letter.

• Weights and Measures Sheet - Included to illustrate that ground clearance (a major problem) is not included in the listed specifications. In talking to the manufacturer's representative regarding the ground clearance

problem we were advised that 4.5" clearance was "within Western RV specifications". My point is, those specifications were not included for the public.
- Easy Care Recreational Vehicle Service Contract - This insurance was an extra-cost item ($ 2315)
- Trailer Issues - A listing of problems with the trailer dated Nov. 7, 2006.

I have requested additional repair documentation from RV Brokers without success. I was never refused, it just never arrived. The trailer has been in the RV Broker repair facility for many weeks, limiting its availability. The last time was for a month.

William M. Neville, Jr.
January 17, 2007

# EXHIBIT "E"



## CORPORATIONS DIVISION - REGISTRATION DATA SEARCH » Print Page «

**WESTERN RECREATIONAL VEHICLES, INC. DBA WESTERN RECREATIONAL VEHICLES DELAWARE, INC.**

| | |
|---|---|
| UBI Number | 602676995 |
| Category | Regular Corporation |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | DE |
| Date of Incorporation | 12/14/2006 |
| License Expiration Date | 12/31/2008 |

**Registered Agent Information**

| | |
|---|---|
| Agent Name | CORPORATION SERVICE COMPANY |
| Address | 6500 HARBOUR HEIGHTS PKWY |
| City | MUKILTEO |
| State | WA |
| ZIP | 98275 |

**Special Address Information**

| | |
|---|---|
| Address | |
| City | |
| State | |
| Zip | |

« Return to Search List

**Disclaimer**
Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the

Public Access System and shall not be liable for any losses caused by such reliance on the accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

You can find this information at:
http://www.secstate.wa.gov/corps/search_detail.aspx?ubi=602676995