```
 1  JANNINE M. GREEN, ESQ. (SBN 244072)
    KAHN & ASSOCIATES, L.L.C.
 2
    OHIO MAIN OFFICE:**
 3  55 Public Square, Suite 650
    Cleveland, OH 44113
 4  Phone: (216) 621-6101
    Fax: (888) 868-6671
 5
    CALIFORNIA OFFICE:**
 6  16133 Ventura Blvd., Suite 700
    Encino, CA 91436
 7  Phone: (888) 536-6671
    Fax: (888) 868-6671
 8  www.kahnandassociates.com

 9  **Please send copies of all items to both addresses.

10
    Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE
11
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE,<br>    Plaintiffs,<br>v.<br>WESTERN RECREATIONAL VEHICLES, INC.; WILDERNESS WESTERN HOLDINGS, INC. and DOES 1 through 20, inclusive,<br>    Defendants. | ) CASE NO.  07-03757 MMC<br>)<br>) Judge: Maxine M. Chesney<br>)<br>)<br>) MOTION FOR ENTRY OF DEFAULT<br>) AND DEFAULT JUDGMENT AGAINST<br>) WILDERNESS WESTERN HOLDINGS,<br>) INC.; DECLARATION OF JANNINE M.<br>) GREEN IN SUPPPORT OF MOTION<br>) FOR ENTRY OF DEFAULT AND<br>) DEFAULT JUDGMENT<br>)<br>)<br>) |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiffs William and Barbara Neville (Plaintiffs) by and through his undersigned counsel, hereby move this Court for an Entry of Default and Default Judgment against Defendant

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN

1  Wilderness Western Holdings, Inc. pursuant to Federal Rule of Civil Procedure § 55 (a) and (b)
2  and this Court's Order of June 24, 2008. In support of their Motion, Plaintiffs rely on the facts
3  and arguments in the attached Brief in Support and Declaration of Jannine M. Green
4  incorporated herein and attached hereto.

                                         Respectfully Submitted,

                                         **KAHN & ASSOCIATES, L.L.C**

                                         */s/ Jannine M. Green*
                                         JANNINE M. GREEN (SBN 244072)
                                         Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN

# BRIEF IN SUPPORT

## Service of Amended Complaint

The First Amended Complaint in the above-captioned matter was filed on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."* Plaintiff properly served Defendant at its authorized agent's address: Mr. Ronald A. Doyle; 208 S. 78th Avenue; Yakima, WA 98908. *See certified mail receipt attached hereto and incorporated herein as "Plaintiffs' Exhibit B."* This address was obtained from the Washington Secretary of State's website on March 27, 2008. *See printout of Washington Secretary of State's website attached hereto and incorporated herein as "Plaintiffs' Exhibit C."* The Defendant WWH has failed to file a responsive pleading or otherwise appear in this action. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

Federal Rule of Civil Procedure § 55 provides:

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

(b) Entering a Default Judgment. (1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk — on the plaintiff's request, with an affidavit showing the amount due — must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

Fed Rules Civ. Proc. § 55 (2008).

## Support for Claimed Damages

Pursuant to this Court's order of June 24, 2008, the Plaintiff was ordered to provide evidentiary support for the amount of damages claimed. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit D."* Plaintiffs purchase

the subject trailer on June 5, 2005. The purchase amount was $36,535.53. The total amount of damages requested is $48,725.57 and is based on the previous demand made in the matter, supporting documents, and includes the following:

| | |
|---|---:|
| Refund of Purchase Cost (including down payment) | $36,535.53 |
| Refund of Service Contract | $2,315.00 |
| Reimbursement of Incidental Costs Related to Repairs | $2,797.84 |
|     Storage Fees: $1,530.00 | |
|     Registration (pro-rated for 2008): $311.60 | |
|     Locksmith Fee: $59.00 | |
|     Out of Pocket Repairs: $416.04 | |
|     Insurance (pro-rated for 2008): $481.20 | |
| Less Usage Offset (8% of total cost) | -$2,922.80 |
| <u>Attorney Fees and Costs</u> | <u>$10,000.00</u> |
| Total Due to Firm and Clients | $48,725.57 |

*See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit F."*

**Conclusion**

Defendant, Wilderness Western Holdings, Inc., has failed to take action in response to Plaintiffs' Complaint and has not shown, to date, any reason for such delay. Therefore, this Court should find that Defendant Wilderness Western Holdings, Inc.'s failure to take action entitles Plaintiffs to an Entry of Default and Default Judgment against Defendant in accordance with Fed Rule Civ. Pro § 55 (a) and (b).

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted,

**KAHN & ASSOCIATES, L.L.C**

*/s/ Jannine M. Green*
JANNINE M. GREEN (SBN 244072)
Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN

**DECLARATION OF JANNINE M. GREEN IN SUPPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST WILDERNESS WESTERN HOLDINGS, INC**

I, Jannine M. Green, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1. I represent plaintiffs, William and Barbara Neville, in the matter of *Neville v. Western Recreational Vehicles, Inc. et al.* United States District Court, Northern District, Case number 07-03757 MMC.

2. I filed a First Amended Complaint in the above-captioned matter on March 31, 2008. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."*

3. The First Amended Complaint named Wilderness Western Holdings, Inc., as a defendant in the matter. *See Copy of the Docket attached hereto and incorporated herein as "Plaintiffs' Exhibit A."*

4. I properly served Defendant at its authorized agent's address: Mr. Ronald A. Doyle; 208 S. 78th Avenue; Yakima, WA 98908. *See certified mail receipt attached hereto and incorporated herein as "Plaintiffs' Exhibit B."*

5. I obtained the address for defendant's authorized agent on March 27, 2008 from the Washington Secretary of State's website. *See printout of Washington Secretary of State's website attached hereto and incorporated herein as "Plaintiffs' Exhibit C."*

6. The Defendant WWH has failed to file a responsive pleading or otherwise appear in this action. *See June 24, 2008 Order attached hereto and incorporated herein as "Plaintiffs' Exhibit D."*

7. I have served a copy on August 15, 2008 via United States Postal Service of this Motion on defendant on a new authorized agent pursuant to the Washington Secretary of State's website. The address is: Wilderness Western Holdings, Inc. W.S. Doyle, Jr. 1218 N. 20th Ave. Yakima, WA 98902. *See printout of Washington Secretary of State's website attached hereto and incorporated herein as "Plaintiffs' Exhibit E."*

///
///

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN

8. Plaintiffs purchase the subject trailer on June 5, 2005. The purchase amount was $36,535.53. *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit F."*

9. The total amount of damages requested is $48,725.57 and is based on the previous demand made in the matter and includes the purchase price, incidental costs and attorney fees. *See December 12, 2007 Demand and Supporting Documents attached hereto and incorporated herein as "Plaintiffs' Exhibit F."*

///

Dated: 8/5/08

JANNINE M. GREEN

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within-entitled action: my business address is: 16133 Ventura Boulevard, 7th Floor, Encino, California 91436.

On **August 15, 2008**, I served the foregoing document described as:

**MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST WILDERNESS WESTERN HOLDINGS, INC.; DECLARATION OF JANNINE M. GREEN IN SUPPPORT OF MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

___   **BY FACSIMILE TO:**

_X_   **BY MAIL – USPS CERTIFIED MAIL RETURN RECEIPT**

___   I deposited such envelope in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

_X_   I caused such envelope to be deposited in the mail at Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

___   **BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

_X_   **STATE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 15, 2008** at Encino, California.

*Jannine M. Green*
JANNINE M. GREEN

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN

NEVILLE V. WESTERN RECREATIONAL VEHICLES, INC.
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION - CASE NO. 07-03757-MMC

**SERVICE LIST**

| | |
|---|---|
| Wilderness Western Holdings, Inc.<br>c/o Authorized Agent<br>Mr. Ronald A. Doyle<br>208 S. 78th Avenue<br>Yakima, WA 98908 | WILDERNESS WESTERN HOLDINGS, INC.'S AGENT |
| Wilderness Western Holdings, Inc.<br>P.O. Box 9547<br>Yakima, Washington 98909-0547 | WILDERNESS WESTERN HOLDINGS, INC. |

**COUNSEL/PARTY SERVING THIS DOCUMENT:**

| | |
|---|---|
| Jannine M. Green, Esq.<br>Kahn & Associates, L.L.C.<br>16133 Ventura Blvd., Suite 700<br>Encino, CA 91436<br>(888) 536-6671, Fax (818) 995-9169 | Attorneys for Plaintiffs<br>WILLIAM and BARBARA NEVILLE |

PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT; DECLARATION OF JANNINE M. GREEN