EXHIBIT "A"

CAND-ECF                                                           file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC    Document 50-2    Filed 08/25/2008    Page 2 of 19

CM/ECF ?

- Query
- Reports
- Utilities
- Logout

ADRMOP, E-Filing, PRVADR, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-03757-MMC

Neville et al v. Western Recreational Vehicles, Inc.  
Assigned to: Hon. Maxine M. Chesney  
Cause: 28:1441 Petition For Removal--Other Contract  

Date Filed: 07/20/2007  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**William Neville**        represented by   **Jannine Maria Green**  
Kahn & Associates, LLC  
16133 Ventura Boulevard  
Suite 700  
Encino, CA 91436  
888-536-6671 x228  
Fax: 818-995-9169  
Email: jgreen@kahnandassociates.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Neville**        represented by   **Jannine Maria Green**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Western Recreational Vehicles, Inc.**   represented by   **Western Recreational Vehicles, Inc.**  
3401 West Washington Avenue  
Yakima, WA 98903  
PRO SE

CAND-ECF	file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC   Document 50-2   Filed 08/25/2008   Page 3 of 19

Vincent J. Axelson
Gates, O'Doherty, Gonter & Guy, LLP
15373 Innovation Drive
Suite 170
San Diego, CA 92128
858-676-8600
Fax: 858-676-8601
Email: vaxelson@gogglaw.com
*TERMINATED: 06/24/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wilderness Western Holdings, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2007 | 1 | NOTICE OF REMOVAL - [No Process] from Alameda County Superior Court. Their Case Number is HG-07-327807 - [Filing Fee: $350.00, Receipt Number 44611001006]. Filed by Defendant Western Recreational Vehicles, Inc.. (tn, COURT STAFF) (Filed on 7/20/2007) (Entered: 07/25/2007) |
| 07/20/2007 |  | ANSWER to Complaint Submitted by Defendant Western Recreational Vehicles, Inc..(tn, COURT STAFF) (Entered: 07/25/2007) |
| 07/20/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 11/13/2007 & Initial Case Management Conference set for 11/19/2007 at 4:00 PM.. (Attachments: #(1) BZ Standing Order). (tn, COURT STAFF) (Filed on 7/20/2007) Additional attachment(s) added on 7/25/2007 (tn, COURT STAFF). (Entered: 07/25/2007) |
| 07/20/2007 |  | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) (Entered: 07/25/2007) |
| 08/22/2007 | 3 | ORDER. Signed by Magistrate Judge Bernard Zimmerman on 8/22/2007. (ls, COURT STAFF) (Filed on 8/22/2007) (Entered: 08/22/2007) |
| 08/22/2007 | 4 | STIPULATION & [Proposed] Order Submitted by Parties William Neville, Barbara Neville & Western Recreational Vehicles Inc.. (tn, COURT STAFF) (Filed on 8/22/2007) Additional attachment(s) added on 8/24/2007 (tn, COURT STAFF). (Entered: 08/24/2007) |
| 09/17/2007 | 5 | STIPULATION AND ORDER EXTENDING TIME OF 30 DAYS UP TO AND INCLUDING SEPTEMBER 18, 2007 IN WHICH TO FILE A MOTION TO REMAND. Signed by Magistrate Judge Bernard Zimmerman on 9/17/2007. (ls, COURT STAFF) (Filed on 9/17/2007) (Entered: 09/17/2007) |

| | | |
|---|---|---|
| 09/18/2007 | 6 | MOTION to Remand *back to State Court* filed by William Neville, Barbara Neville. Motion Hearing set for 10/31/2007 10:00 AM in Courtroom G, 15th Floor, San Francisco. (Green, Jannine) (Filed on 9/18/2007) (Entered: 09/18/2007) |
| 09/19/2007 | 7 | Letter re consent from Lashanda Scott. (ls, COURT STAFF) (Filed on 9/19/2007) (Entered: 09/19/2007) |
| 09/27/2007 | 8 | CONSENT to Proceed Before a US Magistrate Judge by William Neville, Barbara Neville.. (Green, Jannine) (Filed on 9/27/2007) (Entered: 09/27/2007) |
| 10/16/2007 | 9 | Memorandum in Opposition *to re* 6 *Plaintiffs' Motion to Remand* Filed by Defendant Western Recreational Vehicles, Inc.. (Axelson, Vincent) (Filed on 10/16/2007) (Entered: 10/16/2007) |
| 10/25/2007 | 10 | CLERK'S NOTICE RE TENTATIVE RULING. (Attachments: # 1) (bzsec, COURT STAFF) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/25/2007 | 11 | Declination to Proceed Before a U.S. Magistrate Judge by Western Recreational Vehicles, Inc. /s/. (Axelson, Vincent) (Filed on 10/25/2007) (Entered: 10/25/2007) |
| 10/26/2007 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (ls, COURT STAFF) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/26/2007 | 13 | NOTICE by Western Recreational Vehicles, Inc. /s/ (Axelson, Vincent) (Filed on 10/26/2007) (Entered: 10/26/2007) |
| 10/30/2007 | 14 | ORDER REASSIGNING CASE. Case reassigned to Judge Maxine M. Chesney for all further proceedings. Judge Bernard Zimmerman no longer assigned to the case. Signed by Executive Committee on 10/29/07. (mab, COURT STAFF) (Filed on 10/30/2007) (Entered: 10/30/2007) |
| 11/01/2007 | 15 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 11/21/2007. Case Management Conference set for 11/30/2007 10:30 AM.. Signed by Judge Maxine M. Chesney on 2/27/2007. (Attachments: # 1 Standing Orders)(tl, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/01/2007 | 16 | REPORT AND RECOMMENDATIONS re 6 MOTION to Remand *back to State Court* filed by Barbara Neville, William Neville Objections to R&R due by 11/16/2007. Signed by Judge Bernard Zimmerman on 11/1/2007. (bzsec, COURT STAFF) (Filed on 11/1/2007) (Entered: 11/01/2007) |
| 11/14/2007 | 17 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 11/14/2007) (Entered: 11/14/2007) |
| 11/16/2007 | 18 | STIPULATION and Proposed Order selecting Mediation by Barbara Neville (Green, Jannine) (Filed on 11/16/2007) (Entered: 11/16/2007) |

| | | |
|---|---|---|
| 11/21/2007 | 19 | STIPULATION AND [PROPOSED] ORDER to Appear by Telephone *at Case Management Conference* filed by Western Recreational Vehicles, Inc.. Motion Hearing set for 11/30/2007 10:30 AM in Courtroom 7, 19th Floor, San Francisco. (Axelson, Vincent) (Filed on 11/21/2007) Modified on 12/3/2007 (aaa, Court Staff). (Entered: 11/21/2007) |
| 11/21/2007 | 20 | STIPULATION AND ORDER Selecting ADR Process. Pursuant to stipulation, the matter is referred to private mediation through JAMS no later than 90 days from the date of this order. Signed by Judge Maxine M. Chesney on November 20, 2007. (mmclc2, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 21 | JOINT CASE MANAGEMENT STATEMENT filed by William Neville, Barbara Neville. (Green, Jannine) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 22 | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DENYING MOTION TO REMAND. Signed by Judge Maxine M. Chesney on November 21, 2007. (mmclc2, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/26/2007 | 23 | STIPULATION AND ORDER. The parties may appear telephonically at the Case Management Conference on November 30, 2007 at 10:30 a.m. Signed by Judge Maxine M. Chesney on November 26, 2007. (mmclc2, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/26/2007) |
| 11/30/2007 | 24 | Minute Entry: Initial Case Management Conference (Telephonic) held on 11/30/2007 before HON. MAXINE C. CHESNEY (Date Filed: 11/30/2007). Status Conference set for 8/8/2008 10:30 AM in Courtroom 7, 19th Floor, San Francisco. () (bjt, COURT STAFF) (Date Filed: 11/30/2007) (Entered: 11/30/2007) |
| 12/06/2007 | 25 | PRETRIAL PREPARATION ORDER. Signed by Judge Maxine M. Chesney on 12/6/2007. (tl, COURT STAFF) (Filed on 12/6/2007) (Entered: 12/06/2007) |
| 01/23/2008 | 26 | STIPULATION AND [PROPOSED] ORDER *for extension to mediation* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 1/23/2008) Modified on 1/24/2008 (aaa, Court Staff). (Entered: 01/23/2008) |
| 01/24/2008 | 27 | STIPULATION AND ORDER extending through May 15, 2008, the time in which to complete Court-ordered mediation. Signed by Judge Maxine M. Chesney on January 24, 2008. (mmclc2, COURT STAFF) (Filed on 1/24/2008) (Entered: 01/24/2008) |
| 02/28/2008 | 28 | STIPULATION AND [PROPOSED] ORDER *to Continue deadline to amend pleadings* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 2/28/2008) Modified on 2/29/2008 (aaa, Court Staff). (Entered: 02/28/2008) |
| 02/29/2008 | 29 | STIPULATION AND ORDER extending deadline for amending pleadings through March 29, 2008. Signed by Judge Maxine M. Chesney on February |

CAND-ECF  file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC  Document 50-2  Filed 08/25/2008  Page 6 of 19

| Date | No. | Description |
|---|---|---|
| | | 29, 2008. (mmclc2, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/31/2008 | 30 | **DUPLICATIVE OF DOCKET NUMBER 32 AMENDED COMPLAINT** against all defendants. Filed by William Neville, Barbara Neville. (Green, Jannine) (Filed on 3/31/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: 03/31/2008) |
| 03/31/2008 | 31 | **DUPLICATIVE OF DOCKET NUMBER 32 PART 2** Declaration of Jannine M. Green in Support of 30 Amended Complaint filed by William Neville, Barbara Neville. (Related document(s) 30 ) (Green, Jannine) (Filed on 3/31/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: 03/31/2008) |
| 03/31/2008 | 32 | AMENDED COMPLAINT against Wilderness Western Holdings, Inc., Western Recreational Vehicles, Inc.. Filed by William Neville, Barbara Neville. (Attachments: # 1 Supplement Amended Summons, # 2 Signature Page (Declarations/Stipulations) Declaration)(Green, Jannine) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 04/01/2008 | 33 | Amended Summons Issued as to Western Recreational Vehicles, Inc., Wilderness Western Holdings, Inc. (aaa, Court Staff) (Filed on 4/1/2008) (Additional attachment(s) added on 4/1/2008: # 1 Summons Western Rec) (aaa, Court Staff). (Entered: 04/01/2008) |
| 04/03/2008 | 34 | CERTIFICATE OF SERVICE by William Neville, Barbara Neville (Green, Jannine) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 35 | CERTIFICATE OF SERVICE by William Neville, Barbara Neville (Green, Jannine) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 05/13/2008 | 36 | STIPULATION AND [PROPOSED] ORDER *To extend time* by William Neville, Barbara Neville. (Green, Jannine) (Filed on 5/13/2008) Modified on 5/14/2008 (aaa, Court Staff). (Entered: 05/13/2008) |
| 05/20/2008 | 37 | ORDER GRANTING IN PART STIPULATION TO EXTEND COURT ORDERED DEADLINES; VACATING PRETRIAL CONFERENCE AND TRIAL DATES; ADVANCING STATUS CONFERENCE. Signed by Judge Maxine M. Chesney on May 20, 2008. (mmclc2, COURT STAFF) (Filed on 5/20/2008) (Entered: 05/20/2008) |
| 05/20/2008 | | Set Deadlines/Hearings: Joint Status Statement due by 6/20/2008. Status Conference Advanced for 6/27/2008 10:30 AM. Re 37 Order (aaa, Court Staff) (Filed on 5/20/2008) (Entered: 05/21/2008) |
| 06/03/2008 | 38 | MOTION to Withdraw as Attorney *of Record for Defendant Western Recreational Vehicles* filed by Western Recreational Vehicles, Inc.. Motion Hearing set for 7/11/2008 09:00 AM. (Attachments: # 1 Exhibit, # 2 Proposed Order)(Axelson, Vincent) (Filed on 6/3/2008) (Entered: 06/03/2008) |
| 06/20/2008 | 39 | STATUS REPORT by William Neville, Barbara Neville. (Green, Jannine) (Filed on 6/20/2008) (Entered: 06/20/2008) |

CAND-ECF                                                                file:///C:/Documents%20and%20Settings/Mutt/Local%20Settings/...

Case 3:07-cv-03757-MMC    Document 50-2    Filed 08/25/2008    Page 7 of 19

| | | |
|---|---|---|
| 06/23/2008 | 40 | STIPULATION *AND [PROPOSED] ORDER FOR PARTIES TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE* by Western Recreational Vehicles, Inc.. (Axelson, Vincent) (Filed on 6/23/2008) (Entered: 06/23/2008) |
| 06/24/2008 | 41 | ORDER granting 38 Motion to Withdraw as Attorney of Record for Defendant Western Recreational Vehicles, Inc; Notice to Defendant; Order Setting Deadline for Appearance by New Counsel. Signed by Judge Maxine M. Chesney on June 24, 2008. (mmclc2, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | 42 | ORDER continuing June 27, 2008 Status Conference to August 29, 2008; Setting Deadline for Plaintiff to Seek Entry of Default. Signed by Judge Maxine M. Chesney on June 24, 2008. (mmclc2, COURT STAFF) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | | Set Deadlines/Hearings: Status Conference Continued for 8/29/2008 10:30 AM. Re 42 Order (aaa, Court Staff) (Filed on 6/24/2008) (Entered: 06/25/2008) |

## PACER Service Center

### Transaction Receipt

07/24/2008 13:31:28

| | | | |
|---|---|---|---|
| PACER Login: | ka0388 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:07-cv-03757-MMC |
| Billable Pages: | 3 | Cost: | 0.24 |

**EXHIBIT "B"**

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kahn & Associates, L.L.C
55 Public Square
Suite 650
Cleveland, Ohio 44113



Neville W. - CA - Amended Complaint

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wilderness Western Holdings, Inc
c/o Authorized Agent
MR. Ronald A. Doyle
208. S. 78th Avenue
Yakima, WA 98908

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 4/7/08

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service lab.)   7005 0390 0001 7403 0256

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on April 2, 2008, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Ronald A. Doyle, 208 So. 78th Ave. Yakima, Washington 98908 ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: April 2, 2008

Jannine M Green  
Server's signature

Jannine M. Green  
Printed name and title

Kahn & Associates, LLC  
Server's address

16133 Ventura Blvd. Ste. 700  
Encino, Ca 91436

# EXHIBIT "C"




## Corporations

CORPORATIONS MENU    PRINT PAGE

Corporations Division - Registration Data Search

**WILDERNESS WESTERN HOLDINGS, INC.**

| | |
|---|---|
| UBI Number | 600092987 |
| Category | Regular Corporation |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State of Incorporation | WA |
| Date of Incorporation | 04/06/1973 |
| License Expiration Date | 04/30/2008 |

**Registered Agent Information**

| | |
|---|---|
| Agent Name | RONALD A DOYLE |
| Address | 208 SO 78TH AVE |
| City | YAKIMA |
| State | WA |
| ZIP | 98908 |

**Special Address Information**

Address
City
State
Zip

« Return to Search List

**Disclaimer**
Information in the Secretary of State's Online Corporations Database is updated Monday through Friday by 5:00 a.m. Pacific Standard Time (state holidays excluded). Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public Access System and shall not be liable for any losses caused by such reliance on the

accuracy, reliability, or timeliness of such information. While every effort is made to ensure the accuracy of this information, portions may be incorrect or not current. Any person or entity who relies on information obtained from the System does so at his or her own risk.

Address Confidentiality | Apostilles | Archives | Charitable Trusts & Solicitations | Corporations | Digital Signatures
Elections & Voting | International Trade | Library | Medals of Merit & Valor | News Releases | Oral History |
Productivity Board
State Flag | State Seal | Washington History

Washington Secretary of State
801 Capitol Way South
PO Box 40234, Olympia WA 98504-0234
(360) 753-7115



Phone Numbers | Privacy Policy | Accessibility

http://www.secstate.wa.gov/corps/search_detail.aspx?ubi=600092987                              3/27/2008

**EXHIBIT "D"**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | ORDER REFERRING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT, DEFAULT JUDGMENT AND REQUEST FOR HEARING |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court is in receipt of plaintiffs' "Motion for an Entry of Default, a Default Judgment, and Request for a Hearing on the Issue of Damages," filed July 24, 2008.

To the extent plaintiffs seek, by said motion, entry of default against defendant Wilderness Western Holdings, Inc., such request is hereby REFERRED to the Clerk of the Court. See Fed.R.Civ.P. 55(a) (providing, where party "has failed to plead or otherwise defend, . . . the clerk must enter the party's default"). With respect to the remaining relief requested, specifically, a default judgment, the motion is premature for the reason that a default has not been entered, and, accordingly, to such extent, the motion is hereby DENIED without prejudice. Further, any future motion for default judgment must, if required by Rule 55(b), be properly noticed and, as the Court likely will not order an

1 | evidentiary hearing thereon, such motion shall be accompanied by declarations or other
2 | evidentiary support for the amount of damages claimed.
3 | **IT IS SO ORDERED.**
4 | Dated: July 28, 2008

*[signature]*
MAXINE M. CHESNEY
United States District Judge

**EXHIBIT "E"**

Washington Secretary of State

# CORPORATIONS DIVISION - REGISTRATION DATA SEARCH

» Print Page «

## WILDERNESS WESTERN HOLDINGS, INC.

| | |
|---|---|
| UBI Number | 600092987 |
| Category | Regular Corporation |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| Date of Incorporation | 04/06/1973 |
| License Expiration Date | 04/30/2009 |
| Registered Agent Information | |
| Agent Name | W S DOYLE JR |
| Address | 1218 N 20TH AVE |
| City | YAKIMA |
| State | WA |
| ZIP | 98902 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

« Return to Search List

**Disclaimer**
Neither the State of Washington nor any agency, officer, or employee of the State of Washington warrants the accuracy, reliability, or timeliness of any information in the Public

http://www.secstate.wa.gov/print.aspx?url=http://www.secstate.wa.gov/corps/search_detail...   8/15/2008

# EXHIBIT "F"