EXHIBIT "F"

CALIFORNIA OFFICES
NORTH – San Francisco
CENTRAL – Los Angeles
SOUTH – San Diego

CONNECTICUT OFFICE
Hartford

FLORIDA OFFICES
NORTH – Jacksonville - *Satellite Office*
CENTRAL – Tampa
SOUTH – Miami - *Satellite Office*

INDIANA OFFICE
Indianapolis

MARYLAND OFFICE
Baltimore

MASSACHUSETTS OFFICE
Boston

MICHIGAN OFFICE
Detroit

MISSOURI OFFICE
St. Louis

NEW JERSEY OFFICE
Kenneth C. Ho, Esq.*
Newark
*Licensed in New Jersey*

NORTH CAROLINA OFFICE
Raleigh

PENNSYLVANIA OFFICES
EAST – Philadelphia
WEST – Pittsburgh

TENNESSEE OFFICE
Nashville

VIRGINIA OFFICE
Richmond

# KAHN & ASSOCIATES
### L.L.C.

1-888-LEMONS-1
(1-888-536-6671)
Fax 1-888-868-6671
**www.kahnandassociates.com**

**CORPORATE HEADQUARTERS**
55 Public Square, Suite 650
Cleveland, OH 44113
P (216) 621-6101
F (216) 621-6006

**PLEASE REMIT ALL CORRESPONDENCE TO CORPORATE HEADQUARTERS**

December 18, 2007

Mr. Vincent J. Axelson, Esq.
GATES, O'DOHERTY, GONTER & GUY, LLP
15373 Innovation Drive, Suite 170
San Diego, CA 92126

*VIA Electronic Mail and USPS*

Re:     **Neville v. Western Recreational Vehicles, Inc.**

Dear Mr. Axelson:

Pursuant to conversations with my clients, I am authorized to make the following demand of $46,225.57 inclusive of all attorney fees and costs. Mr. and Mrs. Neville will turn over possession of the trailer. The demand is based on statutorily recoverable costs under the Song-Beverly Consumer Warranty Act (CCC 1790 et seq.) and is detailed below.

My clients' use of the trailer has been substantially impaired. Indeed, my clients' will testify that of the 910 days they have owned the trailer, they had planned on using it for approximately 314 days. In actuality, they have been able to use the trailer a mere 77 days (8% of ownership). This is due to all the defects but primarily due to the extremely low clearance on the trailer which only allows them to take the trailer on perfectly flat surfaces and prevents them from using it on uneven surfaces of any kind, including almost all campsites.

**Repurchase Demand**

| | |
|---|---|
| Refund of Purchase Cost (including down payment) | $36,535.53 |
| Refund of Service Contract | $2,315.00 |
| Reimbursement of Incidental Costs Related to Repairs | $2,797.84 |

|  |  |
|---|---|
| Storage Fees: | $1,530.00 |
| Registration (pro-rated for 2008): | $311.60 |
| Locksmith Fee: | $59.00 |
| Out of Pocket Repairs: | $416.04 |
| Insurance (pro-rated for 2008): | $481.20 |

| | |
|---|---|
| Less Usage Offset (8% of total cost) | -$2,922.80 |
| Attorney Fees and Costs | $7,500.00 |
| Total Due to Firm and Clients | $46,225.57 |

I have also enclosed all repair orders and my clients' contemporaneous notes for your review.

Please convey this demand to your clients and advise at your earliest convenience. I look forward to successful resolution of this matter.

Best regards,

*Jannine M. Green*

Jannine M. Green

# DEMAND - SUPPORTING DOCUMENTS

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE INTEREST FINANCE CHARGE

Dealer Number  53478          Contract Number _____          R.O.S. Number _____          Stock Number  1604

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| WILLIAM NEVILLE<br>BARBARA BROWN-NEVILLE<br>12105 WAXWING COURT<br>PENN VALLEY, CA 95946 | RV BROKERS INC<br>1841 ELCAMINO AVE<br>SACRAMENTO CA 95815 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New<br>Used | Year | Make<br>and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2006 | ALPENLITE<br>28RL | | SPECIAL ORDER | [x] personal, family or household<br>[ ] business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (e) | $ 33535.53 (e) | $ N/A (e) | $ 3000.00 is<br>$ 3000.00 (e) |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | | |
| One Payment of | | |
| -1  Payments | 33535.53 | Monthly, Beginning |
| | 33535.53 | Monthly, Beginning |
| One Final Payment | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.

**Prepayment.** If you pay off your debt early, you may be charged a minimum finance charge.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE
**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

#### Vehicle Insurance

| | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | Mos. | $ N/A |
| $ N/A Ded. Collision | Mos. | $ N/A |
| Bodily Injury $ N/A Limits | Mos. | $ N/A |
| Property Damage $ N/A Limits | Mos. | $ N/A |
| Medical | Mos. | $ N/A |
| Total Vehicle Insurance Premiums | Mos. | $ N/A (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____

Co-Buyer X _____

Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

#### Application for Optional Credit Insurance
[ ] Credit Life:  [ ] Buyer  [ ] Co-Buyer  [ ] Both
[ ] Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | Mos. | | $ N/A |
| Credit Disability | Mos. | | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A (b) |

Insurance Company Name _____

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages

### ITEMIZATION OF THE AMOUNT FINANCED

1. Total Cash Price
   A. Cash Price of Motor Vehicle and Accessories          $ 33799.00 (A)
      1. Cash Price Vehicle          $ 32874.00
      2. Cash Price Accessories          $ 925.00
      3. Other (Nontaxable)
         Describe _____          $ N/A
         Describe _____          $ N/A
   B. Document Preparation Fee (not a governmental fee)          $ 45.00 (B)
   C. Smog Fee Paid to Seller          $ N/A (C)
   D. Sales Tax (on taxable items in A+B+C)          $ 2427.78 (D)
   E. Optional DMV Electronic Filing Fee*          $ NONE (E)
   F. (Optional) Service Contract*          $ N/A (F)
   G. (Optional) Service Contract*          $ NONE (G)
   H. Prior Credit or Lease Balance paid by Seller to
      _____          $ N/A (H)
      (see downpayment and trade-in calculation)
   I. (Optional) Gap Contract (to whom paid)*          $ NONE (I)
   J. Other (to whom paid)* _____          $ N/A (J)
      For _____
   Total Cash Price (A through J)          $ 36271.78 (1)

2. Amounts Paid to Public Officials
   A. License Fees  Estimated          $ 255.00 (A)
   B. Registration/Transfer/Titling Fees          $ N/A (B)
   C. California Tire Fees*          $ 8.75 (C)
   D. Other          $ NONE (D)
   E. Other          $

| | | |
|---|---|---|
| Total Official Fees (A through E) | $ 263.75 | (2) |

3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance column a + b) $ _____ (3)
4. **Smog Certification or Exemption Fee Paid to State** $ N/A (4)
5. **Subtotal (1 through 4)** $ 36535.53 (5)
6. **Total Downpayment**
   A. Agreed Trade-In Value   Yr ___ Make ___ $ N/A (A)
      Model ___ Odom ___
      VIN ___
   B. Less Prior Credit or Lease Balance $ _____ (B)
   C. Net Trade-In (A less B) (indicate if a negative number) $ N/A (C)
   D. Deferred Downpayment $ NONE (D)
   E. Manufacturer's Rebate $ NONE (E)
   F. Other $ NONE (F)
   G. Cash $ 3000.00 (G)
   Total Downpayment (C through E) $ 3000.00 (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number in 1H above)
7. **Amount Financed (5 less 6)** $ 33535.53 (7)
   *Seller may keep part of these amounts.

---

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: N/A
Amount $ N/A  Finance Charge $ N/A
Total $ N/A  Payable in N/A
installments of $ N/A  $ N/A
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ **Name of autobroker receiving fee, if applicable:**

---

**NOTICE OF RESCISSION RIGHTS**
If Buyer and Co-Buyer sign here, the provisions of the Rescission Rights section on the back giving the Seller the right to rescind if Seller is unable to assign this contract to a financial institution will apply.

Buyer X _____  Co-Buyer X _____

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before _____, Year ___ SELLER'S INITIALS _____

---

Date: (c) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).
You want to buy the credit insurance.

Date  X _____
      Buyer Signature            Age
      X _____
Date  Co-Buyer Signature         Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1.F. See your gap contract for details on the protection it provides. It is a part of this contract.
Term N/A  Mos N/A
                    Name of Gap Contract
You want to buy a gap contract.

Buyer X _____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1.F and/or 1.G above.
1.F Company NOT INCLUDED
Term _____ Mos. or _____ Miles
1.G Company _____
Term _____ Mos. or _____ Miles
Buyer X _____

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

X _W.M. Acosta_
  Buyer Signs
X _B. L. Brown - Neville_
  Co-Buyer Signs

---

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X _____  X _____

---

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-In Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in item 6.B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in item 6.B as "Prior Credit or Lease Balance," Seller will refund the difference to you.

Buyer X _____  Co-Buyer X _____

---

**Notice to buyer:**
(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _W.M. Acosta_  Co-Buyer Signature X _B. L. Brown - Neville_

---

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

---

**THERE IS NO COOLING OFF PERIOD**
California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION

**THERE IS NO COOLING OFF PERIOD**

**California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud.**

**YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION CLAUSE ON THE REVERSE SIDE, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.**

Buyer Signature X [signature] Date 6/11/05 Co-Buyer Signature X [signature] Date 6/11/05

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X ______ Address ______

**GUARANTY**

To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X ______ Date ______ Guarantor X ______ Date ______

Address ______ Address ______

Seller Signs RV BROKERS INC Date ______ By X [signature] Title MANAGER

LAW® FORM NO. 553-CA-ARB (REV. 1/05) U.S. PATENT NO. D460,782
©2005 Reynolds and Reynolds TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH-IN-LENDING COPY

damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge equal to the Annual Percentage Rate shown on the front of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.

Default means:

- You do not pay any payment on time;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- The vehicle is lost, damaged or destroyed.
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them

... your disability insurance covers all of your missed payment(s), w... CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOS... UPON OR REPOSSESS ANY COLLATERAL UNTIL THRE... CALENDAR MONTHS AFTER your first missed payment is due until the insurance company pays or rejects your claim, whichev... comes first. We can, however, try to collect, foreclose, or repossess... you have any money due and owing us or are otherwise in defa... when your disability claim is made or if a senior mortgage or lien hold... is foreclosing.

If the insurance company pays the claim within the three calend... months, we must accept the money as though you paid on time. If th... insurance company rejects the claim within the three calendar month... or accepts the claim within the three calendar months on a parti... disability and pays less than for a total disability, you will have 35 day... from the date that the rejection or the acceptance of the parti... disability claim is sent to pay past due payments, or the differenc... between the past due payments and what the insurance compan... pays for the partial disability, plus late charges. You can contact us, an... we will tell you how much you owe. After that time, we can take actio... to collect or foreclose or repossess any collateral you may have giver... If the insurance company accepts your claim but requires that yo... send in additional forms to remain eligible for continued payments, yo... should send in these completed additional forms no later tha... required. If you do not send in these forms on time, the insuranc... company may stop paying, and we will then be able to take action t... collect or foreclose or repossess any collateral you may have given.

**Rescission Rights**

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may rescind (cancel) the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to rescind. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss

**Work Sheet**
**For Proposed**
**Purchase Contract**

Stock No. ~~Kevin Lg~~
Date 8/3/3
Source _____

NAME WILLIAM & BARBARA NEVILLE
ADDRESS Penn 12105 WAXSW WAXWING CT
CITY GRASS VALLEY   STATE CA.   ZIP 95946   PHONE (530) 432-950

| NEW ☑ | USED ☐ | COLOR | GAS ☐ | DIESEL ☐ | OTHER ☐ | TRIM | Approx. Del Date | R.O.S. No. |
|---|---|---|---|---|---|---|---|---|

| YEAR | CYL | MAKE ALPENLOR | MODEL Aspen 28 RL | TYPE | V.I.N. | | |
|---|---|---|---|---|---|---|---|
| 06 | | ODOMETER | | KEY NO. | TAB NO. | LIC. NO. | |

## A — SALE PRICE    MSRP 34,439

| ACCESSORIES | | |
|---|---|---|
| | | No Trade |
| MOTOR VEHICLE & ACCESSORIES | $ | Special |
| DOCUMENTARY FEE (NOT A GOVERNMENTAL FEE) | $ | |
| SALES TAX | $ | |
| SMOG CERT. | $ | $32,195 |
| LIC. FEE | $ | |
| TOTAL | $ | + T & L |

(handwritten in accessories area) No formal Kit Needed $895 x   2943 Discount

## B — TRADE-IN

| NEW ☐ | USED ☐ | COLOR | GAS ☐ | DIESEL ☐ | OTHER ☐ | TRIM | Approx. Del Date | R.O.S. No. |
|---|---|---|---|---|---|---|---|---|

| YEAR | CYL | MAKE | MODEL | TYPE | V.I.N. | | |
|---|---|---|---|---|---|---|---|
| | | ODOMETER | | KEY NO. | TAB NO. | LIC. NO. | |

| PAYOFF | $ | SPOKE TO |
|---|---|---|
| PAYOFF TO | | GOOD TILL |
| ADDRESS | | HOW PAID |

Trade-in Allowance $

## C — CASH

$ _____ DEPOSIT    $ 500 DOWN PAYMENT

Cash down

## D — PAYMENTS

$ 278 x 15 years
6.99%

SALESPERSON: JOHN Pierce
                  Print Name
SALES MANAGER: PHIL Common        (X)

# WESTERN RECREATIONAL VEHICLES, INC.
# CUSTOMER ACCEPTANCE FORM - NON-MOTORIZED

FILL OUT THIS FORM COMPLETELY BY DEALER OR AUTHORIZED REPRESENTATIVE
(Please print or type)

BRAND NAME: ALPENLITE    MODEL: TASFBRD    SERIAL NO.: 30519

DEALER'S NAME: R.V. BROKERS    PURCHASE DATE: 

SALESPERSON:    OWNER'S NAME:

ADDRESS:    ADDRESS:

CITY & STATE:    CITY & STATE:

ZIP CODE:    ZIP CODE:    PHONE #:

ALL ITEMS MUST BE CHECKED BY DEALER TO INDICATE WORK COMPLETED

**1. WATER & PLUMBING SYSTEMS**
- WATER TANK
- WATER PUMP
- WATER LINES
- ALL FAUCETS
- WATER INTAKE
- WATER HEATER
- HOLDING TANKS
- ALL WATER TRAPS
- TUB & LAVATORY
- SINKS
- HOLDING TANK VALVES
- OUTSIDE SHOWER DRAINS

**2. ELECTRICAL SYSTEM**
- 110 V SYSTEM
- 12 V SYSTEM
- ALL INTERIOR LIGHTS
- ALL EXTERIOR LIGHTS
- CONVERTER/INVERTER OPERATION
- STEREO SYSTEM
- RV BATTERY
  - RV battery hooked up
  - Charge level of the RV battery was at least .265 specific gravity
  - RV battery mounting secure
  - Brand name of RV battery

**3. LP GAS SYSTEM**
- GAS LINE
- GAS BOTTLE
- GAS REGULATOR
- REFRIGERATOR VENTS

**4. RUNNING GEAR**
- WHEEL BEARING & PLAY
- BRAKE ADJUSTMENT
- BRAKE WIRE CONNECTIONS
- BREAK AWAY SWITCH
- CRANKS & JACKS OPERATE OK

**5. GENERAL APPEARANCE ITEMS**
- INTERIOR/EXTERIOR TRIM MOLDING
- EXTERIOR FINISH (Spot paint, steps, bumper, pin box, frame touch up & rub out as necessary)
- ACCESS DOOR(S)
- ACCESS LOCK(S)
- WINDOWS' PROPER ADJUSTMENT
- SLIDE-OUT OPERATION

**6. FACTORY INSTALLED OPTIONS**

**DEALER INSTALLED OPTIONS**

**SAFETY PROCEDURES**
- LP GAS TEST
  - Manometer was hooked up. LP Gas system at location
  - test reading was
  - Wind velocity was _____ minutes
  - Pressure was then adjusted to _____ inches water column
- FURNACE AND THERMOSTAT LIGHTING AND MAINTENANCE
- RANGE AND OVEN LIGHTING AND
- WATER HEATER OPERATIONS LIGHTING AND MAINTENANCE
- OPERATION OF GAS REGULATOR
- REFRIGERATOR OPERATION LIGHTING AND MAINTENANCE
- TORQUE WHEEL LUGS TO CORRECT FOOT LBS
- TRAILER BRAKE TEST SATISFACTORY
- TIRE PRESSURE (see tire for correct inflation)
- ENTRANCE DOOR LOCK(S)
- COMPLETE REVIEW OF OWNER'S MANUAL WARRANTY CARDS COMPLETION

The purchaser must initial the appropriate spaces to indicate each item has been performed in his/her presence and/or explained to his/her complete satisfaction

___ WATER & PLUMBING SYSTEM    ___ 3. LP GAS SYSTEM    ___ 5. GENERAL APPEARANCE    ___ DEALER OPTIONS

___ ELECTRICAL SYSTEM    N/A 4. CHASSIS/RUNNING GEAR    ___ 6. FACTORY OPTIONS    ___ SAFETY PROCEDURES

**WARNING: The customer is expected to read this document before it is signed**

The purchaser should not sign this statement until all of the items indicated above have either been performed or explained to his/her satisfaction. The dealer is not authorized to deliver this recreational vehicle unless the above items have been performed and this form has been properly completed and signed by both the sellers and the purchaser.

The undersigned parties attest to the fact the above representations are, to the best of their knowledge, true and that the purchaser has received a copy of this Customer Acceptance Form.

Dealer Signature    Date: 9-12-05    Purchaser's Signature    Date: 9-12-05

Revised 09/98   ROUTING:   ORIGINAL - Returned to WRV    CANARY - Returned to WRV    PINK - DEALER    GOLDEN - CUSTOMER    WRV Part No. 25607

DEPT. RV SALES INVOICE  DOCUMENT ORDER  FINAL SALES/CONFIRMATION NO 1 OF 13
60120499

## WESTERN RECREATIONAL VEHICLES, INC.
P.O. Box 9547, Yakima, WA 98909-0547
509-457-4133

| Sold to: | R.V. BROKERS 1841 EL CAMINO AVENUE SACRAMENTO CA 95815 | Financed by: | G.E. COMMERCIAL DIST. FINANCE |
|---|---|---|---|

| DEALER CODE | SALES | PO NUMBER | ORDER DATE | APPROX. DEL. | | SERIAL NUMBER |
|---|---|---|---|---|---|---|
| U354700 | 4 | 1405 | 06/07/05 | 07/26/05 | | 1W52ATN236Y050519 |

| QTY | ITEM NUMBER | DESCRIPTION |
|---|---|---|
| 1.00 | ATN056 | TAS 28RL ASPEN TRAVEL TRAILER |
| 1.00 | 504006 | CONVENIENCE PACKAGE |
| 1.00 | 501560 | GO RVING SEAL |
| 1.00 | 504022 | ENTERTAINMENT PACKAGE |
| 1.00 | 504010 | COLEMAN 13.5 BTU HI-EFF. A/C |
| 1.00 | 504045 | A&E SUNCHASER PATIO AWNING |
| 1.00 | 504012 | EXTERIOR BARBECUE W/ BRACKET |
| 1.00 | 504013 | DUAL LOCKING BIKE RACK |
| 1.00 | 504011 | MICROWAVE OVEN |
| 1.00 | 504007 | ROOF LADDER |
| 1.00 | 502480 | 100 WATT SOLAR PANEL |
| 1.00 | 504014 | WINEGARD AMPLIFIED TV ANT. |
| 1.00 | 504095 | THERMAL PANE WINDOWS |
| 1.00 | 504018 | ELECTRIC TONGUE JACK |
| 1.00 | 504102 | AUTO-IGNIT.DSI WATER HEATER-110V |
| 1.00 | 599999 | TWO BATTERIES & 1,000W INVERTER |
| 1.00 | 599999 | CUSTOM LAMINATE HARDWOOD FLOOR |
| 1.00 | 504120 | CINNABARK INTERIOR DECOR |
| 1.00 | 504121 | DUAL BARREL CHAIR OPTION |

SPECIAL INSTRUCTION ORDER:  6-28-05  CO #13651
CUSTOMER:  NEVILLE
ECR #31886

*Hi!*

*Please review your order, sign below & fax it back to me at (916)927-5135*

*Thanks!*
*Phil*

B.L. Brown - Neville

**RV Brokers**  New & Used RV's  Service · Rentals

**Phil Gummow**
Sales Manager

916-929-9999
fax: 916-927-5135

www.rvbrokers.com
email: phil@rvbroker.com

*Quality products, factory direct pricing!*

07/26/05

1 - ORIGINAL

returned by FAX  7.18.05

EFFECTIVE: 6/1/2005

*Alpenlite*
**ASPEN**

916 927 5135

**2006 SUGGESTED *RETAIL* PRICE LIST**

DEALER: RV Brokers
CUSTOMER: Bill & Barbara Neville

ORDER DATE: 6/8/05
VIN: _____

## INTERIOR CHOICES

| | |
|---|---|
| ☐ | CINNABARK (EARTHTONES) |
| ☐ | MEADOWLANDS (SAGE/GREEN) |
| ☐ | PLATINUM (SILVER/GREY) |
| ☒ | Woodlands (if possible) |

## TRAVEL TRAILERS

| | | |
|---|---|---|
| ☐ | 26RB | 26,847 |
| ☒ | 28RL | 27,594 |
| ☐ | 28RB | 27,537 |

## FIFTH WHEELS

| | | |
|---|---|---|
| ☐ | 27RL | 35,286 |
| ☐ | 27RB | 34,218 |

☒ **CONVENIENCE PACKAGE**    1,237

FIBERGLASS FRONT CAP
FIBERGLASS REAR CAP
SPARE TIRE & CARRIER
STABILIZER JACKS
BLACK FOLDING STOVE TOP COVER
WELD-A-FLUSH TANK FLUSH SYSTEM
INTEGRATED SYSTEMS MONITOR PANEL
KENWOOD AM/FM CD PLAYER (4) SPKRS
FAN-TASTIC CREATE-A-BREEZE ROOF VENT
CLOTH SHOWER CURTAIN (28RL Only)
BI-FOLD SHOWER DOOR (26RB, 27RB, & 28RB)
AUTOMOTIVE STYLE WHEEL COVERS
TONGUE JACK CASTOR (N/A FIFTH'S)
MOLDED STORAGE TRAY (N/A FIFTH'S)
DRIVER SIDE SECURITY LIGHT
LARGE PASS. SIDE SECURITY "SCARE" LIGHT
OUTSIDE SHOWER
PORCELAIN TOILET

☒ 100 watt inverter / 100 Watt Solar Panel w 2 batterys

☐ **ENTERTAINMENT PACKAGE**    623

19" RCA COLOR TV WITH REMOTE
DVD PLAYER WITH REMOTE
KENWOOD OUTDOOR MARINE SPEAKERS

## OPTIONS

| | | |
|---|---|---|
| ☒ | AIR CONDITIONER, 13.5K BTU HIGH-EFF. | 730 |
| ☐ | AWNING, PATIO (ELECTRIC) w/ Remote | 1,858 |
| ☒ | AWNING, PATIO (MANUAL) | 468 |

## OPTIONS (Cont)

| | | |
|---|---|---|
| ☒ | BARBECUE (EXTERIOR w/ BRACKET) | 216 |
| ☒ | BIKE RACK (DUAL, LOCKING) | 351 |
| ☐ | CSA APPROVAL (CANADA ONLY) | 329 |
| ☐ | DINETTE (FREE-STANDING) | 295 |
| ☒ | DUAL CHAIR OPTION  (28RL only) | 224 |
| ☐ | FACTORY PICK UP BY CUSTOMER | 359 |
| ☐ | GENERATOR READY, 2500W LPG | 294 |
| | (FIFTH WHEEL ONLY) | |
| ☐ | GENERATOR, 2500W LPG (FIFTH ONLY) | 3,194 |
| ☐ | HIDE-A-BED (FIFTH ONLY) | 252 |
| ☒ | MICROWAVE OVEN | 232 |
| ☐ | REAR DINETTE OPTION (28RL only) | 306 |
| ☒ | ROOF LADDER | 141 |
| ☐ | SATELLITE DISH w/o RECEIVER | 324 |
| ☐ | SOLAR PANEL (100 WATT) | 970 |
| ☒ | TELEVISION (FLAT SCREEN) | 94 |
| ☒ | TELEVISION ANTENNA | 158 |
| ☒ | THERMAL PANE WINDOWS | 773 |
| ☒ | TONGUE JACK - ELECTRIC | 179 |
| | (TRAILER ONLY) | |
| ☒ | WATER HEATER, GAS/110V DSI AUTO IGN. | 167 |

N/A
WMAC
6/8

☒ Upgrade flooring in entry/gallery & bathroom

| | |
|---|---|
| BASE PRICE | _____ |
| OPTIONS | _____ |
| FREIGHT | _____ |
| STATE CODE TAG | _____ |
| GO RVING SEAL | 5_ |
| TOTAL | _____ |

*All prices F.O.B. Yakima, Wa. Prices and specifications are subject to change without notice.*
*Individual parts prices may not be same as option prices.*

W.M.Neville    6-11-05

## FEATURES & OPTIONS
### 2005 *Alpenlite* ASPEN

## BODY AND CHASSIS CONSTRUCTION

5-Year Limited Structural Warranty
45 degree MIG welded 6005 T-5 aircraft quality
 aluminum tube structure
Lampro® high gloss gelcoated fiberglass exterior
 w/luan reinforcement
2lb. density polystyrene closed cell block
 foam insulation
Vacubond laminated ceiling, sidewalls and floor
 w/block foam insulation
Weyerhaeuser Structurwood® flooring -
 Limited 25-year Warranty
Drip rails, both sidewalls, w/down spouts at front
 and rear to minimize "black streaking"
Dicor Brite-Tek® one-piece thermal polyolefin (TPO)
 roofing membrane w/12-year Limited Warranty
Crowned roof with molded, high-efficiency
 "straight line" A/C ducting
Custom BAL® Huck® bolted steel chassis
 w/outriggers and shear plates (Travel Trailers)
1000 lb. capacity BAL® Tongue Jack (Travel Trailers)
Dexter Tor-Flex® tandem 3500 lb. axles
 w/independent suspension (Travel Trailers)
Custom designed Lippert® I-beam steel chassis
 (Fifth-Wheels)
Lippert® electric front landing jacks (Fifth-Wheels)
Dexter® tandem 4000 lb. axles (Fifth-Wheels)
Leaf spring suspension with adjustable ride height
 (Fifth-Wheels)
Extended pin box (Fifth-Wheels)
15" radial tires
Lippert® electric living area slide-out w/blade
 and bulb seals
Fully sealed, insulated, heated underbelly
 and storage tanks

## SAFETY AND CONVENIENCE

Atwood® Protector LPG leak detector and alarm
Integrated back-up lights
10" x 2 1/4" electric drum brakes on all wheels
Hickory Springs® mounted pull-out entry steps
 (Travel Trailers)
Folding 3-tier entry step (Fifth-Wheels)
Smoke detector and alarm
First Alert® fire extinguisher
White framed radius safety glass windows
Dead bolt entry lock
24" powder coated entry grab bar, through bolted
 to sidewall (Travel Trailers)
Lend-A-Hand® entry folding assist handle
 (Fifth-Wheels)
Awning and entry door light with interior switch
Rear exterior hi-mount halogen spot lamps
 w/interior switch

## BATH FEATURES

Karadon® one-piece solid surface vanity countertop
 w/backsplash
Undermounted stainless steel vanity sink
Shower pan with floor reinforcement
Thetford® fresh water flush toilet
Dual control vanity sink faucet w/pop-up stopper
Satin nickel finish towel bar, towel ring &
 toilet paper holder
Ducted heat into bath area
Duplex ceiling light fixture for increased brightness
 and better light control
Telephone style showerhead w/water saving
 on/off feature
GFCI protected 110V electric receptacle
Large under sink storage area
Residential medicine cabinet w/Maple hardwood
 framed mirrored door
Mildew resistant vinyl shower curtain w/tie back
 (n/a 27RL Fifth-Wheel)
Screened ceiling vent w/ power exhaust fan
Armstrong® vinyl floor covering

## PLUMBING & ELECTRICAL SYSTEMS

30 amp service with 25' service cord
Suburban® 6 gallon water heater
Shurflo® water pump w/in-line filter
Enclosed, insulated and heated holding tanks
Liquid waste hose carrier
Enclosed, insulated and heated dump valve system
Insulated fresh water tank
Low point fresh water drains
Water heater by-pass
Manchester® dual LPG tanks
Marshall® 2-stage LPG regulator
Iota® 30 amp converter w/automatic battery charger
Pre-plumbed for exterior LPG connection
Dual battery area
Pre-wired for roof air conditioner
Pre-wired for cable TV/satellite dish/TV antenna
Pre-wired for solar panel
110V GFCI protected patio receptacle
110V GFCI convenience outlets
7-way molded 12V trailer light connector

## GALLEY

Dometic® 6-cubic ft. refrigerator / freezer
Amana® sealed 3-burner black high-output range
Range hood w/exhaust fan & light
Amana® oven w/igniter and black glass front
Karadon® custom one-piece solid surface
 countertop
Karadon® Solid Surface split sink covers
Huntington Brass® satin nickel single control
 residential sink faucet
Easy clean vinyl covered Euro Drawers w/residential
 grade metal roller guides
Large lightweight laminate dinette table top
Large under sink storage area
Undermounted dual bowl stainless steel sink
Armstrong® vinyl floor covering

## EXTERIOR

Torque and slider windows for maximum air flow
Grey 20% Solar Privacy Glass windows
 w/sliding screens
Sanitation Station with fresh fill and city
 water connection
Lockable pass-through storage access
Fiberglass rear brow
Marker lights, front, side and rear
Rear license plate holder w/ light
White framed radius top entry door
Dent resistant automotive style skirting
Molded LPG tank access cover with thumb latches
 (Travel Trailers)
Integrated sewer hose carrier and door
Insulated storage access doors
Color coordinated graphics
Common keyed exterior compartments

## INTERIOR COMFORTS

Suburban® 31,000 BTU auto-ignition ducted furnace
Solid Maple hardwood cabinet doors
Solid Maple hardwood drawer fronts
Screwed, glued and stapled wood face frame cabi-
 netry w/added steel strip attachment points
Satin nickel residential cabinet hardware
Flexsteel® residential style premium upholstery
 fabric & foam
Flexsteel® Jack-Knife Sleeper Sofa
Reversible dinette cushions with removable zip-
 pered covers
Deluxe upholstered valances & lambrequins
Full 60" x 76" queen size bed
Custom fit designer bedspread
Bodyrest® custom innerspring mattress
Designer bedroom pillows w/shams

## INTERIOR COMFORTS (cont.)

Upholstered designer headboard in bedroom
Cedar lined main wardrobe
Screened roof vents
Designer Interior Choices -
 Autumn Woods (Natural/Beige)
 Sherwood (Green)
 Woodlands (Earthtones)
Pleated shades in galley, dinette & sleeper area
Carriage® deluxe residential stain resistant carpet
6 lb. rebond carpet pad
Reading wall lamps in bedroom
Designer wall paper border in bedroom
Removable pull-out storage bins under bed
Convenience shelf in bedroom area

## OPTIONS

A&E® Sunchaser Manual Patio Awning
A&E® Weather Pro Electric Awning w/weather
 shield, wind sensor and remote control
Coleman® Power Saver Hi-Efficiency Roof Air
 Conditioner - 13,500 BTU w/ Chill Grill  feature &
 digital wall thermostat
RVQ® Exterior BBQ w/mounting bracket
Rear Mount Bike Rack-lockable & removable,
 for 2 bikes
Electric Tongue Jack (Travel Trailers)
Roof Ladder
Dometic® over the range microwave oven
 w/carousel, hood fan and light
Winegard® Mounted Satellite Dish w/out receiver
Winegard® Amplified Directional TV Antenna
Auto-Ignition DSI Water Heater Feature
Dual Barrel Chair Option (28RL Travel Trailer only)
Rear Dinette Option (28RL Travel Trailer only)
Onan® Microlite XL 2500W LPG Generator-factory
 installed (Fifth-Wheels only)
Generator Ready (Fifth-Wheels only)
Flexsteel® Hide-A-Bed (Fifth-Wheels only)

## OPTION PACKAGES

### Convenience Package
Mounted spare tire, wheel and carrier
BAL® stabilizer jacks w/crank handle
Exterior Trim Package -
 Custom molded aerodynamic fiberglass front cap
 Custom molded fiberglass rear cap
Kenwood® AM/FM CD player w/4 speakers
Outside Shower w/residential dual control located
 in Sanitation Station
Molded sliding tray in pass-through storage
 (Travel Trailers)
Large passenger side security "scare" light
Driver side security light
Weld-A-Flush® waste tank flush system located
 in Sanitation Station
Integrated systems monitor panel w/batt. cond.,
 fluid level and "water pump on" indicator
Porcelain toilet
Residential cloth & vinyl shower curtain
 (Travel Trailers and Fifth-Wheel)
Automotive style full wheel covers (Travel Trailers)
Tongue jack castor wheel (Travel Trailers)
Fan-tastic® Create-A- Breeze roof vent
Black enamel folding stove top cover

### Entertainment Package
19" stereo television w/remote & audio/visual jacks
2 - Kenwood® marine outdoor entertainment
 speakers w/interior cut off switch
DVD/CD Home Theater Sound System with
 remote control

### Power Package
1000W Xantrex® inverter w/2 Interstate®
 12V deep cycle batteries
100 Watt Solar Panel

**easycare**

# RECREATIONAL VEHICLE
# APPLICATION FOR
# RV SERVICE CONTRACT

1031423 CA (704) | **RVX** 5123369

## CUSTOMER INFORMATION

| CONTRACT HOLDER'S NAME (LAST) | (FIRST) | (MIDDLE INITIAL) |
|---|---|---|
| NEVILLE | WILLIAM | M |

| CONTRACT HOLDER'S ADDRESS (STREET) | (CITY) |
|---|---|
| 12105 WAXWING COURT | PENN VALLEY |

| (STATE) | (ZIP CODE) | CONTRACT HOLDER'S PHONE NUMBER (HOME) | CONTRACT HOLDER'S PHONE NUMBER (WORK) |
|---|---|---|---|
| CA | 95946 | 530-432-9584 | |

| VEHICLE IN-SERVICE DATE | VEHICLE SALE DATE | ODOMETER MILES ON SALE DATE | VEHICLE PURCHASE PRICE | SERVICE CONTRACT PRICE |
|---|---|---|---|---|
| 9.12.05 | 09/12/05 | | 32874.00 | 2315.00 |

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | VEHICLE MODEL |
|---|---|---|---|
| 1W82ATN336Y050519 | 2006 | WESTERN RV | 28RL |

| COVERAGE TYPE | VEHICLE TYPE | | | | | COVERAGE SELECTED | |
|---|---|---|---|---|---|---|---|
| NEW ☒  USED | MOTOR HOME | TRAVEL TRAILER ☒ | 5TH WHEEL | POP-UP/TRUCK CAMPER | | MOTOR HOME COVERAGE (Items 1-27) | TOWABLE/BOX (Items 13-27) |

| MANUFACTURER'S WARRANTY | | SERVICE CONTRACT PERIOD (See Section II) | |
|---|---|---|---|
| Month(s) 12 | Miles (If Applicable) | Month(s) 84 | Miles (If Applicable) |

| OPTIONS SELECTED | DELUXE APPLIANCE COVERAGE | SLIDE OUT ROOM ☒ | LEVELING JACKS | COMMERCIAL USE |
|---|---|---|---|---|

| PROVIDER (if different from SELLING DEALER) | SELLING DEALER |
|---|---|
| | RV BROKERS INC. |

| SELLING DEALER'S ADDRESS (STREET) | (CITY) |
|---|---|
| 1841 ELCAMINO AVE | SACRAMENTO |

| (STATE) | (ZIP CODE) | SELLING DEALER'S PHONE NUMBER | SELLING DEALER'S FAX NUMBER |
|---|---|---|---|
| CA | 95815 | 916-929-9999 | 916-927-1553 |

| DEDUCTIBLE OPTION | $50 ☒  $100 ☐  $250 ☐  $500 ☐ | LIENHOLDER (NAME) CASH DEAL |
|---|---|---|

| CONTRACT HOLDER'S EMAIL ADDRESS |
|---|

## WHAT IS COVERED

## NEW AND USED RECREATIONAL VEHICLES

☒ **YES!** YOU (CONTRACT Holder) whose signature appears below, acknowledge that: The information contained above is, to the best of YOUR knowledge true. YOU have read the Terms and Conditions of the CONTRACT and understand and accept all of the provisions herein; YOU AGREE TO MAINTAIN THE COVERED VEHICLE IN ACCORDANCE WITH THE MANUFACTURER'S AND THE CONTRACT'S STATED PERIODIC MAINTENANCE REQUIREMENTS AND KEEP ALL RECEIPTS OF SUCH SERVICE; YOU understand that authorization from the ADMINISTRATOR must be received before any repairs are performed under the CONTRACT; Coverage is not afforded to any optional items listed in the Customer Information section above unless the corresponding box(es) is marked. All components/parts listed in the coverage section of the CONTRACT must be factory-installed, or if dealer-installed, must meet all manufacturer installation specifications in order for coverage to be applied. In addition, all components/parts must be installed in the covered VEHICLE at the time of the purchase of this Service Contract. Any additional components/parts added to the VEHICLE after the original date of purchase are excluded from coverage.

_W M Neville_ | 09/12/05 | _[signature]_
CONTRACT Holder's Signature | CONTRACT Purchase/Effective Date | SELLING DEALER'S Authorized Representative's Signature

In approximately 60 days from the date YOU sign this application, YOU will receive YOUR actual CONTRACT and an identification Card confirming the acceptance and validity of the CONTRACT. If YOUR application is not accepted, YOU will receive a full refund for the cost of the CONTRACT from the SELLING DEALER.

Purchase of this coverage is not required to obtain financing or to register a motor vehicle. This is not an automobile liability insurance contract. WE do not disclose information about our customers to anyone, except as permitted by law.

## MOTOR HOME COVERAGE (1-27)



**Andi Dove**
Finance Manager
☎ 916-927-6537
fax:916-927-1553



_Quality products,
factory direct pricing!_

www.rvbrokers.com
email:andi@rvbrokers.com

6. **SUSPENSION:** Strut bar and bushing, upper and lower control arms, shafts, and bushings; upper and lower ball joints; steering knuckles; wheel bearings; stabilizer shaft, linkage, and bushings; kingpin and bushing.

8. **BRAKING/AIR-HYDRAULIC-ABS:** Master cylinder; power assist booster; wheel cylinders; combination valves; hydraulic lines and fittings; power brake cylinder; backing plates; springs, clips and actuators. Air brake compressor, tank, auto bleeder valve, diaphragm, treadle, disc caliper, compensating valve and slack adjusters; ABS control unit, actuator and wheel speed sensors, parking brake assembly.

9. **ELECTRICAL:** Starter; alternator; voltage regulator; distributor; solenoids, relays, manually operated switches, wiper motors, gauges, window motors and regulators; window defrosters, mirror motors and controls; power antenna and motors; seat motors; power door lock actuators; cruise control transducer, servo and engagement switch; turn signal switch; dashboard clock; dual battery paralleling switch, back up alarm.

10. **ELECTRONIC IGNITION:** Electronic ignition control module and all related sensors; electronic engine timing control unit and sensors, electronic spark detonation sensors and controller; coil(s).

11. **HEATING/COOLING:** Water pump, including impeller shaft, bearings and bushings; radiator; heater core; thermostat; fan; fan clutch; fan motor and controller module; coolant recovery unit; fan shroud; electric block heater.

12. **FUEL DELIVERY:** Fuel pump; fuel pressure regulator, fuel tank, metal fuel lines; fuel distributor; fuel injection pump; fuel heater; fuel injectors (excluding contamination); auxiliary tank switch; electronic fuel mixture control unit and sensors.