

```
3 3 531 **********AUTO**MIXED AADC 300
WILLIAM M NEVILLE
12105 WAXWING CT
PENN VALLEY, CA  95946-9675
```

Thank you for choosing the **EasyCare Recreational Vehicle Service Contract**. We're sure that you will enjoy years of worry free travel with your new RV and **EasyCare**. Please review the information contained in the enclosed document to be sure that everything is correct. If you have any questions please contact the administrator at **1-800-538-4181**.

REMOVE CARD CAREFULLY
AND KEEP WITH YOUR VEHICLE



RV BROKERS

CONTRACT HOLDER
**WILLIAM M NEVILLE**

VEHICLE(YEAR/MAKE/MODEL/VIN)
**06 WEST  1W52ATN236Y050519**

| CONTRACT NUMBER | DEDUCTIBLE (PER VISIT) |
|---|---|
| **RVX5123369** | **$50** |

COVERAGE
**TOWABLE/BOX (ITEMS 13-27)**

| PHONE NUMBER | EXPIRATION DATE | EXPIRATION MILEAGE |
|---|---|---|
| **800-538-4181** | **09/11/2012** | **999,999** |

Call (800)538-4181 for CLAIMS SERVICE and CUSTOMER SERVICE
ADMINISTRATIVE OFFICES: P.O. Box 88230 • Atlanta, GA 30356-8230

1084228 (1/03)

ADMINISTERED BY
AUTOMOBILE PROTECTION CORPORATION
P.O. BOX 88230, ATLANTA, GA 30356-8230
LICENSE #0711915
800-538-4181

# RECREATIONAL VEHICLE SERVICE CONTRACT

## CUSTOMER INFORMATION

CONTRACT HOLDER
**WILLIAM M NEVILLE**

| CONTRACT NUMBER | CONTRACT TERM | SALE DATE | CONTRACT EXPIRATION DATE |
|---|---|---|---|
| RVX5123369 | 84 MONTHS or 999,999 MILES | 09/12/2005 | 09/11/2012 |

| ODOMETER READING ON CONTRACT SALE DATE | CONTRACT EXPIRATION MILEAGE | COVERAGE | PLAN TYPE (SEE SECTION E.) | OPTIONAL COVERAGE |
|---|---|---|---|---|
| 0 | 999,999 | TOWABLE/BOX (ITEMS 13-27) | NEW | SLIDEOUT |

| VEHICLE IDENTIFICATION | CONTRACT PURCHASE PRICE | MAKE | MODEL | YEAR |
|---|---|---|---|---|
| 1W52ATN236Y050519 | $2315.00 | WEST | 28RL | 2006 |

DEDUCTIBLE
$50 PER VISIT. See your contract for more details.
Tires are $50 for each repair or replacement

SELLING DEALER
RV BROKERS, INC.
1841 EL CAMINO AVE
SACRAMENTO, CA 95815
916-927-6537

ISSUING PROVIDER (IF DIFFERENT FROM SELLING DEALER)
WARRANTY SUPPORT SERVICES LLC
P.O. BOX 88230
ATLANTA, GA 30356
800-538-4181

LIENHOLDER

---

PURCHASE OF THIS COVERAGE IS NOT REQUIRED TO OBTAIN FINANCING OR TO REGISTER A MOTOR VEHICLE.
THIS IS NOT AN AUTOMOBILE LIABILITY INSURANCE CONTRACT.
WE DO NOT DISCLOSE INFORMATION ABOUT OUR CUSTOMERS TO ANYONE, EXCEPT AS PERMITTED BY LAW.

## WHAT IS COVERED — NEW OR USED VEHICLES

### MOTOR HOME COVERAGE (1-27)

1. **ENGINE:** Cylinder head(s), cylinder block, cylinder sleeves/liners. All internally-lubricated parts. Timing belt and tensioners, eccentric shaft; oil pump; oil pan; exhaust manifold(s); intake manifold, engine mounts and cushions; timing cover; valve covers; harmonic balancer; ring gear; flexplate; diesel engine vacuum pump; turbocharger, wastegate, oil cooler.
2. **TRANSMISSION:** Transmission case; torque converter and all internally-lubricated parts thereof; vacuum modulator; internal linkage; mounts; oil pan; cooler and cooler lines, transmission control pad, control module.
3. **DRIVE AXLE/TAG AXLE:** Differential housing; final drive housing; and all internally lubricated parts thereof; axle shafts, constant velocity joints; universal joints; drive shafts, hub bearings; center support bearing; bearings.
4. **STEERING:** Gear housing and all internally-lubricated parts of the steering gear box; rack and pinion gear; power steering pump; main and intermediate steering column shafts and couplings; cooler; power cylinder; Pitman arm; idler arm; tie rod and tie rod ends; drag link; control valve and cylinder.
5. **PNEUMATIC SUSPENSION:** Compressor assembly; air dryer; solenoids; relays; height sensors; air-adjustable shock absorbers, air bags; wiring; controller.
6. **SUSPENSION:** Strut bar and bushing; upper and lower control arms, shafts, and bushings; upper and lower ball joints; steering knuckles; wheel bearings; stabilizer shaft, linkage, and bushings; kingpin and bushing; spindle and spindle supports; coil and leaf springs.
7. **AIR CONDITIONING:** Compressor; clutch and coil; condenser, evaporator; POA valve; accumulator; orifice tube; temperature control programmer; idler pulley and bearing; receiver-dryer; blower motor; high/low/cutoff switches, and pressure cycling switch; expansion valve.
8. **BRAKING/AIR-HYDRAULIC-ABS:** Master cylinder; power assist booster; wheel cylinders; combination valves; hydraulic lines and fittings; power brake cylinder; backing plates; springs, clips and actuators. Air brake compressor, tank, auto bleeder valve, diaphragm, treadle, disc caliper, compensating valve and slack adjusters; ABS control unit, actuator and wheel speed sensors, parking brake assembly.
9. **ELECTRICAL:** Starter; alternator; voltage regulator; distributor; solenoids, relays; manually operated switches, wiper motors; gauges; window motors and regulators; window defrosters, mirror motors and controls; power antenna and motors; seat motors; power door lock actuators; cruise control transducer, servo and engagement switch; turn signal switch; dashboard clock; dual battery paralleling switch, back up alarm.
10. **ELECTRONIC IGNITION:** Electronic ignition control module and all related sensors; electronic engine timing control unit and sensors, electronic spark detonation sensors and controller; coil(s).
11. **HEATING/COOLING:** Water pump, including impeller shaft, bearings and bushings; radiator; heater core; thermostat; fan; fan clutch; fan motor and controller module; coolant recovery unit; fan shroud; electric block heater.
12. **FUEL DELIVERY:** Fuel pump; fuel pressure regulator, fuel tanks; metal fuel lines; fuel distributor; fuel injection pump; fuel heater; fuel injectors (excluding contamination); auxiliary tank switch; electronic fuel mixture control unit and sensors.

**SEALS AND GASKETS ON ALL COVERED COMPONENTS LISTED ABOVE.**

---

NO PAYMENT FOR REPAIRS WILL BE MADE WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR, SEE SECTION C.2.
Call (800)538-4181 for CLAIMS SERVICE and CUSTOMER SERVICE
ADMINISTRATIVE OFFICES: P.O. Box 88230 • Atlanta, GA 30356-8230

RVCA5A046                                                                                                       (6/04) 003

## WHAT IS COVERED

NEW OR USED VEHICLES

**TOWABLE/BOX COVERAGE (13-27)**

13. **HOT WATER HEATER:** Burner assembly; tank; thermostat; thermocouple; gas valve; electronic ignition assembly; PC board; fittings and connections; heating element, hydromic heating system.
14. **WASTE SYSTEM:** Toilet; holding tanks; gate valves and connections.
15. **FRESH WATER SYSTEM:** Water pump; compressor; water lines; fittings; faucets; water tank; fittings and connections, shower head.
16. **AIR CONDITIONER (ROOF/CENTRAL):** Compressor; evaporator; relays; thermostat; condenser; condenser fan, accumulator, expansion valve, receiver dryer, blower motor; high/low cut off switch, pressure cycling switch; PC board.
17. **RANGE AND OVEN:** Microwave; PC board; ignition assembly; burner assembly; thermostat; thermocouple; burner valves; power hood fan motor(s).
18. **L.P. GAS SYSTEM:** Regulators; valves; gauge; pigtails; L.P. lines; fittings and connections.
19. **HEATING SYSTEM:** Furnace; ignitor; burner assembly; thermocouple; gas valve; thermostat; blower motor; PC board; fittings and connections.
20. **REFRIGERATOR:** Thermostat; thermocouple; cooling unit; burner assembly; ignitor, control panel; PC board.
21. **ELECTRICAL:** Ventilation fan(s), battery isolator, power step motor and control module, limit switch, converter/charger, inverter, power control panel.
22. **SUSPENSION:** Leaf springs; torsion bar suspension; wheel bearings.
23. **BRAKES:** Wheel cylinder; hydraulic or electric brake actuator; lines, fittings and connections.
24. **AWNINGS:** Mechanical only (excluding canvas or fabrics).
25. **LIFT CRANK SYSTEM:** (Factory-installed electric or manual): Cables and pulleys, motor(s), switches; tongue jack.
26. **TAXES, FLUIDS AND FREON ON REPAIRS AS REQUIRED.**
27. **AUXILIARY POWERPLANT/GENERATOR** (Factory or Factory Authorized Only): All internally-lubricated parts of the powerplant engine; starter; switches; regulator; generator assembly, power converter; inverter; cylinder head and block, seals and gaskets; PC board, fuel pump.

**SEALS AND GASKETS ON ALL COVERED COMPONENTS LISTED ABOVE.**

## OPTIONAL COVERAGE

- **DELUXE APPLIANCE COVERAGE:** Dishwasher; in-sink disposal unit; stand-alone freezer; ice maker; trash compactor; central vacuum cleaner system; under-counter coffee maker; convection oven; washer/dryer motor, gearbox and heater unit; rear camera monitor system, VCR, television(s), tape deck(s), C.D. player(s), AM/FM radio, TV antenna, satellite dish motor and receiver, carbon monoxide detector, alarm sensors, controller and activation panel.
- **HYDRAULIC/ELECTRIC LEVELING JACKS:** Motor; pump/jack assembly, control unit, actuators and sensors, lines; fittings; and cylinders; motor, worm gear, tracks, limiting switches and wiring harness; fittings and connections.
- **SLIDE OUT ROOM UNITS:** Pump assembly, control unit, actuators and sensors, lines; fittings; and cylinders; motor, worm gear, tracks, limiting switches and wiring harness; fittings and connections.
- **COMMERCIAL VEHICLE (ONLY AVAILABLE ON NEW VEHICLE COVERAGE):** "Commercial" must be identified in the Customer Information section of this **CONTRACT** if **YOUR VEHICLE** is to be used for Commercial purposes, which includes but is not limited to: pick-up and delivery service, company pool use or business travel when the **VEHICLE** is used by more than one driver. Commercial Coverage **does not include** use of the **VEHICLE** for livery, snow plow, emergency, taxi or police usage. Any **VEHICLE** which has any of the following features is **not eligible** for Commercial Coverage: Four-Wheel Steering; 4X4 Truck; AWD Passenger Vehicle.

## ADDITIONAL BENEFITS

- **MANUFACTURER'S DEDUCTIBLE REIMBURSEMENT: (ONLY AVAILABLE ON NEW VEHICLE COVERAGE, NOT AVAILABLE ON POP-UP TRAILER UNITS).** In the event a part is repaired/replaced under the manufacturer's warranty and not otherwise excluded by this **CONTRACT**, **YOU** will be reimbursed for any required manufacturer's warranty deductible up to $100, less **YOUR DEDUCTIBLE**.
- **SUBSTITUTE TRANSPORTATION REIMBURSEMENT:** If **YOU** must rent substitute transportation due to the **FAILURE** of a **COVERED PART** in component groups 1-12 of this **CONTRACT**, and **YOU** are more than 100 miles from **YOUR** street address while repairs are completed, **YOU** will be reimbursed for actual expenses incurred (excluding fuel, collision damage waiver and optional insurance charges) for substitute transportation up to the maximum daily rate of $35 per day. The total number of days of reimbursement for each occurrence cannot exceed six (6). Reimbursement is only applicable when the substitute transportation has been rented through a licensed rental agency. Substitute transportation reimbursement is not subject to a **DEDUCTIBLE**. Substitute transportation reimbursement will be made for **FAILURES** of **COVERED ITEMS** listed in component groups 1-12 covered by the manufacturer's warranty and not otherwise excluded by this **CONTRACT**.
- **TOWING REIMBURSEMENT:** If **YOUR VEHICLE** must be towed due to the **FAILURE** of a **COVERED PART**, **YOU** will be reimbursed for reasonable towing charges not to exceed $300 per occurrence. Any reimbursement shall be for actual towing charges which exceed any payment that **YOU** receive from a manufacturer, insurance company or motor club. Reimbursement is only applicable when the **VEHICLE** has been towed by a licensed towing service. Towing reimbursement is not subject to a **DEDUCTIBLE**.
- **TRIP INTERRUPTION REIMBURSEMENT:** If a **BREAKDOWN** to a **COVERED PART**, or if a **FAILURE** which is covered under a manufacturer's warranty and is not otherwise excluded by this **CONTRACT**, disables **YOUR VEHICLE** and **YOU** are required to remain overnight more than 100 miles from **YOUR** street address while repairs are completed, **WE** will reimburse **YOU** up to $500, not to exceed $100 per day, for the first five (5) consecutive days, for costs incurred by **YOU** for meals and lodging between the date of **BREAKDOWN** and the date repairs are completed. **YOU** must provide **US** with valid lodging and meal receipts in order to be reimbursed.
- **TIRES FOR MOTORHOME, TRAVEL TRAILER, FIFTH WHEEL UNITS AND POP UP UNITS. (ONLY AVAILABLE ON NEW VEHICLE COVERAGE):** **WE** will reimburse **YOU** for the cost of repair or, if non-repairable, to replace **YOUR** original factory-installed tire(s) if damaged from glass, metal punctures or other road hazard on a public roadway. If **YOU** have a covered flat, **WE** will reimburse **YOU** up to $75 for road service. **YOU** must provide receipts. **YOUR** tire(s) must have at least 3/32" of tread depth at time of blow out or flat for this coverage to apply. Reimbursement for replacement of any tire shall not exceed $200. **YOU** must pay a **DEDUCTIBLE** of $50 for each repair or replacement.
- **SERVICE CALLS:** In the event of a **BREAKDOWN** of a **COVERED ITEM**, or a **FAILURE** which is covered under a manufacturer's warranty and is not otherwise excluded by this **CONTRACT**, **WE** will reimburse **YOU** for actual expenses for a service call, not to exceed $75 per occurrence for covered repairs. A service call is when an authorized repair facility sends a licensed technician to make an on-site covered repair. This service call benefit does not apply to tire coverage.

## TERMS AND CONDITIONS

THIS **CONTRACT** IS SUBJECT TO THE FOLLOWING TERMS, CONDITIONS, LIMITATIONS, EXTENSIONS, EXCEPTIONS AND DEFINITIONS. NO PERSON HAS THE AUTHORITY TO CHANGE THIS **CONTRACT** OR TO WAIVE ANY OF ITS PROVISIONS. THIS **CONTRACT** IS FOR THE SOLE BENEFIT OF THE PURCHASER NAMED HEREIN AND APPLIES ONLY TO THE **VEHICLE** DESCRIBED IN THE CUSTOMER INFORMATION SECTION OF THIS **CONTRACT**.

## DEFINITIONS

- **ADMINISTRATOR:** means the company appointed by **US** to administer this **CONTRACT**, Automobile Protection Corporation (APCO), License #0711915.
- **CONTRACT:** means this recreational vehicle service contract. It is a contract between **YOU** and **US**.
- **COVERED PART, COMPONENT OR ITEM:** means the items listed in the "WHAT IS COVERED" section of this **CONTRACT**.
- **DEDUCTIBLE:** means the portion that **YOU** must pay for a covered repair, as indicated in the Customer Information section of this **CONTRACT**.
- **IN-SERVICE DATE:** means the date the **VEHICLE** was first put into service, not the date **YOU** purchased **YOUR VEHICLE**. THE IN-SERVICE DATE DOES NOT APPLY TO USED VEHICLE COVERAGE.



YUBA SAFE & LOCK

(530) 2[illegible]-5600
Holiday Center

Customer's Order No. | Date 5-16-06 20

Name William M. Neville

Address [illegible] County [illegible]

Grass Valley

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Vehicle Lockout | | 39 [illegible] |
| | [illegible] | | |
| | [illegible] | | |
| | [illegible] | | |
| | (Deadbolt Wafers [illegible] | | |
| | [illegible] | | |
| | [illegible] Lock) | | |
| | Paid | | |
| | [illegible] | | |

All claims and returned goods MUST be accompanied by this bill.

Received By | TAX | TOTAL 39 [illegible]

Thank You



Pd CC/Mastercard

# AGREEMENT FOR RENTAL OF STORAGE SPACE

Date: 8-2-05    Storage Space: # Z-12    Size: 27ft Travel Trailer

Rent: $ 50    Security Deposit: $ 30    Return Check Charge: $15.00    Alpen Lite

Month Late Charge: $10.00@10 days    Pre-Lien $25.00@20 days    Lien Sale $25.00@30 days

[X] **PENN VALLEY MINI STORAGE**
P.O. Box 296, 17714 Penn Valley Dr.
Penn Valley, CA 95946 • 477-8464

[ ] **COLFAX MINI STORAGE**
P.O. Box 1647, 1255 S. Auburn St.
Colfax, CA 95713 • 346-7676

**Gate Hours:**
7:00 a.m. to 7:00 p.m. Daily
Office Hours:
Tues.-Sat. 9:00 5:30

**APPLICATION:** (please print)

Name: William & Barbara Neville    Phone: (530) 432-9584

Mailing Address: 12105 Waxwing Ct    City: Penn Valley    State: CA    Zip: 95946

Driver's Lic #: 0035014    State: CA    Expiration Date: 5-11-09

Social Security No.: 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    Emergency Phone: (530) 432-9584

Employer: Self    Phone: ( )

RV/Auto Make: Alpen Lite Toyota Tundra    RV/Auto Lic. #:    State: CA

**ALTERNATE NAME AND ADDRESS:**

Name: Bob Plant    Phone: (530) 432-1857

Address: Lake Wildwood    City: PV    State: CA    Zip: 95946

## NO RENT REFUNDS

**DEPOSIT:** On execution of this Rental Agreement Lessee shall pay to Lessor a security deposit of $ 30 This deposit is to secure Lessee's performance pursuant to the provisions of this Rental Agreement and does not constitute prepaid rent. All or part of this deposit will be refunded to Lessee by mail within fourteen (14) days after Lessee has vacated the unit, providing the following conditions have been satisfied:
    A) Lessee has given Lessor ten (10) days written notice to vacate and Lessee has vacated the unit on or before the noticed vacate date; and
    B) The Unit is left in an empty, clean and undamaged condition, excepting ordinary wear and tear; and
    C) After deduction of any and all charges for, but not limited to damage, cleaning, late charges, other charges, and rents due.
No interest shall be paid on any deposits, and Lessor may maintain such deposits along with other funds in Lessor's general accounts.

**FEE:** On execution of this Agreement Lessee shall pay a nonrefundable new account administrative fee of $10.00

**RENTAL OF SPACE:**
In consideration of the covenants, conditions, and agreements, hereinafter contained to be kept and performed by Occupant, Owner does hereby lease to Occupant and Occupant hereby leases from Owner storage space at the Self Service Storage Facility at the above described Site.

**PERIOD OF OCCUPANCY:**
The Period of Occupancy created by this Rental Agreement shall begin as of the date of this Rental Agreement and shall continue from month to month. Occupant or Owner may terminate the Occupancy created by this Rental Agreement by delivering written notice to the other party of its intention to do so at least ten (10) days prior to the last day of the calendar month in which occupancy will terminate. ANY PROPERTY LEFT IN THE STORAGE SPACE AFTER THE DATE FOR WHICH OCCUPANT HAS GIVEN NOTICE OF INTENT TO VACATE WILL BE DEEMED ABANDONED BY THE OCCUPANT. AFTER SAID DATE, OWNER MAY DISPOSE OF THE CONTENTS OF THE STORAGE SPACE IN ACCORDANCE WITH CALIFORNIA CIVIL BUSINESS & PROFESSIONS CODE 21700-21716.

**RENT:**
OCCUPANT SHALL PAY TO OWNER, IN ADVANCE OF THE RENTED DAY OF EACH MONTH, AND WITHOUT DEMAND, THE RENT FOR THE NEXT MONTH AT THE SITE IN LAWFUL MONEY OF THE UNITED STATES. If rent is not paid by the close of the business day of the tenth (10th) day of each month due, Occupant agrees to pay a LATE CHARGE for each month in the amount set forth in this Agreement. ALL RENTAL CHARGES PAID BY OCCUPANT UNDER THIS AGREEMENT ARE NON-REFUNDABLE. Notwithstanding the above, Owner may accept correctly drawn checks for payment of rent. If the check is returned uncollected, payment represented by it shall be considered delinquent on the date originally due and shall be subject to the above stated RETURNED CHECK CHARGE. Owner may increase the rent by notifying Occupant in writing at least thirty (30) days prior to the rented day of the month for which the increased rent is due. Occupant shall pay the increased rent from the date it becomes effective. An Occupant unwilling to pay the increased rent may terminate this Rental Agreement as provided in the paragraph Period of Occupancy.

TENANT agrees to properly use automated gate as follows:
    A) Only one vehicle to pass through gate at a time; no tailgating.
    B) Vehicle travel shall not be allowed within 10 foot of gate unless gate is opening or open.
    C) Parking or stopping with any part of vehicle or trailer within ten (10) feet of gate is prohibited.
    D) Children travel through automated gate is prohibited, unless with an adult.
    E) Children shall not be allowed near gate or gate mechanism.

OCCUPANT HAS READ THE FOREGOING RENTAL AGREEMENT, INCLUDING THE TERMS ON THE REVERSE SIDE HEREOF. OCCUPANT HAS RECEIVED A FULLY COMPLETED AND SIGNED COPY OF THIS RENT AGREEMENT.

MANAGER _____ TENANT _____

FROM:  Penn Valley Mini-Storage
17714 Penn Valley Drive
Mail to: P.O. Box 296
Penn Valley, CA 95946

**TRANSFER RECEIPT**

Friday, April 07, 2006

FWD. AND ADDRESS SERVICE REQUESTED

TO:  William Neville
12105 Waxwing Ct.
Penn Valley, CA 95946

Home Phone
Work Phone

|  | **OLD UNIT** | **NEW UNIT** |
|---|---|---|
| Unit: | Z17 | Z2 |
| Paid-To: | 5/2/2006 | 5/2/2006 |
| Balance Due: | $0.00 | $0.00 |
| Sec. Dep: | $30.00 | $30.00 |
| Rent: | $50.00 | $50.00 |
| Amt. Due Mo.: | $50.00 | $50.00 |
| Width by Length: | 8'x40 | 8'x40 |
| Height: | 1' | 1' |
| Type: | Parking | Parking |
| Door: | None | None |
| In/Out? | Outside | Outside |

Your next rent is now due on Tuesday, May 02, 2006. A late charge of $10.00 is imposed if you are 10 days late.

There are no monies outstanding.

Rent for 5/2/2006 to 6/2/2006                                             50.00

X _____
    Tenant

X _____
    Manager
    530-477-6464

Printed 4/7/2006 at 5:14:07 PM

FROM.  Penn Valley Mini-Storage
17714 Penn Valley Drive
Mail to: P.O. Box 296
Penn Valley, CA 95946

FWD. AND ADDRESS SERVICE REQUESTED

TO:  William Neville
12105 Waxwing Ct.
Penn Valley, CA 95946

Home Phone   530-432-9584
Work Phone

Thursday, June 22, 2006

To William Neville and to all others in possession of the premises commonly known as Unit Z2 at

Penn Valley Mini-Storage
17714 Penn Valley Drive
Penn Valley, CA 95946
530-477-6464

You are hereby notified that on Wednesday, August 02, 2006 your monthly rent will change. Your new rent, including any monthly charges, will be as indicated below. Your next rent is due on 7/2/2006, and is always payable on the 2nd of the month.

Except as provided above, all other terms of your tenancy shall remain in full force and effect.

New Rent Breakdown:

Rent:  55.00

By: _____
Doc and Candie Springer

FROM:   Penn Valley Mini-Storage
        17714 Penn Valley Drive
        Mail to: P.O. Box 296
        Penn Valley, CA 95946

FWD AND ADDRESS SERVICE REQUESTED

TO:   William Neville                           Home Phone    530-432-9584
      12105 Waxwing Ct.                         Work Phone    - -
      Penn Valley, CA 95946

Tuesday, November 20, 2007

To William Neville and to all others in possession of the premises commonly known as Unit Z2 at

   Penn Valley Mini-Storage
   17714 Penn Valley Drive
   Penn Valley, CA 95946
   530-477-6464

You are hereby notified that on Friday, January 04, 2008 your monthly rent will change. Your new rent, including any monthly charges, will be as indicated below. Your next rent is due on 12/4/2007, and is always payable on the 4th of the month.

Except as provided above, all other terms of your tenancy shall remain in full force and effect.

New Rent Breakdown:

   Rent:                                                                 60.00

By: _____
    Doc and Candie Springer



2670 ALBATROSS WAY
SACRAMENTO, CA
US
95815
916-927-2900

Work Order : 2767
Stock No : 1604
License :
Author : A&C

Customer : 3257 - WILLIAM NEVILLE
Description : 2006 A-PENLITE RE
Date In : 24 MAY 2006
Date Out :
Mileage :

| Job# | Description | Type |
|---|---|---|
| | R/R DEFECTIVE ENTRY DOOR LOCK-FOUND ; THAT DOOR LOCK D | |
| | O/S THAT RIGHT TURN SIGNAL IS NON-OP. ; FOUND THAT EU | |
| | RECALL PARTS | |

Subtotal : 76.60
CALIFORNIA : 4.60
COUNTY : 0.19
LOCAL : 0.77
SACRAMENTO DISTRICT : 0.38
Total : 82.54

Payments: 24MAY06 MASTERCARD    82.54

I agree to pay above amount according to card issuer agreement

Signature _____    16:58:25 24 MAY 2006

* WORK ORDER IS NOT COMPLETED - TOTALS MAY CHANGE *

```
                            RV BROKERS INC
                           2670 ALBATROSS WAY
                            SACRAMENTO, CA
                                  US
                                95815
                             916-927-2900


   Work Order : 1880         Customer    : 3257 - WILLIAM NEVILLE
     Stock No : 1604         Description : 2006 TT WESTERN RV ALPENLITE 28RL
      License :              Date In     : 22 AUG 2005    Mileage :
       Author : AVERYC       Date Out    :

****************************************************************
                                                              Type
ob#     Description
****************************************************************
        PDI,CLEAN & WALKTHRU                                    I
        WIRE WITH CHARGE LINE                                   I
        PRODIGY BRAKE CONTROL                                   I
        WEIGHT DIST. SYSTEM                                     I
        SWAY CONTROL                                            I
        R/R AWNING FABRIC-DAMAGED DURING TRANSIT; REQUEST AUTH  W
IORMPDI CAMPER AND REGULAR TT PDI                               I
WC      WIRE W/ CHARGE                                          I
00WD    800 LB WEIGHT DISTRIBUTION                              I
WAY     SWAY CONTROL                                            I
        INSTALL REAR LADDER; AUTH# 210-689 FOR .5 HRS           W
        CUSTOMER TO PURCHASE A COUPLER LOCK, ; AND TOWING MIRR  E


                                       Subtotal         :   75.03
                                   CALIFORNIA 6%        :    4.50
                                      COUNTY .25%       :    0.19
                                        LOCAL 1%        :    0.75
                            SACRAMENTO DISTRICT .5%     :    0.37
                                          Total         :   80.84

Payments:  12SEP05 MASTERCAR        80.84

I agree to pay above amount according to card issuer agreement

Signature _____   12:00:07 12 SEP 2005

* WORK ORDER IS NOT COMPLETED - TOTALS MAY CHANGE *
```

```
              RV BROKERS
           1841 EL CAMINO AVE
           SACRAMENTO   CA 95815

DATE: 09/16/05              TIME: 11:52
MERH: 000000112667          TERM: 0003
           S-A-L-E-S  D-R-A-F-T

REF: 0003   BCH: 246
CD TYPE: MC
TR TYPE: PR
AMOUNT:              $24.25

ACCT: ************7774    EXP: ****
AP:   261336

     CARDMEMBER ACKNOWLEDGES RECEIPT OF
     GOODS AND/OR SERVICES IN THE AMOUNT OF
     THE TOTAL SHOWN HEREON AND AGREES TO
     PERFORM THE OBLIGATIONS SET FORTH BY THE
     CARDMEMBER'S AGREEMENT WITH THE ISSUER

X_____
TOP COPY-MERCHANT  BOTTOM COPY-CUSTOMER
```

```
                    2670 ALBATROSS WAY
                    SACRAMENTO, CA
                         US
                       95815
                    916-927-2900


                    PARTS RECEIPT


3257 - WILLIAM NEVILLE                    Invoice: 002971
12105 WAXWING COURT                          Date: 16 SEP 2005
PENN VALLEY, CA 95946                         Tax: CHARGE
                                             Code: CND
530-432-9584                               P.O.#:
                                       Discount%: 10
*****************************************************************
       Description          Locn     Qty      Price         Extn
*****************************************************************
5      2 5/16" BALL                  1.00     25.00        25.00
       MINUS DISCOUNT                                      -2.50


                                          Subtotal:        22.50
                                               Tax:         1.75
                                             Total:        24.25
ents:  MASTERCARD         24.25

ree to pay above amount according to card issuer agreement

ature  ___                    _    11:47:01 16 SEP 2005



                         |!|!|
```



# D&D TIRE, INC.

THE TIRE AND AUTOMOTIVE PROFESSIONALS

- Complete Automotive Service
- Brakes • Shocks

SOLD TO

SHIP TO

New tire due to blowout

111.18

CUSTOMER COPY     FORM C0205 REORDER FROM CENTRAL BUS FORMS, INC., (775) 857-2666

**From:** Bobbi Dee Sinclair <bobbi.d.sinclair.c8go@statefarm.com>
**Subject:** **06 Western Alpen-Lite Travel Trailer, VIN 1W52ATN236Y050519**
**Date:** December 11, 2007 12:43:11 PM PST
**To:** bbneville@mac.com

Barbara-

Regarding policy 1246617 C12-55 you have paid the following premiums:

September 12, 2005 to September 12, 2006: $204.60
September 12, 2006 to September 12, 2007: $204.60
September 12, 2007 to September 12, 2008: $216.00

Please let me know if you need help with anything.

Bobbi

*Bobbi Dee Sinclair*, c8go, LSA5
for Mike Bratton, 2615

# REPAIR ORDERS

9-15-05

```
                            SHOP WORK ORDER # 1966
  Completed :                       Customer  : 3257 - NEVILLE, WILLIAM
  Licence # :                       Invoice # :
  Stock No : 1604                   Description : 2006 ALPENLITE 28RL
      Tag : 8AM                     Date In    : 15 SEP 05     Mileage :
   Author : AAC                     Promised   : 15 SEP 05
 Location : IN HOUSE                Date Sched : 15 SEP 05
  Serial# :                         Chassis#   : 1W9SATN836Y050519
Warr. Date : 12 SEP 05
Print Date :

***************************************************************
Job #    Description                 WORK REQUIRED              Type
***************************************************************
    1  UNDER BELLY COVER HAS A PIECE OF METAL           W - 0.00
       PROTRUDING FROM IT-NEAR THE TERMINATION
       VALVE
       FOUND BOLT LOOSE AND THERE WAS NO
       LOCKING WASHER. INSTALLED LOCKING
       WASHER AND TIGHTENED BOLT. RETAPED
       ACCESS PANEL.
```

Customer Signature: _____    Date: _____

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material
and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle
in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability
of parts or delays in parts shipments by the supplier or transporter.  I hereby grant you and/or your
employees permission to operate the vehicle herein described on streets, highways or elsewhere for the
purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle
to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a
$20.00 per day storage fee.

The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied
warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any
person to assume for it any liability in connection with the sales of said products.

RV BROKERS INC
2070 ALBATROSS WAY
SACRAMENTO CA
US
95815
916-927-2900

10-03-05

SHOP WORK ORDER # 2035

```
Completed :                      Customer : 3257 - NEVILLE, WILLIAM - 530-432-9
Licence # :                     Invoice # : 003338
 Stock No : 1604              Description : 2006 TT WESTERN RV ALPENLITE 28RL
      Tag : 730AM                 Date In : 03 OCT 05    Mileage :
   Author : AAC                  Promised : 21 OCT 05
 Location : IN HOUSE           Date Sched : 21 OCT 05
  Serial# :                    Chassis#   : 1W52ATN236Y050519
Warr. Date : 12 SEP 05
Print Date :
```

```
*************************************************************************
Job #     Description           WORK REQUIRED            Type
*************************************************************************
```

1  INSPECT COUPLER ON TRAILER, AND REPLACE             W - 0.00
   BALL IF NEEDED

2  NO ELECTRICAL PLUGS EXCEPT THE ONE NEXT             E - 0.00
   TO THE WASH BASIN, WORK ON THE BATTERY
   MICROWAVE/ REFER/ TV SET UP ARE ALL ON
   CONVERTER.
   WIRED COACH SO OUTLETS HAVE POWER FROM
   INVERTER. OK'D PER GARY @ WRV CUSTOMER
   INFORMED NOT TO OVERLOAD INVERTER. RV
   BROKERS IS NOT LIABLE FOR AN OVER
   LOADED/ DAMAGED INVERTER.

3  LESS THAN 4" OF CLEARANCE UNDER THE                 W - 0.00
   BLACK WATER PIPE AND ANOTHER SMALL
   WHITE PIPE HANGING DOWN. NO REPAIR.
   SPOKE TO THE FACTORY ABOUT IT, AND THE
   CUSTOMER IS GOING TO DEAL W/THEM
   DIRECTLY

4  PARTS OF UNDERBELLY MATERIAL ARE                    W - 0.00
   HANGING DOWN. CUT MATERIAL TO COVER
   INSPECTION PLATES. SCREWED COVER IN
   PLACE & SEALED W/ BLACK SILICONE.

5  BALL SHOWS SIGNS OF DEEP GOUGING. LOUD              W - 0.00
   NOISES WHEN TURNING. CUSTOMER FOUND
   METAL SHAVINGS WERE INSIDE THE HITCH
   AND ON THE BALL. R/R BALL

ntinued on page 2

Work Order : 2035

```
******************************************************************
```

  6  C/S GAS CONNECTION @ THE REAR IS     W - 0.00
     EXPOSED TO DAMAGE.
     GAS FITTING CAN NOT HIT DUE TO SKID
     PLATE.

  7  CUSTOMER STATES THAT FRONT AND SIDE     W - 0.00
     ACCESS DOORS ARE EITHER SLOPPY OR TOO
     TIGHT.
     ADJUSTED DOORS

  8  CUSTOMER STATES THAT CEILING PANELS @     W - 0.00
     EACH END OF THE TRAILER DO NOT MATCH
     THE REST OF THE PANELS. 3 EMPLOYEES
     INSPECTED AND ALL CEILING PANELS ARE
     THE SAME.

  9  NO OWNERS MANUAL FOR RANGE     W - 0.00
     WILL ORDER

10  BICYCLE RACK CLAMP WILL NOT FUNCTION     W - 0.00
     DID NOT HAVE KEY TO UNLOCK.
     CUSTOMER ARRIVED W/KEY, AND AVERY
     SHOWED CUSTOMER HOW TO OPERATE THE LOCK

11  WOOD FLOORING HAS TO BE ORDERED.     W - 0.00
     PICTURES OF FLOOR WERE ALREADY SENT TO
     GARY @ WRV. WILL CALL CUSTOMER WHEN
     PARTS ARRIVE

```
******************************************************************
```
ob #   Lab Code   Description          LABOR                    Hours
```
******************************************************************
```

istomer Signature:_____    Date: _____
ontinued on page 3