Work Order : 2035

**************************************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material
and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle
in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability
of parts or delays in parts shipments by the supplier or transporter.  I hereby grant you and/or your
employees permission to operate the vehicle herein described on streets, highways or elsewhere for the
purpose of testing and/or inspection.  An express mechanic's lien is hereby acknowledged on above vehicle
to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a
$20.00 per day storage fee.

The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied
warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any
person to assume for it any liability in connection with the sales of said products.

RV BROKERS INC
2670 ALBATROSS WAY
SACRAMENTO CA
US
95815
916-927-2900

SHOP WORK ORDER # 2098
Customer : 3257 - NEVILLE, WILLIAM - 530-432-9
Invoice # :
Description : 2006 TT WESTERN RV ALPENLITE 28RL
Date In :
Promised : 24 OCT 05     Mileage :
Date Sched :
Chassis# : 1WS2ATN236Y050519

Completed :
Licence # :
Stock No : 1604
Tag :
Author : CND
Location : IN HOUSE
Serial# :
Warr. Date : 12 SEP 05
Print Date :

```
10-24-05

GARY @ WRV
866-567-4133
```

```
Job #    Description          WORK REQUIRED          Type
*************************************************************
1 FLOORING IS DAMAGED. R/R FLOOR IN              W - 0.00
  ENTIRE COACH.
  AUTH# 210-855 FOR 8.0 HRS.

2 CUSTOMER CAME IN ON 1-24-06 CLEARANCE          E - 0.00
  LIGHTS INOP. FOUND PROBLEM TO BE
  PINCHED CORD THAT BURNED OUT MME.
  HAD TO REPLACE THE MME, AND REPLACE
  FUSES

3 CUSTOMER COULD NOT CHANGE OUT SPARE            W - 0.00
  TIRE DUE TO STUDS ON SPARE TIRE HOLDER
  (UNDER COACH) WERE BENT. CUSTOMER WOULD
  LIKE SPARE TIRE HOLDER MOUNTED ON REAR
  OF COACH.
  REMOVE TIRE CARRIER ASSEMBLY
  COULD NOT RAISE COACH-DUE TO
  MANUFACTURING OF COACH

4 BLACK WATER TANK DRAIN IS TOO LOW TO           W - 0.00
  GROUND CUSTOMER KEEPS KNOCKING OFF CAP.
  IT ALSO CREATS A PROBLEM WHEN DRAINING
  TANKS BECAUSE IT IS LOWER THEN MOST RV
  PARK SEWER CONNECTIONS
  COULD NOT RAISE COACH-CONSULTED
  FACTORY-THEY CONFIRMED THAT THE
  VERTICAL CLEARANCE IS WITHIN NORMAL
  SPECS.

5 DEAD BOLT LOCK JAMMED WHILE CUSTOMER           W - 0.00
  WAS ON VACATION. CUSTOMER HAD TO CALL
```

ontinued on page 2

Work Order : 2098

PAGE 2

```
**************************************************
```

LOCK SMITH AND DEAD BOLT IS STILL INOP.
ENGAGED AND DISENGAGED LOCK 20+ TIMES,
COULD NOT GET LOCK TO JAM

6   BLACK AND GRAY WATER VALVES ARE HARD TO          W - 0.00
    OPEN. CUSTOMER HAS TRIED TO LUBE THE
    VALVES AND THIS HAS NOT SOLVED THE
    PROBLEM.
    CAN'T LUBE VALVES BECAUSE OF THEIR
    LOCATION-

7   COUPLER LOCK IS HARD TO LOCK AND UNLOCK.        W - 0.00
    HAD TO ADJUST COUPLER-OPERATION OK @
    THIS TIME

8   UNDERBELLY KEEPS COMING LOOSE AND               W - 0.00
    FALLING DOWN.
    CUSTOMER ALSO STATED HE NOTICED WATER
    DRIPPING FROM UNDERBELLY.
    RE-SECURED, AND SEALED UNDERBELLY no
    water leak DETECTED

9   IF STANDING IN FRONT OF BED LEFT                W - 0.00
    CABINET IS WARPED OR OUT OF ALIGNMENT.
    FOUND BENT HINGE-STRUT WAS MOUNTED IN
    WRONG LOCATION, AND BENT THE HINGE-.25

10  TWO RECEPTICALS ABOVE BED NOT WIRED TO          W - 0.00
    INVERTER. RV BROKERS ATTEMPTED TO
    RESOLVE PROBLEM BUT ADVISED CUSTOMER
    THE TWO RECEPTICALS COULD NOT BE WIRED
    TO INVERTER.

11  INVERTER REMOTE PANEL WENT TO                   W - 0.00
    FAULT.(WHILE PLUGGED INTO 30AMPS)
    CUSTOMER ALSO HAD THIS PROBLEM HAPPEN
    WHEN USING INVERTER POWER
    AND HAD NO OUT SIDE A/C CONNECTION
    CAN'T RUN INVERTER WHILE PLUGGED INTO
    SHORE POWER

12  CUSTOMER STATES HE DOES NOT GET GOOD            W - 0.00
    SERVICE W/ RADIO EVEN WHEN IN
    SACRAMENTO. PLEASE CK ANTENNA.
    CHECKED SEVERAL FM CHANNELS-OK @ THIS
```

ontinued on page 3

21  WARDROBE CLOSET DRAWERS NEED TO BE
    AJUSTED.
    ADJUSTED DRAWER GUIDES, AND TABS FOR
    PROPER OPERATION

                                                                    W - 0.00

22  POWER JACK INOP, CUSTOMER STATED HE WAS
    RAISING TRAILER UP AND MOTOR HEAD DID A
    45 DEGREE TURN AND HE LOST ALL POWER TO
    JACK AFTER THAT.
    RESET BREAKER, AND TESTED JACK
    OPERATION-OK @ THIS TIME

                                                                    W - 0.00

23  CUSTOMER STATES THAT WHILE TRAVELING
    THE RIGHT REAR TIRE ON TRAILER SUDDENLY
    FAILED.
    CUSTOMER IS GOING TO HAVE TO GO TO TIRE
    VENDOR TO WARRANTY

                                                                    W - 0.00

24  BATHROOM DOOR IS OUT OF ALIGNMENT-HAD
    TO SHAVE SOME OF THE DOOR OFF, AND
    RE-INSTALL-.75

                                                                    W - 0.00

| Job# | Part No | Description | PARTS | | Qty |
|------|---------|-------------|-------|---|-----|
| 1 | 24126 | HRDWD VERSALOCK FLOOR, FAWN MAPLE | | | 60 |
| 2 | 17-0365 | BRITE-LITE TAIL LIGHT CNV | | | 1 |

| Job | Lab Code | Description | LABOR | Hours |
|-----|----------|-------------|-------|-------|

Work Order : 2098

********************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a $20.00 per day storage fee.

The Seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sales of said products.

TIME

13  CUSTOMER STATES THAT SEWER HOSE WILL
    NOT HOLD SEWER HOSE WITH REQUIRED
    CONNECTIONS.
    IT WILL HOLD A STRAIGHT TERMINATION
    VALVE CONNECTION                                    W - 0.00

14  SLIDING STORAGE TRAY RIPPED D/S.
    WILL HAVE TO ORDER A NEW SLIDING TRAY               W - 0.00

15  WATER PUMP RUNS FOR SEVERAL MINUTES
    AFTER ALL FAUCETS HAVE BEEN CLOSED AND
    STARTS TO RUN W/ NO FAUCETS BEING
    TURNED ON.
    TIGHTENED ALL FITTING, AND RE-SECURED
    ALL OF THE WATER LINES UNDER THE
    BATHROOM SINK-.50                                   W - 0.00

16  CUSTOMER STATES THAT PANELING THROUGH
    OUT COACH SEEMS TO BE LOOSENIN IF YOU
    LOOK @ SEAM TAPE YOU CAN SEE IT BUBBLED
    HAD TO RE-SECURE PIECES OF MOULDING,
    AND SEAM TAPE                                       W - 0.00

17  TRIM AROUND BOTTOM OF SHOWER IS COMING
    LOOSE.
    RE-GLUED BOTTOM TRIM PIECE-.15                      W - 0.00

18  SHOWER FAUCET VALVES LEAK.
    TIGHTENED FITTINGS-LEAK TESTED-OK@ THIS
    TIME                                                W - 0.00

19  CUSTOMER WOULD LIKE TO KNOW IF WE COULD
    PUT UP SOMETHING TO BLOCK WATER FROM
    DRIPPING ON FLOOR.
    INSTALLED TEFLON PLATE, AND RE-SEALED
    SHOWER-BUILT UP A SILICONE DAM-.50                  W - 0.00

20  7 WAY CORD NEEDS TO BE REPLACED ALSO
    CUST WOOD LIKE FOR US TO CK 7 WAY PLUG
    ON TRUCK WHEN HE PICKS UP.
    R/R 7-WAY CORD                                      W - 0.00

ontinued on page 4



2670 ALBATROSS WAY
SACRAMENTO, CA
95815
US
916-927-2900

Work Order : 27674
Stock No : 1604
License :
Author : AAC

Customer : 32547 - WILLIAM DOVILLE
Description 2006 ALPENLITE
In Date : 24 MAY 2006

Job# Description

R/R DEPLOYE
C/S UPPER RIGHT
RETAIL FEE

Payments: 2624.06 MASTERCARD

SUB
CALIFORNIA
COUNTY
LOCAL
SACRAMENTO DISTRICT

I agree to the above amount according to the stated repair agreement

Signature

WORK ORDER IS NOT AN INVOICE

5-24-06

RV BROKERS INC
2670 ALBATROSS WAY
SACRAMENTO CA
US
95815
916-927-2900

SHOP WORK ORDER # 3186

Customer : 3257 - NEVILLE, WILLIAM - 530-432-9
Invoice # :
Description : 2006 TT WESTERN RV ALPENLITE 28RL
Date In : 30 AUG 06   Mileage :
Promised : 06 NOV 06
Date Sched : 06 NOV 06
Chassis# : 1W52AIN236Y050519

```
Completed  :
Licence #  :
Stock No   : 1604
Tag        : 9:00
Author     : CMB
Location   : IN HOUSE
Serial#    :
Wkr Date   : 12 SEP 05
Pnt Date   :
```

| Description | WORK REQUIRED | Type |
|---|---|---|

**1** CS THAT HE HAS BEEN EXPERIENCING                                          W - 0.00
SCRAPING ON THE AREA WERE THE SPARE
TIRE SITS AND WHEN HE TRIED TO REMOVE
SPARE TIRE THE BOLTS HAD BEEN BENT UP
PREVENTING HIM FROM REMOVING THE SPARE
TIRE. CUSTOMER STATES THAT HE THINKS
THIS IS A DESIGN ERROR AND THAT HE
WANTS TO PLACE SPARE TIRE ELSE WERE.  RV
REPS STATED THAT THERE IS NO WAY TO
MOUNT A TIRE.

MANUFACT. STATED THAT ALERTATIONS AND
MODIFICATIONS ARE NOT COVERED UNDER
WARRANTY.

**2** CS MEASUREMENT OF BLACK WATER TANK                                        W - 0.00
OUTLET TO BE 4.5 INCHES AND STATES WITH
PICTURES PROVIDED THAT OUTLET KEEPS
SCRAPING GROUND. CS THAT GREY TANK
OUTLET SCRAPES AS WELL. CS AS WELL THAT
BECAUSE THERE IS A INADEQUATE GROUND
CLEARANCE THAT THE OUTLET IS OFTEN
LOWER THEN THE DRAIN SO HE IS UNABLE TO
COMPLETLY DRAIN TANKS. CS ALREADY
INFORMED BY RV BROKERS THAT THIS
SITUATION CAN NOT BE ALTERED.

MS THIS TYPE OF SUSPENSION DOES NOT
ALLOW FOR RAISING THE UNIT. DRAINLINES
ARE DESIGNED WITH AS MINIMAL A
DOWNLOAD SLOPE AS POSSIBLE BUT MUST
HAVE THIS SLOPE FOR PROPER FUNCTION.
PICTURES STATE 6 INCHES.

8-30-06

Work Order : 3186

PAGE 2

CANT FABRICATE SHIEL TO WITH STAND
FORCE FROM IMPACT

3  CS THAT BLACK AN GREY WATER DISCHARGE
   VALVES ARE EXTREMELY HARD TO OPERATE.
   THE HANDLES ARE VERY CLOSE TO THE
   COMPARTMENT INTERIOR SIDE AND REQUIRE
   SIGNIFICANT EFFORT TO OPEN AND CLOSE.
   CS THAT RVB STATES THAT IT IS NOT
   POSSIBLE TO CHANGE THIS.
   WRV HAS REVIEVED NO ESTIMATE OR AUTH.
   REQUEST FOR ADDRESSING THIS.
   NOT COVERED UNDER WARRANTY.                    W - 0.00

4  CS THAT DEAD BOLT JAMMED IN THE CLOSED
   POSITION AND HAD TO HAVE LOCK SMITH
   OPEN IT. CS STATES THAT WHEN BRUGHT TO
   RVB RVBS THAT THERE WAS NO PROBLEM WITH
   THE LOCK AND WHEN THE OWNERS TOOK UNIT
   OUT THE LOCK JAMMED AGAIN. CS AFTER
   REPORTING SECOND FAILURE RVB SERVICE
   REPLACED LOCK. CS THAT THERE IS
   PROBLEMS WITH NEW LOCK. CS NO
   COMPENSATION FOR LOCK SMITHS SERVICES.
   CS THAT NEW LOCK HAS PROBLEMS WERE IT
   JAMS STILL AND HAS PROBLEMS OPENING.
   NOT COVERED.                                   W - 0.00

5  CUSTOMER BRAUGHT UNIT IN TO RVB FOR A
   OVER BED CABINET DOOR, DRIVERS SIDE,
   THAT WOULD NOT STAY IN THE OPEN
   POSITION DUE TO SIDE BEING WARPED CS.
   CS PROBLEM APPEARED TO BE FIXED UNTIL
   RECENT TRIP, BELIEVES THAT DOOR IS
   INSTALLED IMPROPERLY.
   IT IS MOUNTED PROPERLY BUT HAS ONLY ONE
   STRUT.
   INSTALLED NEW STRUT, WILL NO STAY OPEN
   PER CUSTOMER.                                  W - 0.00

6  CS THAT THE HARDWOOD FLOORING HAD
   SEVERAL DAMAGED ARES NOTED BY RVB REPS.
   UPON DELIVERY FROM FACTORY TO THEM. CS
   THAT RVB REPLACED FLOOR AND NEW FLOOR
   HAS BUBBLE WHERE FLOORING MEETS BEDROOM
   CARPET AND STATES THAT THERE IS
   NOTICABLE GLUE ON THE SURFACE OF           W - 0.00

PAGE 3

Work Order : 3186

*********************************************************************

NOT COVERED.

7  CS THAT NOT ALL RECEPTACLES ARE                                W - 0.00
   CONNECTED PROPERLY TO THE INVERTER.
   ESP. THE ONE ABOVE THE BED. WANTS TO
   CONNECT BUT WRVS THAT CANT DO BECAUSE
   SAME CIRCUIT GOES TO REFER.

8  CS THAT PLASTIC BIN IN THE PASS THROUGH         W - 0.00
   STORAGE BIN RIPPED AFTER VERY LITTLE
   USE. CS THAT RVB ADVISED HIM THATTHEY
   WOULD ORDER A REPLACEMENT AND CALL WHEN
   IT CAM IN. CS NO CALL BACK YET.
   RE-EMAILED TAWNEY

9  CS THAT THE JOINT TAPING ON BEDROOM             W - 0.00
   CEILING IS ROUGH AND APPEARS TO BE
   LOOSENING, AS WELL STATES THERE IS
   MARKS ON THE CEILING WERE PRESENT WHEN
   THEY TOOK DELIVERY.

10 CS THAT THE SHOWER VALVES WERE LEAKING,         W - 0.00
   AFTER RVB SOLVED THE PROBLEM NOW CS
   THAT WATER PUMP WILL NOT DELIVER HOT OR
   COLD WATER TO THE SHOWER HEAD. NO WATER
   FLOW.
   CUSTOMER CAME BY AND WE SOLVED HIS
   PROBLEM, DID NOT REPAIR ANYTHING.

11 CS THAT THE SHOWER CURTAIN HAS                  W - 0.00
   REPEATEDLY FALLEN FROM ITS TRACK,
   THINKS THERE NEEDS TO BE SOME KIND OF
   STOP AT THE END OF THE TRACK.

12 CS THAT SOLAR CHARGING SYSTEM DOES NOT          W - 0.00
   APPEAR TO FUNCTION, RV. WAS LEFT IN
   STORAGE OUTSIDE WITH BATTERIES
   INDICATING FULL CHARGE. WITH ALL POWER
   OFF FOR 6 WEEKS, CS THAT ALL BATTERIES
   LOST CHARGE.
   SOLAR 15. VOLTS TO BATTERY OK

13 CS THAT AWNING LIGHT DOES NOT WORK

PAGE 4

Work Order : 3186

**********************************************************************

MAYBE A BAD CIRCUIT

14  CS THAT THE DRAWER UNDER AND TO THE          W - 0.00
    LEFT OF THE KITCHEN SIK HAS BECOME
    DIFFICULT TO OPEN.
    ADJUSTED COUTER PINS

15  CS THAT THE OUTER EDGE OF THE TOILET IS      W - 0.00
    SANDED AND ROUGH, WANTS EDGE TO BE
    REFINISHED TO LOOK GOOD.

16  CS THE LAVATORY FAUCET COLD WATER VALVE      W - 0.00
    COMES OFF WHEN TRAVELING.

17  CS THAT MONITER PANEL(BLACK WATER, GREY      W - 0.00
    WATER, FRESH WATER AND BATTERY
    CONDITION) APPEARS TO BE GROSSLY
    INA CURATE AND INCONSISTENT
    NEED TO USE RV TRINE.

18  BATHROOM SINK COLD WATER HANDLE CAME         W - 0.00
    OFF. REATTACHED HANDLE

19  INTERIOR CORNER TRIM ABOVE ENTRY DOOR        W - 0.00
    CAME LOOSE AS WELL DIRECTLY ACCROSS
    ABOVE SLIDE.
    REATTACHED TRIM

Customer Signature: _____    Date: _____

Continued on page 5

Work Order : 3186

PAGE 5

**********************************************************************

I hereby authorize the repair work hereinafter set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to the vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

Upon notification of completion of service, vehicles not picked up within 10 days will be assessed a $2.00 per day storage fee.

The seller, hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sales of said products.

# CLIENT AND MANUFACTURER NOTES

ALPENLITE CONCERNS
2006 RL - 27' Aspen Travel Trailer
Vehicle #50519
William & Barbara Neville
530-432-9584

1. Ground Clearance:
a) After experiencing a blowout, I found I could not dislodge the spare tire (located under the trailer) as the studs securing the tire had been bent by ground strikes. I was forced to secure assistance from a tow truck operator (after a 2 hour wait) to remove the spare. From this experience it is obvious that carrying the spare under the trailer is not practical. THIS IS STILL A PROBLEM. WE HAVE NO WAY TO CARRY THE SPARE TIRE.

2. Black Water Holding Tank Drain Outlet
The black water (sewer) pipe discharge is approximately 4.5" from the ground. The sewer cap had been dislodged several times through ground strikes. In choosing a fueling station we have to examine the driveways to determine that we will not scrape the pipe as has happened several times. This is not always possible and we continue to dislodge the cap. This not only creates a clearance hazard but makes it difficult to completely drain the tank as the out is usually lower than the RV Park sewer connection. We are often unable to drain the tank below the 1/3 level. It is also noted that the freshwater tank drain in the same general location as the sewer pipe, also shows damage from ground contact. THIS IS STILL A PROBLEM.

3. Door Lock
While on vacation, the door lock "dead bolt" jammed in the closed position. It was impossible to insert the key more than 20% of the way into the lock. A locksmith was called to allow entry into the coach at a cost of $80.00. He advised that no repair was possible and suggested we call Alpenlite for advice. Upon calling Alpenlite Customer Service (Gary or Gerry), I was advised to contact the local dealer. He advised that Beaudry RV (Mesa, AZ) was the closest dealer. On contacting Beaudry RV we were told they were no longer an Alpenlite dealer. The "dead bolt" continues to be inoperable. THE NEW DEAD BOLT DOOR LOCK JAMED AT ABOUT 1/3 OF IT'S TRAVEL, WE WERE ABLE TO "CLEAR IT" AFTER SEVERAL MINUTES.

Bill Neville 7/9/06 7:34 PM
Deleted:

4. Black and Grey Water Valves
These valves are extremely difficult to operate. The "T handles" are located very close to the compartment interior side and are in a difficult position to operate. Repeated applications of lubricants has had no effect. THIS IS STILL A PROBLEM.

5. Trailer Hitch
The hitch is difficult to both release from, and make contact with. the ball. Repeated applications of lubricants has no effect. The most successful practice is to strike the release bar with a rubber mallet. On some occasions we have had to disengage the trailer from the truck and start the hitching process again.

THIS IS STILL A PROBLEM.

6. Under-Trailer Enclosure
The matting drops down in several places despite several attempts by RV Brokers to reseal them.
WE NEED TO CHECK THIS.

7. Warped Cabinet Door
The above-bed cabinet door on the left (drivers) side of the coach has warped so as to prevent securing the door.
WE NEED TO CHECK THIS. IT STILL APPEARS THAT THE HINGE IS INCORRECLTLY ATTACHED.

8. Hardwood Flooring
The hardwood flooring has several damaged areas, previously noted by RV Brokers upon arrival from the factory. The flooring near the shower is lifting, apparently from water leakage, source unknown but suspected as being the shower faucet.
THE NEW FLOORING IS LIFTING NEAR THE SHOWER. THIS OCCURRED BEFORE THE SHOWER WAS USED.

9. Inverter Wiring
a) Not all electric receptacles are connected to the inverter. Specifically, the receptacles above the bed are not powered by the inverter. These are critical to use of the coach as I require a CPAP machine while sleeping. RV Brokers has attempted to resolve this but advise that the receptacles in question can not be wired to the inverter. This is not acceptable.
NO SOLUTION ON THIS EITHER.

b) Twice while on vacation, the inverter remote panel went to "fault". On the first occasion while connected to "park power" (30 amps), all lights on the panel were blinking at a rapid rate and there was no AC power available. Examination of the park "breaker switches", indicated they were in the fault position. When "park power" was restored, the remote panel lights continued to blink. I was directed by the inverter technical support line to disconnect the remote panel wait 60 seconds and reconnect. This appeared to solve the problem. However two days later, when on "inverter power" (no outside AC connection), the panel again went to fault and AC power was lost. After turning off the inverter for several minutes, the power was restored, but the batteries were almost completely drained (after indicating "full" shortly before).
THIS APPEARS TO BE OK.

10. AM/FM Radio Receiver
The AM/FM radio exhibits poor reception of even local radio stations (ones which are received well by the towing vehicle's radio).
STILL A PROBLEM.

Bill Neville 7/9/03 7:30 PM
Deleted: .

## 11. Sewer Hose Storage
The area identified as sewer hose storage is unable to store sewer hose with required connections. What is the designed purpose for this compartment?
THIS IS A USELESS STORAGE AREA.

## 12. Front Compartment Storage Bin
The plastic bin provided in the "pass through" front storage bin has ripped after very little use.
THIS IS STILL A PROBLEM. NO REPLACEMENT WAS MADE. A HEAVIER PLASTIC IS NEEDED FOR THE BIN.

## 13. Water Pump
At times the internal water pump continues to run for several minutes after all faucets have been closed and starts to run with no faucets being opened.
THIS APPEARS OK.

## 14. Bedroom Ceiling
Taping on bedroom ceiling is rough and appears to be loosening.
NO CHANGE IS APPARENT.

Bill Neville 7/9/06 7:32 PM
**Deleted:** e

## 15. Shower Trim
Plastic trim at base of shower enclosure has separated.
WE NEED TO CHECK THIS.

## 16. Shower Faucet
The shower valves are leaking.
THIS APPEARS OK.

## 17. Shower Drain
Run-off from shower "lip" at bottom of shower runs to wood floor outside the enclosure.
IS THIS STILL A PROBLEM?

Bill Neville 7/9/06 7:34 PM
**Formatted:** No underline

## 18. Trailer Electrical Connection
The connection between the truck and trailer does not seat properly. On several occasions the male plug (from the trailer) had to be manipulated before all vehicle lights would function.
THIS IS STILL TRUE.

## 19. Wardrobe Closet Drawers
The wardrobe closet drawers do not completely close.
IS THIS OK?

## 20. Under coach water leakage
On several occasions, upon setting up after transit, water was seen leaking from the under coach netting. Source undetermined.
THIS IS STILL TRUE.

21. Truck to Trailer Electric Connection
The power cord was damaged by an undetermined cause and repaired by RV Brokers.
The technician advised that the cord should be replaced.
THIS WAS REPAIRED (AT OUR COST)

• THE BATTERY FLUID IS EXTREMELY DIFFICULT TO CHECK.

• THE BATTERIES ONLY LAST A FEW HOURS. THE SOLAR PANEL DOES NOT
APPEAR TO HAVE MUCH EFFECT.

WILLIAM M. NEVILLE, JR
Feb. 13, 2006

ALPENLITE CONCERNS
2006 RL - 27' Aspen Travel Trailer
Vehicle #50519
William & Barbara Neville
530-432-9584

1. Ground Clearance:
After experiencing a blowout (see # 22), I found I could not dislodge the spare tire (located under the trailer) as the studs securing the tire had been bent by ground strikes. I was forced to secure assistance from a tow truck operator (after a 2 hour wait) to remove the spare. From this experience it is obvious that carrying the spare under the trailer is not practical.

2. Black Water Holding Tank Drain Outlet
The black water (sewer) pipe discharge is approximately 4.5" from the ground. The sewer cap had been dislodged several times through ground strikes. In choosing a fueling station we have to examine the driveways to determine that we will not scrape the pipe as has happened several times. This is not always possible and we continue to dislodge the cap. This not only creates a clearance hazard but makes it difficult to completely drain the tank as the out is usually lower than the RV Park sewer connection. We are often unable to drain the tank below the 1/3 level. It is also noted that the freshwater tank drain in the same general location as the sewer pipe, also shows damage from ground contact.

3. Door Lock
While on vacation, the door lock "dead bolt" jammed in the closed position. It was impossible to insert the key more than 20% of the way into the lock. A locksmith was called to allow entry into the coach at a cost of $80.00. He advised that no repair was possible and suggested we call Alpenlite for advice. Upon calling Alpenlite Customer Service (Gary or Gerry), I was advised to contact the local dealer. He advised that Beaudry RV (Mesa, AZ) was the closest dealer. On contacting Beaudry RV we were told they were no longer an Alpenlite dealer. The "dead bolt" continues to be inoperable

4. Black and Grey Water Valves
These valves are extremely difficult to operate. The "T handles" are located very close to the compartment interior side and are in a difficult position to operate. Repeated applications of lubricants has had no effect.

5. Trailer Hitch
The hitch is difficult to both release from, and make contact with. the ball. Repeated applications of lubricants has no effect. The most successful practice is to strike the release bar with a rubber mallet. On some occasions we have had to disengage the trailer from the truck and start the hitching process again.

6. Under-Trailer Enclosure
The matting drops down in several places despite several attempts by RV Brokers to reseal them.

7. Warped Cabinet Door
The above-bed cabinet door on the left (drivers) side of the coach has warped so as to prevent securing the door.

8. Hardwood Flooring
The hardwood flooring has several damaged areas, previously noted by RV Brokers upon arrival from the factory. The flooring near the shower is lifting, apparently from water leakage, source unknown but suspected as being the shower faucet.

9. Inverter Wiring
a) Not all electric receptacles are connected to the inverter. Specifically, the receptacles above the bed are not powered by the inverter. These are critical to use of the coach as I require a CPAP machine while sleeping. RV Brokers has attempted to resolve this but advise that the receptacles in question can not be wired to the inverter. This is not acceptable.

b) Twice while on vacation, the inverter remote panel went to "fault". On the first occasion while connected to "park power" (30 amps), all lights on the panel were blinking at a rapid rate and there was no AC power available. Examination of the park "breaker switches", indicated they were in the fault position. When "park power" was restored, the remote panel lights continued to blink. I was directed by the inverter technical support line to disconnect the remote panel wait 60 seconds and reconnect. This appeared to solve the problem. However two days later, when on "inverter power" (no outside AC connection), the panel again went to fault and AC power was lost. After turning off the inverter for several minutes, the power was restored, but the batteries were almost completely drained (after indicating "full" shortly before).

10. AM/FM Radio Receiver
The AM/FM radio exhibits poor reception of even local radio stations (ones which are received well by the towing vehicle's radio).

11. Sewer Hose Storage
The area identified as sewer hose storage is unable to store sewer hose with required connections. What is the designed purpose for this compartment?

12. Front Compartment Storage Bin
The plastic bin provided in the "pass through" front storage bin has ripped after very little use.

13. Water Pump
At times the internal water pump continues to run for several minutes after all faucets have been closed and starts to run with no faucets being opened.

14. Bedroom Ceiling
Taping on bedroom ceileing is rough and appears to be loosening.

15. Shower Trim
Plastic trim at base of shower enclosure has separated.

16. Shower Faucet
The shower valves are leaking.

17. Shower Drain
Run-off from shower "lip" at bottom of shower runs to wood floor outside the enclosure.

18. Trailer-Truck Electrical Connection
The connection between the truck and trailer does not seat properly. On several occasions the male plug (from the trailer) had to be manipulated before all vehicle lights would function. The power cord was damaged by an undetermined cause and repaired by RV Brokers. The technician advised that the cord should be replaced.

19. Wardrobe Closet Drawers
The wardrobe closet drawers do not completely close.

20. Under coach water leakage
On several occasions, upon setting up after transit, water was seen leaking from the under coach netting. Source undetermined.

21. Hitch Jack
The power hitch jack no longer functions. While retracting the jack stem, the power post suddenly twisted about 45 degrees and power to the post was lost.

22. Tire failure
While traveling, the right rear tire on the trailer suddenly failed, causing extreme shaking of the trailer and truck (see #1 for tire changing problems). This occurred on Nevada Highway 95. The total mileage on this tire would have been less than 3000 miles. Is there a warranty on the trailer tires?

_____
WILLIAM M. NEVILLE, JR
March 1, 2006

ALPENLITE CONCERNS
2006 RL - 27' Aspen Travel Trailer
Vehicle #50519
William & Barbara Neville
530-432-9584

July 29, 2006

*Handwritten Notes by either WRV Service Center and/or RV Brokers. Not customer. JB 12/18/07*

## CONTINUING PROBLEMS

### 1. Spare Tire

After experiencing a blowout, I found I could not dislodge the spare tire (located under the trailer). I found that the studs securing the tire had been bent by ground strikes making it impossible to loosen the nuts holding the spare in place. I was forced to secure assistance from a tow truck operator (after a 2 hour wait) to remove the spare. From this experience, it is obvious that carrying the spare under the trailer as designed by Alpenlite is not practical due to the very limited ground clearance.

The Service representatives at RV Brokers have advised me that there is no way to mount a tire carrier. Carrying the spare inside the trailer risks damage to the trailer interior, carrying it in the truck reduces capacity needed for other camping items and prohibits use of security cover over truck bed. — *NO OTHER WAY TO MOUNT TIRE* — *ALTERATIONS AND MODIFICATIONS ARE NOT COVERED BY WARRANTY*

### 2. Black/Grey Water Holding Tanks Discharge    *(PICTURES SHOW 6" CLEARANCE)*

The black/grey water (sewer) pipe outlet is approximately 4.5" from the ground. The sewer cap had been dislodged several times through ground strikes. In choosing a fueling station, we try to examine (when we have a choice) the driveways to determine that we will not scrape the pipe as has happened several times. This is not always possible and we continue to dislodge the cap on driveways.

This inadequate ground clearance not only creates a clearance hazard, but makes it difficult and unsanitary to completely drain the black/grey water tanks because the outlet is often lower than the RV Park sewer connection. In these cases, we are unable to drain the black water tank below the 1/3 level. It is also noted that the freshwater tank drain in the same general location as the sewer pipe, also shows damage from ground contact.

The Service representatives at RV Brokers have advised me that it is not possible to alter this situation. Given the difficulty in operating the black/grey water tanks drain valve (see below), I am concerned that this might lead to leaking the contents of the black water tank onto a public sidewalk and/or street. I am advised that this would be a serious violation of the California Vehicle Code. — *Can't RAISE THE TRAILER!*

*TERMINATION VALVE*

*— THIS TYPE OF SUSPENSION DOES NOT ALLOW FOR RAISING THE UNIT*
*— DRAINVALVES ARE DESIGNED WITH AS MINIMAL A DOWNWARD SLOPE AS POSSIBLE BUT MUST HAVE THIS SLOPE FOR PROPER*  1

### 3. Black and Grey Water Discharge Valves

I have advised the Service representatives at RV Brokers that these valves are extremely difficult to operate. The "T handles" are located very close to the compartment interior side and require significant effort to open/close. In short, these valves are very difficult to operate. Repeated applications of lubricants has had no effect.

The Service representatives at RV Brokers have advised me that it is not possible to alter this situation. I am concerned that I will be unable to totally close either the black water or grey water tank and in combination with the inadequate ground clearance of the black/grey water discharge (see above), I may cause an accidental discharge of sewage on a public sidewalk or street.

— WRV HAS RECEIVED NO ESTIMATE OR AUTH REQUEST FOR ADDRESSING THES

I have contacted other RV service facilities regarding this and they assure me that the valve handles can be modified to make them more "user friendly:.

WHICH OTHER FACILITIES HAVE BEEN CONTACTED,
ARE THEY FAMILIAR w/ MFG DESIGN.

### 4. Door Lock

The door lock "dead bolt" jammed in the closed position, locking us out of our trailer while on vacation in Arizona. It was impossible to insert the key more than 20% of the way into the lock. A locksmith was called to allow entry into the coach at a cost of $80.00. This was not only expensive, it was very inconvenient as we were forced to wait for several hours until the arrival of the locksmith. While the locksmith was successful in opening the door, he advised that no repair was possible and that he did not carry a lock suitable for our trailer. He suggested we call Alpenlite for advice. He also recommended that we not use the "dead bolt" until the lock was replaced.

— THERE IS NO REQUIREMENT TO HAVE WARRANTY WORK DONE AT AN ALPENLITE DEALER

Upon calling Alpenlite Customer Service (Gary or Gerry), I was advised to contact the local dealer. He recommended Beaudry RV (Mesa, AZ) as the closest Alpenlite dealer. On contacting Beaudry RV, we were told they were no longer an Alpenlite dealer. This resulted in our being forced to use only the "latch lock" for the remainder of the trip. This is not a suitable security device when used as the sole locking device.

— WRV WAS NOT AWARE BEAUDRY HAD REFUSED TO ADDRESS PROBLEM

I reported that situation to the Service representatives at RV Brokers when I returned the trailer for service. I was advised that there was no problem with the lock and no repairs were made. Subsequent to RV Brokers erroneous evaluation, the lock again jammed at 10 p.m. when there was NO locksmith services available. We were forced to seek lodging elsewhere. The next morning I crawled through a window (which had been left partially open for ventilation) to gain entry as the contents of the trailer were needed for the organization with which we were camping. I was unable to open the door from either the inside or outside. Should there have been a life threatening situation requiring exiting we would have had to resort to the emergency exit. Not an easy thing for two 72 year-olds.

— WRV WAS NOT CONTACTED REGARDING LOCATING AN ALTERNATE SHOP

— EMERGENCY EXITS EXIST FOR THIS EXACT REASON — MAJOR EMERGENCY

It was 10 a.m. the following morning before a locksmith could arrive and his charge was $59.

SITUATIONS PREVENTING EXIT VIA DOOR.

2

On reporting this 2nd failure, the Service representatives at RV Brokers replaced the lock. However, we continue to have problems with the lock. ~ ~~bottom~~ ~~locations~~

I have not received any compensation for the locksmiths' services required by the failures of the "dead bolt". Further, this new lock "catches" and on occasion has had to be tried ~ *WHAT* several times before responding to the key. ~ *Do WE Have* *CATCHES* *HANDLE* *Have SOME INVOICES* *OR* *DeadB*

### 5. Warped Cabinet Door
I previously reported to the Service representatives at RV Brokers that the over-bed cabinet door on the left (drivers) side of the coach was warped so as to prevent securing the door in the open position. The Service representatives at RV Brokers advised me that they had completed a "fix" for this situation and indeed until our most recent trip it appeared "fixed".

However, during our recent trip, it became obvious that the door is not mounted properly and will not remain in the wide open position for loading as is the case with the door on the right side of the coach. Close inspection indicates that the hinge may be improperly installed. ~ *IT IS MOUNTED PROPERLY, But ONLY HAS* *1-STRUT. - IS DOOR WARPED?* *— WHAT EXACTLY IS PROBLEM ?*

### 6. Hardwood Flooring
The hardwood flooring had several damaged areas noted by The Service representatives at RV Brokers upon arrival from the factory and before delivery to us.

The Service representatives at RV Brokers installed a new floor, but we find that work unacceptable for the following reasons:
5.a) There is a "bubble" in the flooring where it meets the bedroom carpet (indicating I suspect that the glue is not holding). ~ *NEED Pic OF BUBBLE*
5.b) Glue is present on the surface of the floor in several places. We were unable to remove this. ~ *WE CAN REMOVE GLUE*

### 7. Inverter Wiring
Not all electric receptacles are connected to the inverter. Specifically, the receptacles above the bed are not powered by the inverter. These are critical to my use of the coach as I require a CPAP machine while sleeping and was the driving force for spending considerable funds for its proper installation.

In order to use my CPAP machine I am forced to run a 6 foot + extension cord to an electrical outlet at the foot of the bed which is connected to the inverter. This has created a "trip and fall" hazard on the right side of the bed.
*— ALTERATIONS AND MODIFICATIONS ARE NOT COVERED BY WARRANTY*
The Service representatives at RV Brokers have advised me that the receptacles in question cannot be wired to the inverter. I have sought advice from other automotive electrical shops and was advised that such a wiring modification would be feasible
*CAN'T DO IT. — WRU WIRES IT THAT WAY* *BECAUSE RECPT IS ON SAME CIRCUIT.*

## 8. Front Compartment Storage Bin

The plastic bin provided in the "pass through" front storage bin ripped after very little use. The Service representatives at RV Brokers advised me that they would order a replacement and call when it came in, I have not been called. — *RE-EMAILED Towney*

## 9. Bedroom Ceiling

I previously reported to the Service representatives at RV Brokers that the joint taping on bedroom ceiling is rough and appears to be loosening. There are also marks on the ceiling that were present when we took delivery. This situation has not been addressed.

## ADDITIONAL CONCERNS

## 9. Shower Faucet/Water Pump

I had previously reported to the Service representatives at RV Brokers that the shower valves were leaking. That situation was apparently solved. However, now the water pump will not deliver any water (hot or cold) to the shower head. This was a condition that developed suddenly while taking a shower. The water flow stopped without warning. — *SHOWER WORKS ON CITY WATER?*
— *OTHER FAUCETS WORK ON PUMP?*

## 10. Shower Curtain

The shower curtain has repeatedly fallen from its track. It appears that a "stop" of some type is needed on the wall end of the track.

## 11. Solar Charging

The solar charging system does not appear to function. The trailer was in storage (outside), with batteries indicating fully charged position. With all power off for a period of 6 weeks, the batteries lost their charge completely. — *WAS INTERIOR POWER KILL SWITCH LEFT ON?*

## 12. Awning Light

The "awning light" does not function. It had worked previously. The light been used for a total of less than 1 hour. — *Have not addressed max*

## 13. Kitchen Drawer

The drawer, under and to the left of the kitchen sink has become increasingly more difficult to open. — *Tabs need to be adjusted*
— *BEYOND 90 DAYS FROM DATE OF SALE ADJUSTMENTS ARE OWNER'S RESPONSIBILITY*

## 14. Toilet Door

The outer edge of the toilet door has been sanded/planed, apparently to mitigate a "sticking door" problem. The edge has not been refinished and looks terrible.

*will refinish*

## 15. Lavatory Faucet

The cold water faucet handle is not secured to the valve and dislodges from the faucet during travel. — *Adjustment needed?*

## 16. Monitor Panel

The monitor panel (black water, grey water, fresh water & battery condition) appears to be grossly inaccurate and inconsistent. — *How is it icon system*

*— Explain "Grossly inaccurate and inconsistent"*

January 18, 2007

Kahn & Associates, L.L.C.
936-B Seventh Street, #580
Novato, CA 94945-2000

Attn: Kristen Crane

Dear Ms. Crane:


SUMMARY

The problems with our Alpenlite trailer appear to be from poor engineering as well as workmanship. It may be relevant that Western RV (the manufacturers) no longer manufacture this product after only a three year production.

A brief summary of the more significant issues follows:


Sewer & Fresh Water Drain Ground Clearance

Within a few weeks after taking delivery of the vehicle we realized that the clearance between certain plumbing components and the ground was inadequate. On several occasions the cap on the sewer drain-pipe was dislodged by a ground strike. The freshwater tank drain also showed signs of damage from ground strikes. This typically occurred while pulling into service stations for refueling, but was also a problem when pulling into camping sites and parking the trailer in our storage lot.

After being told by the selling party (RV Brokers) that they would do nothing about the ground clearance problem we, at the suggestion of the RV Broker representative, contacted customer relations personnel at Western RV. In short, we were told by Western RV personnel that the 4.5" ground clearance was within the factory's specifications and there was nothing that could be done to increase ground clearance. At another time we were advised that the ground clearance was actually 6". This is measurably untrue.

This issue is further complicated by the fact that the black water tank does not fully drain. We had reported that the tank monitoring light indicated this condition previously but ignored. After the trailer was brought to RV Brokers for repairs, the representative complained that the black water tank had not been completely drained. I pointed out that this was indeed part of the problem. The suggested "fix" by RV Brokers was to run one side of the trailer up on planks so that the trailer would "lean" in such a way as to allow the full drainage of the tank. This would make the trailer floor slanted and difficult to live in.


Spare Tire Mounting

After suffering a tire blowout, we later realized that the inadequate ground clearance also would preclude us from using the spare tire. We experienced the blowout on Highway 95 in Nevada in an area far from any

NEVILLE                                                                                    PAGE 1

services. When trying to remove the spare from its factory installed location under the trailer I found that bolts supporting the spare were bent rearward, obviously from ground strikes. This made it impossible for me to free the tire. We thankfully had cellphone service in the area and were able to call the Auto Club and request service. Several hours later a tow truck arrived and the operater with the use of pry-tools and a heavy foot was able to free the tire.

Upon requesting that the tire be alternatively mounted on the trailer we were told by both RV Broker and Western RV representatives that it would be considered an alteration and the neither RV Brokers or Western RV would be for an alternative mounting. When we asked what the cost would be for alternative remounting we were told it was not possible to mount the spare tire on the trailer. When traveling we are currently forced to carry the trailer spare tire in the towing vehicle which limits our storage capacity in that vehicle.

<u>Bottom Cover</u>
Another problem apparently due to the inadequate ground clearance is the repetitive tearing of the under-trailer material. RV Brokers has repaired this on two or more occasions but we can detect additional tearing.

<u>LPG Line</u>
Another concern connected to the inadequate ground clearance is the exposure of a liquid petroleum gas line to damage. RV Brokers advise that it is protected by a "skid plate". In fact, this would only be true when the trailer is backing.

<u>Ceiling Panel</u>
The ceiling panel located above the bed appears to have a different finish that the panel in front of it. Further the panel appears to be dropping. The RV Broker representatives stated they could see no problems. In fact, the dropping appearance is worsening and the seam tape is wrinkled.

<u>Flooring</u>
The wood flooring was scared upon delivery of the trailer to us. After several weeks we were advised that replacement material was available. The floor was replaced however it now appears to be separating from the sub-floor. RV Brokers advises they will do nothing to mitigate the problem, stating that standing water was the problem. In fact, we do not allow water to remain on the floor. It would seem reasonable since the floor is installed immediately adjacent to the shower that the dealer and manufacturer would expect some water to accumulate for at least a short period of time.

<u>Cabinet Hinge</u>
The left cabinet door, over the bed, will not hold the door open. RV Brokers and Western RV "fix" for this was to mail a part for me to install.

Door Lock

While on vacation, the door lock on the exterior door jammed, locking us out of the trailer. Upon return we took the trailer to RV Brokers for repair/replacement. They advised us nothing was wrong with the lock. The lock failed again on the next trip. On both occasions we were forced to have a locksmith respond to make access to our trailer. Although after the second incident they did replace the lock, neither RV Brokers or Western RV have offered to pay for the locksmith service.

Sewer Valves

The valves controlling the sewer discharge are very difficult to operate due to the placement of the handles. I have suffered skinned knuckles using these valves. I now have to use a crow bar to open the valves. RV Brokers and Western RV have declined to address this problem.

Sewer Hose Connection

The compartment for storing the sewer connection hose is inadequate to hold an appropriate hose. RV Brokers answer was that it would hold a hose that would not connect to the sewer drain line.

Storage Tray

The large plastic storage tray located under the front of the trailer ripped during first trip. RV Brokers stated they had ordered the tray. Our further requests have been ignored.

ENCLOSURES

• Repair Invoices
• Sales Contract - Although this document indicates we bought the trailer on credit, in fact we paid cash. I believe we have lost the cash contract.
• Motor Vehicle Registration - Original registration from DMV-CA
• 2006 Suggested Retail Price List - This docuent indicates the details of the trailer we purchased. Note that we bought the "Convenience Package" which includes "spare tire and carrier".
• Features and Options - This document is included to show that the trailer we bought, with the "Convenience Package", includes "Mounted spare tire".
• WRV Letter - A letter from the manufacturer indicating their commitment to our complete satisfaction.
• Western RV Guarantee of Warranty Protection - This is a photocopy of a wallet sized card mailed to us from Western RV (the manufacturer) which was included in the above letter.
• Weights and Measures Sheet - Included to illustrate that ground clearance (a major problem) is not included in the listed specifications. In talking to the manufacturer's representative regarding the ground clearance