JANNINE M. GREEN, ESQ. (SBN 244072)
KAHN & ASSOCIATES, L.L.C.

OHIO MAIN OFFICE:**
55 Public Square, Suite 650
Cleveland, OH 44113
Phone: (216) 621-6101
Fax: (888) 868-6671

CALIFORNIA OFFICE:**
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

**Please send copies of all items to both addresses.

Attorneys for Plaintiffs, WILLIAM NEVILLE and BARBRA NEVILLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE and BARBRA NEVILLE,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES, INC.; WILDERNESS WESTERN HOLDINGS, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  07-03757-MMC<br><br>Judge:  Hon. Maxine Chesney<br><br>REQUEST FOR PERMISSION TO APPEAR BY PHONE |

PROPOUNDING PARTY: Plaintiffs, WILLIAM NEVILLE and BARBRA NEVILLE

RESPONDING PARTY: Defendant, WESTERN RECREATION VEHICLES INC.; and WILDRENESS WESTERN HOLDINGS, INC.

SET NO.: ONE

The Plaintiff's Counsel here by requests as follows:

1. Jannine Green, attorney of record for Plaintiff William and Barbra Neville, has recently relocated to South Carolina. Additionally, she is assisting Kahn and Associates on a part-time basis until the proper replacement has joined the firm on September 15, 2008.

2. In light of attorney Green's departure, it is recommended permission be granted that she appear via telephone on behalf of Arthur and Barbra Neville.

### (PROPOSED) ORDER

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED Jannine Green shall appear by phone for the Status Conference scheduled for August 29, 2008 at 10:30 a.m.

Dated: _____. 2008.

_____
HON. MAXINE CHESNEY

| | |
|---|---|
| 1 | |
| 2 | Respectfully Submitted, |
| 3 | |
| 4 | Date: |
| 5 | |
| 6 | *[signature]* JANNINE M. GREEN |
| 7 | KAHN & ASSOCIATES, L.L.C.<br>16133 Ventura Blvd., Suite 700 |
| 8 | Encino, CA 91436<br>Phone: (888) 536-6671<br>Fax: (888) 868-6671 |
| 9 | Attorney for Plaintiff William and Barbra Neville |