**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court previously scheduled the above-titled action for a Case Management Conference to be held on August 29, 2008.

Given the current status of the case, specifically the pending motions for entry of default against each of the defendants, the August 29, 2008 Case Management Conference is hereby CONTINUED to December 5, 2008 at 10:30 a.m. A Case Management Statement shall be filed no later than November 26, 2008.

In light of the continuance, plaintiffs' request to appear by telephone at the August 29, 2008 conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 28, 2008

MAXINE M. CHESNEY
United States District Judge