IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>WESTERN RECREATIONAL VEHICLES, INC., et al., <br><br>　　　　Defendants. <br>_____/ | No. C-07-3757 MMC <br><br>**ORDER REFERRING IN PART TO CLERK OF COURT AND DENYING IN PART PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.** |

　　　The Court is in receipt of plaintiffs' "Motion for an Entry of Default and Default Judgment Against Western Recreational Vehicles, Inc.," filed August 15, 2008, and re-filed, accompanied by evidentiary support, on August 25, 2008.

　　　To the extent plaintiffs seek, by said motion, entry of default, such request is hereby REFERRED to the Clerk of the Court. See Fed.R.Civ.P. 55(a) (providing, where party "has failed to plead or otherwise defend, . . . the clerk must enter the party's default"). With respect to the remaining relief requested, specifically, a default judgment, the motion is premature for the reason that a default has not been entered, and, accordingly, to such extent, the motion is hereby DENIED without prejudice to plaintiffs' refiling such motion, if the Clerk enters default against said defendant.

　　　**IT IS SO ORDERED.**

Dated: August 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge