IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT WILDERNESS WESTERN HOLDINGS, INC.** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court is in receipt of plaintiffs' "Motion for an Entry of Default and Default Judgment Against Wilderness Western Holdings, Inc.," filed August 15, 2008, and re-filed, accompanied by evidentiary support, on August 25, 2008.

To the extent plaintiffs seek, by said motion, entry of default against defendant Wilderness Western Holdings, Inc. ("WWH"), such request is hereby DENIED as duplicative, (see Order filed July 28, 2008 at 1:21-24 (referring request for entry of default against defendant WWH to the Clerk of the Court), and, to the extent plaintiffs seek, by said motion, a default judgment, the motion is, again, DENIED without prejudice as premature, for the reason that a default has not been entered, (see id. at 1:24-27 (denying request for default judgment against WWH as "premature for the reason that a default

has not been entered")).

**IT IS SO ORDERED.**

Dated: August 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge