United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEVILLE, et al.,

    Plaintiffs,

v.

WESTERN RECREATIONAL VEHICLES, INC., et al.,

    Defendants
                                           /

No. C-07-3757 MMC

**ORDER STRIKING ANSWER**

By order filed June 24, 2008, the Court granted defendant's counsel's motion to withdraw. The Court further notified defendant that if it did not acquire new counsel, and if such counsel did not appear by July 24, 2008, the Court would strike defendant's answer, leading to an entry of default judgment against defendant. See Employee Painters' Trust v. Ethan Enters., Inc., 480 F.3d 993, 998 (9th Cir. 2007). To date, defendant has failed to appear through new counsel or to otherwise indicate an intention to do so. Accordingly, because defendant cannot appear without counsel, defendant's answer is hereby STRICKEN.

    **IT IS SO ORDERED.**

Dated: September 8, 2008

_____
MAXINE M. CHESNEY
United States District Judge