**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 10, 2008

RE:  <u>CV 07-03757 MMC</u>     <u>WILLIAM NEVILLE-v- WESTERN RECREATIONAL VEHICLES INC.</u>

Default is entered as to Defendant(s) Western Recreational Vehicles, Inc., & Wilderness Western Holdings, Inc., on 9/10/08. All parties noticed via e-mail or U.S. mail.

                              RICHARD W. WIEKING, Clerk

                              *[signature]*

                              by<u>Alfred Amistoso</u>
                              Case Systems Administrator

NDC TR-4  Rev. 3/89