**FILED**

AUG 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#52

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court previously scheduled the above-titled action for a Case Management Conference to be held on August 29, 2008.

Given the current status of the case, specifically the pending motions for entry of default against each of the defendants, the August 29, 2008 Case Management Conference is hereby CONTINUED to December 5, 2008 at 10:30 a.m. A Case Management Statement shall be filed no later than November 26, 2008.

In light of the continuance, plaintiffs' request to appear by telephone at the August 29, 2008 conference is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 28, 2008

MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM NEVILLE et al,

    Plaintiff,

v.

WESTERN RECREATIONAL VEHICLES
INC. et al,

    Defendant.

Case Number: CV07-03757 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Western Recreational Vehicles, Inc.
3401 West Washington Avenue
Yakima, WA 98903

Dated: August 29, 2008

                Richard W. Wieking, Clerk

                *Tracy Lucero*

                By: Tracy Lucero, Deputy Clerk

**FILED**

AUG 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER REFERRING IN PART TO CLERK OF COURT AND DENYING IN PART PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT WESTERN RECREATIONAL VEHICLES, INC.** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

The Court is in receipt of plaintiffs' "Motion for an Entry of Default and Default Judgment Against Western Recreational Vehicles, Inc.," filed August 15, 2008, and re-filed, accompanied by evidentiary support, on August 25, 2008.

To the extent plaintiffs seek, by said motion, entry of default, such request is hereby REFERRED to the Clerk of the Court. See Fed.R.Civ.P. 55(a) (providing, where party "has failed to plead or otherwise defend, . . . the clerk must enter the party's default"). With respect to the remaining relief requested, specifically, a default judgment, the motion is premature for the reason that a default has not been entered, and, accordingly, to such extent, the motion is hereby DENIED without prejudice to plaintiffs' refiling such motion, if the Clerk enters default against said defendant..

**IT IS SO ORDERED.**

Dated: August 28, 2008

MAXINE M. CHESNEY
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM NEVILLE et al,

        Plaintiff,

v.

WESTERN RECREATIONAL VEHICLES INC. et al,

        Defendant.
_____/

Case Number: CV07-03757 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Western Recreational Vehicles, Inc.
3401 West Washington Avenue
Yakima, WA 98903

Dated: August 29, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero, Deputy Clerk

FILED

AUG 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#54

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM NEVILLE, et al.,     No. C-07-3757 MMC

    Plaintiffs,     **ORDER DENYING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANT WILDERNESS WESTERN HOLDINGS, INC.**

v.

WESTERN RECREATIONAL VEHICLES, INC., et al.,

    Defendants.
_____/

The Court is in receipt of plaintiffs' "Motion for an Entry of Default and Default Judgment Against Wilderness Western Holdings, Inc.," filed August 15, 2008, and re-filed, accompanied by evidentiary support, on August 25, 2008.

To the extent plaintiffs seek, by said motion, entry of default against defendant Wilderness Western Holdings, Inc. ("WWH"), such request is hereby DENIED as duplicative, (see Order filed July 28, 2008 at 1:21-24 (referring request for entry of default against defendant WWH to the Clerk of the Court), and, to the extent plaintiffs seek, by said motion, a default judgment, the motion is, again, DENIED without prejudice as premature, for the reason that a default has not been entered, (see id. at 1:24-27 (denying request for default judgment against WWH as "premature for the reason that a default

1  has not been entered")).

2  **IT IS SO ORDERED.**

3  Dated: August 28, 2008

   MAXINE M. CHESNEY
   United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE et al, | Case Number: CV07-03757 MMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WESTERN RECREATIONAL VEHICLES INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Western Recreational Vehicles, Inc.
3401 West Washington Avenue
Yakima, WA 98903

Dated: August 29, 2008

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero, Deputy Clerk

