**E-Filing**

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 10, 2008

RE: <u>CV 07-03757 MMC</u>   <u>WILLIAM NEVILLE-v- WESTERN RECREATIONAL VEHICLES INC.</u>

Default is entered as to Defendant(s) Western Recreational Vehicles, Inc., & Wilderness Western Holdings, Inc., on 9/10/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by<u>Alfred Amistoso</u>
Case Systems Administrator

NDC TR-4  Rev. 3/89

**FILED**

SEP 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

SEP 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300





02 1A
0004329882    SEP 10 2008
MAILED FROM ZIPCODE 94102
$00.42⁰

Western Recreational Vehicles, Inc.
3401 West Washington Avenue
Yakima, WA 98903

X-941 N7E 1 3071 30 09/11/08
FORWARD TIME EXP RTN TO SEND
WESTERN RECREATIONAL VEHICLES
1740 BROADWAY #C7300-21
DENVER CO 80274-0001

RETURN TO SENDER