IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER RE: RETURNED MAIL; DIRECTIONS TO CLERK** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., et al., | |
| Defendants. | |

Between August 1, 2008 and September 10, 2008, five documents ("documents") were mailed to defendant Western Recreational Vehicles, Inc. ("WRV") at 3401 West Washington Avenue, Yakima, WA 98903: one order sent on August 1, 2008, three orders sent on September 2, 2008, and a notice of entry of default sent on September 10, 2008. Said address was provided by WRV's former counsel of record. All of the documents were returned to the Court by the United States Postal Service as undeliverable.

Accordingly, the Clerk is hereby DIRECTED to fax copies of the above-referenced five documents to 347-710-2172, the fax number for WRV previously provided by WRV's former counsel of record. The Clerk is further DIRECTED to fax to said number a copy of this order, as well as a copy of the "Order Granting Motion to Withdraw as Attorney of Record for Defendant Western Recreational Vehicles, Inc.; Notice to Defendant; Order Setting Deadline for Appearance by New Counsel," filed June 24, 2008.

1  If the above-stated address is incorrect or WRV has moved, WRV shall forthwith
2 provide the Court with its current address.  <u>See</u> Civil L.R. 3-11(a).  No further documents
3 will be faxed to WRV by the Court.

5  **IT IS SO ORDERED.**
6 Dated:  September 22, 2008

_____
MAXINE M. CHESNEY
United States District Judge