IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEVILLE, et al., | No. C-07-3757 MMC |
| Plaintiffs, | **ORDER STRIKING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| WESTERN RECREATIONAL VEHICLES, INC., | |
| Defendant. | |

The Court is in receipt of plaintiffs' "Stipulation for Plaintiff's Counsel to Appar [sic] Telephonically at Case Management Conference." To date, said document has not been filed electronically. On November 26, 2008, the Clerk filed a Notice informing counsel that the above-titled action has been designated for electronic filing, which notice was delivered to counsel's e-mail address.

Accordingly, the stipulation is hereby STRICKEN. See General Order 45 § VI.A, VII.A-B (providing, with exception of documents for which conversion to electronic format is "not feasible" and documents excluded from electronic filing, which exclusions do not apply herein, "[i]n any case subject to electronic filing, all documents required to be filed with the Clerk shall be filed electronically on the ECF website"). If counsel wishes to pursue his request to appear by telephone, he shall e-file such request no later than Thursday, December 4, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: December 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge