AARON S. GOLDBERG, ESQ. (SBN 227692)
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
www.kahnandassociates.com

Attorneys for Plaintiffs, William and Barbara Neville

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| WILLIAM NEVILLE and BARBARA NEVILLE,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN RECREATIONAL VEHICLES INC. AND DOES 1 THROUGH 20 INCLUSIVE<br><br>Defendants. | CASE NO. 07- 03757 MMC<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER FOR PLAINTIFF'S COUNSEL TO APPEAR ~~TO APPAR~~ TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Judge Maxine M. Chesney |

**Pursuant to Local Rule 7.2 Plaintiffs William Neville and Barbara Neville, by and through their counsel of record, request the following:**

1. That attorney for Plaintiff, Aaron S. Goldberg, may appear P Telephonically for the Case Management Conference set for December 5, 2008 at 10:30 a.m. in Courtroom 7 of the United States District Court, Northern District of California. Good cause exists to do so.

2. Plaintiffs' counsel, Aaron Goldberg, Esq. lives and works in Encino, California.

1

3. There has been no party to represent either defendant's in this case and Plaintiffs' counsel has not had an opportunity to meet and confer in respect to the case. Plaintiff has filed a Case Management Conference Statement.

4. Plaintiffs' claims in the case pursuant to the Song-Beverly Consumer Warranty Act, Civil Code Section 1790, et. Seq. and the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2301, et. Seq. ("Magg-Moss") include a statutory attorneys' fee provision. Thus, traveling to appear in San Francisco for the Case Management Conference to appear in person, when counsel could do so telephonically, would be an additional expense that could possibly deter a settlement.

5. For these reasons, Plaintiffs' stipulate to permit their counsel to appear telephonically at the Case Management Conference on December 5, 2008.

///

///

Dated: December 1, 2008

AARON S. GOLDBERG
Attorneys for Plaintiff William Neville
and Barbara Neville

IT IS SO ORDERED

Dated: December 4, 2008

Maxine M. Chesney
United States District Judge

2