```
 1   AARON S. GOLDBERG, ESQ. (SBN 227692)
     KAHN & ASSOCIATES, L.L.C.
 2
     OHIO MAIN OFFICE:**
 3   55 Public Square, Suite 650
     Cleveland, OH 44113
 4   Phone: (216) 621-6101
     Fax: (888) 868-6671
 5
     CALIFORNIA OFFICE:**
 6   16133 Ventura Blvd., Suite 700
     Encino, CA 91436
 7   Phone: (888) 536-6671
     Fax: (888) 868-6671
 8   www.kahnandassociates.com

 9
     **Please send copies of all items to both addresses.
10

11
     Attorney for Plaintiffs, WILLIAM NEVILLE and BARBARA NEVILLE
12
                          UNITED STATES DISTRICT COURT
13
                         NORTHERN DISTRICT OF CALIFORNIA
14

15

16   WILLIAM NEVILLE and           ) CASE NO.  07-03757 MMC
     BARBARA NEVILLE,              )
17         Plaintiffs,             ) JUDGE: Maxine M. Chesney
                                   )
18   v.                            ) NOTICE OF VOLUNTARY DISMISSAL
                                   ) PURSUANT TO RULE 41(a)(1)(i)
19   WESTERN RECREATIONAL          ) F.R.C.P. ; ORDER OF DISMISSAL
     VEHICLES, INC.; WILDERNESS    )
20   WESTERN HOLDINGS, INC. and DOES )
     1 through 20,                 )
21         Defendants.             )
                                   )
22   _____)

23
              TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:
24
         Plaintiffs, William Neville and Barbara Neville, hereby give notice to the court that the
25
     action now pending shall be dismissed without prejudice thus resulting in termination of all
26

27

28

     NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i) F.R.C.P.
                                Page 1
```

causes of action in this matter. The Plaintiffs therefore respectfully request that this court dismiss the action pursuant to F.R.C.P. 41(a)(1)(i).

Date: 2-16-09

Respectfully Submitted,

AARON S. GODLBERG, ESQ.
KAHN & ASSOCIATES, L.L.C.
16133 Ventura Blvd., Suite 700
Encino, CA 91436
Phone: (888) 536-6671
Fax: (888) 868-6671
Attorneys for Plaintiff, William Neville and Barbara Neville

**ORDER**

IT IS SO ORDERED

Dated: February 18, 2009

Maxine M. Chesney
United States District Judge

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(i) F.R.C.P.**
Page 2